# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 26-1348

## CITY OF PHILADELPHIA,

Plaintiff/Appellee,

## V.

## SECRETARY U.S. DEPARTMENT OF INTERIOR; U.S. DEPARTMENT OF INTERIOR; DIRECTOR NATIONAL PARK SERVICE; NATIONAL PARK SERVICE

Defendant/Appellants.

## APPELLEE CITY OF PHILADELPHIA'S OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL

Appeal from the February 16, 2026 Order (ECF No. 54) granting the City of Philadelphia's Amended Motion for Preliminary Injunction, issued by the United States District Court for the Eastern District of Pennsylvania, the Honorable Cynthia M. Rufe, No. 26-cv-434

CITY OF PHILADELPHIA LAW DEPARTMENT
RENEE GARCIA, CITY SOLICITOR

By: Kelly Diffily, Senior Attorney | Appeals Unit
Anne Taylor, Chair | Litigation
Lydia Furst, Chief Deputy City Solicitor
Ryan B. Smith, Divisional Deputy City Solicitor
Bailey Axe, Deputy City Solicitor
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5010 / kelly.diffily@phila.gov
*Attorneys for Appellee the City of Philadelphia*

Date: February 27, 2026

# TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................... i

TABLE OF AUTHORITIES ................................................................... ii

INTRODUCTION.................................................................................1

SHORT FACTUAL STATEMENT ........................................................1

REASONS WHY THIS COURT SHOULD DENY THE STAY REQUEST....6

    I.    Standard for a Stay. ........................................................... 6

    II.    Defendants Cannot Show a "Strong Likelihood of Success" on the Merits of the City's Claims. ................................... 7

        A.    The District Court Properly Found That the City Has Standing. ............................................................... 7

        B.    The District Court Properly Found That the City Has a Likelihood of Success on the Merits of Its APA and Ultra Vires Claims.................................................... 12

    III.    Defendants Do Not Establish Irreparable Harm. ........................ 17

    IV.    The City Established Irreparable Harm....................................... 20

CONCLUSION.................................................................................21

# TABLE OF AUTHORITIES

CASES

303 Creative LLC v. Elenis,
    600U.S. 570 (2023) ...................................................................................18

Am. Orthopedic & Sports Med. v. Indep. Blue Cross Blue Shield,
    890 F. 3d 445 (3d Cir. 2018) ...............................................................12

Columbia Broad. Sys., Inc. v. Democratic Nat'l Comm.,
    412 U.S. 94 (1973) ...............................................................................19

Com. of Mass. v. Mellon,
    262 U.S. 447 (1923) ..............................................................................11

Elrod v. Burns,
    427 U.S. 347 (1976) ..............................................................................19

In re Horizon Healthcare Servs. Inc. Data Breach Litigation,
    846 F.3d 625 (3d Cir. 2017) ...................................................................8

In re Revel AC, Inc.,
    802 F.3d 558 (3d Cir. 2015) ...................................................................6

Long v. SEPTA,
    903 F.3d 312 (3d Cir. 2018) .................................................................10

Lujan v. Defs. of Wildlife,
    504 U.S. 555 (1992) ................................................................................8

Maiden Creek Assocs., L.P.v. U.S. Dep't of Transp.,
    823 F. 3d 184 (3d Cir. 2016) ...............................................................12

Pleasant Grove City v. Summum,
    555 U.S. 460 (2009) ..............................................................................19

Reilly v. City of Harrisburg,
    858 F.3d 173 (3d Cir. 2017) ...................................................................6

Shurtleff v. City of Boston,
   596 U.S. 243 (2022)..........................................................19

Spokeo, Inc. v. Robins,
   578 U.S. 330 (2016)..........................................................10

Summers v. Earth Island Inst.,
   555 U.S. 488 (2009)..........................................................10

Town of Milton v. FAA,
   87 F. 4th 91 (1st Cir. 2023)...............................................11

Walgreen Co. v. Johnson & Johnson,
   950 F. 3d 195 (3d Cir. 2020) ............................................12

**STATUTES**

Act of June 28, 1948, Pub. L. No. 80-795, §§ 1-2, 62 Stat. 1061, 1061–
   62, codified as amended at 16 U.S.C. §§ 407m-n ................................2

      16 U.S.C. § 407m .......................................... 2, 8, 15, 16

      16 U.S.C. § 407n.......................................... 2, 8, 10, 14, 15, 16, 17

National Underground Railroad Network to Freedom Act of 1998, Pub.
   L. No. 105-203, 112 Stat. 678 (1998), codified as amended at 54
   U.S.C. §§ 308301- 308307 .......................................... 5, 13

Safe, Accountable, Flexible, Efficient Transportation Equity Act, Pub. L.
   No. 109-59, §1702, 119 Stat. 1308, 1256–1680 (2005) ......................3

**OTHER AUTHORITIES**

H.R. 490, 2001-2002 Pa. Gen. Assemb., Reg. Sess. (Pa. 2002)................................3

H.R. Rep. No. 107-564 (U.S. 2003) ..........................................................3

Phila. Council Res. 020521 (Sept. 12, 2002)............................................3

**INTRODUCTION**

On January 22, 2026, the National Park Service abruptly removed nearly all information from the President's House, a building and exhibit on the grounds of Independence National Historical Park in Philadelphia. The removed materials collectively educated the public about the history of the nine persons enslaved by the Washington family at that site; of the free Black population in Philadelphia; of the Washingtons' concerted efforts to avoid application of the Commonwealth manumission law to the persons they enslaved; and of the journey to freedom of one woman held in slavery by Martha Washington. The City filed suit that same day, seeking restoration of the site. Following a hearing, and relying on the evidence adduced therein, the District Court Ordered that the site be restored to its pre-removal status for the duration of this litigation.

Defendants now ask this Court to impose a stay pending their appeal. But, as explained herein, Defendants presented no evidence that could establish their entitlement to the extraordinary relief of a stay and provide no basis for this Court to issue a stay of the District Court's preliminary injunction pending appeal. Their Motion should be denied.

**SHORT FACTUAL STATEMENT**

In 1948, Congress passed legislation establishing Independence National Historical Park ("Independence Park") "[f]or the purpose of preserving for the benefit of the American people … certain historical structures and properties of

1

outstanding national significance … associated with the American Revolution and the founding and growth of the United States." Act of June 28, 1948, Pub. L. No. 80-795, §§ 1-2, 62 Stat. 1061, 1061–62, codified as amended at 16 U.S.C. §§ 407m-n (the "1948 Act"). Congress instructed that the Secretary of the Interior enter agreements with the City to "assist in preservation and interpretation of the property," which agreements "shall … [state] that no changes or alterations shall be made in the property within the Independence Hall National Historic Site, including its buildings and grounds, or in Carpenters' Hall, except by mutual agreement" of the parties. Id. at § 407n.

In 1950, the parties entered into an agreement reflecting their contemporaneous understanding of the statutory directive. The Agreement specifically requires the parties to consult on all matters of importance to the "program," identified in the same paragraph as "the whole Independence National Historical Park." (ADD80; 1950 Agreement, art. III(e)).

In 1997, the National Park Service ("NPS") and the Philadelphia community developed a Master Plan for the redesign of parts of Independence Park, including construction of the Liberty Bell Center and related facilities. (S.ADD160; RFQ at 3). As those plans progressed, new historical research identified the location of the executive mansion occupied between 1790 and 1800 by Presidents Washington and Adams (the "President's House"). (Id.). Community advocacy groups including Avenging the Ancestors Coalition, Generations Unlimited, and the Ad Hoc Historians pressed NPS to commemorate the President's House and the

history of slavery there. (S.ADD161; Id. at 4); (ADD215-16, 220-21, 294-95; Hearing N.T. 35:25-36:3, 40:19-41:21, 114:23-115-3).

Elected officials at all levels of government also called for commemoration. (ADD224, 275; Hearing N.T. 44:1-3, 95:2-6). In 2002, the U.S. House Appropriations Committee urged NPS to appropriately honor the site. (S.ADD161; H.R. Rep. No. 107-564 (U.S. 2003) at 47). That same year, both the Pennsylvania House and Philadelphia City Council passed resolutions calling for memorialization of the enslaved persons who lived at the President's House. See H.R. 490, 2001-2002 Pa. Gen. Assemb., Reg. Sess. (Pa. 2002), *available at* https://www.palegis.us/legislation/bills/text/PDF/2001/0/HR0490/PN3509; Phila. Council Res. 020521 (Sept. 12, 2002), *available at* https://phila.legistar.com/legislation.aspx.

In October 2003, the City committed $1.5 million toward commemoration, marking the beginning of the formal development of the President's House Site. (ADD219-20; Hearing N.T. 39:4-40:8); (S.ADD176; 2/7/2007 Press Release at 2). Two years later, Congress appropriated $3.6 million for the project. See Id.; *Safe, Accountable, Flexible, Efficient Transportation Equity Act*, Pub. L. No. 109-59, § 1702, 119 Stat. 1308, 1256–1680 (2005) (appropriating $3,600,000 and listing President's House as a "High Priority Project[]").

In December 2010, the President's House opened to the public. (S.ADD179-81; 12/15/2010 Press Release). In a joint press release issued by the City and

Defendants, the parties stressed the collaborative nature of the project and characterized it as one of "major international importance because it recognizes the broader picture of the people who participated in this nation's early history, including enslaved and free people of African descent." (Id. at 1, 3). The City's input included contributing $3.5 million—virtually equal to the $3.6 million contributed by the federal government—toward the overall $10.6 million cost of the project. (ADD219-20, 269; Hearing N.T. 39-40, 89); (ADD162, 167; 2009 Agrmt. Atts. A-B). The Project budget included an endowment—initially funded with $2 million—intended to support the Project's "long-term maintenance." Id. However, despite the ceremonial introduction, the President's House was not yet finished. The City would work and provide additional funding for another five years—even when it was itself facing dire financial straits in the aftermath of the Great Recession—to ensure completion in accordance with the expectations and demands of the public. (ADD250, 253; Hearing N.T. 70:4-17, 73:9-82:8).

In September 2017, NPS issued the current Foundation Document[1] for Independence Park. (S.ADD4-93). It explains that, following archeological discoveries linking the site to enslaved members of George Washington's household, NPS developed a community-based exhibition at the President's House

---

[1] Each NPS unit has a foundation document that provides basic guidance for planning and management decisions, including the park's purpose, significance, fundamental resources and values, and applicable legal and policy requirements. See NPS, *Foundation Documents*, *available at* https://www.nps.gov/subjects/parkplanning/foundation-documents.htm (last viewed Feb. 19, 2026).

"that interprets race and slavery in its historic context." (S.ADD20; Id. at 11). And it recognizes the "Paradox of Freedom and Slavery" as a core aspect of the "Park['s] Significance," noting that the contradiction between a "nation conceived in liberty but once bound by legalized slavery can be explored at Independence National Historical Park." (S.ADD17-18, Id. at 8-9). Finally, the Document touts NPS's "Pioneering Partnerships and Collaboration"—including its "close working relationship with the City of Philadelphia"—as a "fundamental value" essential to the Park's success. (S.ADD21; Id. at 12).

In 2022, the President's House was nominated and approved for inclusion in NPS' National Underground Railroad Network to Freedom program. (S.ADD94-126). The program was established pursuant to the National Underground Railroad Network to Freedom Act of 1998, which serves to preserve and promote sites with verified connections to the historic Underground Railroad. See Pub. L. No. 105-203, 112 Stat. 678 (1998), codified as amended at 54 U.S.C. §§ 308301-308307. The nomination documented the site's connection to Ona Judge, who escaped from enslavement at the President's House in 1796. (S.ADD94, 101-03). The then-superintendent of Independence Park formally consented to the designation on behalf of NPS, and the President's House is now listed as a Network to Freedom site. (S.ADD121).

On January 22, 2026, employees of NPS removed nearly all of the panels and videos that explained "the house and the people who lived and worked there, the Executive Branch of the U.S. Government, the systems and methods of slavery,

African-American Philadelphia, and the move to freedom for the enslaved."
(ADD169; 2009 Agrmt. Att. C). Within hours, the entire context, essential to the
grounds of the President's House, was gone, stored in a warehouse space below the
National Constitution Center. (ADD398; Sims Decl. at ¶ 8); (S.ADD182-202;
1/28/2026 Site Photos).

NPS did this without having made any outreach to or consultation with the
City of Philadelphia and without mutual agreement. (ADD283-84; Hearing N.T.
103:25-104:7). NPS provided no explanation for or reasoning behind the decision
to remove the President's House materials.

## REASONS WHY THIS COURT SHOULD DENY THE STAY REQUEST

### I.   Standard for a Stay.

A stay pending appeal is an extraordinary remedy, appropriate only if the
movant shows both: (1) a "strong" likelihood of success on the merits and (2)
irreparable injury absent a stay. See In re Revel AC, Inc., 802 F.3d 558, 567 (3d
Cir. 2015). Only if these two "most critical" factors are met should the court
consider the remaining factors: (3) whether a stay or injunction will injure other
interested parties and (4) the public interest. Id. at 568-9. The Court should issue a
stay only if all four factors, taken together, balance in favor of granting the
requested stay. See id.; Reilly v. City of Harrisburg, 858 F.3d 173, 179 (3d Cir.
2017). Defendants have not met their burden to establish a stay pending appeal is
warranted, and therefore their motion should be denied.

**II.    Defendants Cannot Show a "Strong Likelihood of Success" on the Merits of the City's Claims.**

Though Defendants collapsed their arguments on standing and likelihood of success on the merits, Defs.' Mot. 8-16, the City addresses each separately. As for standing, Defendants posit that the City brings only a generalized grievance about the destruction of President's House. That is incorrect. The City's statutory right to agreement, as well as its public benefit of, years of investment in, and tourism reliance upon the existence of the President's House was destroyed when the panels—an integral part of the President's House—were summarily removed.

Turning to the merits, Defendants' Motion substantively addresses only *one* (Count III) of the City's four claims, functionally conceding that the District Court correctly found that the City was likely to succeed on the merits of its APA claims that Defendants' actions violated the National Underground Railroad Network to Freedom Act (Count II), were an arbitrary and capricious deviation from the policy and guidance contained in the Foundation Document (Count IV), and that their actions were *ultra vires* (Count V). Furthermore, Defendants are unlikely to succeed here because their construction of the 1948 Act establishing Independence Park is belied by the statute's plain language and Defendants' own course of conduct for the last 80 years.

**A.    The District Court Properly Found That the City Has Standing.**

The City is not attempting, like the municipalities and states in the cases cited by Defendants, to assert a generalized harm or grievance on behalf of its

residents. Instead, the City's basis for standing is the injury to *its* property interest, *its* public fisc, and *its* tourism, all resulting from the abrupt destruction of President's House. Defendants might scoff at the evidence to support those latter harms, but they opted not to present any countervailing evidence, or even to cross-examine the City witnesses, on these points. For purposes of establishing standing, the City's allegations and record evidence suffice.

To establish Article III standing, the City must demonstrate an "'injury in fact,' or an 'invasion of a legally protected interest' that is 'concrete and particularized.'" In re Horizon Healthcare Servs. Inc. Data Breach Litigation, 846 F.3d 625, 633 (3d Cir. 2017) (quoting Lujan v. Defs. of Wildlife, 504 U.S. 555, 560 (1992)). Second, there must be a "causal connection between the injury and the conduct complained of." Id. Finally, standing requires "a likelihood 'that the injury will be redressed by a favorable decision.'" Id.

Defendants' argument that the City lacks standing because it cannot show a concrete harm fails. The thrust of Defendants' challenge is that because ownership of the President's House was transferred to them, the City has no cognizable right in it and that Defendants can do as they please, without exception. But the District Court properly found that Defendants cannot disregard the congressional mandate contained in the 1948 Act and subsequent amendments expanding it over time, 16 U.S.C. §§ 407m—407m-8, 407n. Nor can they ignore that their own course of conduct demonstrated their understanding of the meaning of the 1948 Act as

applying to the whole of Independence Park. Per the authority of the 1948 Act, Defendants entered into a series of cooperative agreements with the City, one of which is still in full effect (the 1950 Agreement) and the other of which has surviving provisions beyond expiration (2006 Agreement, as amended in 2009). The 1950 Agreement expressly refers to the unified plan for the entire Park, changes to which must be done by consent. (ADD80; 1950 Agreement, art. III(e)). The City also adduced uncontroverted evidence that the removal affects not only its statutory rights but tourism business during the 250th anniversary celebrations, the millions of dollars it expended on the project, and its ability to honestly tell its own history. (ADD19-20, Mem. Op. at 17-18). These harms are concrete.

The City's harm is also particularized—it asserts its own rights based in statute and recognized by subsequent agreements and not those of any other individual or group, nor a generalized grievance. The City's injuries include the failure to seek its agreement as required by law and contrary to the 80 years of cooperation, as well as the funds it expended to develop and construct the exhibit, the effect of the destruction of the site on tourism, and the City's telling of its own part in our nation's history on its 250th anniversary. (ADD19-20, 60-61, 64; Amd. Compl. ¶¶ 14-19, 42-65). The causal connection and redressability are clear. Defendants caused the harm by unilaterally changing course after decades of collaboration to establish the jointly agreed upon exhibits at President's House. A favorable judicial decision will require them to restore President's House to its

status prior to removal, inclusive of a requirement that any changes be made by mutual agreement.

Defendants' argument that the City alleges only a "procedural" harm through the right to "consultation" on changes to the Park is incorrect. Defs.' Mot. 12. This argument relies on Defendants' misreading of 16 U.S.C. § 407n, discussed infra, which requires more than consultation—the statute requires mutual agreement on changes in the Park. This harm is substantive as it is in effect the violation of the City's codified, limited property right to control the President's House jointly with Defendants. Even if it were intangible, as this Court explained in Long v. SEPTA, 903 F.3d 312 (3d Cir. 2018), an "intangible harm" is a concrete injury for purposes of standing when the alleged harm is "the very injury that [the statute] is intended to prevent." Id. at 323 (finding plaintiffs had standing to sue for alleged violation of federal statute, rejecting defendant's argument that the harm was merely procedural and distinguishing Spokeo, Inc. v. Robins, 578 U.S. 330 (2016), which held that the alleged violation of the statute in that case was merely procedural); see also Summers v. Earth Island Inst., 555 U.S. 488, 494, 496 (2009) (explaining that "[w]hile generalized harm to the forest or the environment will not alone support standing, if that harm in fact affects the recreational or even the mere esthetic interests of the plaintiff, that will suffice," but the denial of "the ability to file comments on some Forest Service actions" was merely procedural).

Here, the 1948 Act requires Defendants to acquire the City's consent to

major changes in the Park, such as the dismantling of President's House. The 1950 Agreement confirms the parties' understanding of that requirement. And it is beyond dispute that the City's harm is real, not merely procedural or abstract. The City does not claim that Defendants failed to seek the City's agreement for a change with which the City agrees. Rather, the City alleged and put on evidence that it did not agree to the change and indeed, opposed it. (ADD283-84; Hearing N.T. 103:25-104:7). The City's evidence demonstrated it suffered injury through the loss of the public benefit inuring to the City as recognized by Defendants in the 2006 Agreement, the effect on tourism during this banner year, (ADD283-86; id. at 103:12-14, 104:16-106-19), the City's multi-million dollar financial contributions to the project, (ADD219-20, 232-33, 249-50, 253-54, 257; id. at 39:4-40:5, 52:23-53:17, 69:14-70:17, 73:9-74:19, 77:5-82:1), and the City's interest in promoting its own – and the nation's – history (ADD286-88; id. at 106:20-108:22).

Defendants' citations to Commonwealth of Massachusetts v. Mellon, 262 U.S. 447 (1923) and Town of Milton v. FAA, 87 F. 4th 91 (1st Cir. 2023), are unavailing. Defs.' Mot. 15. In Mellon, the Court found Massachusetts lacked standing because it asserted only an abstract, generalized grievance about federal policy and impermissibly sought to vindicate the rights of its residents rather than any concrete interest of its own.. See Mellon, 262 U.S. at 482-83; 485-86. Likewise, in Milton, the town sued the federal agency on behalf of its citizens rather than asserting its own injuries. See Milton, 87 F. 4th at 94. Here, the City

does not proceed as *parens patriae* but instead seeks to vindicate its own rights, the successful result of which would also benefit the public. Nor does this Court's decision in <u>Maiden Creek Assocs., L.P. v. U.S. Dep't of Transp.</u>, 823 F. 3d 184 (3d Cir. 2016) foreclose the City's suit. There, plaintiffs lacked standing because they sued under an environmental statute and the APA, alleging violations associated with a highway project, but claiming only economic harm (not contemplated by the statute) rather than environmental harm. <u>Id.</u> at 188. Here, the City's claims are squarely within the zone of interests of the 1948 Act requiring Defendants to obtain the City's agreement before making radical changes to the Park.[2]

## B. The District Court Properly Found That the City Has a Likelihood of Success on the Merits of Its APA and Ultra Vires Claims.

Defendants cannot carry their burden on the likelihood-of-success factor because they do not challenge three of the four independent claims on which the District Court held that the City is likely to succeed. Their motion addresses only Count III and is silent on the City's APA claims in Counts II and IV —which allege that Defendants' acted arbitrarily and capriciously in violation of the

---

[2] Defendants' other standing arguments also fail. <u>Am. Orthopedic & Sports Med. v. Indep. Blue Cross Blue Shield</u>, 890 F. 3d 445 (3d Cir. 2018) addressed only the enforceability of an "anti-assignment" provision in an ERISA-governed health plan and held that plaintiff lacked standing because the assignment of right under which it proceeded was invalid. Here, the City seeks to enforce its own statutory rights as supported by its contracts with Defendants. <u>See</u>, <u>e.g.</u>, <u>Walgreen Co. v. Johnson & Johnson</u>, 950 F. 3d 195, 199 (3d Cir. 2020) (explaining that plaintiff's claims, proceeding under an assignment from another party, were "extrinsic to" not "rights under" the agreement that prohibited assignment).

National Underground Railroad Network to Freedom Act of 1998 and the President's House Foundation Document—as well as on its *ultra vires* claim (Count V). By failing to address these independent bases for the District Court's likelihood-of-success ruling, Defendants have forfeited any argument that they are likely to succeed as to those claims.

In any event, the City is likely to succeed on each of those claims. First, as the District Court correctly found, NPS's removal of the President's House exhibit violated the National Underground Railroad Network to Freedom Act and was arbitrary and capricious under the APA. (ADD28-29, Mem. Op. 26-27). Just over three years ago, NPS recognized the exhibit's public benefit and its qualification as a Network to Freedom site because Ona Judge escaped from enslavement at the President's House in 1796. (S.ADD94-126). In September 2022, then-superintendent of Independence Park Cynthia MacLeod formally consented on behalf of NPS to the President's House's inclusion on the Network to Freedom registry. (S.ADD121). By reversing course and removing the exhibit's core interpretive content without explanation, NPS destroyed that benefit and disregarded Congress's mandate to preserve and interpret Underground Railroad history. See 54 U.S.C. §§ 308301- 308307. The City will thus succeed on Count II.

Second, NPS acted arbitrarily and capriciously by abandoning its own governing policies and Foundation Document, which designate the President's House as a core resource and emphasize interpreting the paradox of freedom and slavery. (S.ADD17-18, 20-21, Found. Doc. At 8-9, 11-12); (ADD31-35; Mem. Op. 29-33). NPS reversed course without acknowledging the change, providing a

reasoned explanation, or considering the City's and public's reliance interests, in violation of settled administrative law. Third, the District Court correctly found that NPS's unilateral action was *ultra vires*. Section 407n and the parties' agreements require mutual cooperation and prohibit unilateral alterations to core park resources. (ADD35-37; Mem. Op. 33-35). By dismantling the exhibit without consultation, NPS exceeded its statutory authority, entitling the City to equitable relief it requests in Count V.

Accordingly, even if Defendants could establish a likelihood of success as to the single claim they address—which they cannot—that would not warrant a stay, because the Order would remain fully supported by the unchallenged claims.

Turning to Defendants' sole merits argument, Defendants contend that 16 U.S.C. § 407n does not require the City's mutual agreement for changes to the Park because that requirement purportedly applies only to the Historic site. This argument is admittedly facially compelling, in that it relies on Section 407n's reference to the Historic Site. But Defendants' contention fails upon closer inspection.

Additional context supports the City's position. The term "Independence Hall National Historic Site" is not defined in the statute, but instead is used in Section 407n to differentiate the property from Carpenter's Hall, also Congressionally-designated as part of the Park in the same provision. As NPS executed its Congressional mandate to expand the footprint of the Park, the Historic Site was subsumed into the amalgam that became the Park. See 16 U.S.C.

§ 407m1-m8. Specifically, in Section 407m Congress authorized the Secretary of the Interior, "following the consummation of [an] agreement[] with the city of Philadelphia . . . as prescribed in section 407n," to acquire certain properties so they could be combined and together preserved as Independence Park. Id. at § 407m. This instruction included the proviso that the park would not officially be established until the federal government obtained ownership of key listed sites and most of the surrounding land. Id.

There is no statutory suggestion or instruction, however, that the City's entitlement to mutual agreement about significant changes to a Park that comprises the heart of the City's historic district expired as the Site became the Park. Instead, the nearly-contemporaneous 1950 Agreement, which remains in force today, illustrates the shared, broad understanding that the Congressionally-directed mutual agreement requirement applies to the entire Park. That illustrative Agreement specifically provides:

> [I]t is the purpose of both parties to this agreement to develop a **unified**, long-range program of preservation, development protections, and interpretation **for the whole Independence National Historical Park** for the inspiration and benefit of the people of the United States, and to secure this result **a high degree of cooperation is necessary with each other** and with other bodies participating in the project . . . and the parties hereto **pledge themselves to consult on all matters of importance to the program**.

(ADD80, 1950 Agreement, art. III(e) (emphasis added)). The import of this is further highlighted by the explanation in that Agreement that the Historic Site

designation was transitional, and "shall be terminated . . . upon the establishment of the Independence National Historical Park." Id. art. III(i).

Together, the plain language and purpose of the 1948 Act, along with the 1950 Agreement, confirm that Independence Hall became a component of Independence National Historical Park, and that the parties' mutual-agreement obligations continued as part of that unified preservation framework comprised of "certain historical structures and properties of outstanding national significance located in Philadelphia, Pennsylvania, and associated with the American Revolution and the founding and growth of the United States[.]" 16 U.S.C § 407m.

Defendants argue that they may do whatever they please with President's House because they "own" it, relying on an agreement provision stating "[t]he Project will be owned, maintained, managed, and interpreted by the NPS." Defs.' Mot. 12-14. But property ownership rights remain subject to statutory requirements and contractual promises. Though the City transferred ownership of the property to Defendants after completion of the project, Defendants remain bound by the provisions of 16 U.S.C. § 407n that expressly contemplates federal ownership of the Park while still requiring mutual agreement to changes. Those statutory requirements are illustrated by the 1950 Agreement, which has never been terminated.

Defendants' reliance on these contract terms to assert authority to destroy the President's House is particularly myopic given that the same agreement instructs "Site interpretation **will focus on the house and the people who lived**

**and worked there**, the Executive Branch of the U.S. Government, **the systems and methods of slavery**, African-American Philadelphia, and **the move to freedom for the enslaved**." (ADD169; 2009 Agrmt. Att. C) (emphasis added). Defendants do have authority, but that authority must be exercised consistent with the similarly prospective, surviving provision outlining the focus of the Project immediately before it. Indeed, Defendants' authority to "interpret" the Project appears alongside—and is necessarily constrained by—the coequal obligation to "maintain" it. Properly read, the duty to "maintain" the Project presupposes the continued existence of the Project itself and does not permit its wholesale removal or destruction. (Id.)

## III. Defendants Do Not Establish Irreparable Harm.

Defendants argue in cursory fashion that they will be irreparably harmed absent a stay for two reasons. First, they assert that the District Court's interpretation of 16 U.S.C. § 407n intrudes into their "exclusive authority over the National Park System." Defs.' Mot. 24. Second, they claim the injunction improperly compels the Federal Government to speak. Id. Neither of these contentions has merit.

Defendants' argument on irreparable harm grounded in the putative invasion of its sole prerogative to fundamentally change Independence Park is undermined for the reasons detailed above. For this specific memorial, Defendants do not have the unfettered ability to destroy as they see fit. And requiring Defendants to comply with applicable statutory directives does not cause them irreparable harm.

Turning to Defendants' other argument, this is not a government speech case. Defendants' theory that the injunction causes irreparable harm by compelling them to convey a message—one that they actively endorsed over years of planning, construction, and exhibition—is unsupported by the record. Defendants did not put on any evidence to establish they are being forced to deliver a specific and objectionable ideological message. Instead, Defendants opted to rely solely on two short declarations of the Superintendent of Independence Park. (ADD393-399; Sims Initial & Supp. Decl.). Those declarations state only that the Superintendent was directed by his superiors to remove the exhibits and video from the President's House site. Neither declaration provided an explanation behind that decision nor stated the Defendants' disagreement with the message of the displays or intent to put up another, different message. (Id.) The City's evidence, by contrast, demonstrates that Defendants fully endorsed the contents of the interpretative materials at the President's House for decades. (ADD169; 2009 Agrmt. Att. C).

Without a factual record defining Defendants' intended message or how the historical exhibit subverts it, Defendants did not meet the high bar of showing that keeping a completed exhibit that they had fully endorsed, for decades, from creation to exhibition compels them to endorse a message with which they now disagree. See, e.g., 303 Creative LLC v. Elenis, 600 U.S. 570, 599 (2023) (forcing individuals to "create speech on weighty issues with which [they] disagree[]" is compelled speech).

Defendants' argument on irreparable injury derived from compelled speech additionally fails because it presumes the existence of a constitutional right that it

simply does not possess. Cited by Defendants, <u>Elrod v. Burns</u>, 427 U.S. 347, 373 (1976) stands for the principle that the loss of First Amendment freedoms constitutes irreparable injury. But this rule only applies to parties that actually hold such freedoms. Defendants cite no case where the United States Supreme Court nor any Circuit Court of Appeal has endorsed the view that the federal government has free speech protections such that Defendants could assert this as a basis for a stay. This is because the First Amendment works in one direction: it protects people and private entities, not governments. <u>See</u> <u>Columbia Broad. Sys., Inc. v. Democratic Nat'l Comm.</u>, 412 U.S. 94, 139 (1973) (Stewart, J., concurring).

Government speech doctrine cases including <u>Pleasant Grove City v. Summum</u>, 555 U.S. 460 (2009), cited by Defendants, hurt rather than help their case. That doctrine allows the state to speak its own message without being forced to provide a neutral forum for private speakers. Moreover, applying the triad of factors that <u>Shurtleff v. City of Boston</u>, 596 U.S. 243 (2022) instructs should be weighed in assessing whether expression is government speech, it is not wholly clear that the contents of the President's House panels are a governmental message, but instead merely illuminate a factual portrayal of history. <u>Id.</u> at 252. Given the placards on site specifically identify the City's role in developing President's House, the public is also not likely to perceive the panels as a federal government "message." (S.ADD154; Pre-1/22/2026 Site Photos). Changing the contents, however, presents the concern that the Defendants will seek to force speech with which the City might object.

Finally, it bears noting that the speech the federal government now

complains of is exactly that which Congress, through passage of the National Underground Railroad Network to Freedom Act of 1998, and Defendants' own Foundation Document, specifically directed be spoken.

For these reasons, Defendants cannot establish that they are substantially likely to experience irreparable harm absent implementation of a stay.

## IV. The City Established Irreparable Harm.

Defendants argue that the District Court improperly held that the City had established irreparable harm in the absence of a preliminary injunction. They reiterate here that the panels will be safely maintained during the pendency of litigation and that they can be restored if Defendants ultimately lose. This framing of injury—as well as Defendants' cavalier suggestion that the removal of the panels is merely a curatorial decision—grossly mischaracterizes the nature of the President's House. As amply demonstrated by the record, the President's House was designed and implemented as a single, integrated project—at once a building, a memorial, an archeological site, and an exhibit. Every part of the President's House is integral to the site, and thus removal of the interpretive panels, exhibits, and signage is the functional equivalent of bulldozing the site. Curatorial decisions do not include wholesale destruction.

As explained above, the City has demonstrated—with record evidence— specific irreparable harm caused to it by the destruction of the President's House. As the District Court correctly observed, "the harm at issue in this case must

account for the significance of the slavery-related displays that NPS removed." (ADD38; Mem. Op. at 36.)  The President's House, in the words of Philadelphia Mayor John Street, represented the City "fulfilling an obligation to tell the truth – the whole, complicated truth." (S.ADD176; 2/7/2007 Press Release at 2). Every moment that the President's House remains in its current state, the City is denied its interest in the honest and accurate commemoration and representation of *its* history and role in our shared *national* history. Indeed, the City's efforts are explicitly acknowledged within signage on site. (S.ADD154; Pre-1/22/2026 Site Photos). This is not a financial harm that can be later remedied with money damages, which might warrant entry of a stay. Instead it is a persistent, immediate, and ongoing harm.

## CONCLUSION

For all the reasons set forth above, the City respectfully requests that this Court deny the Emergency Motion for a Stay Pending Appeal.

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
RENEE GARCIA, CITY SOLICITOR

*/s Kelly Diffily*

By: Kelly Diffily, Senior Attorney | Appeals Unit
Anne Taylor, Chair | Litigation
Lydia Furst, Chief Deputy City Solicitor
Ryan B. Smith, Divisional Deputy City Solicitor
Bailey Axe, Deputy City Solicitor
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5010 / kelly.diffily@phila.gov
*Attorneys for Appellee the City of Philadelphia*

Date: February 27, 2026

# SUPPLEMENTAL ADDENDUM
## TABLE OF CONTENTS

## CITY PRELIMINARY INJUNCTION HEARING EXHIBITS (SELECT)

1) **City Ex. 2 – 2003 U.S. House Report 107-564**
   (ECF 36-2) ...........................................................................................S.ADD1

2) **City Ex. 8 – Foundation Document**
   (ECF 36-8) ...........................................................................................S.ADD4

3) **City Ex. 10 – 2022 Application and Approval for Presidents House in Underground Railroad Network**
   (ECF 36-10) .......................................................................................S.ADD94

4) **City Ex. 11 – Site Photographs Taken Prior to 01/22/ 2026**
   (ECF 36-12) .....................................................................................S.ADD127

5) **City Ex. 14 – Request for Qualifications**
   (ECF 36-15) .....................................................................................S.ADD158

6) **City Ex. 17 – 2/7/2007 Press Release**
   (ECF 36-18) .....................................................................................S.ADD175

7) **City Ex. 23 – 12/15/2010 Press Release**
   (ECF 36-24) .....................................................................................S.ADD179

8) **City Ex. 24 – Site Photographs Taken 1/28/2026**
   (ECF 36-25 to 36-28) ....................................................................S.ADD182

| 107TH CONGRESS<br>2d Session | } HOUSE OF REPRESENTATIVES { | REPORT<br>107–564 |
| --- | --- | --- |

## DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, 2003

―――――――

JULY 11, 2002.—Committed to the Committee of the Whole House on the State of the Union and ordered to be printed

―――――――

Mr. SKEEN, from the Committee on Appropriations, submitted the following

# R E P O R T

together with

## MINORITY VIEWS

[To accompany H.R. 5093]

The Committee on Appropriations submits the following report in explanation of the accompanying bill making appropriations for the Department of the Interior and Related Agencies for the fiscal year ending September 30, 2003. The bill provides regular annual appropriations for the Department of the Interior (except the Bureau of Reclamation) and for other related agencies, including the Forest Service, the Department of Energy, the Indian Health Service, the Smithsonian Institution, and the National Foundation on the Arts and the Humanities.

## CONTENTS

―――――

| | Page number | |
| --- | --- | --- |
| | Bill | Report |
| Department of the Interior: | | |
| Bureau of Land Management ................................................. | 2 | 10 |
| U.S. Fish and Wildlife Service ........................................... | 12 | 25 |
| National Park Service ........................................................ | 23 | 40 |
| U.S. Geological Survey ...................................................... | 32 | 59 |
| Minerals Management Service ............................................ | 34 | 66 |
| Office of Surface Mining Reclamation and Enforcement ................. | 37 | 68 |
| Bureau of Indian Affairs ................................................... | 39 | 73 |
| Departmental Offices ........................................................ | 47 | 81 |
| General Provisions ............................................................. | 54 | 92 |
| Related Agencies: | | |

★ 80–696

S.ADD1

46

*Partnerships.*—The Committee continues to support the use of partnerships to achieve park goals. However, given the backlog maintenance needs and operational shortfalls of the parks, the Committee encourages the Service to be cautious about increasing funding and new staffing to achieve this purpose. The Service has many existing employees who are accomplished at developing strong partnerships and the Committee encourages the Service to use this internal expertise.

The Committee has had a great deal of experience with the larger, expensive partnership projects, which include some successes and failures. Based on this experience, the Committee makes the following observations and suggestions. Ideas for good partnerships don't always have to originate with the park but they should further a park priority. The Service should consult and communicate with partners and Service leadership but also with the Committee before large-scale project commitments are made. When sharing expenses for a building, the Service should be cautious about starting a project before all funds are in hand—both the Federal and non-Federal contributions. Finally the Service should make sure that the partnership agreement is in writing. There have been many instances where the project scope changes and the partners and the Committee have a different recollection of the original commitment.

*Other.*—The Committee supports the decision by Ozark National Scenic Riverways to retain the carpentry and maintenance positions at the park. The Committee recognizes the urgent needs at ONSR for key carpentry and maintenance personnel who have specialized skills in properly maintaining park facilities. The Committee expects that these carpentry and maintenance positions will be retained.

The Committee urges the Service to give priority consideration to provide sufficient funds for necessary repairs, maintenance, facility improvements and staffing at the Wright Brothers National Memorial and Cape Hatteras National Seashore in preparation for the First Flight Centennial celebration.

The Service should continue to support the Carhart Center at the same level as provided in fiscal year 2002.

The Committee recognizes the extraordinary cost savings and positive environmental benefits achieved by the military through the implementation of pulse technology as a major component of its battery management programs. The Committee believes that the National Park Service would also benefit significantly and directly from the use of this technology to extend the life of vehicle batteries. These benefits include savings in battery replacement costs, reduction in overall maintenance costs for vehicles and ancillary equipment, and a resultant increase in safety for personnel. The Committee urges the Service to incorporate this technology in its ongoing purchase and maintenance programs for vehicles. The Service should report to the Committee by December 31, 2002, on its plans to comply with this direction. Beginning with the fiscal year 2004 budget request, the budget submission should include an accounting of the extent to which battery pulse technology is being employed and the savings expected and realized as a result of the use of this technology.

The Committee is aware of recent developments relating to the identification of the site of the first official residence of the Presi-

47

dent of the United States at the current location of Independence National Historic Park in Philadelphia, Pennsylvania. It has been discovered that George Washington and his household, including eight African American slaves, were quartered at the first Executive Mansion for six and one half years. Therefore, given the historical significance of this issue, the Committee urges the National Park Service to appropriately commemorate the concerns raised regarding the recognition of the existence of the Mansion and the slaves who worked in it during the first years of our democracy. Furthermore the Committee directs the Director of the National Park Service to submit a report to the Committee no later than March 31, 2003, detailing the actions taken at Independence National Historic Park to properly address and resolve this issue.

The Committee urges the National Park Service to continue making the War for Freedom Project a priority. The War for Freedom Project, a collaboration between the National Park Foundation, the University of Maryland and the National Park Service is a national, internet based curriculum to help students at all levels better understand the Civil War Period using letters written by African Americans and National Park Service War sites as resources.

Bill language is included which prohibits the creation of a new Associate Director for Law Enforcement, Protective and Emergency Service.

### UNITED STATES PARK POLICE

| | |
|---|---:|
| Appropriation enacted, 2002 ............................................................... | $90,555,000 |
| Budget estimate, 2003 ........................................................................ | 78,431,000 |
| Recommended, 2003 ............................................................................ | 78,431,000 |
| Comparison: | |
|     Appropriation, 2002 ...................................................................... | −12,124,000 |
|     Budget estimate, 2003 ................................................................... | 0 |

The Committee recommends $78,431,000 for the United States Park Police, the same as the budget request and a decrease of $12,124,000 below the enacted level. The decrease below 2002 reflects one time security enhancement costs.

### NATIONAL RECREATION AND PRESERVATION

The National recreation and preservation appropriation provides for the outdoor recreation planning, preservation of cultural and National heritage resources, technical assistance to Federal, State and local agencies, administration of Historic Preservation Fund grants and statutory and contractual aid.

| | |
|---|---:|
| Appropriation enacted, 2002 ............................................................... | $66,159,000 |
| Budget estimate, 2003 ........................................................................ | 46,824,000 |
| Recommended, 2003 ............................................................................ | 56,330,000 |
| Comparison: | |
|     Appropriation, 2002 ...................................................................... | −9,829,000 |
|     Budget estimate, 2003 ................................................................... | +9,506,000 |

The Committee recommends $56,330,000 for national recreation and preservation, an increase of $9,506,000 above the request and $9,829,000 below the enacted level.

The amounts recommended by the Committee compared with the budget estimate by activity are shown in the following table:

NATIONAL PARK SERVICE • U.S. DEPARTMENT OF THE INTERIOR



# Foundation Document
## Independence National Historical Park
## Associated National Historic Sites and Memorials
**Pennsylvania**

September 2017



S.ADD4

Foundation Document



**S.ADD5**

Independence National Historical Park  •  Associated National Historic Sites and Memorials



**S.ADD6**



**S.ADD7**

# Contents

**Mission of the National Park Service** . . . . . . . . . . . . . . . . . . . . . . . . .1

**Introduction.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

**Part 1: Core Components** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .3
    Brief Description of Legislated National Park Units. . . . . . . . . . . . . . 4

**Part 1.1: Core Components – Independence National Historical Park** . . . . . . .5
    Brief Description of Independence National Historical Park . . . . . . . . . 5
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . 10
    Other Important Resources and Values . . . . . . . . . . . . . . . . . . 12
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**Part 1.2: Core Components – Edgar Allan Poe National Historic Site** . . . . . . 14
    Brief Description of Edgar Allan Poe National Historic Site . . . . . . . . . 14
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . 16
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

**Part 1.3: Core Components – Gloria Dei Church National Historic Site** . . . . . 18
    Brief Description of Gloria Dei Church National Historic Site . . . . . . . . 18
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . 20
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

**Part 1.4: Core Components – Thaddeus Kosciuszko National Memorial** . . . . . 21
    Brief Description of Thaddeus Kosicuszko National Memorial . . . . . . . 21
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . 23
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

**Part 2: Dynamic Components** . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
    Special Mandates and Administrative Commitments . . . . . . . . . . . 24
    Assessment of Planning and Data Needs . . . . . . . . . . . . . . . . . 25

**Part 3: Contributors.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

**Appendixes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Appendix A: Enabling Legislation for Independence
        National Historical Park and its Associated Units . . . . . . 40
    Appendix B: Inventory of Special Mandates for
        Independence National Historical Park . . . . . . . . . . . 45
    Appendix C: Inventory of Administrative Commitments for Independence
        National Historical Park and its Associated Units . . . . . . 52
    Appendix D: Analysis of Fundamental and Other Important Resources
        and Values . . . . . . . . . . . . . . . . . . . . . . . . . 57
    Appendix E: Past and Ongoing Park Planning and Data Collection Efforts . 80

**S.ADD8**

Foundation Document



**S.ADD9**

# Mission of the National Park Service

The National Park Service (NPS) preserves unimpaired the natural and cultural resources and values of the national park system for the enjoyment, education, and inspiration of this and future generations. The National Park Service cooperates with partners to extend the benefits of natural and cultural resource conservation and outdoor recreation throughout this country and the world.

The NPS core values are a framework in which the National Park Service accomplishes its mission. They express the manner in which, both individually and collectively, the National Park Service pursues its mission. The NPS core values are:

- **Shared stewardship:** We share a commitment to resource stewardship with the global preservation community.

- **Excellence:** We strive continually to learn and improve so that we may achieve the highest ideals of public service.

- **Integrity:** We deal honestly and fairly with the public and one another.

- **Tradition:** We are proud of it; we learn from it; we are not bound by it.

- **Respect:** We embrace each other's differences so that we may enrich the well-being of everyone.

The National Park Service is a bureau within the Department of the Interior. While numerous national park system units were created prior to 1916, it was not until August 25, 1916, that President Woodrow Wilson signed the National Park Service Organic Act formally establishing the National Park Service.

The national park system continues to grow and comprises more than 400 park units covering more than 84 million acres in every state, the District of Columbia, American Samoa, Guam, Puerto Rico, and the Virgin Islands. These units include, but are not limited to, national parks, monuments, battlefields, military parks, historical parks, historic sites, lakeshores, seashores, recreation areas, scenic rivers and trails, and the White House. The variety and diversity of park units throughout the nation require a strong commitment to resource stewardship and management to ensure both the protection and enjoyment of these resources for future generations.



The arrowhead was authorized as the official National Park Service emblem by the Secretary of the Interior on July 20, 1951. The sequoia tree and bison represent vegetation and wildlife, the mountains and water represent scenic and recreational values, and the arrowhead represents historical and archeological values.

1

# Introduction

Every unit of the national park system will have a foundational document to provide basic guidance for planning and management decisions—a foundation for planning and management. The core components of a foundation document include a brief description of the park as well as the park's purpose, significance, fundamental resources and values, other important resources and values, and interpretive themes. The foundation document also includes special mandates and administrative commitments, an assessment of planning and data needs that identifies planning issues, planning products to be developed, and the associated studies and data required for park planning. Along with the core components, the assessment provides a focus for park planning activities and establishes a baseline from which planning documents are developed.

A primary benefit of developing a foundation document is the opportunity to integrate and coordinate all kinds and levels of planning from a single, shared understanding of what is most important about the park. The process of developing a foundation document begins with gathering and integrating information about the park. Next, this information is refined and focused to determine what the most important attributes of the park are. The process of preparing a foundation document aids park managers, staff, and the public in identifying and clearly stating in one document the essential information that is necessary for park management to consider when determining future planning efforts, outlining key planning issues, and protecting resources and values that are integral to park purpose and identity.

While not included in this document, a park atlas is also part of a foundation project. The atlas is a series of maps compiled from available geographic information system (GIS) data on natural and cultural resources, visitor use patterns, facilities, and other topics. It serves as a GIS-based support tool for planning and park operations. The atlas is published as a (hard copy) paper product and as geospatial data for use in a web mapping environment. The park atlas for Independence National Historical Park and associated units can be accessed online at: http://insideparkatlas.nps.gov/.



2

# Part 1: Core Components

The core components of a foundation document include a brief description of the park, park purpose, significance statements, fundamental resources and values, other important resources and values, and interpretive themes. These components are core because they typically do not change over time. Core components are expected to be used in future planning and management efforts.

The purpose statement identifies the specific reason(s) for establishment of a particular park. A park purpose statement is drafted through a careful analysis of the park's enabling legislation and legislative history that influenced its development. The purpose statement lays the foundation for understanding what is most important about the park.

Significance statements express why the park's resources and values are important enough to merit designation as a unit of the national park system. These statements are linked to the purpose of park, and are supported by data, research, and consensus. Statements of significance describe the distinctive nature of the park and why an area is important within a global, national, regional, and systemwide context. They focus on the most important resources and values that will assist in park planning and management.

Fundamental resources and values (FRVs) are those features, systems, processes, experiences, stories, scenes, sounds, smells, or other attributes determined to warrant primary consideration during planning and management processes because they are essential to achieving the purpose of the park and maintaining its significance. Fundamental resources and values are closely related to a park's legislative purpose and are more specific than significance statements.

Fundamental resources and values help focus planning and management efforts on what is truly significant about the park. One of the most important responsibilities of NPS managers is to ensure the conservation and public enjoyment of those qualities that are essential (fundamental) to achieving the purpose of the park and maintaining its significance. If fundamental resources and values are allowed to deteriorate, the park purpose and/or significance could be jeopardized.

Other important resources and values (OIRVs) are resources and values that are not fundamental to the purpose of the park, and may be unrelated to its significance, but are important to consider in planning processes. These resources and values have been selected because they are important in the operation and management of the park, and warrant special consideration in park planning.

Interpretive themes are often described as the key stories or concepts that visitors should understand after visiting a park—they define the most important ideas or concepts communicated to visitors about a park unit. Themes are derived from, and should reflect, park purpose, significance, resources, and values. The set of interpretive themes is complete when it provides the structure necessary for park staff to develop opportunities for visitors to explore and relate to all park significance statements and fundamental and other important resources and values.

Interpretive themes are an organizational tool that reveal and clarify meaning, concepts, contexts, and values represented by park resources. Sound themes are accurate and reflect current scholarship and science. They encourage exploration of the context in which events or natural processes occurred and the effects of those events and processes. Interpretive themes go beyond a mere description of the event or process to foster multiple opportunities to experience and consider the park and its resources. These themes help explain why a park story is relevant to people who may otherwise be unaware of connections they have to an event, time, or place associated with the park.

3

**S.ADD12**

Foundation Document

## Brief Description of Legislated National Park Units

Established in 1948, Independence National Historical Park covers more than 51 acres in downtown Philadelphia, Pennsylvania, and beyond. As an administrative unit of the National Park Service, Independence National Historic Park also manages and operates three other legislated national park units in and around the city of Philadelphia. This foundation document affirms a single, shared understanding for each national park unit identified below:

- Independence National Historical Park

- Edgar Allan Poe National Historic Site

- Gloria Dei Church National Historic Site

- Thaddeus Kosciusko National Memorial






4

**S.ADD13**

# Part 1.1: Core Components – Independence National Historical Park

## Brief Description of Independence National Historical Park

Established in 1948, Independence National Historical Park was created to protect the historic places associated with the birth of the American republic, standing as icons of freedom and democratic ideals for people around the world. The park spans more than 51 acres within the City of Philadelphia, preserving and interpreting a rich collection of the United States of America's Colonial, Revolutionary, and Federal period heritage. The park's designers were strongly influenced by the City Beautiful Movement as well as the trend toward colonial revival in design introduced at Williamsburg, Virginia. While the urban renewal movement in Philadelphia was underway, the National Park Service was working collaboratively with local preservationists and stakeholders in developing Independence National Historical Park. Pioneering historic structure restoration in the 1950s and 1960s, with architects, engineers, archeologists, curators, and historians working on Independence Hall as well as other park structures, landscapes, and collections, led to development of a modern methodology and rigorous standards for restoration and reconstruction that are still a model for the National Park Service and private sector professionals. Most of the park's historic structures are located in the vicinity of the four landscaped blocks between Philadelphia's Chestnut, Walnut, 2nd, and 6th Streets. Here, along these streets, amid these venerable houses and public buildings, colonists began their quest for freedom and independence. Here too, the United States of America was born and its ideals enacted in the Constitution.

The centerpiece of the park is Independence Hall, where the Declaration of Independence, the Articles of Confederation, and the United States Constitution were debated and adopted in the late 18th century. Independence Hall and nearby Congress Hall were the principal meetinghouses of the Second Continental Congress from 1775 to 1783 and the Constitutional Convention in the summer of 1787. In Independence Square, the Declaration of Independence was read publicly for the first time on July 8, 1776. The legacy of the nation's founding documents—universal principles of freedom and democracy—has influenced lawmakers around the world and distinguished Independence Hall as a United Nations Educational, Scientific and Cultural Organization (UNESCO) World Heritage Site.

Across the street from Independence Square, the Liberty Bell, an iconic symbol of independence and an international symbol of freedom, is displayed in the Liberty Bell Center. Hung in the State House in 1753, it summoned the Pennsylvania Assembly to work. In the 1830s anti-slavery groups named it the Liberty Bell. The bell cracked sometime around 1846, but its message still rings out. Surrounding the Liberty Bell Center is the park's Independence Mall, one of Philadelphia's great outdoor public spaces, which runs between 5th and 6th Streets, from Chestnut Street to Race Street.

Independence National Historical Park is much more than Independence Hall and the Liberty Bell. The park preserves and interprets many of our country's most important resources associated with the establishment of the government of the United States of America. Carpenters' Hall is the site of the First Continental Congress held in September 1774. The Supreme Court of the United States first met at Philadelphia's Old City Hall. The site of the President's House, where George Washington and John Adams and their households lived and worked during their terms as the first and second presidents of the United States, prior to Adams' move to the White House in 1800, is interpreted by the park, especially in the paradox of the Washingtons bringing their enslaved people to work and live there. Franklin Court preserves the site of Benjamin Franklin's house and businesses, providing a window into the life and times of this founding father. Washington Square, one of William Penn's five original squares, is home to the Tomb of the Unknown Soldier of the American Revolution.

**S.ADD14**

The park also protects the First and Second Bank buildings of the United States; the Merchants Exchange Building; and the faithfully reconstructed social, cultural, and political center of Philadelphia during the park's period of significance, the City Tavern. These are just a few of the many historic buildings and landscapes managed and protected by Independence National Historical Park.

With so many important places under its care, Independence National Historical Park works collaboratively with many partners and stakeholders in the stewardship of our national heritage. The park works closely with the city of Philadelphia and the state of Pennsylvania, and with the Independence Visitor Center Corporation jointly managing the Independence Visitor Center located on 6th and Market Streets. Some of the historic buildings in the park are still owned by private organizations such as the American Philosophical Society and the Carpenters' Company of the City and County of Philadelphia, so the park must work closely with these groups on the protection and interpretation of these properties. The park is also involved with numerous houses of worship and congregations, whose churches and cemeteries are an integral part of the historic significance of the park. Congress created the National Constitution Center as a private nonprofit organization in the park, located in a federally owned building on the mall, to be a nonpartisan interpreter of the history of the Constitution and its current relevance. There are numerous civic organizations, nonprofit groups, corporations, and countless stakeholders locally, nationally, and internationally that the park engages with on a regular basis. The diverse interests and passion of the park's many partners and stakeholders reflect the importance of buildings and resources protected by Independence National Historical Park.



## Park Purpose

The purpose statement for Independence National Historical Park was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The park was established when the enabling legislation adopted by Congress was signed into law on June 28, 1948 (see appendix A for enabling legislation). The purpose statement lays the foundation for understanding what is most important about the park.

> *The birthplace of the United States of America, INDEPENDENCE NATIONAL HISTORICAL PARK preserves and interprets the buildings, grounds, and museum collections of outstanding national significance associated with the American Revolution and growth of the country. Individuals today can make meaningful connections with the events, ideas, and people represented by the park resources, including the Liberty Bell and Independence Hall, a World Heritage Site.*



7

## Park Significance

The following significance statements have been identified for Independence National Historical Park. (Please note that the sequence of the statements does not reflect the level of significance.)

1. **Ideals of Freedom and Democracy:** Independence National Historical Park protects the buildings where the United States government was founded on the ideals of liberty, democracy, and religious freedom. Both the Liberty Bell and Independence Hall, a World Heritage Site, are recognized as national and international symbols of these ideals.

2. **The First and Second Continental Congress:** In 1774 the First Continental Congress met at Carpenters' Hall in Philadelphia to debate the need for a new course of action for the American colonies. Meeting again in 1776, this time at the State House, the Second Continental Congress expressed this new course of action through the Declaration of Independence, and provided direction to the American Revolution resulting in independence for a new nation.

3. **Founding Documents of Democracy:** Within many of the historic buildings at Independence National Historical Park, the founding documents of modern democracy, including the Declaration of Independence and the Constitution of the United States of America were drafted, debated, and signed. These documents have served as models for other countries, contributing to the World Heritage Site designation for Independence Hall.

4. **Establishment of the Executive Branch of Government:** The executive branch of the United States Government took shape here as the presidencies of George Washington (1790–1797) and John Adams (1797–1800) established enduring precedents for the executive office, and witnessed, with Adams' inauguration, the first peaceful transfer of executive power in the western world.

5. **Establishment of the Legislative Branch of Government:** After the ratification of the Constitution of the United States, it was in Congress Hall where the legislative branch worked to bring the ideals of the revolution into reality by governing. Among the historic events that took place here were the establishment of the Bank of the United States, the Federal Mint, the Department of the Navy and the ratification of Jay's treaty with England. The Bill of Rights was fully ratified the year Congress first met in this building.

6. **Establishment of the Judicial Branch of Government:** The Constitution established the Supreme Court as the judicial branch of the United States government; the court made its first decisions in 1791 while meeting in Philadelphia's City Hall, today known as Old City Hall.

7. **First Bank of the United States:** As the first federally chartered bank, the first Bank of the United States established the first standard currency for the young country, resulting in greater economic stability, a central role for the federal government in the monetary system, and the ability for the nation to pay off debt resulting from the Revolutionary War.

8. **Benjamin Franklin:** Franklin Court commemorates and preserves the location of Benjamin Franklin's home in Philadelphia. Its museum, working print shop, and post office provide a window into the life of Benjamin Franklin, who personified the spirit, ideals, curiosities, and ingenuity of 18th-century America.

9. **Economic Growth of a Young Nation:** Designed by renowned architect William Strickland, the Second Bank of the United States and the Merchants Exchange Building, the first stock exchange in America, reflect the entrepreneurial spirit and developing economy of the young nation.

10. **Washington Square:** With its multilayered history, Washington Square is one of the five original squares designated by William Penn in Philadelphia. The square is the 18th century burial ground for many Revolutionary War soldiers, yellow fever victims, and African Americans, and includes the Tomb of the Unknown Soldier of the American Revolution.

11. **Relationships with American Indians:** As the new national government of the United States took shape in Philadelphia, the executive and congressional branches formed sovereign-to-sovereign relationships with American Indian nations, while the president of the United States received visiting delegations to Philadelphia such as the Iroquois and Cherokee, and negotiated treaties with these tribes.

12. **Paradox of Freedom and Slavery:** Seeking to win agreement for a new Constitution that would replace the Articles of Confederation, delegates to the Constitutional Convention postponed the discussion about slavery in America by stating that the importation of slaves would cease in 1808. Because this weak clause did not address the issues of slave ownership or the emancipation of individuals held in bondage, the paradox of a nation conceived in liberty but once bound by legalized slavery can be explored at Independence National Historical Park.

13. **First Amendment Rights:** Since the first public reading of the Declaration of Independence by John Nixon in 1776, the grounds now constituting Independence National Historical Park have long been a venue for public dissent and a place to exercise First Amendment Rights, a tradition that continues today. Notable examples of exercising the freedom of free speech include abolitionist Frederick Douglass's famous 1844 speech while a fugitive slave and Susan. B. Anthony's first public reading of the "Women's Declaration of Rights" urging women's suffrage on July 4, 1876.

14. **Religious Freedom:** The many houses of worship and cemeteries affiliated with Independence National Historical Park represent the spirit of religious diversity and tolerance that began with William Penn and became federal law with the passage of the Bill of Rights.

15. **Urban Renewal and Historic Preservation:** The making of Independence National Historical Park was achieved by creating public parks and open green space in order to showcase iconic historic buildings connected to the founding of the nation. Influenced by the City Beautiful Movement as well as the trend toward colonial revival in design introduced at Williamsburg, Virginia, the National Park Service worked with local preservationists in the development of Independence National Historical Park and pioneered many of the techniques commonly used in historic preservation today.




9

**S.ADD18**

# Fundamental Resources and Values

The following fundamental resources and values have been identified for Independence National Historical Park:

- **Structures Associated with the Founding and Growth of the Nation:** Independence National Historical Park preserves and protects a diverse collection of structures and public buildings linked to the American Revolution and development and growth of the country. Significant historic events that forged the United States government and molded the young nation took place in many of the building found in the park today. In the 1950s and 1960s, architects, engineers, archeologists, curators, and historians working on Independence Hall as well as other park structures, landscapes, and collections pioneered modern methodology and rigorous standards for restoration and reconstruction that are still a model for the National Park Service and private sector professionals. Some of the most iconic historic buildings at the park include, Carpenters' Hall, Independence Hall, Congress Hall, Old City Hall, First Bank of the United States, Second Bank of the United States, the Free Quaker Meeting House, Christ Church, and the Merchants Exchange. As the site where the Declaration of Independence was signed and an international symbol of freedom, Independence Hall is recognized as a UNESCO World Heritage Site. The collection of structures at Independence National Historical Park also reflects private residences of the era such as the Todd House, Bishop White House, Deshler-Morris House (Germantown White House), Franklin Court, and Market Street Houses. Although some structures exist today as historic reconstructions, these buildings are still important due to the context they provide within the park and are managed as if they were historic structures. These include, the City Tavern, New Hall (Military Museum), Pemberton House, and the Declaration House. Woven into the urban fabric of downtown Philadelphia and beyond, the numerous structures at Independence National Historical Park provide a tangible connection to the events, ideas, and people responsible for the founding and growth of the nation.

- **Cultural Landscapes:** Cultural landscapes at Independence National Historical Park are woven into the urban fabric of downtown Philadelphia and provide a unique setting for many of the historic structures at the park. Both historic landscapes and those landscapes that were created when the park was established in 1948 are considered fundamental cultural landscapes to the park. Independence Square and Washington Square (one of the five original squares laid out in William Penn's survey for the city of Philadelphia) are historic landscapes that existed during the American Revolution and founding of the country. When Independence National Historical Park was developed, green space and an open park setting was created, resulting in additional cultural landscapes. These landscapes showcase specific historic buildings while providing a park-like setting that links many of these sites in the city. These landscapes include: the Rose Garden, Welcome Park, the Magnolia Garden, Independence Mall, 18th Century Garden, and Area A. Christ Church Park, St. Joseph's Park, and St. George's Park were also developed and maintained to serve as buffers to other significant structures that are not directly managed by the park, but contribute to our understanding of the Revolutionary War era in Philadelphia. Franklin Court was reinterpreted in 1975 by Venturi and Scott-Brown and is now treated as a cultural landscape.




**S.ADD19**

- **Museum Collections:** The museum collections at Independence National Historical Park contain a wide range of archives, artifacts, and objects related to the American Revolution and founding of the United States. The most iconic object in the museum collection is the Liberty Bell, which is on permanent display in the Liberty Bell Center. Over 4 million objects including archeological and archival collections have been accessioned and catalogued into the museum collections. Many museum objects are historic furnishings and are on display in historic buildings throughout the park. The museum collections also serve as a repository for materials collected during archeological investigations. A large archeological collection associated with construction of the National Constitution Center on the Independence Mall, as well as other materials collected during past archeological research projects at the President's House and Franklin Court make up a significant part of the museum collection's inventory. The collections also include a large architectural fragments collection composed of items removed from park buildings during rehabilitation and examples of Delaware Valley architecture used as study pieces or prototypes for restorations. There is a large paint sample collection assembled from architectural investigations in park buildings and used to determine the correct paint colors of structures during the park's period of significance. The museum collections program for Independence National Historical Park also manages and facilitates the stewardship of collections related to the Thaddeus Kosciuszko National Memorial and the Edgar Allan Poe National Historic Site.

- **Archeological Resources:** The archeological resources associated with Independence National Historical Park serve as direct links to the past and inform our understanding of the historic events and people associated with the American Revolution and the founding of the nation. Many archeological investigations, such as projects associated with the development of area F and the National Constitution Center, have occurred throughout the park and illustrate the importance of this resource, not only in providing valuable data but also in connecting visitors to the past. Archeological investigations at the President's House Site revealed physical connections to the enslaved in President George Washington's household. This information was used to guide future development at the site. Based on these discoveries, the park designed its first community-based exhibition at the President's House archeological site that interprets race and slavery in its historic context. Franklin Court is another example of the role that archeological resources play in the park, and how these resources can be used to support interpretive programming that enhances visitor experience and understanding. The park still contains many subsurface archeological resources that have the potential to yield valuable information about the past.



**S.ADD20**




- **Civic Responsibility and the Exercise of First Amendment Rights:** Preserving the sites where the founding ideals of the United States government took shape, Independence National Historical Park serves as a venue for exploring civic responsibilities and expressing the rights defined in the founding of the nation. As a fundamental value for the park, civic responsibilities can be explored, debated, and expressed at Independence National Historical Park in many ways. The buildings and sites protected by the park have a long history of serving as a backdrop for countless people exercising their First Amendment Rights. Today, the park maintains People's Plaza as a dedicated space for groups to exercise their First Amendment rights. As individuals make connections to the events, ideals, and people associated with the American Revolution and the founding of the nation at Independence National Historical Park, they can also explore and gain a better understanding of their own sense of civic responsibility.

- **Pioneering Partnerships and Collaboration:** Independence National Historical Park is a pioneer in the development and use of partnerships in order to ensure the protection and stewardship of our national heritage. As a fundamental value, partnerships and working collaboratively with numerous state, local, and nonprofit organizations is essential to the success of the park. The dynamic role of partnerships at the park is best illustrated by Independence National Historical Park's close working relationship with the City of Philadelphia, which still owns the most iconic building Independence Hall and resources such as the Liberty Bell. Likewise, the park works in close collaboration with other key property owners such as the Carpenters' Company and the American Philosophical Society that still own important landmarks within the park. Along with these property owners, the park also works in partnership with many local congregations in Philadelphia to help preserve significant places of worship associated with the founding of the nation. Numerous nonprofit organizations and stakeholder groups provide support and a spirit of collaboration that is essential to the future of Independence National Historical Park.

## Other Important Resources and Values

The following other important resources and values have been identified for Independence National Historical Park:

- **Appropriate Recreation:** The park environment created through the development of Independence National Historical Park provides a unique place for appropriate recreational opportunities. As some of the only open space in the heart of downtown Philadelphia, the park has seen an increase in recreational activities such as on-leash dog walking and picnicking. As traditional urban areas around the park transition from offices and commercial uses into more urban residential neighborhoods, the recreational use of the park will continue to evolve. Managing the demands for recreational activities in a way that allows for appropriate uses that respects the historic context and other visitor's experiences will provide both opportunities and challenges for the park in the future.

Independence National Historical Park  •  Associated National Historic Sites and Memorials

## Interpretive Themes

The following interpretive themes have been identified for Independence National Historical Park:

### Theme 1 – What Was "Revolutionary" About the American Revolution?

The American Revolution was the result of new ideas expressed in our founding documents, which created profound changes in power, perception, and opportunity that continue to affect people in the United States and around the world.

### Theme 2 – Liberty: The Promises and the Paradoxes

The promises of liberty and equality granted in the founding documents present a paradox: not only are they ideals to strive for but they are unfulfilled promises for people who struggle to be fully included as citizens of our nation.

### Theme 3 – E Pluribus Unum: Out of Many, One

The motto E Pluribus Unum, meaning "out of many, one," illustrates a distinctive characteristic of the United States—a democratic nation of many states and diverse people with different cultures, beliefs, and political ideas—that contributes to the dynamic tension and growth of American society.

### Theme 4 – Benjamin Franklin – the Relevant Revolutionary

Benjamin Franklin was revolutionary in his thinking and actions, he struggled to achieve liberty but did not always extend it to others, and he worked to bring many people together for a common goal.






13

## Part 1.2: Core Components –
## Edgar Allan Poe National Historic Site

### Brief Description of Edgar Allan Poe National Historic Site

Edgar Allan Poe National Historic Site preserves the only surviving Philadelphia residence of acclaimed 19th century author, Edgar Allan Poe. Located in the Spring Garden neighborhood of Philadelphia, the national historic site was authorized as a unit of the National Park Service in 1976 and is currently managed by Independence National Historical Park. The site includes the original home and grounds where Poe and his family lived in about 1843–1844 as well as adjoining homes that serve as the site's visitor center and exhibit space. Although the Poe house remains unfurnished, the building itself provides many connections to the environment in which the author lived and drew creative inspiration for many of his best known tales. Exhibits at the site explore Poe's personal and family life as well as his literary and publishing career. The national historic site offers guided tours of the Poe house as well as opportunities to enjoy his stories in the Reading Room, a space with furnishings based on his fictional essay, "The Philosophy of Furniture."

Described as horrifying, mystifying, and full of genius, Edgar Allan Poe's writing has engaged generations of readers all over the globe. The six years Poe lived in Philadelphia, the publishing capital of America at the time, are often considered his happiest and most productive. Not only did Poe edit and provide critical reviews for very successful magazines, but he also invented the modern detective story. While in Philadelphia, Poe penned such classics as "The Gold Bug," "The Tell-Tale Heart," "The Fall of the House of Usher" and poems such as "The Haunted Palace" and "To Helen." Yet Poe also struggled with bad luck, personal demons, and his wife's tuberculosis. In Poe's humble home, visitors are given the opportunity to reflect on the human spirit surmounting crushing obstacles, and celebrate Poe's astonishing creativity.



## Park Purpose

The purpose statement for Edgar Allan Poe National Historic Site was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The park was established when the enabling legislation adopted by Congress was signed into law on November 10, 1978 (see appendix A for enabling legislation). The purpose statement lays the foundation for understanding what is most important about the park.

> *EDGAR ALLAN POE NATIONAL HISTORIC SITE commemorates Poe's literary legacy by preserving and interpreting the Poe House complex in Philadelphia where he lived during his most prolific period.*



15

## Park Significance

The following significance statements have been identified for Edgar Allan Poe National Historic Site. (Please note that the sequence of the statements does not reflect the level of significance.)

1. **Literary Achievements:** Edgar Allan Poe attained great success as an author, poet, editor, and critic during the six years he lived in Philadelphia. Poe pioneered many literary styles, created the detective story genre, and published some of his classic tales, including "The Gold Bug," "The Fall of the House of Usher," "The Tell-Tale Heart," and "The Murders in the Rue Morgue" while living in the city.

2. **Tangible Connection to Edgar Allan Poe:** Of Poe's several Philadelphia homes, only this one survives, serving as a tangible link to the author's height of literary power and time in Philadelphia. Poe drew inspiration from his surroundings, and the basement of this house is reflected in one of his best known stories, "The Black Cat."

3. **Philadelphia, Publishing Capital of the U.S.:** Poe's residence in Philadelphia, one of the literary and publishing capitals of 19th century America, was no accident. He chose to live in Philadelphia in order to influence his career and enhance his success.

## Fundamental Resources and Values

The following fundamental resources and values have been identified for Edgar Allan Poe National Historic Site:

- **Poe House Complex:** While living in Philadelphia, Edgar Allan Poe rented the house at 532 N. 7th Street from 1843 to 1844. Once a free-standing structure, this house was both inspiration and home for Poe who lived at this location with his wife and mother-in-law. Today, the unfurnished house is the focal point of the national historic site, providing a glimpse into Poe's private life and serving as a tangible connection to his time in Philadelphia. Along with the three-story brick building where Poe resided, the Poe House complex also includes the adjoining mid-19th century brick townhouse and the north and south gardens outside the buildings. This townhouse functions as the site's visitor contact station as well as exhibit space highlighting the life and time of Edgar Allan Poe.



Independence National Historical Park ● Associated National Historic Sites and Memorials

## Interpretive Themes

The following interpretive themes have been identified for Edgar Allan Poe
National Historic Site:

- **Poe's Body of Work:** Edgar Allan Poe demonstrated the breadth of his creative inspiration by pioneering and mastering a variety of literary forms.

- **Poe's Continuing Literary Influence:** Edgar Allan Poe's influence on literary expression, art, and popular culture began during his lifetime and continues today.

- **Poe's Life and Times:** Edgar Allan Poe's personal life and the literary world in which he made his living affected his creative expression.





17

# Part 1.3: Core Components – Gloria Dei Church National Historic Site

## Brief Description of Gloria Dei Church National Historic Site

Designated as a national historic site in 1942, the Gloria Dei (Old Swedes') Church provides an opportunity to explore more than 300 years of religious freedom in America and the area's connections to early Swedish settlement. Gloria Dei Church National Historic Site sits at 916 South Swanson Street and is managed by the National Park Service through Independence National Historical Park. The national historic site includes the Gloria Dei Church and supporting buildings, the church cemetery, and a park. Although most of the site is in private ownership, the National Park Service does own the park area surrounding Gloria Dei Church in order to provide an appropriate setting for this national historic site. Still an active congregation, religious ceremonies and other special events may limit access to the interior of the historic church at times.

Also known as Old Swedes' Church, Gloria Dei Church offers an opportunity to interpret the intricacies of European colonization in Pennsylvania. Gloria Dei was a Lutheran church established during the years the lower Delaware Valley was a Swedish colony. New Sweden flourished from 1638 to 1655 when the area was incorporated into the Dutch New Netherlands until Penn's arrival in 1682. Although the present church was consecrated in 1700, the Gloria Dei congregation traces its history as far back as 1646. It remained a Lutheran congregation until 1831 and has been an Episcopal church since 1845. The extensive population of Swedes and Finns remaining in the area assimilated into the larger Philadelphia society. Many descendants of the original Lutheran congregants still celebrate Swedish customs at the church and the interior of the church houses many artifacts reflecting its Swedish heritage. Independence National Historical Park works collaboratively with the congregation and local stakeholders on the stewardship and interpretation of Gloria Dei Church National Historic Site.




18

Independence National Historical Park • Associated National Historic Sites and Memorials

## Park Purpose

The purpose statement for Gloria Dei Church National Historic Site was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The unit was designated a National Historic Site on December 5, 1942 (see appendix A for enabling legislation). Today, the historic church and its grounds are an in-holding surrounded by federal land authorized by Congress in 1958. The purpose statement lays the foundation for understanding what is most important about the park.

> GLORIA DEI CHURCH NATIONAL HISTORIC SITE provides a dignified landscape setting for the Gloria Dei (Old Swedes') Church.



19

## Park Significance

The following significance statements have been identified for Gloria Dei Church National Historic Site. (Please note that the sequence of the statements does not reflect the level of significance.)

1. **Relationship to the Church:** Gloria Dei Church National Historic Site frames Old Swedes' Church, one of the oldest active churches in North America and the oldest church in the state of Pennsylvania.

2. **Historic Preservation:** Created in order to provide a fitting setting for Old Swedes' Church, Gloria Dei Church National Historic Site illustrates early historic preservation efforts in America.

3. **A Place of Remembrance:** Because of the graveyard next to the church, burial markers from the nearby graves of Revolutionary War officers were relocated to Gloria Dei Church National Historic Site in the early 1950s. Today, these cenotaphs honor the memory of these patriots.

## Fundamental Resources and Values

The following fundamental resources and values have been identified for Gloria Dei Church National Historic Site:

- **Dignified Landscape:** Designated as a national historic site in 1942, the landscape associated with the Gloria Dei Church National Historic Site consists of 2.61 acres adjacent to the Old Swedes' Church and cemetery. The landscape is bounded by Delaware Avenue, Washington Avenue, Water Street, and Christian Street. A mixture of evergreens and deciduous plants create a park-like setting on the landscape. Other key landscape features include masonry walls surrounding the church, cemetery, and grounds, as well as metal gates. A collection of relocated cenotaphs and burial markers can also be found on this landscape and contribute to the dignified open setting at Gloria Dei Church National Historic Site.

## Interpretive Themes

Although no interpretive themes have been directly identified for Gloria Dei Church National Historic Site, the following interpretive theme for Independence National Historical Park guides interpretive programming at the site.

### Theme 3 – E Pluribus Unum: Out of Many, One

The motto E Pluribus Unum, meaning "out of many, one," illustrates a distinctive characteristic of the United States—a democratic nation of many states and diverse people with different cultures, beliefs, and political ideas—that contributes to the dynamic tension and growth of American society.




S.ADD29

## Part 1.4: Core Components – Thaddeus Kosciuszko National Memorial

### Brief Description of Thaddeus Kosicuszko National Memorial

Thaddeus Kosciuszko National Memorial commemorates and interprets the life of international human rights champion and Polish hero, Thaddeus Kosciuszko. Located on the corner of 3rd and Pine Streets in the Society Hill neighborhood of Philadelphia, the house was listed in the National Register of Historic Places in 1970. Later dedicated a national monument in 1972, the house was donated to the National Park Service and is currently managed by Independence National Historical Park. The National Park Service restored the exterior of the building and the second floor bedroom to its 1798 appearance when Kosciusko resided there while recovering from wounds suffered while fighting for his native Poland. At .02 acres, the Thaddeus Kosciuszko National Memorial is the smallest national park unit in the system.

Despite its size, the Thaddeus Kosciuszko National Memorial honors a man who was, in Thomas Jefferson's words, " … as pure a son of liberty as I have ever known, and of that liberty which is to go to all, and not to the few or the rich alone." Visitors to the memorial are able to get a glimpse into the life of Thaddeus Kosciuszko, who served with distinction during the American Revolution and advocated the principles of liberty and democracy throughout the world. The first floor of the memorial includes museum exhibits related to Kosciuszko's military career as an engineer during the American Revolution and his work as a freedom fighter for his native Poland. The second floor includes the painstakingly restored room where Kosciuszko took up residency during the winter of 1797–1798, receiving notable visitors such as Chief Little Turtle and Thomas Jefferson. A short orientation film is presented in both Polish and English. The memorial serves as a window into the legacy of Thaddeus Kosciuszko, reminding us of universal struggles for liberty and freedom.



21

## Park Purpose

The purpose statement for Thaddeus Kosciuszko National Memorial was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The unit was established when the enabling legislation adopted by Congress was signed into law on October 21, 1972 (see appendix A for enabling legislation). The purpose statement lays the foundation for understanding what is most important about the park.

> *THADDEUS KOSCIUSZKO NATIONAL MEMORIAL honors Kosciuszko as a great Polish patriot and a hero of the American Revolution by preserving and interpreting the Philadelphia house where he lived.*

## Park Significance

The following significance statements have been identified for Thaddeus Kosciuszko National Memorial. (Please note that the sequence of the statements does not reflect the level of significance.)

1. **Commemorating Kosciuszko:** Serving as a memorial to the legacy of Polish national Thaddeus Kosciuszko, the Philadelphia house where he resided during the winter of 1797–1798 pays tribute to his life spent in pursuit of liberty and freedom.

2. **Military Career:** A respected military engineer, Colonel Kosciuszko served the United States in the Continental Army, making many important contributions to the American Revolutionary War effort, most notably including the design and construction of fortifications at Saratoga and West Point in New York.

3. **Champion of Human Rights:** Thaddeus Kosciuszko was a lifelong champion of human rights and freedom, leading an insurrection of his native Poland against Tsarist Russia, and opposing slavery in America.



Independence National Historical Park • Associated National Historic Sites and Memorials

## Fundamental Resources and Values

The following fundamental resources and values have been identified for Thaddeus Kosciuszko National Memorial:

- **Kosciuszko House and its Connections to the Polish American Community:** Located at 3rd and Pine Streets in what is now known as the Society Hill neighborhood of Philadelphia, the Kosciuszko House serves as both a tangible connection and memorial to Thaddeus Kosciuszko. The three and a half story masonry building contains an exhibit space dedicated to Kosciuszko and a visitor contact station on the first floor. The second floor bedroom where Kosciuszko resided in the winter of 1798 has been restored to reflect his occupancy while recovering from wounds he suffered while fighting for his native Poland during the Polish insurrection. Dedicated as a national memorial in 1972, the site remains an important touchstone and source of pride for the Polish American community, linking them to a fellow countryman and to the roots of our nation.

## Interpretive Themes

The following interpretive themes have been identified for Thaddeus Kosciuszko National Memorial:

- **The Struggle for Human Rights:** Throughout his life, Kosciuszko championed human rights by joining the American Revolution, by leading an insurrection in his native Poland against Czarist Russia, and (through his will) by seeking to purchase the freedom and education of enslaved Africans in the United States.

- **Kosciuszko's Military and Engineering Expertise:** Representative of the many foreign patriots who helped the United States win its war for independence, Kosciuszko used his military engineering expertise and problem-solving ability to aid the American Army.

- **Remembering Kosciuszko:** Kosciuszko, "the hero of two continents," is memorialized in Poland and the United States (and throughout the world).





**S.ADD32**

Foundation Document

# Part 2: Dynamic Components

The dynamic components of a foundation document include special mandates and administrative commitments and an assessment of planning and data needs. These components are dynamic because they will change over time. New special mandates can be established and new administrative commitments made. As conditions and trends of fundamental and other important resources and values change over time, the analysis of planning and data needs will need to be revisited and revised, along with key issues. Therefore, this part of the foundation document will be updated accordingly.

## Special Mandates and Administrative Commitments

Many management decisions for a park unit are directed or influenced by special mandates and administrative commitments with other federal agencies, state and local governments, utility companies, partnering organizations, and other entities. Special mandates are requirements specific to a park that must be fulfilled. Mandates can be expressed in enabling legislation, in separate legislation following the establishment of the park, or through a judicial process. They may expand on park purpose or introduce elements unrelated to the purpose of the park. Administrative commitments are, in general, agreements that have been reached through formal, documented processes, often through memorandums of agreement. Examples include easements, rights-of-way, arrangements for emergency service responses, etc. Special mandates and administrative commitments can support, in many cases, a network of partnerships that help fulfill the objectives of the park and facilitate working relationships with other organizations. They are an essential component of managing and planning for Independence National Historical Park and its associated units.

### Special Mandates

**Public Law 82-497, July 10, 1952.** This special mandate authorizes the American Philosophical Society to build and operate a library on the former site of Library Hall within the boundary of Independence National Historical Park.

> *"The Secretary of the Interior is authorized to permit the American Philosophical Society, a nonprofit corporation, without cost to the United States, to construct, operate, and maintain in the park a building to be located on approximately the original site of historic Library Hall to house the library of the American Philosophical Society…"*

**Public Law 92-551, October 25, 1972.** This special mandate establishes the Benjamin Franklin National Memorial, an affiliated site of the National Park Service, and requires the Secretary of the Interior to maintain a cooperative agreement with the Franklin Institute that manages the memorial.

> *"To designate Benjamin Franklin Memorial Hall at the Franklin Institute, Philadelphia, Pennsylvania, as the Benjamin Franklin National Memorial."*




24

**Public Law 100-433, September 16, 1988.** This special mandate authorizes the development of a national center for the United States Constitution by establishing the National Constitution Center at Independence National Historical Park.

> *"To provide for continuing interpretation of the Constitution in appropriate units of the National Park System by the Secretary of the Interior, and to establish a National Center for the United States Constitution within the Independence National Historical Park in Philadelphia, Pennsylvania."*

**Public Law 106-131, December 7, 1999.** This special mandate authorizes the current relationship between Independence National Historical Park and the Gateway Visitor Center Corporation, a nonprofit organization established by the Commonwealth of Pennsylvania, to manage and operate the regional Gateway Visitor Center on Independence Mall.

> *"The purpose of this Act is to authorize the Secretary of the Interior to enter into a cooperative agreement with the Gateway Visitor Center Corporation to construct and operate a regional visitor center on Independence Mall."*

For more information about these existing special mandates for Independence National Historical Park, please see appendix B. No special mandates were identified for Edgar Allan Poe National Historic Site, Gloria Dei Church National Historic Site, or Thaddeus Kosciuszko National Memorial.

## Administrative Commitments

For more information about the existing administrative commitments for Independence National Historical Park and its associated units, please see appendix C.

# Assessment of Planning and Data Needs

Once the core components of part 1 of the foundation document have been identified, it is important to gather and evaluate existing information about the park's fundamental and other important resources and values, and develop a full assessment of the park's planning and data needs. The assessment of planning and data needs section presents planning issues, the planning projects that will address these issues, and the associated information requirements for planning, such as resource inventories and data collection, including GIS data.

There are three sections in the assessment of planning and data needs:

1. analysis of fundamental and other important resources and values (see appendix D)

2. identification of key issues and associated planning and data needs

3. identification of planning and data needs (including spatial mapping activities or GIS maps)

The analysis of fundamental and other important resources and values and identification of key issues leads up to and supports the identification of planning and data collection needs.

## Analysis of Fundamental Resources and Values

The fundamental resources and values analysis table includes current conditions, potential threats and opportunities, planning and data needs, and selected laws and NPS policies related to management of the identified resource or value.

Please see appendix D for the analysis of fundamental and other important resources and values for Independence National Historical Park and its associated units.

## Identification of Key Issues and Associated Planning and Data Needs

This section considers key issues to be addressed in planning and management and therefore takes a broader view over the primary focus of part 1. A key issue focuses on a question that is important for a park. Key issues often raise questions regarding park purpose and significance and fundamental and other important resources and values. For example, a key issue may pertain to the potential for a fundamental or other important resource or value in a park to be detrimentally affected by discretionary management decisions. A key issue may also address crucial questions that are not directly related to purpose and significance, but that still affect them indirectly. Usually, a key issue is one that a future planning effort or data collection needs to address and requires a decision by NPS managers.

The following are key issues for Independence National Historical Park and its associated units and the associated planning and data needs to address them:

- **Operational Efficiency and Management of Multiple Park Units and Sites.** One of the most pressing issues facing Independence National Historical Park is finding operational efficiencies in balancing the management needs of four different park units—Independence National Historical Park, Edgar Allan Poe National Historic Site, Gloria Dei Church National Historic Site, and Thaddeus Kosciuszko National Memorial. The historic buildings and landscapes that make up Independence National Historical Park and the associated units it manages are woven into the urban fabric of Philadelphia. Roughly 10 miles from park headquarters, the Deshler-Morris House (Germantown Whitehouse) is another important site managed as part of Independence National Historical Park. Edgar Allan Poe National Historical Park and Gloria Dei Church National Historic Site are each approximately a mile (in different directions) from park headquarters within the city of Philadelphia. A rented storage and equipment area for the maintenance shop is also more than a mile away from the maintenance staff. Because of the number of buildings and their geographic distribution, meeting the operational needs creates logistical challenges for meeting stewardship and maintenance objectives as well as providing appropriate staffing levels and visitor access.



Due to the multiple structures and their dispersed locations, there are several building systems that the park must maintain and operate. These building systems are at various stages of their operational life-cycle and many of the buildings themselves are more than 200 years old. Fully documenting and understanding these assets is the highest priority for the park. In order to better inform operational efficiency and building maintenance needs, the park identified the completion of condition assessments for individual buildings and systems, and the completion of documenting all park assets in the Facility Management Software System (FMSS) as the highest priority data need for all four sites. Based on this information, the park would then develop a building management plan that would provide guidance for the future stewardship and appropriate uses for individual historic and nonhistoric structures.

The number and locations of these historic structures also presents operational challenges related to access and impacts from visitation. Some of the more iconic buildings at the park, such as Independence Hall, receive constant and heavy volumes of visitation, putting significant wear and tear on its historic fabric, especially doors, floors, and stairs. This creates additional maintenance needs as well as staffing needs to safely handle the crowds, while other buildings have limited hours of operation or are accessible only on guided tours. Developing strategies to best meet the demands of visitors, while protecting the historic integrity of park resources is an operational challenge. Exploring ways to bring attention to the park's other sites, such as the Second Bank, Edgar Allan Poe National Historic Site or Thaddeus Kosciuszko National Monument may draw visitors to these other locations, relieving pressure from the more heavily visited buildings. This would require balancing other operational needs such as staffing and improving access to these other buildings. In order to better understand the impacts of visitation at multiple sites, both a visitor use study and a visitor use management plan were identified as needs that would inform decision making about visitor capacity as it relates to operational needs at the park.

- **Security of National Icons.** Maintaining a heightened level of security at Independence National Historical Park is a constant need that impacts all park operations and management decisions. Independence Hall and the Liberty Bell have been identified as designated American icons by the Department of Homeland Security due to both their historical importance and roles as national symbols for the United States of America. Independence National Historical Park is 1 of only 10 sites with this designation in the National Park Service, making it a potential target for terrorist threats. With this status, the park is required to maintain mandated staffing and security levels, as well as commissioned law enforcement rangers. Sustaining this heightened level of security is very costly and continuing to become more so, as staff training and new technologies are needed. New security measures should also be sensitive to the historic context and setting of the park. Balancing ongoing security concerns for these iconic resources with the need to provide public access, especially in Independence Square, presents many challenges for park managers. Both a visitor use study and a visitor use management plan were identified as data and planning needs to help park managers address issues related to security and visitor access.

Compounding the challenges surrounding security, Independence National Historical Park receives many requests for special events and permits throughout the year. Because of the iconic nature of the park and its meaning to the American people, the park fields many different requests such as individual citizens and advocacy groups wanting to exercise their First Amendment rights, notable politicians and religious leaders wanting to visit the park, requests for commercial filming and television broadcasts, and groups holding commemorative events. Meeting these requests while balancing security needs with public access and enjoyment consumes a significant amount of staff time and park resources. In order to help address many of these requests, the park does have a dedicated plaza for First Amendment activities. The development of a second volume to the park administrative history would provide research and insights into past special events that have taken place at the park and how park staff managed these special events.





- **Communicating Agencywide Goals and Initiatives.**
Given both its place in American history and the diversity of sites and resources managed by the park, Independence National Historical Park works collaboratively with numerous stakeholders, partners, and a friends group. Managing expectations while balancing the interests of numerous stakeholders with agencywide goals and initiatives is both a challenge as well as an opportunity for the park. The park actively engages with urban communities throughout Philadelphia, maintains strong internship and volunteer programs, and consistently collaborates with a wide variety of park partners in the stewardship and interpretation of park resources. A park partner strategic plan was identified as a planning need that would help the park better coordinate and leverage the efforts of its many partners. A strategic plan for education and youth engagement was also identified to provide guidance and lay out a more strategic approach to youth programs at the park.

Independence National Historical Park also actively participates in and is a leader in larger agencywide initiatives such as the urban agenda and the *A Call to Action: Preparing for a Second Century of Stewardship and Engagement*. Some NPS-wide initiatives and programs are not always a natural fit for an urban/historical park or may not be applicable to a park located in one of the largest cities in America. With so many initiatives and active partnerships going on at the park, internal agency communications at both the program and regional level can be a challenge. Improving communication to ensure regional and agency programs are fully aware of all of the initiatives, collaborative programs, and other opportunities in which the park is actively engaged in is important. A business plan, an information technology (IT) plan, and a public relations plan would be valuable planning tools for improving both internal and external communication about the park and the diverse programs in which it participates. The park continues to strive to improve internal and external communications.

## Planning and Data Needs

To maintain connection to the core elements of the foundation and the importance of these core foundation elements, the planning and data needs listed here are directly related to protecting fundamental resources and values, park significance, and park purpose, as well as addressing key issues. To successfully undertake a planning effort, information from sources such as inventories, studies, research activities, and analyses may be required to provide adequate knowledge of park resources and visitor information. Such information sources have been identified as data needs. Geospatial mapping tasks and products are included in data needs.

Items considered of the utmost importance were identified as high priority, and other items identified, but not rising to the level of high priority, were listed as either medium- or low-priority needs. These priorities inform park management efforts to secure funding and support for planning projects.

S.ADD37

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Planning Need | Priority (H, M, L) | Notes |
| Independence National Historical Park | | | |
| Key Issue; Structures; Museum Collections | Building management plan (for individual buildings and space management planning) | H | Building on various historic structure reports, a building management plan would set a comprehensive vision and for use of space in individual buildings at the park. This management plan would address administrative use in the building, overall building systems operations, and cyclical maintenance goals, while taking into account the protection of historic fabric and long-term resource stewardship of the structure. The plan would address all historic park buildings. |
| Key Issue | Business plan | H | A comprehensive business plan is needed for not only Independence National Historical Park but the other three designated park units under its jurisdiction. Such a plan would provide a vision, goals, and clear parkwide operational priorities to address major budget, process, organizational, and administrative challenges. This plan would also provide information regarding day-to-day operations, tasks, and activities involved in running each park unit, while focusing on staffing capacity issues and management strategies for the operations of all four park units. |
| Key Issue; Pioneering Partnerships and Collaboration; Appropriate Recreation | Strategic plan for education and youth engagement | H | With the park's location in downtown Philadelphia, Independence National Historical Park recognizes the need to develop a strategic plan to coordinate park efforts with agency initiatives focusing on youth engagement and education programming for the next generation of park advocates. A key focus of this strategic plan would be on coordinating ongoing efforts and programs at the park with ongoing Urban Agenda initiative programs. A strategic plan would build a collaborative framework to best leverage the efforts of the Urban Initiative with existing park outreach. |
| Key Issue | Information technology plan | H | An information technology plan is needed for the entire park in order to provide strategic guidance for developing and updating aging IT infrastructure. This plan would help address the technology challenges and network security needs associated with managing multiple locations and the distribution of park staff in numerous builds spread throughout the park. Such a plan would guide updating computer system networks through the park while proactively identify future IT needs to meet the demands of changing technology landscape. |
| Structures | Comprehensive accessibility plan | H | The park is currently conducting a targeted accessibility improvement program for Independence Square. Building on this effort a comprehensive accessibility plan would provide an opportunity for developing a parkwide approach to identifying gaps in accessibility compliance and determining if particular areas or buildings meet Architectural Barriers Act standards. It would help the park effectively prioritize and plan for accessibility and programmatic needs for funding requests to address access. |
| Cultural Landscapes; Archeological Resources | Cultural landscape report for Franklin Court | M | A cultural landscape report would provide guidance for the appropriate treatment and management of the Franklin Court landscape. It would guide the stewardship of important characteristics, features, and materials that make up the historic landscape. Analysis of the site would also provide an understanding of past features and conditions in order to inform future management decisions at this site. |

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Planning Need | Priority (H, M, L) | Notes |
| Independence National Historical Park (continued) | | | |
| Cultural Landscapes | Cultural landscape report for Welcome Park | M | A cultural landscape report would provide guidance for the appropriate treatment and management of the Welcome Park landscape. It would guide the stewardship of important characteristics, features, and materials that make up the historic landscape. Analysis of the site would also provide an understanding of past features and conditions in order to inform future management decisions at this site. |
| Key Issue; Pioneering Partnerships and Collaboration | Public relations plan | M | The park recognized the need for a comprehensive public relations plan that would promote all four NPS units in Philadelphia that are currently managed by Independence National Historical Park. Maximizing the iconic status of Independence National Historical Park could help raise awareness and support for these other NPS units. This plan would identify strategies and best practices for reaching local, national, and international audiences. A public relations plan would also explore social media, signage, and other communication techniques to reach audiences in an effective way that builds park unit support and advocacy. Such a plan would take into account key partners such as VisitPhilly, the Independence Visitor Center Corporation, the Philadelphia Convention and Visitors Bureau, and related tourism groups in the city in order to better integrate and share resources promoting the National Park Service and its role in the community. |
| Structures; Cultural Landscapes | All-season landscape maintenance plan | M | An all-season landscape maintenance plan is needed to address mowing practices in the park, management of ornamental gardens, and tree pruning. This plan would use a comprehensive approach to address a variety of needs related to grounds maintenance within the park, given limited staffing and funding challenges in maintaining these landscapes. |
| Cultural Landscapes | Wayfinding/sign plan | M | Because of its location in downtown Philadelphia on busy city streets, navigating the park can be challenging for visitors. Park staff identified the need to develop a comprehensive wayfinding/ sign plan that would develop strategies to improve signage and navigational aids for visitors throughout the park. Wayside exhibits and interpretation could also be considered as a part of any wayfinding strategy. |
| Key Issue; Structures; Civic Responsibility; Appropriate Recreation | Visitor use management plan | L | Key areas of the park such as Independence Hall and the Liberty Bell Center see significantly more visitors, resulting in congestion and impacts on park resources. Using data collected during the visitor use study, a visitor use management plan would evaluate and plan for appropriate types and levels of visitation throughout the entire park and its many sites. It would be set goals in regard to resource and infrastructure carrying capacity. |

S.ADD39

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Planning Need | Priority (H, M, L) | Notes |
| Independence National Historical Park (continued) | | | |
| Key Issue; Pioneering Partnerships and Collaboration | Park partner strategic plan | L | A formal partner action strategy covering Independence National Historical Park and its many partners would allow staff to leverage volunteer and partner efforts throughout the park and better manage relationships between the parks, the state, local municipalities, property owners within the park, and numerous outside stakeholder groups and organizations. |
| Cultural Landscapes | Update cultural landscape report for Independence Square | L | An update is needed to the cultural landscape report for Independence Square in order to address evolving security needs at the site, while respecting the historic integrity of the landscape. Based on historic research and building off of the existing cultural landscape report, an update would make additional treatment recommendations for long-term stewardship and management of Independence Square to meet the changing needs of this space. |
| Cultural Landscapes; Appropriate Recreation | Turf management plan | L | A turf management plan would focus on the long-term maintenance of grass/lawn areas of the park that see significant pedestrian traffic and use during special events. A key focus of this plan would be Independence Mall where the lawn sees the highest volume of use and damage. This plan would identify best practices and set management objectives and goals for the grass/lawn areas of the park. |
| Structures | Update historic structure reports for individual buildings | L | Historic structures reports were completed for various buildings throughout the park and they should be updated. A historic structure report would provide data on individual structure's construction, as well as a detailed architectural description and treatment recommendations for the maintenance of each building. |
| Structures; Archeological Resources; Civic Responsibility | Update the long-range interpretive plan | L | An update to the 2007 long-range interpretive plan would allow park staff to revisit the park's current interpretive framework. Updates to this plan may be needed as more scholarly research is conducted and the understanding of the park's resources, history, and significance evolve over time. |
| Edgar Allan Poe National Historic Site | | | |
| Poe House Complex | Building management plan | H | Building on the historic structure report, a building management plan would set a comprehensive vision for the use of the Poe House complex. This management plan would address administrative use in the building, overall building systems operations, and cyclical maintenance goals, while taking into account the protection of historic fabric and long-term resource stewardship of the structure. |
| Poe House Complex | All-season landscape maintenance plan | H | An all-season landscape maintenance plan is needed to address mowing practices at the site, management of ornamental gardens, and tree pruning. This plan would use a comprehensive approach to address a variety of needs related to grounds maintenance within the park, given limited staffing and funding challenges in maintaining the landscape per its historic period of significance. |

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| **Related to an FRV, OIRV, or Key Issue?** | **Planning Need** | **Priority (H, M, L)** | **Notes** |
| Edgar Allan Poe National Historic Site (continued) | | | |
| Poe House Complex | Business plan | H | A comprehensive business plan would be conducted in conjunction with Independence National Historical Park. Such a plan would provide a vision, goals, and clear parkwide operational priorities to address major organizational and administrative challenges. This plan would also provide information regarding day-to-day operations, tasks, and activities involved in running each park unit, while focusing on balancing staffing capacity issues and management strategies for the operations of all four park units. |
| Poe House Complex | Public relations plan | M | The park recognized the need for a comprehensive public relations plan that would promote all four NPS units in Philadelphia that are currently managed by Independence National Historical Park. Maximizing the iconic status of Independence National Historical Park could help raise awareness and support for these other NPS units. This plan would identify strategies and best practices for reaching local, national, and international audiences. A public relations plan would also explore social media, signage, and other communication techniques to reach audiences in an effective way that builds park unit support and advocacy. Such a plan would take into account key partners such as VisitPhilly, the Independence Visitor Center Corporation, the Philadelphia Convention and Visitors Bureau, and related tourism groups in the city in order to better integrate and share resources promoting the National Park Service and its role in the community. |
| Poe House Complex | Update historic structure report for buildings | L | A historic structure report was completed for the Poe House complex in 1990 and should be updated. A historic structure report would provide data on the building's construction, as well as a detailed architectural description and treatment recommendations for the maintenance of this structure. |
| Gloria Dei Church National Historic Site | | | |
| Dignified Landscape | All-season landscape maintenance plan | H | An all-season landscape maintenance plan is needed to address mowing practices at the site and tree pruning. This plan would use a comprehensive approach to address a variety of needs related to grounds maintenance within the park, given limited staffing and funding challenges in maintaining a fitting setting for Gloria Dei Church. |
| Dignified Landscape | Public relations plan | M | The park recognized the need for a comprehensive public relations plan that would promote all four NPS units in Philadelphia that are currently managed by Independence National Historical Park. Maximizing the iconic status of Independence National Historical Park could help raise awareness and support for these other NPS units. This plan would identify strategies and best practices for reaching local, national, and international audiences. A public relations plan would also explore social media, signage, and other communication techniques to reach audiences in an effective way that builds park unit support and advocacy. Such a plan would take into account key partners such as VisitPhilly, the Independence Visitor Center Corporation, the Philadelphia Convention and Visitors Bureau, and related tourism groups in the city in order to better integrate and share resources promoting the National Park Service and its role in the community. |

S.ADD41

Independence National Historical Park • Associated National Historic Sites and Memorials

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Planning Need | Priority (H, M, L) | Notes |
| Thaddeus Kosciuszko National Memorial | | | |
| Kosciuszko House | Building management plan | H | Building on the historic structure report, a building management plan would set a comprehensive vision for the use of the Kosciuszko House. This management plan would address administrative use in the building, overall building systems operations, and cyclical maintenance goals, while taking into account the protection of historic fabric and long-term resource stewardship of the structure. |
| Kosciuszko House | Business plan | H | A comprehensive business plan would be conducted in conjunction with Independence National Historical Park. Such a plan would provide a vision, goals, and clear parkwide operational priorities to address major organizational and administrative challenges. This plan would also provide information regarding day-to-day operations, tasks, and activities involved in running each park unit, while focusing on balancing staffing capacity issues and management strategies for the operations of all four park units. |
| Kosciuszko House | Public relations plan | M | The park recognized the need for a comprehensive public relations plan that would promote all four NPS units in Philadelphia that are currently managed by Independence National Historical Park. Maximizing the iconic status of Independence National Historical Park could help raise awareness and support for these other NPS units. This plan would identify strategies and best practices for reaching local, national, and international audiences. A public relations plan would also explore social media, signage, and other communication techniques to reach audiences in an effective way that builds park unit support and advocacy. Such a plan would take into account key partners such as VisitPhilly, the Independence Visitor Center Corporation, the Philadelphia Convention and Visitors Bureau, and related tourism groups in the city in order to better integrate and share resources promoting the National Park Service and its role in the community. |
| Kosciuszko House | Update historic structure report for the building | L | A historic structure report was completed for the Kosciuszko House in 1974 and is in need of updating. A historic structure report would provide data on the building's construction, as well as a detailed architectural description and treatment recommendations for the maintenance of this structure. |

**S.ADD42**

Foundation Document

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Data Need | Priority (H, M, L) | Notes |
| Independence National Historical Park | | | |
| Key Issue; Structures | Complete condition assessments for individual buildings and systems | H | Completing a condition assessment for all buildings in the park including their operating systems (heating, ventilation, and air conditioning [HVAC]; security; etc.) would provide valuable data that would be used to update both the FMSS and List of Classified Structures (LCS) databases. |
| Key Issue; Structures | Complete documentation of all park assets in FMSS database | H | Completing the documentation of all park assets in the FMSS database would be a critical step in the management of these resources. FMSS data are used to prioritize cyclical maintenance projects and inform future funding as well as deferred maintenance costs for the park. |
| Key Issue, Structures; Civic Responsibility; Appropriate Recreation | Visitor use study | H | A visitor use study would be an important first step in better understanding and collecting data on the number of visitors at key buildings and sites within the park. These data would also provide insights into the visitor use patterns at these locations. These data would support the development of a visitor use management plan and would aid managers in the decision-making process related to hours of operation and providing public access to various buildings throughout the park. |
| Archeological Resources | Condition survey of ruins at the President's House | H | A condition survey of the ruins at the President's House is needed to better understand and document the current physical conditions of the ruins, which include the remains of brick foundations. These data are needed to better inform management decisions related to the stewardship and protection of these resources. |
| Structures | Research on appropriate interior and exterior lighting for historic structures | H | Additional research is needed into the appropriate type of lighting for many of the historic structures in the park. Identifying exterior lighting that gives attention to the buildings at night in a busy urban area but that does not overwhelm them or compromise their character is a challenge. Identifying lighting fixtures that are sensitive to the historic period of building interiors, while providing adequate lighting for visitors that does not impact museum collections on display, is a challenge. These data would be used in making recommendations that could then be implemented. |
| Cultural Landscapes | Condition assessment for all maintained landscapes (including irrigation system assessment) | H | Similar to completing a condition assessment for individual buildings, a formal condition assessment of all the maintained landscapes in the park is needed. This would include operating irrigation systems in many of the parks green/open spaces. |

34

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Data Need | Priority (H, M, L) | Notes |
| Independence National Historical Park (continued) | | | |
| Museum Collections; Archeological Resources | Complete documentation and cataloguing of the National Constitution Center archeological collection | H | Completing the documentation and cataloguing of all archeological materials from the National Constitution Center excavation is needed. This process would culminate in the development of a final report and is a required step as part of the mitigation strategy for the development of this facility. |
| Structures | Functional space/use analysis | M | A functional space/use study would inform management decisions related to the most cost effective and efficient use of space for both administration as well as operations. Data collected from this study could inform the planning for the adaptive reuse of historic structures. |
| Key Issue; Structures; Civic Responsibility | Administrative history – volume 2 | M | An administrative history for the park was completed in 1976, but a second volume of the administrative history is needed. This second volume would provide valuable information about the ongoing history, events, and development of Independence National Historical Park since 1976. Oral histories of past as well as current park staff would be collected to inform the development of this administrative history and would be an essential tool in the continuity of park management. |
| Structures | Energy audit of all buildings | M | A formal energy audit of all park buildings would provide data that could be used to make the overall park more energy efficient in its operation of so many historic buildings. This audit would tie into larger agency initiatives such as the Climate Friendly Parks Program and the Green Parks Plan. |
| Cultural Landscapes | Cultural landscape inventories of identified park landscapes | M | A cultural landscape inventory would identify existing cultural landscapes within the park by providing a physical history, site maps, analysis, evaluation of integrity, and a condition assessment. The information would be used in planning, compliance, preservation, and interpretation of these landscapes. Information collected would then be used to develop treatment recommendations in a cultural landscape report. |
| Archeological Resources | Finalize archeological overview and assessment | L | Completing the archeological overview and assessment would provide a comprehensive document for the management of archeological resources at the park. Countless archeological investigations have been undertaken at the park, and this overview and assessment would provide a larger context for all these efforts. These data would be used to provide a proactive approach to compliance-related projects in the park, better inform maintenance practices, and guide future research projects. |

35

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| **Related to an FRV, OIRV, or Key Issue?** | **Data Need** | **Priority (H, M, L)** | **Notes** |
| **Independence National Historical Park (continued)** | | | |
| Cultural Landscapes; Archeological Resources | National register nomination for Franklin Court | L | A National Register of Historic Places nomination for the Franklin Court site needs to be completed. This would formally support and recognize the site's national significance and would be an important form of baseline documentation for a historic site. |
| Civic Responsibility; Pioneering Partnerships and Collaboration; Appropriate Recreation | Update ethnographic overview and assessment | L | A rapid ethnographic assessment was originally conducted in 1994, but this needs to be updated to provide current information on how the park and its different sites are being used by various traditionally associated user groups and neighborhood communities. This update would help the park better understand diverse audiences and the role of the park in serving different communities in the Philadelphia area. |
| Museum Collections | Catalog architectural drawings | L | A large collection of architectural drawings of details and features on historic structures in the park need to be catalogued into the museum collection's archives. |
| Archeological Resources | Ethnohistory of President's House site | L | An ethnohistory of the President's House site would provide primary, scholarly research into diverse histories associated with this site. It would explore the historic context of the site in the context of its ties to slavery and the lives of the enslaved who lived at the site. |
| Structures; Cultural Landscapes | Climate change vulnerability assessment | L | A climate change vulnerability assessment focusing on facilities, historic structures, and cultural landscape components would identify issues related to climate change and inform future planning and maintenance activities based on potential climate futures. |
| **Edgar Allan Poe National Historic Site** | | | |
| Poe House Complex | Complete condition assessments for individual buildings and systems | H | Completing a condition assessment for the park building including operating systems (HVAC, security, etc.) would provide valuable data that would be used to update both the FMSS and LCS databases. |
| Poe House Complex | Complete documentation of all park assets in FMSS database | H | Completing the documentation of all park assets in the FMSS database is a critical step in the management of these resources. FMSS data are used to prioritize cyclical maintenance projects and inform future funding as well as deferred maintenance costs for the park. |
| Poe House Complex | Energy audit of Poe House complex | M | A formal energy audit of the Poe House complex would provide data that could inform planning to make the overall park more energy efficient in its operation of so many historic buildings. This audit would tie into larger agency initiatives such as the Climate Friendly Parks Program and the Green Parks Plan. |

S.ADD45

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| **Related to an FRV, OIRV, or Key Issue?** | **Data Need** | **Priority (H, M, L)** | **Notes** |
| **Edgar Allan Poe National Historic Site (continued)** | | | |
| Poe House Complex | Functional space/use analysis | M | A functional space/use study would inform management decisions related to the most cost effective and efficient use of space for both administration as well as operations. Data collected from this study could inform the planning for the adaptive reuse of historic structures. |
| Poe House Complex | Administrative history | L | An administrative history would provide valuable information about the overall history and development of Edgar Allan Poe National Historic Site. Given the overlapping management responsibilities of this site with Independence National Historical Park, these efforts might be combined. |
| Poe House Complex | Climate change vulnerability assessment | L | A climate change vulnerability assessments focusing on facilities, historic structures, and cultural landscape components would identify issues related to climate change and inform future planning and maintenance activities based on potential climate futures. |
| **Gloria Dei Church National Historic Site** | | | |
| Dignified Landscape | Complete condition assessments for site walls and gate | H | Completing a condition assessment for key structures (cemetery wall and gates) would provide valuable data that would be used to update both the FMSS and LCS databases. |
| Dignified Landscape | Complete documentation of all park assets in FMSS database | H | Completing the documentation of all park assets in the FMSS database is a critical step in the management of these resources. FMSS data are used to prioritize cyclical maintenance projects and inform future funding as well as deferred maintenance costs for the park. |
| Dignified Landscape | Research potential interpretive themes and programming at the site | M | Currently, there are no interpretive themes specifically developed for Gloria Dei Church National Historic Site. Additional research would allow the park to explore the development of standalone interpretive themes for the site as well as other interpretive media such as additional wayside signage or brochures to better connect visitors to the site's significance and historic context. |
| Dignified Landscape | Rapid ethnographic assessment | L | A rapid ethnographic assessment would target various descendant groups that are still active with the congregation at Gloria Dei as well as surrounding neighborhood communities. The assessment would document these traditionally associated user groups and the role of the church site as an ethnographic resource for the community. |
| Dignified Landscape | Climate change vulnerability assessment | L | A climate change vulnerability assessments focusing on facilities, historic structures, and cultural landscape components would identify issues related to climate change and inform future planning and maintenance activities based on potential climate futures. |

Foundation Document

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Data Need | Priority (H, M, L) | Notes |
| Thaddeus Kosciuszko National Memorial | | | |
| Kosciuszko House | Complete condition assessments for building and systems | H | Completing a condition assessment for the park building including operating systems (HVAC, security, etc.) would provide valuable data that would be used to update both the FMSS and LCS databases. |
| Kosciuszko House | Complete documentation of all park assets in FMSS database | H | Completing the documentation of all park assets in the FMSS database is a critical step in the management of these resources. FMSS data are used to prioritize cyclical maintenance projects and inform future funding as well as deferred maintenance costs for the park. |
| Kosciuszko House | Functional space/use analysis | M | A functional space/use study would inform management decisions related to the most cost effective and efficient use of space for both administration as well as operations. Data collected from this study could inform the planning for the adaptive reuse of historic structures. |
| Kosciuszko House | Energy audit of buildings | M | A formal energy audit of Thaddeus Kosciusko National Memorial would provide data that could inform planning to make the overall park more energy efficient in its operation. This audit would tie into larger agency initiatives such as the Climate Friendly Parks Program and the Green Parks Plan. |
| Kosciuszko House | Historic resource study | L | A historic resource study would provide scholarly research and documentation into the memorials connections to Polish history as well as the Polish American community. Such a study would generate valuable baseline information that would strengthen interpretive and educational programming at the park. |
| Kosciuszko House | Climate change vulnerability assessment | L | A climate change vulnerability assessments focusing on facilities, historic structures, and cultural landscape components would identify issues related to climate change and inform future planning and maintenance activities based on potential climate futures. |

38

# Part 3: Contributors

## Independence National Historical Park

BJ Dunn, Deputy Superintendent

Doris Fanelli, Chief of Cultural Resources

Dawn Harrington, Safety Officer

Patricia Jones, Chief of Interpretation and Visitor Services

Cynthia MacLeod, Superintendent

Cinda Waldbuesser, Acting Partnerships Coordinator

## NPS Northeast Region

Allen Cooper, Senior Planner

Shaun Eyring, Chief of Cultural Resources

James Farrell, GIS Coordinator and Planner

Bonnie Halda, Chief of Preservation Assistance

## Other NPS Staff

Melody Bentfield, Contract Librarian (former), Denver Service Center – Planning Division

Ken Bingenheimer, Contract Editor (former), Denver Service Center – Planning Division

Justin Henderson, Project Manager, Denver Service Center – Planning Division

Danielle Hernandez, Contract Visual Information Specialist, Denver Service Center – Planning Division

Pam Holtman, Quality Assurance Coordinator, WASO Park Planning and Special Studies

John Paul Jones, Visual Information Specialist, Denver Service Center – Planning Division

Nancy Shock, Foundation Coordinator, Denver Service Center – Planning Division

Brenda Todd, Project Manager (former), Denver Service Center – Planning Division

**S.ADD48**

# Appendixes

## Appendix A: Enabling Legislation for Independence National Historical Park and its Associated Units

### Independence National Historical Park

62 Stat.]        80th CONG., 2d SESS.—CH. 687—JUNE 28, 1948

[CHAPTER 687]

AN ACT

To provide for the establishment of the Independence National Historical Park, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That, for the purpose of preserving for the benefit of the American people as a national historical park certain historical structures and properties of outstanding national significance located in Philadelphia, Pennsylvania, and associated with the American Revolution and the founding and growth of the United States, the Secretary of the Interior, following the consummation of agreements with the city of Philadelphia and the Carpenters' Company of Philadelphia as prescribed in section 2 of this Act, is authorized to acquire by donation or with donated funds, or to acquire by purchase, any property, real or personal, within the following-described areas, such park to be fully established as the "Independence National Historical Park" when, in the opinion of the Secretary, title to sufficient of the lands and interests in lands within such areas, shall be vested in the United States: *Provided,* That the park shall not be established until title to the First United States Bank property, the Merchants' Exchange property, the Bishop White house, the Dilworth-Todd-Moylan house, and the site of the Benjamin Franklin house, together with two-thirds of the remaining lands and interests in lands within the following-described areas, shall have been vested in the United States:

(a) An area of three city blocks bounded generally by Walnut Street, Fifth Street, Chestnut Street, and Second Street, but excluding the new United States customhouse at the southeast corner of Second and Chestnut Streets, identified as "project A", as described in the report of the Philadelphia National Shrines Park Commission, dated December 29, 1947.

(b) A memorial thoroughfare, or mall, extending generally from the south side of Walnut Street to the north side of Manning Street, identified as part of "project B" in the report of the Commission.

(c) The site of the residence of Benjamin Franklin, and related grounds, comprising approximately a one-hundred-foot-wide strip, extending southward from Market Street approximately three hundred feet between Third and Fourth Streets, and encompassing a portion of Orianna Street, identified as "project C" in the report of the Commission.

(d) Certain land and buildings immediately adjacent to Christ Church, situated on the west side of Second Street, and north of Market Street, identified as "project E" in the report of the Commission: *Provided,* That the Secretary of the Interior first enter into an agreement with the proprietor or proprietors of said property (Christ Church), said agreement to contain the usual and customary provisions for the protection of the property, assuring its physical maintenance as a national shrine, without any limitation or control over its use for customary church purposes.

**S.ADD49**

SEC. 2. In furtherance of the general purposes of this Act as prescribed in section 1 hereof, the Secretary of the Interior is authorized to enter into cooperative agreements with the city of Philadelphia to assist in the preservation and interpretation of the property known as the Independence Hall National Historic Site and with the Carpenters' Company of Philadelphia to assist in the preservation and interpretation of Carpenters' Hall, in connection with the Independence National Historical Park. Such agreements shall contain, but shall not be limited to, provisions that the Secretary of the Interior, through the National Park Service, shall have right of access at all reasonable times to all public portions of the property now within Independence Hall National Historic Site and to Carpenters' Hall for the purpose of conducting visitors through such buildings and grounds and interpreting them to the public, that no changes or alterations shall be made in the property within the Independence Hall National Historic Site, including its buildings and grounds, or in Carpenters' Hall, except by mutual agreement between the Secretary of the Interior and the other parties to the contracts.

SEC. 3. The Secretary of the Interior, in his discretion, is authorized to construct upon a portion of the land described in section 1 of this Act, or upon other land that may be donated for such purpose, which property he is hereby authorized to accept, such offices and administration buildings as he may deem advisable, together with a suitable auditorium for the interpretation of the historical features of the national historical park. The Secretary of the Interior is also authorized to accept donations of property of national historical significance located in the city of Philadelphia which the Secretary may deem proper for administration as part of the Independence National Historical Park. Any property donated for the purposes of this section shall become a part of the park, following its establishment, upon acceptance by the United States of title to such donated property.

SEC. 4. The Secretary of the Interior is authorized, in his discretion, to establish a suitable advisory commission of not to exceed eleven members. The members of the advisory commission shall be appointed by the Secretary of the Interior, with three members to be recommended by the Governor of Pennsylvania, three by the mayor of Philadelphia, and one each by the Carpenters' Company of Philadelphia and the Independence Hall Association.

The functions of the advisory commission shall be to render advice to the Secretary of the Interior, from time to time, upon matters which the Secretary of the Interior may refer to them for consideration.

SEC. 5. The administration, protection, and development of the park shall be exercised under the direction of the Secretary of the Interior by the National Park Service, subject to the provisions of the Act of August 25, 1916 (39 Stat. 535; 16 U. S. C. 1–4), as amended and supplemented, and the Historic Sites Act of August 21, 1935 (49 Stat. 666; 16 U. S. C. 461–467).

SEC. 6. For the purpose of acquiring the property described in section 1 of this Act, there is hereby authorized to be appropriated not to exceed the sum of $4,435,000. Funds appropriated pursuant to this Act shall be available for any expenses incidental to acquisition of property as prescribed by this Act, including the employment of the necessary services in the District of Columbia, and including to the extent deemed necessary by the Secretary of the Interior, the employment without regard to the civil-service laws or the Classification Act of 1923, as amended, of such experts and other officers and employees as are necessary to carry out the provisions of this Act efficiently and in the public interest.

Approved June 28, 1948.

S.ADD50

**Edgar Allan Poe National Historic Site**

## PUBLIC LAW 95–625—NOV. 10, 1978

tenance of environmental values within the Pinelands National Reserve or the Federal Project Review Area.

(k) There is authorized to be appropriated not to exceed $26 million to carry out the provisions of this section. Not to exceed $3 million shall be available for planning: *Provided*, That any funds not used for planning shall be available for land acquisition; *Provided further*, That $23,000,000 shall be made available for land acquisition, as authorized by this section. Such appropriations may be made from the general fund of the Treasury or from revenues due and payable to the United States under the Outer Continental Shelf Lands Act, as amended, which would otherwise be credited to miscellaneous receipts.

### EDGAR ALLAN POE NATIONAL HISTORIC SITE

SEC. 503. (a) In recognition of the literary importance attained by Edgar Allan Poe, there is hereby authorized to be established the Edgar Allan Poe National Historic Site.

(b) The Secretary is authorized to acquire by donation, purchase or exchange the lands and buildings within the area described in subsection (c). The lands and buildings acquired by the Secretary under this section shall comprise the Edgar Allan Poe National Historic Site and shall be administered by the Secretary through the National Park Service. The Secretary shall administer, maintain, protect, and develop the site subject to the provisions of law generally applicable to national historic sites.

(c) The lands and buildings specified in subsection (b) comprise that area of Philadelphia, Pennsylvania, known as the Poe House complex and includes the house at the rear of 530 North Seventh Street, the adjoining three-story brick residence on the front of the land backing up to and including the building at 532 North Seventh Street, and the North Garden of approximately seven thousand and eighty square feet and the South Garden of approximately nine thousand three hundred and fifty square feet.

(d) As soon as the Secretary finds that a substantial portion of the acquisition authorized under subsection (b) has been completed, he shall establish the Edgar Allan Poe National Historic Site by publication of notice thereof in the Federal Register.

(e) There are hereby authorized to be appropriated such sums as are necessary to carry out the provisions of this section.

42

**S.ADD51**

## Gloria Dei Church National Historic Site

FEDERAL REGISTER, *Saturday, December 5, 1942*    10157

TITLE 36—PARKS AND FORESTS

Chapter I—National Park Service

Part 1.13—National Historic Sites

GLORIA DEI (OLD SWEDES') CHURCH

Order Designating the Church a National Historic Site

Whereas the Congress of the United States has declared it to be a national policy to preserve for the public use historic sites, buildings, and objects of national significance for the inspiration and benefit of the people of the United States; and

Whereas the Gloria Dei (Old Swedes') Church, situated in the City of Philadelphia, Commonwealth of Pennsylvania, is recognized as possessing national significance as a splendid example of the cultural and religious aspects of Swedish colonization in North America; and

Whereas a cooperative agreement has been made between The Corporation of Gloria Dei (Old Swedes') Church and the United States of America, providing for the designation, preservation, and use of the Gloria Dei (Old Swedes') Church as a national historic site:

Now, therefore, I, Abe Fortas, Under Secretary of the Interior, by virtue of and pursuant to the authority contained in the Act of August 21, 1935 (49 Stat. 666), do hereby designate the following described lands, together with all historic structures thereon and all appurtenances connected therewith, to be a national historic site having the name "Gloria Dei (Old Swedes') Church National Historic Site":

All those lots, pieces, or parcels of land which are now owned or may hereafter be acquired by The Corporation of Gloria Dei (Old Swedes') Church lying within the block bounded by Washington Avenue, Swanson Street, Christian Street, and Water Street, in the City of Philadelphia, Commonwealth of Pennsylvania.

The administration, protection, and development of this national historic site shall be exercised in accordance with the provisions of the above-mentioned cooperative agreement and the Act of August 21, 1935, supra.

Warning is expressly given to all unauthorized persons not to appropriate, injure, destroy, deface, or remove any feature of this historic site.

In witness whereof, I have hereunto set my hand and caused the official seal of the Department of the Interior to be affixed, at the City of Washington, this 17th day of November 1942.

[SEAL]                    ABE FORTAS,
        *Under Secretary of the Interior.*

[F. R. Doc. 42-12531; Filed, December 4, 1942;
        12:07 p. m.]

43

## Thaddeus Kosciuszko National Memorial

Public Law 92-524

AN ACT

To provide for the establishment of the Thaddeus Kosciuszko Home National Historic Site in the State of Pennsylvania, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That, in order to provide for the development of a suitable memorial to General Thaddeus Kosciuszko, great Polish patriot and hero of the American Revolution, the Secretary of the Interior is authorized to acquire by donation or purchase with donated funds the property at the northwest corner of Third and Pine Streets specifically designated as 301 Pine Street and/or 342 South Third Street, Philadelphia, Pennsylvania, including improvements thereon, together with such adjacent land and interests therein as the Secretary may deem necessary for the establishment and administration of the property as a national memorial.

Sec. 2. The property acquired pursuant to the first section of this Act shall be known as the Thaddeus Kosciuszko National Memorial and it shall be administered by the Secretary of the Interior in accordance with the Act of August 25, 1916 (39 Stat. 535), as amended and supplemented (16 U.S.C. 1, 2–4), and the Act of August 21, 1935 (49 Stat. 666; 16 U.S.C. 461–467).

Sec. 3. There are hereby authorized to be appropriated not more than $592,000 for the development of the national memorial.

Approved October 21, 1972.

44

# Appendix B: Inventory of Special Mandates for Independence National Historical Park

## Public Law 82-497, July 10, 1952

66 STAT.]                    PUBLIC LAW 498–JULY 10, 1952

Public Law 497                                        CHAPTER 653

AN ACT

To amend the Act of June 28, 1948 (62 Stat. 1061), relating to the establishment of the Independence National Historical Park.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That subsection (b) of section 1 of the Act of June 28, 1948 (62 Stat. 1061), is hereby amended by the addition to that subsection of the following sentence: "The properties identified generally as 269, 271, 273, and 275 South Fifth Street in 'project B' in the report of the Commission."

SEC. 2. Section 3 of the Act of June 28, 1948, is hereby amended by the addition thereto of the following sentence:

"The Secretary of the Interior is authorized to permit the American Philosophical Society, a nonprofit corporation, without cost to the United States, to construct, operate, and maintain in the park a building to be located on approximately the original site of historic Library Hall to house the library of the American Philosophical Society and any additions to said library, such permission to be granted the society pursuant to a lease, contract, or authorization without charge, on such terms and conditions as may be approved by the Secretary and accepted by the society, and for such length of time as the society shall continue to use the said building for the housing, display, and use of a library and scientific and historical collections:

*Provided,* That the plans for the construction of the building and any additions thereto shall be approved by the Secretary of the Interior."

SEC. 3. The first sentence of section 6 of the Act of June 28, 1948, is hereby amended to read as follows: "For the purpose of acquiring the property described in section 1 of this Act, there is hereby authorized to be appropriated not to exceed the sum of $7,700,000."

Approved July 10, 1952.

S.ADD54

**Public Law 92-551, October 25, 1972**

### JOINT RESOLUTION

To designate Benjamin Franklin Memorial Hall at the Franklin Institute, Philadelphia, Pennsylvania, as the Benjamin Franklin National Memorial.

Whereas the American people feel a deep debt of gratitude to Benjamin Franklin for his outstanding services to this Nation as a statesman and for his achievements as a scientist and inventor;

Whereas the Franklin Institute, of Philadelphia, Pennsylvania, has played a leading role in promoting the development of science and technology in the United States;

Whereas the said Franklin Institute named the Benjamin Franklin Memorial Hall in honor of Benjamin Franklin over thirty years ago;

Whereas the year 1974 is the one hundred and fiftieth anniversary of the founding of the said Franklin Institute;

Whereas the city of Philadelphia, Pennsylvania, is a most appropriate location for a national memorial to Benjamin Franklin since Philadelphia was his home for many years;

Whereas Benjamin Franklin Memorial Hall is a fitting memorial to this great American: Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled*, That Benjamin Franklin Memorial Hall located in the Franklin Institute of Philadelphia, Pennsylvania, is hereby designated as Benjamin Franklin National Memorial.

Sec. 2. The designation made by the first section of this resolution shall become effective upon conclusion of a cooperative agreement satisfactory to the governing body of the Franklin Institute and the Secretary of the Interior.

Approved October 25, 1972.

**Public Law 100-433, September 16, 1988**

## An Act

To provide for continuing interpretation of the Constitution in appropriate units of the National Park System by the Secretary of the Interior, and to establish a National center for the United States Constitution within the Independence National Historical Park in Philadelphia, Pennsylvania.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

### SECTION 1. SHORT TITLE.

This Act may be cited as the "Constitution Heritage Act of 1988".

### SEC. 2. FINDINGS AND PURPOSES.

(a) FINDINGS.—Congress finds that:

(1) 1987 was the bicentennial of the signing of the United States Constitution;

(2) commemoration of the Constitution's bicentennial included various events conducted by the Federal Commission on the Bicentennial of the United States Constitution, and State and local bicentennial commissions;

(3) bicentennial activities included important educational and instructional programs to heighten public awareness of the Constitution and the democratic process;

(4) educational programs for the Constitution should continue after the bicentennial to document its profound impact on the political, economic and social development of this Nation, and in order to recognize those Americans instrumental in the history of the Constitution; and

(5) units of the National Park System preserve and interpret key historic sites that document the history of the origins, subsequent development, and effects of the United States Constitution on this Nation.

(b) PURPOSES.—It is therefore the policy of the Congress to provide each of the following:

(1) the necessary resources to develop a national resource center to undertake, on an ongoing basis, educational programs on the Constitution;

(2) exhibits of, and an archives for, programs on or related to the recent bicentennial of the United States Constitution; and

(3) interpretation of the United States Constitution at those units of the National Park System particularly relevant to its history.

### SEC. 3. ESTABLISHMENT OF THE CENTER.

(a) ESTABLISHMENT BY SECRETARY OF THE INTERIOR.—The Secretary of the Interior (hereafter in this Act referred to as the "Secretary") shall establish The National Constitution Center (hereafter in this Act referred to as the "Center") within or in close proximity to the Independence National Historical Park. The Center shall disseminate information about the United States Constitution on a non-

47

**S.ADD56**

partisan basis in order to increase the awareness and understanding of the Constitution among the American people.

(b) FUNCTIONS OF THE CENTER.—The functions of the Center shall include—

(1) serving as a center of exhibits and related materials on the history and contemporary significance of the Constitution;

(2) directing a national program of public education on the Constitution; issuing traveling exhibits, commissioning radio and television programs, furnishing materials for the schools, and providing other education services;

(3) functioning as an intellectual center, drawing both academics and practitioners to debate and refine constitutional issues and, at the same time, providing intellectual support for the Center's exhibits and public education program; and

(4) creating archives for programs on the bicentennial of the United States Constitution.

SEC. 4. ACQUISITION OF SITE FOR AND OPERATION OF THE CENTER.

(a) PROVIDING A SITE.—The Secretary through the General Services Administration, is authorized to provide, upon adequate reimbursement, a site, including necessary structures, for the Center by—

(1) using an existing structure or modifying an existing structure for use; or

(2) constructing a new structure to house the Center. The Secretary may acquire such land as is necessary to provide a site for the Center.

(b) PROVISION OF FUNDS TO THE CENTER.—The Secretary is authorized to make grants to, and enter into cooperative agreements, contracts or leases with the National Constitution Center, Philadelphia, Pennsylvania, which shall operate the Center as provided in this Act in order to carry out the purposes of this Act. Funds authorized to be appropriated under this Act may be made available to the National Constitution Center only to the extent that they are matched by such entity with funds from nonfederal sources.

SEC. 5. DIRECTIVES TO SECRETARY.

(a) INDEPENDENCE NATIONAL HISTORICAL PARK AND OTHER UNITS.—The Secretary shall interpret the origins, subsequent development, and effects of the United States Constitution on this country at Independence National Historical Park and at such other units of the National Park System as are closely associated with the Constitution. The Secretary shall select not less than 12 units of the National Park System for such interpretation, including Independence National Historical Park.

(b) MEMORIAL.—The Secretary is authorized to establish and maintain at Independence National Historical Park an appropriate memorial to the United States Constitution as a key document in our Nation's history.

(c) PUBLIC MATERIALS.—In coordination with the National Constitution Center, the Secretary shall develop and make available to the public interpretive and educational materials related to sites within the National Park System as referred to in subsection (a).

(d) COOPERATIVE AGREEMENTS.—The Secretary may enter into cooperative agreements with the owners or administrators of historic sites closely associated with the Constitution, pursuant to

which the Secretary may provide technical assistance in the preservation and interpretation of such sites.

(e) RESEARCH AND EDUCATION.—The Secretary shall contract with the National Constitution Center and other qualified institutions of higher learning for research and other activities including the distribution of interpretive and educational materials as appropriate in order to carry out the provisions of this Act.

(f) Nothing in this section may be construed to alter or waive the requirement that the Secretary maintain the historic integrity of units of the National Park System, including compliance with section 106 of the Historic Preservation Act (90 Stat. 1320) as amended.

SEC. 6. FUNDING.

There are authorized to be appropriated such sums as may be necessary to carry out the provisions of this Act.

Approved September 16, 1988.

LEGISLATIVE HISTORY—H.R. 1939:

HOUSE REPORTS: No. 100-107 (Comm. on Interior and Insular Affairs).
SENATE REPORTS: No. 100-450 (Comm. on Energy and Natural Resources).
CONGRESSIONAL RECORD:
        Vol. 133 (1987): May 27, considered and passed House.
        Vol. 134 (1988): Aug. 9, considered and passed Senate, amended.
                Sept. 8, House concurred in Senate amendments.

S.ADD58

Foundation Document

Public Law 106-131, December 7, 1999

## An Act

To authorize the Gateway Visitor Center at Independence National Historical Park,
and for other purposes.

*Be it enacted by the Senate and House of Representatives of
the United States of America in Congress assembled,*

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Gateway Visitor Center
Authorization Act of 1999".

**SEC. 2. FINDINGS AND PURPOSE.**

(a) FINDINGS.—The Congress finds the following:

(1) The National Park Service completed and approved
in 1997 a general management plan for Independence National
Historical Park that establishes goals and priorities for the
park's future.

(2) The general management plan for Independence
National Historical Park calls for the revitalization of Independ-
ence Mall and recommends as a critical component of the
Independence Mall's revitalization the development of a new
"Gateway Visitor Center".

(3) Such a visitor center would replace the existing park
visitor center and would serve as an orientation center for
visitors to the park and to city and regional attractions.

(4) Subsequent to the completion of the general manage-
ment plan, the National Park Service undertook and completed
a design project and master plan for Independence Mall which
includes the Gateway Visitor Center.

(5) Plans for the Gateway Visitor Center call for it to
be developed and managed, in cooperation with the Secretary
of the Interior, by a nonprofit organization which represents
the various public and civic interests of the greater Philadelphia
metropolitan area.

(6) The Gateway Visitor Center Corporation, a nonprofit
organization, has been established to raise funds for and
cooperate in a program to design, develop, construct, and
operate the proposed Gateway Visitor Center.

(b) PURPOSE.—The purpose of this Act is to authorize the Sec-
retary of the Interior to enter into a cooperative agreement with
the Gateway Visitor Center Corporation to construct and operate
a regional visitor center on Independence Mall.

**SEC. 3. GATEWAY VISITOR CENTER AUTHORIZATION.**

(a) AGREEMENT.—The Secretary of the Interior, in admin-
istering the Independence National Historical Park, may enter into

50

an agreement under appropriate terms and conditions with the Gateway Visitor Center Corporation (a nonprofit corporation established under the laws of the Commonwealth of Pennsylvania) to facilitate the construction and operation of a regional Gateway Visitor Center on Independence Mall.

(b) OPERATIONS OF CENTER.—The Agreement shall authorize the Corporation to operate the Center in cooperation with the Secretary and to provide at the Center information, interpretation, facilities, and services to visitors to Independence National Historical Park, its surrounding historic sites, the City of Philadelphia, and the region, in order to assist in their enjoyment of the historic, cultural, educational, and recreational resources of the greater Philadelphia area.

(c) MANAGEMENT-RELATED ACTIVITIES.—The Agreement shall authorize the Secretary to undertake at the Center activities related to the management of Independence National Historical Park, including, but not limited to, provision of appropriate visitor information and interpretive facilities and programs related to Independence National Historical Park.

(d) ACTIVITIES OF CORPORATION.—The Agreement shall authorize the Corporation, acting as a private nonprofit organization, to engage in activities appropriate for operation of a regional visitor center that may include, but are not limited to, charging fees, conducting events, and selling merchandise, tickets, and food to visitors to the Center.

(e) USE OF REVENUES.—Revenues from activities engaged in by the Corporation shall be used for the operation and administration of the Center.

(f) PROTECTION OF PARK.—Nothing in this section authorizes the Secretary or the Corporation to take any actions in derogation of the preservation and protection of the values and resources of Independence National Historical Park.

(g) DEFINITIONS.—In this section:

(1) AGREEMENT.—The term "Agreement" means an agreement under this section between the Secretary and the Corporation.

(2) CENTER.—The term "Center" means a Gateway Visitor Center constructed and operated in accordance with the Agreement.

(3) CORPORATION.—The term "Corporation" means the Gateway Visitor Center Corporation (a nonprofit corporation established under the laws of the Commonwealth of Pennsylvania).

(4) SECRETARY.—The term "Secretary" means the Secretary of the Interior.

Approved December 7, 1999.

S.ADD60

Foundation Document

# Appendix C: Inventory of Administrative Commitments for Independence National Historical Park and its Associated Units

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|------|----------------|-----------|----------|--------------|---------|
| **Independence National Historical Park** | | | | | |
| Agreement with Historic Philadelphia Incorporated | CA P12AC3 | April 19, 2012 | May 1, 2017 | Historic Philadelphia Incorporated | Provide story-telling and interpretive services to Independence National Historical Park. |
| Carpenters' Company of the City and County of Philadelphia | CA SECY-50-01 | May 1950 | Indefinite term | Carpenters' Company of the City and County of Philadelphia, National Park Service | Carpenters' Hall has been continuously owned and operated by The Carpenters' Company of the City and County of Philadelphia, the oldest trade guild in America, since 1770. The park works cooperatively with this group on the management and stewardship of this iconic building. |
| Leased space at Market Street Houses at Franklin Court | Lease agreement | - | - | U.S. Post Office | The U.S. Post Office leases space in the Market Street Row House. This post office supports interpretive programming related to Benjamin Franklin and his role as the first U.S. Postmaster. |
| Liberty Hall | CA 4450030002 Lease | Oct. 4, 1955 | Indefinite unless the American Philosophical Society vacates the building | The American Philosophical Society | Liberty Hall was built and is currently owned by the American Philosophical Society, which works collaboratively with the National Park Service in its stewardship and preservation. |
| Buffer park at Saint Joseph's Church | CA-SECY-60-02 | December 1960 | Indefinite | Saint Joseph's Church, National Park Service | The park maintains a buffer park next to the church property in order to provide a fitting setting for this historically significant property. The National Park Service also provides protection, technical assistance, and interpretation of the church. |
| Buffer park and burial ground agreement | - | - | - | Christ Church | The park maintains a buffer park (accessible by the public) as well as support for the burial ground in order to provide a fitting setting for this historically significant property. |

52

**S.ADD61**

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|---|---|---|---|---|---|
| **Independence National Historical Park (continued)** | | | | | |
| Museum of the American Revolution | Programmatic agreement | 2010 | Deed restrictions ride with the deed | Museum of the American Revolution, Advisory Council on Historic Preservation, Pennsylvania Historic Preservation Office, American Indian tribes, National Park Service | Written into the deed for the land exchanged with the Museum of the American Revolution are certain restrictions related to the building footprint and associated signage and activities allowed on the outside of this building. These restrictions ensure the integrity of the streetscape surround the park. |
| Agreement with City of Philadelphia Police Department | Memorandum of understanding | - | - | City of Philadelphia Police Department | This memorandum of understanding outlines the working relationship between park law enforcement and the City of Philadelphia Police Department to ensure timely response in emergencies. |
| Operation of the City Tavern building | Concessions contract | 1994 | - | City Tavern Restaurant / Walter Staib | In 1994, Walter Staib was awarded the concessions contract for the City Tavern building that features a colonial era-themed menu. |
| Parking garage agreement | Long-term agreement | March 1, 2009 | Feb. 27, 2039 | Philadelphia Parking Authority | Two long-term lease agreements are associated with two parking garages in the park. These parking garages will turn over to the National Park Service when their leases expire. |
| Independence National Historical Park maintenance facility storage space | Lease through General Services Administration | - | May 31, 2017 | Mascher Street LLP through General Services Administration | Currently the park leases space for the storage of maintenance equipment and supplies by the Asset Preservation and Maintenance Division on Oxford Street. |
| Union contract | Contract | 2015 | 3 years with automatic renewal | American Federation of Government Employees, park employees | The park has a written contract with the employee union. |

Foundation Document

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|---|---|---|---|---|---|
| **Independence National Historical Park (continued)** | | | | | |
| Park museum accreditation status | Accreditation | 2008 | 2023 | American Alliance for Museums | The park is accredited by the American Alliance of Museums, the highest recognition and honor for meeting industry standards for collections stewardship. |
| Joint Terrorism Task Force | Interagency agreement | - | Indefinite | Federal Bureau of Investigation | The park has full-time representation on the Federal Bureau of Investigation's Philadelphia Joint Terrorism Task Force, fostering interagency partnerships to work toward the common goal of protecting American icons from foreign and domestic terrorism. |
| Bell of Pennsylvania | CX4450-6-0008 | May 12, 1989 | Indefinite | Bell of Pennsylvania (now Verizon) | Allowed to maintain conduit and telephone cables between First Bank of the United States and Carpenters' Hall. |
| Benjamin Franklin National Memorial | Memorandum of agreement | Nov. 6, 1973 | Indefinite | Department of the Interior and Franklin Institute | Cooperatively maintain and interpret colossal statue of Benjamin Franklin inside the Franklin Institute Science Museum. |
| Bond House | Lease | March 6, 1987 | March 5, 2037 | Bond House Association, National Park Service | Allows for the operation of a bed and breakfast at this location. |
| Charles Kurz & Co. | Letter of agreement | April 1975 | Indefinite | Today owned by Chemical Heritage Museum | National Park Service agrees to assume all costs and liability concerning floodlight on elevator penthouse wall at north end of Kurz property (Franklin Court). |
| Friends of Independence National Historical Park | Friends group agreement 2013002 | May 2, 2013 | Indefinite with termination provisions | Friends of Independence National Historical Park and Independence National Historical Park | Agreement outlines the terms of the friends group operation. |
| Independence Visitor Center Corporation | CA P12AC30033 | Dec. 23, 2011 | Sep. 30, 2016 | Independence Visitor Center Corporation | The purpose of CA P12AC30033 is to define the relationship between the National Park Service and the visitor center. It describes each party's obligations. |

**S.ADD63**

Independence National Historical Park • Associated National Historic Sites and Memorials

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|------|----------------|------------|----------|--------------|---------|
| **Independence National Historical Park (continued)** | | | | | |
| Independence Visitor Center Corporation | Construction agreement | May 8, 2000 | - | Independence Visitor Center Corporation | Agreement related to the building of the new visitor center. |
| Independence Visitor Center Corporation | Design agreement | Oct. 19, 1998 | - | Independence Visitor Center Corporation | Agreement related to the design of the new visitor center. |
| Independence Visitor Center Corporation | Garage great room sublease | July 1, 1997 | May 30, 2027 | Philadelphia Authority for Industrial Development; prime lease assigned to General Services Administration | Agreement that outlines the development of a structure over the parking garage and connects the visitor center to it. |
| Independence Visitor Center Corporation | Operating agreement | April 6, 2010 | April 25, 2040 | Independence Visitor Center Corporation, National Park Service | Ongoing operations of visitor center and café. |
| Living wall | Memorandum of understanding | Jan. 23, 2013 | Jan. 23, 2014 | Philadelphia Water Department and Independence National Historical Park | Cooperatively two entities will create and maintain wall of living plants on gable end of the Independence Park Institute. |
| Louis Glanzman | Agreement for original artwork | April 1987 | Indefinite | National Park Service, Louis Glanzman and his heirs | Agreement outlines the creation of a work of art, historical genre painting of the signing of the U.S. Constitution. Specifies artist's rights, copyright, crediting. |
| Mikveh Israel Cemetery | CA SECY 59.01 | Oct. 10, 1978 | Indefinite | Secretary of the Interior, Kaal Kadosh Mickveh Israel | The park works cooperatively to preserve integrity and public awareness of this historic cemetery. |
| National Constitution Center | Operating agreement | Jan. 5, 2009 | Jan. 5, 2069 | National Constitution Center, National Park Service | Operating conditions for the National Constitution Center and its building. |
| Penn Mutual | CA 4450-63-01 | July 30, 1963 | Indefinite | Penn Mutual Insurance Co., Independence National Historical Park | Allows National Park Service to place radio equipment on Penn Mutual's roof. |

Foundation Document

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|---|---|---|---|---|---|
| **Independence National Historical Park (continued)** | | | | | |
| Society Hill Civic Association | - | April 17, 2013 | - | Society Hill Civic Association, Independence National Historical Park | Parties can accept donations and volunteer services to manage Washington Square. |
| U.S. Marine Corps | CA 4450-56-01 | April 1956 | Indefinite | U.S. Marine Corps , National Park Service | Shared planning, development of museum to memorialize history and traditions of U.S. Marine Corps in New Hall. |
| Washington Square | MU-SECY-1-9001 | 1991 | Indefinite | Department of the Interior, City of Philadelphia through Fairmount Park Commission | Donated to Independence National Historical Park by easement upon completion of agreed improvements. |
| **Edgar Allan Poe National Historic Site** | | | | | |
| See Independence National Historical Park commitments listed above | - | - | - | - | Due to overlapping management responsibilities, many of the agreements associated with Independence National Historical Park apply to the operation of Edgar Allan Poe National Historic Site. |
| **Gloria Dei Church National Historic Site** | | | | | |
| See Independence National Historical Park commitments listed above | - | - | - | - | Due to overlapping management responsibilities, many of the agreements associated with Independence National Historical Park apply to the operation of Gloria Dei Church National Historic Site. |
| Gloria Dei Church National Historic Site access and management agreement | CA SECY-42-01 | May 1, 1942 | Indefinite | Gloria Dei Church congregation | The park maintains a cooperative agreement for the management and stewardship of lands next to Gloria Dei Church. This also addresses parking and access to the site. |
| **Thaddeus Kosciuszko National Memorial** | | | | | |
| See Independence National Historical Park commitments listed above | - | - | - | - | Due to overlapping management responsibilities, many of the agreements associated with Independence National Historical Park apply to the operation of Thaddeus Kosciuszko National Memorial. |

56

# Appendix D: Analysis of Fundamental and Other Important Resources and Values

## Independence National Historical Park

| Fundamental Resource or Value | Structures Associated with the Founding and Growth of the Nation |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• The park is responsible for numerous historic buildings, many of which are more than 200 years old. Five are listed as national historic landmarks.<br>• Independence Hall is formally designated a World Heritage Site.<br>• The majority of these historic buildings are located in downtown Philadelphia on busy city streets.<br>• The park also maintains the Deshler-Morris House located in the Germantown neighborhood, roughly 10 miles from the main park unit.<br>• Most of the building systems are at the end or past their operational life cycle. Deferred maintenance and component renewal costs are high. Some systems are so dated that replacement parts cannot be acquired, and a full system replacement may be required.<br>• Some buildings do not meet current building codes, especially the Architectural Barriers Act Accessibility Standard.<br>• Architects, engineers, archeologists, and historians in the 1950s and 1960s working on Independence Hall and other park structures developed a modern methodology and rigorous standards for restoration and reconstruction that are still a model for the National Park Service and private sector professionals.<br>• In January 2015 the Second Bank of the United States experienced fire and soot damage, but has undergone restoration and conservation treatment and is again open to the public.<br><br>**Trends**<br>• Historic structures require ongoing cyclical maintenance, and given the high volume of structures, keeping up with maintenance requirements is an increasing challenge.<br>• Increasing visitation and usage of the buildings at the park creates an additional stress on the structures. Independence Hall and Congress Hall are the most heavily visited, impacting the historic fabric of these structures.<br>• There is increasing adaptive reuse of historic structures for purposes that may not be the most appropriate use for these buildings.<br>• There is increasing public interest in the First Bank of the United States building, and the story of America's early financial systems.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Gutter drainage issues on historic structures are resulting in water damage, and water infiltration is damaging historic plaster in some buildings.<br>• Severe weather events and other climate change-related factors are accelerating weather threats to historic structures at the park.<br>• Inappropriate use of steps, handrails, etc. by skateboarders damages structural elements of some buildings.<br>• Vandalism, including graffiti and theft of downspouts, door knockers, etc., results in the loss of historic fabric and damage to historic buildings. |

| Fundamental Resource or Value | Structures Associated with the Founding and Growth of the Nation |
|---|---|
| **Threats and Opportunities** | **Threats (continued)**<br><br>• Due to its remote location, there is a lack of National Park Service presence at the Deshler-Morris House, which results in limited site monitoring. Due to a poorly maintained sprinkler system at the site, the building was flooded. This may have been caught sooner if there was more of a presence at this location.<br><br>• The electrical systems of many park buildings require upgrading to meet current demand.<br><br>• Facilitating large public events and meeting security requirements for these events, like setting up barriers, takes up maintenance staff time and reduces their ability to work on the cyclical maintenance needs of the historic structures.<br><br>• Appropriate lighting in many historic structures is insufficient, particularly at Independence Hall and other buildings on Independence Square. Current lighting is primarily for security purposes and is not sensitive to the historic context of these buildings.<br><br>• Park museum collections are threatened by poorly operating or outmoded HVAC systems in many park buildings.<br><br>• Security systems and visitor security screening in historic buildings take up space that was formerly used for exhibits. The additional security process adds stress to the buildings because they funnel large numbers of visitors through these structures in large groups.<br><br>• Some security and fire suppression systems are outdated and need to be either updated or replaced with new technology. Given the number of different buildings that require their own systems, this is a concern for park staff.<br><br>**Opportunities**<br><br>• There are opportunities to work with technical schools and other groups to support and foster historic preservations skills and traditional building crafts (masonry, carpentry, etc.) to maintain historic buildings.<br><br>• The park needs to explore strategies for the most efficient ways to update fire suppression and security systems as well as address accessibility issues.<br><br>• Reaching out to and developing relationships with local disability advocacy groups could inform accessibility improvement strategies and goals.<br><br>• To support the green parks initiative the park could explore energy efficiencies that are compatible with many of its historic structures.<br><br>• The park should implement the site plan for the First Bank of the United States and make it accessible to the public. The park should cultivate donors and potential stakeholders who may be willing to support this effort. A funding strategy also needs to be identified to facilitate the implementation of this site plan.<br><br>• The drainage of storm water at the Bringhurst House needs to be addressed.<br><br>• The park could explore leasing the apartment at the Deshler-Morris House at a realistic rate to create a presence at the site.<br><br>• Enhancing the lighting at Independence Hall and other buildings on the square would allow visitors and staff to have a safe walking environment, as well as experience the exhibits with appropriate light levels that are sensitive to the historic context and fabric of the buildings. |

S.ADD67

| Fundamental Resource or Value | Structures Associated with the Founding and Growth of the Nation |
|---|---|
| **Data and/or GIS Needs** | • Complete condition assessments for individual buildings and systems.<br>• Complete documentation of all park assets in FMSS database.<br>• Visitor use study.<br>• Research on appropriate interior and exterior lighting for historic structures.<br>• Energy audit of all buildings.<br>• Functional space/use analysis.<br>• Administrative history – volume 2.<br>• Climate change vulnerability assessment. |
| **Planning Needs** | • Update historic structures reports for individual buildings.<br>• Building management plan (for individual buildings).<br>• Visitor use management plan.<br>• Comprehensive accessibility plan.<br>• All-season landscape maintenance plan.<br>• Update the long-range interpretive plan. |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Americans with Disabilities Act of 1990 (42 USC 12101 et seq.)<br>• Architectural Barriers Act of 1968 (42 USC §4151 et seq.)<br>• "Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities; Architectural Barriers Act (ABA) Accessibility Guidelines" (36 CFR 1191)<br>• Rehabilitation Act of 1973 (29 USC §701 et seq.)<br>• Historic Sites Act of 1935 (54 USC §320101 et seq.)<br>• National Historic Preservation Act of 1966, as amended (54 USC §300101 et seq.)<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (§4.10) "Lightscape Management"<br>• NPS *Management Policies 2006* (chapter 9) "Park Facilities"<br>• Director's Order 42: *Accessibility for Visitors with Disabilities in National Park Service Programs and Services*<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• Director's Order 28: *Cultural Resource Management*<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• Director's Policy Memorandum 12-02, "Applying NPS Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources"<br>• Director's Policy Memorandum 15-01, "Addressing Climate Change and Natural Hazards for Facilities" |

59

| Fundamental Resource or Value | Cultural Landscapes |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br><br>• In keeping with the intentions of its enabling legislation, the park maintains significant designed historic landscapes that provide a serene setting for historic structures and visitors as well as for interpretation of the past.<br>• While the park has a cultural landscape inventory to level II for all designed landscapes (with the exception of Independence Mall), only Washington Square and Independence Square have been fully documented with cultural landscape reports that specify their treatment.<br>• The other designed landscapes throughout the park include Area A, Independence Mall, the Magnolia Garden, the Rose Garden, the Eighteenth Century Garden, the Benjamin Rush Garden, Franklin Court, the Deshler Morris yard, the rear yard behind the Todd, Griffiths and Marshall Houses, Welcome Park, the buffer parks next to St. Joseph's, St. George's, and Christ Churches and Mikveh Israel Cemetery. These areas deserve individual evaluation and some, even nomination to the National Register of Historic Places.<br>• These cultural landscapes are an important part of the urban fabric of downtown Philadelphia and are an important part of the city.<br>• Maintaining the gardens, trees, pathways, sidewalks, and other landscape features requires a significant investment in staff time and resources.<br><br>**Trends**<br><br>• As the urban context around the park is changing from commercial to more residential, the use of the landscapes at the park is also changing. These landscapes are seeing more around-the-clock use and less of the traditional day (lunchtime) use of the past.<br>• There has been an observed increase in the use of these landscapes for dog walking and recreational activities.<br>• The park is seeing increasing organized support from the neighborhoods in the stewardship of these landscapes.<br>• Independence Square and Independence Mall continue to see high levels of visitation, and requests for special events on the Mall continue to increase.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br><br>• Cultural landscapes are threatened by unchecked small incremental change that may affect their overall historic context and integrity.<br>• Inappropriate activities such as skateboarding in these spaces can damage the cultural landscapes.<br>• The location of these cultural landscapes in downtown Philadelphia presents many of the challenges facing any city. Littering and vagrancy are some of the issues that impact these landscapes.<br>• Maintaining healthy tree populations and addressing hazardous trees and tree succession are important issues.<br>• The location of security operations and needed security measures on Independence Square impacts the cultural landscape as well as the visitor experience.<br>• Graffiti and other forms of vandalism threaten cultural landscapes.<br>• The outdoor lighting—in particular the Franklin Lamp and other electrical elements—are difficult to maintain and repair. The outdoor lighting is insufficient in some locations. Balancing the needs of appropriate light levels, style of lights used, and the overall integrity of the cultural landscape is a challenge.<br>• Heavy visitation on Independence Square and Independence Mall result in impacts on the turf. Special events also have significant impacts on turf and grass at the park. |

| Fundamental Resource or Value | Cultural Landscapes |
|---|---|
| Threats and Opportunities | **Threats (Continued)**<br>• Some snow removal practices can damage sidewalks and other elements of the cultural landscape.<br>• Because of its location within the City of Philadelphia, some visitors may not realize they are in a national park when they spend time on these landscapes.<br>• A lack of designated parking spots results in staff and contractors parking vehicles in inappropriate locations, damaging walls, paving materials, and turf, as well as impacting the visual scene.<br>• Some of the ornamental plants used in the landscaping require manual pruning, resulting in additional labor demands.<br>• Many of the park's irrigation systems are damaged and outdated.<br>• Climate change may increase severe storms, flooding, and invasive species, and cause a northward shift in native species ranges, all of which may alter the landscape.<br><br>**Opportunities**<br>• The park could explore more health related events and initiatives such as Healthy Parks Healthy People and the "Explore" Call to Action activities on appropriate landscapes within the park.<br>• The park can continue to play an active role working with local communities, stakeholders, and the City of Philadelphia to better steer change in some locations, such as local planning around Christ Church Park.<br>• Completing the camera coverage program at Washington Square would provide more security and help monitor this landscape.<br>• The park could work with partners and stakeholders to create landscape stewards and stewardship programs for specific areas. This could build on volunteer programs to help with garden pruning and similar gardening activities.<br>• To support green parks initiatives, there are opportunities to explore leaf removal and composting programs at the park.<br>• Improving signage and wayfinding tools may raise awareness about the National Park Service identity and areas of the city that are managed by the park.<br>• Develop educational programs and seek training for horticultural staff on the care of maintained landscapes.<br>• The park should complete formal documentation of all cultural landscapes within the park, including those related to commemoration and development of the national historical park. Updating National Register of Historic Places nomination could help inform this process. |
| Data and/or GIS Needs | • Cultural landscape inventories for identified landscapes with the park.<br>• National register nomination for Franklin Court.<br>• Condition assessment for all maintained landscapes (including irrigation system assessment).<br>• Climate change vulnerability assessment. |
| Planning Needs | • Cultural landscape report for Franklin Court.<br>• Update cultural landscape report for Independence Square.<br>• All-season landscape maintenance plan.<br>• Turf management plan.<br>• Wayfinding / sign plan.<br>• Cultural landscape report for Welcome Park. |

61

Foundation Document

| Fundamental Resource or Value | Cultural Landscapes |
| --- | --- |
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Federal Noxious Weed Act of 1974, as amended<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Executive Order 13112, "Invasive Species"<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"<br>• Director's Order 28: *Cultural Resource Management*<br>• Director's Order 6: *Interpretation and Education*<br>• Director's Order 64: *Commemorative Works and Plaques*<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources" |



62




| Fundamental Resource or Value | Museum Collections |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• The Liberty Bell is the park's most well-known museum object and is more fragile than it appears. The bell's condition is stable in the current location at the Liberty Bell Center. In an effort to better preserve the bell, visitors are no longer allowed to touch the object.<br>• Portions of the collections storage meet the standards prescribed by the American Alliance of Museums, and the park is fully accredited by that organization.<br>• As of 2015, the museum collections contained more than 4,132,000 objects, ranging from significant art collections such as the Peale Portrait Collection to materials collected during various archeological investigations.<br>• A huge collection of artifacts resulted from the archeological excavations during the mitigation efforts for the construction of the National Constitution Center.<br>• Individual exhibit plans are created for specific projects and sites as needed.<br>• The case for the Great Essentials exhibit in the west wing of Independence Hall is beginning to show signs of wear. The Friends of Independence have a successful adopt-a-museum-object program to help raise funds and support for museum collections stewardship.<br>• The majority of the museum fine art and Americana collections are stored at the Second Bank of the United States building.<br>• In January 2015 the Second Bank of the United States experienced fire and soot damage, but has undergone restoration and conservation treatment and is again open to the public.<br><br>**Trends**<br>• The Liberty Bell is constantly monitored by conservation experts. Due to conservation treatment recommendations, visitors are no longer allowed to touch the Liberty Bell.<br>• Great Essentials exhibit document cases are on a six month cycle to replace argon that is needed to preserve the historic papers on display.<br>• Research requests to access and use the museum collections are consistent throughout the year, and require staff time and supervision.<br>• The park's scope of collections statement limits the growth of the collections to objects that are needed for exhibits or relevant to the park's history.<br>• The park is currently working on accessioning and documenting a backlog of archeological materials that were collected during the construction of the National Constitution Center. As part of the mitigation effort for this site, park partners have committed an annual investment toward the completion of this project. This project is estimated to take an additional six years to complete.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |

| Fundamental Resource or Value | Museum Collections |
|---|---|
| Threats and Opportunities | **Threats**<br>• Given the iconic nature of the park and in particular the Liberty Bell, security and threats from terrorism are a concern for park staff.<br>• Aging fire suppression systems are a concern for the museum collections. The threats of potential fires are illustrated by a recent incident at the Second Bank of the United States building.<br>• Individual building environments where museum collections are displayed are problematic due to outdated HVAC systems, pipes bursting, and other building conditions that vary greatly.<br>• Historic furnishings in many of the buildings may be damaged by visitors touching or handling objects on display.<br>• Addressing the accessioning backlog of excavated archeological materials from the National Constitution Center project is a concern for park staff, as interest and support for this project may wane the longer it takes to complete this effort.<br><br>**Opportunities**<br>• The architectural details in the museum collection could be better displayed and better access to these collections would support educational programs.<br>• Expanding the use of museum collections for research and scholarship would raise awareness and support for these resources.<br>• Data loggers could be used to monitor the climate conditions in individual structures where museum collections are on display. This could provide valuable information on the effectiveness of climate control systems in these locations.<br>• The museum collections could be better used to facilitate connections between visitors and the park purpose and significance. Some potential strategies could be online catalogues of the museum collections, use of social media, and other digital tools to engage virtual visitors with the museum collections.<br>• The park can continue its work to enter paper records into the Interior Collections Management System database.<br>• The park continues to seek additional support and potential intern positions to help address the museum collections accessioning backlog for the archeological materials associated with the National Constitution Center. |
| Data and/or GIS Needs | • Complete documentation and cataloguing of the National Constitution Center archeological collection.<br>• Catalog architectural drawings. |
| Planning Needs | • Building management plan (for individual buildings). |
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Archaeological Resources Protection Act of 1979<br>• Museum Properties Management Act of 1955, as amended<br>• "Curation of Federally-Owned and Administered Archaeological Collections" (36 CFR 79)<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment" |

64

| Fundamental Resource or Value | Museum Collections |
|---|---|
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (§1.6) "Cooperative Conservation Beyond Park Boundaries"<br>• NPS *Management Policies 2006* (§2.3.1.4) "Science and Scholarship"<br>• NPS *Management Policies 2006* (§4.1) "General Management Concepts"<br>• NPS *Management Policies 2006* (§4.1.4) "Partnerships"<br>• NPS *Management Policies 2006* (§4.2) "Studies and Collections"<br>• NPS *Management Policies 2006* (§5.1) "Research"<br>• NPS *Management Policies 2006* (§8.10) "Natural and Cultural Studies, Research, and Collection Activities"<br>• Director's Order 24: *NPS Museum Collections Management*<br>• Director's Order 28: *Cultural Resource Management*<br>• NPS *Museum Handbook*, parts I, II, and III<br>• *The Secretary of the Interior's Standards for Archeological Documentation*<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• NPS-75 *Natural Resources Inventory and Monitoring Guideline*<br>• NPS *Natural Resource Management Reference Manual 77*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources" |







S.ADD74

Foundation Document

| Fundamental Resource or Value | Archeological Resources |
|---|---|
| Related Significance Statements | All significance statements. |
| Current Conditions and Trends | **Conditions**<br>• The majority of archeological research completed at the park is related to required compliance (i.e., section 106 of the National Historic Preservation Act). The President's House and the James Dexter Site (National Constitution Center bus parking area) were more recent research digs. Both efforts were beneficial in generating public interest and civic engagement.<br>• Park staff review plans for construction projects or other potential ground disturbance to avoid archeological resources and requires monitoring for any such project in the park.<br>• The display enclosures at Franklin Court protect the archeological resources well, while making them accessible to the public.<br>• A huge collection of artifacts resulted from the archeological excavations during the mitigation efforts for the construction of the National Constitution Center.<br><br>**Trends**<br>• With new trends in archeological research and the park's preservation mission, no new excavation requests have been approved. New technologies such as ground penetrating radar are creating new research opportunities for archeologists.<br>• There continues to be growing public interest in archeological resources at the park.<br>• The park continues to maintain working relationship with various universities such as Temple and the University of Pennsylvania, which participate in research and documentation efforts.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| Threats and Opportunities | **Threats**<br>• Some utility and similar types of ground-disturbing work can impact archeological resources at the park.<br>• Addressing the accessioning backlog of excavated archeological materials from the National Constitution Center project is a growing concern for park staff, as interest and support for this project may wane the longer it takes to complete this effort.<br>• The glass enclosures at President's House need to be modified/leak-proofed to better protect archeological resources. The current enclosures undergo significant temperature changes that impact exposed archeological resources.<br>• Stormwater flowing through the park and drainage issues may impact archeological resources in certain areas.<br>• Climate change-related storms, flooding, and erosion threaten archeological resources.<br><br>**Opportunities**<br>• There are many opportunities to actively interpret archeology at 318 Market Street, the visitor center, President's House, and Franklin Court.<br>• Volunteers could help process current National Constitution Center collection archeological materials.<br>• The excavations at Franklin Court are recognized as great examples of public archeology and engagement and can serve as an example for other NPS units.<br>• When the park was created, many structures were demolished and these buildings were collapsed into basements and left as is, creating a rich layer in the archeological record and an opportunity for future research.<br>• Although pre-contact archeological deposits are probably heavily disturbed from the historical activities that occurred within the park, some yard areas and historic streets are undisturbed and retain a high level of integrity. |

S.ADD75

Independence National Historical Park • Associated National Historic Sites and Memorials

| Fundamental Resource or Value | Archeological Resources |
|---|---|
| Data and/or GIS Needs | • Finalize archeological overview and assessment.<br>• Complete documentation and cataloguing of the National Constitution Center archeological collection.<br>• National register nomination for Franklin Court.<br>• Condition survey of ruins at the President's House.<br>• Ethnohistory of President's House site. |
| Planning Needs | • Cultural landscape report for Franklin Court.<br>• Update the long-range interpretive plan. |
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Antiquities Act of 1906<br>• Historic Sites Act of 1935<br>• Archeological and Historic Preservation Act of 1974<br>• Archaeological Resources Protection Act of 1979<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Superintendent's Compendium<br>• American Battle Monuments Commission (36 CFR Chapter IV)<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• "Protection of Historic Properties" (36 CFR 800)<br>• "Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities; Architectural Barriers Act (ABA) Accessibility Guidelines" (36 CFR 1191)<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (§1.4) "Park Management"<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• Director's Order 28: *Cultural Resource Management*<br>• Director's Order 28A: *Archeology*<br>• *The Secretary of the Interior's Standards for the Treatment of Historic Properties with Guidelines for the Treatment of Cultural Landscapes* |





67

**S.ADD76**

| Fundamental Resource or Value | Civic Responsibility and the Exercise of First Amendment Rights |
|---|---|
| **Related Significance Statements** | Significance statement 13. |
| **Current Conditions and Trends** | **Conditions**<br>• An important form of civic responsibility expressed at Independence National Historical Park is the exercise of First Amendment rights.<br>• The whole park, with the exception of Independence Square, can be used for First Amendment purposes. The majority of First Amendment activities occur in the designated space near Independence Hall.<br>• Due to security concerns and visitor safety, the park can place conditions on permits for exercising First Amendment rights. A permit is required for any group greater than 25 people.<br>• There is a distinction between exercising First Amendment rights and advertising. For example, protesters cannot leave an installation or sign without staffing it.<br><br>**Trends**<br>• Overall there is a steady request for First Amendment permits and requests, but at certain times of year—such as the Fourth of July—the park sees an increase in requests.<br>• Due to the iconic nature of Independence Hall and the Liberty Bell, the park receives many photograph requests each year.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Accommodating the many requests for First Amendment-related events and activities require significant staff time. For example with larger events, maintenance staff may need to place barricades at the request of law enforcement.<br>• Sometimes First Amendment protesters try to engage visitors at the park to an excessive level and this leads to conflicts. Balancing the importance of First Amendment activities with visitor experiences is a challenge. There is a court injunction related to how the park manages some of the First Amendment activities.<br>• Visitor and safety of the public are a concern. Some groups are known for creating violence or unrest. Counter groups may appear to counter protest, resulting in conflicting protests. Law enforcement and park staff work hard to manage gatherings that may turn into a violent demonstration or violent counter-demonstration.<br>• Large gatherings of people may become potential terror targets, and require heightened security and law enforcement presence.<br><br>**Opportunities**<br>• Independence National Historical Park has a long history of groups expressing their First Amendment rights, and takes very seriously the protection of people's rights. There are measures put in place to guarantee the ability to exercise these rights.<br>• The iconic nature of the park for exercising First Amendment rights makes the park relevant and allows the park to interpret and engage in a dialogue about civic responsibilities.<br>• There are many interpretive opportunities related to First Amendment activities and the role of the park as a public space for expressing this right.<br>• The park can build larger support and advocacy by engaging stakeholders in the importance of the public space in American life and the health of our government. |
| **Data and/or GIS Needs** | • Administrative history – volume 2.<br>• Visitor use study.<br>• Update ethnographic overview and assessment. |

S.ADD77

| Fundamental Resource or Value | Civic Responsibility and the Exercise of First Amendment Rights |
|---|---|
| Planning Needs | • Visitor use management plan.<br>• Update the long-range interpretive plan. |
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Americans with Disabilities Act of 1990 (42 USC 12101 et seq.)<br>• Architectural Barriers Act of 1968 (42 USC 4151 et seq.)<br>• "Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities; Architectural Barriers Act (ABA) Accessibility Guidelines" (36 CFR 1191)<br>• NPS Concessions Management Improvement Act of 1998<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"<br>• NPS *Management Policies 2006* (chapter 8) "Use of the Parks"<br>• NPS *Management Policies 2006* (chapter 9) "Park Facilities"<br>• NPS *Management Policies 2006* (chapter 10) "Commercial Visitor Services"<br>• Director's Order 6: *Interpretation and Education*<br>• Director's Order 42: *Accessibility for Visitors with Disabilities in National Park Service Programs and Services* |



69

Foundation Document



| Fundamental Resource or Value | Pioneering Partnerships and Collaboration |
|---|---|
| **Related Significance Statements** | Significance statements 13, 14, and 15. |
| **Current Conditions and Trends** | **Conditions**<br>• Independence National Historical Park was one of the first parks in the National Park Service system to have a friends group – Friends of Independence.<br>• The City of Philadelphia still owns Independence Hall and the Liberty Bell. The National Park Service works collaboratively with the city on the long-term stewardship and management of these two resources.<br>• The park has an extensive array of active partners and partnerships, who are actively engaged in the stewardship and interpretation of park resources.<br><br>**Trends**<br>• Opportunities for new partnerships and collaborative projects are increasing faster than can be accommodated by park staff.<br>• There are an increasing number of new nonprofit organizations in the City of Philadelphia.<br>• Some of the past park donors and volunteers are now supporting other causes.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Managing public expectations and the challenge of an increasing perception that the National Park Service has unlimited resources because it is part of the federal government is an issue the park faces.<br>• It is challenging to keep up with all the possible opportunities for partnerships and collaborative programs.<br>• There is increasing competition between many nonprofits in the area for limited resources and support.<br>• The rules and regulations that the National Park Service must follow can be frustrating for partners who can move at a faster pace. This divergence makes accommodating some activities difficult, if not impossible. For example, issues around brand advertising are both complex and problematic for the park.<br>• Some park partners are not fully aware of the NPS mission, values, laws, policies, and regulations. This can make it challenging to engage in mutually beneficial activities, partnerships, and collaborations.<br>• There is limited organizational capacity to match partner opportunities, expectations, and demands. These limitations can be frustrating for both park staff and partner groups. |

S.ADD79

Independence National Historical Park  •  Associated National Historic Sites and Memorials

| Fundamental Resource or Value | Pioneering Partnerships and Collaboration |
|---|---|
| Threats and Opportunities | **Opportunities**<br>• There are countless opportunities to cultivate new partnerships for collaborative programs and events<br>• Partners could take advantage of the LaSalle University Nonprofit Center for fundraising assistance and other resources offered by the National Park Service. Many of these services are free of charge.<br>• There are opportunities to improve communication and increase the effectiveness of the park's friends group.<br>• The park could explore opportunities for further collaboration with key property owners or occupants within the park, including the American Philosophical Society and the Carpenters' Company.<br>• There are many opportunities for joint, collaborative educational and special events with a variety of partners.<br>• Agencywide initiatives such as the NPS Director's A Call to Action provide new opportunities for engaging diverse park partners.<br>• Introducing the park's many partners to each other could help these organizations make connections that lead to more collaboration and support between park stakeholders. |
| Data and/or GIS Needs | • Update ethnographic overview and assessment. |
| Planning Needs | • Park partner strategic plan.<br>• Strategic plan for education and youth engagement.<br>• Public relations plan. |
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• National Environmental Policy Act of 1969 (42 USC 4321)<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• Executive Order 12898, "Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"<br>• NPS *Management Policies 2006* (chapter 8) "Use of the Parks"<br>• NPS *Management Policies 2006* (chapter 9) "Park Facilities"<br>• NPS *Management Policies 2006* (chapter 10) "Commercial Visitor Services"<br>• NPS *Management Policies 2006* (§1.6) "Cooperative Conservation Beyond Park Boundaries"<br>• NPS *Management Policies 2006* (§4.1) "General Management Concepts"<br>• NPS *Management Policies 2006* (§4.1.4) "Partnerships"<br>• Director's Order 6: *Interpretation and Education*<br>• Director's Order 7: *Volunteers in Parks*<br>• Director's Order 16B: *Diversity in the National Park Service*<br>• Director's Order 21: *Donations and Fundraising*<br>• Director's Order 32: *Cooperating Associations*<br>• Director's Order 42: *Accessibility for Visitors with Disabilities in National Park Service Programs and Services*<br>• Director's Order 75A: *Civic Engagement and Public Involvement* |

71

**S.ADD80**

Foundation Document

| Other Important Resource or Value | Appropriate Recreation |
|---|---|
| **Current Conditions and Trends** | **Conditions**<br>• The park offers some of the only green/open space in downtown Philadelphia.<br>• The Superintendent's Compendium identifies what is considered appropriate activities, such as walking dogs on leash and picnicking, within the park.<br>• The park hosts many publicly accessible special events in the park such as Opera on the Mall.<br><br>**Trends**<br>• As the urban context around the park is changing from commercial to more residential, there is increasing use of the park for recreational activities. The park's landscapes are seeing more around-the-clock use and less of the traditional day (lunchtime) use of the past.<br>• There has been an observed increase in the use of the park for dog walking and recreational activities.<br>• The park is actively encouraging some uses like yoga programs and walking as part of larger agency initiatives such as Healthy Parks Healthy People.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Increased use of green spaces such as Independence Mall can make it difficult to carry out maintenance and mowing of this landscape. Heavy recreational uses can also negatively impact lawns in the park.<br>• Vandalism and damage to park resources may occur from inappropriate types of recreational activities.<br>• Different recreational activities may lead to conflicts among different user groups.<br>• Active team sports may not be appropriate for the park and could negatively impact some visitors' experiences of the historical park.<br>• Impacts from dog walking and improperly disposed of dog waste can impact park landscapes and be a health hazard.<br><br>**Opportunities**<br>• Recreational users at the park are an important stakeholder group who the park can connect with. These groups can become park supporters and advocates.<br>• There are educational opportunities to reach out to recreational users and interpret the historic significance of the park and its resources.<br>• Implementing a recycling program in the park for individuals who lunch and picnic there would support the green park's initiatives.<br>• Promoting appropriate recreational activities is a way for the park to participate in agencywide programs such as Healthy Parks Healthy People and the "Explore" Call to Action initiatives that could be used to engage recreational users in the mission and purpose of the National Park Service. |
| **Data and/or GIS Needs** | • Visitor use study.<br>• Update ethnographic overview and assessment. |
| **Planning Needs** | • Visitor use management plan.<br>• Strategic plan for education and youth engagement.<br>• Turf management plan. |

**S.ADD81**

Independence National Historical Park  •  Associated National Historic Sites and Memorials

| Other Important Resource or Value | Appropriate Recreation |
|---|---|
| Laws, Executive Orders, and Regulations That Apply to the OIRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the OIRV**<br>• Americans with Disabilities Act of 1990 (42 USC 12101 et seq.)<br>• Architectural Barriers Act of 1968 (42 USC 4151 et seq.)<br>• "Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities; Architectural Barriers Act (ABA) Accessibility Guidelines" (36 CFR 1191)<br>• Rehabilitation Act of 1973 (29 USC 701 et seq.)<br>• Superintendent's Compendium<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"<br>• NPS *Management Policies 2006* (chapter 8) "Use of the Parks"<br>• NPS *Management Policies 2006* (chapter 9) "Park Facilities"<br>• NPS *Management Policies 2006* (chapter 10) "Commercial Visitor Services"<br>• Director's Order 6: *Interpretation and Education*<br>• Director's Order 42: *Accessibility for Visitors with Disabilities in National Park Service Programs and Services*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change" |






**S.ADD82**

## Edgar Allan Poe National Historic Site

| Fundamental Resource or Value | Poe House Complex |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• Currently, the house is only open three days a week (Friday, Saturday, and Sunday). Because of these limited hours, visitation to the Poe house is less than 10,000 per year.<br>• The site maintains a successful outreach program with a local school. There is a long-running program for fourth and fifth grade classes that builds connections between the community and the Poe House. The kids make field trips to the house and participate in Poe related activities.<br>• There is no on-site parking. However, there is street parking and access to the site via public transportation.<br>• There is no accessible restroom, and as a whole accessibility at the site is limited.<br>• The base budget for Edgar Allan Poe National Historic Site does not cover the total cost of operations and maintenance for the Poe House complex, so these additional costs are absorbed into the Independence National Historical Park's budget.<br>• Many of the building systems are aging and becoming outdated.<br>• The Poe House complex roof was replaced in the summer of 2016.<br><br>**Trends**<br>• The sewer lines in the house were replaced in 2015.<br>• Graffiti and vandalism at the site have decreased, perhaps due to outreach activities.<br>• The site maintains a good working relationship with the nearby German Society across the street.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Due to the poor condition of the roof, there has been plaster damage to the interior walls and ceilings. Plaster is being impacted by moisture in multiple locations.<br>• Keeping up with cyclical maintenance needs is an ongoing challenge.<br>• Edgar Allan Poe National Historic Site is located some distance away from park headquarters at Independence National Historical Park, and this presents logistical challenges for management. This is compounded by the lack of on-site parking.<br>• There have been issues with crime and break-ins in and around the site. The fence that borders the property is also a location for criminal activities. There have been violence and other dangerous activities in the vicinity of the site.<br>• There are safety concerns for staff and volunteers stationed at the visitor contact station in the Poe House complex. The park entrance door is never left unlocked, and visitors must knock to enter the site.<br>• Due to weathering and rot, new dormer windows are needed.<br>• Severe weather events and other climate change-related factors may accelerate weather threats to historic structures at the park. |

**S.ADD83**

| Fundamental Resource or Value | Poe House Complex |
|---|---|
| **Threats and Opportunities** | **Opportunities**<br>• Edgar Allan Poe National Historic Site competes well for project funding.<br>• There is a growing fascination with Poe's legacy and this is a great way to connect with writers, movie directors, etc. and build overall advocacy and support for the site. There is even an annual award for writers called "the Edgar."<br>• The site could explore reestabling The Friends of Poe group or engage the Friends of Independence group in supporting activities and fundraising for the site.<br>• The outdoor bathroom could be reconstructed to provide an accessible bathroom for the site.<br>• There is the potential to grow the relationship further with the German Society across the street.<br>• The site can continue to build on its successful outreach programs with local schools and engage new youth audiences in the legacy of Poe.<br>• The use of social media tools and a stronger online presence could be used to engage the international literary community in the story and legacy of Poe.<br>• The park could explore leasing the apartment at the Edgar Allan Poe site at a realistic rate to create a presence at the site. The rental rates established by the NPS housing program are too high to attract a tenant here or at Deshler-Morris House.. |
| **Data and/or GIS Needs** | • Complete condition assessments for individual buildings and systems.<br>• Complete documentation of all park assets in the FMSS database.<br>• Energy audit of Poe House complex.<br>• Functional space/use analysis.<br>• Administrative history.<br>• Climate change vulnerability assessment. |
| **Planning Needs** | • All-season landscape maintenance plan.<br>• Building management plan.<br>• Business plan.<br>• Public relations plan.<br>• Update historic structure report. |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Historic Sites Act of 1935<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Archaeological Resources Protection Act of 1979<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• Director's Order 28: *Cultural Resource Management*<br>• Director's Order 28A: *Archeology*<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources" |

## Gloria Dei Church National Historic Site

| Fundamental Resource or Value | Dignified Landscape |
|---|---|
| Related Significance Statements | All significance statements. |
| Current Conditions and Trends | **Conditions**<br>• Gloria Dei Church is listed in the National Register of Historic Places. The grounds include a green space next to the church cemetery, surrounding cemetery walls, and a metal gate.<br>• Visitors to the site use the current church parking lot, and access the site by walking through the church cemetery.<br>• Nine memorial cenotaphs, related to the Revolutionary War era, were moved to this site from other locations around Philadelphia. No human remains were transferred with these markers.<br>• The park maintains one interpretive wayside sign at the church parking area and there is a small concrete amphitheater on-site.<br>• Gloria Dei Church National Historic Site does not have an annual appropriation, and funding for site maintenance comes from the Independence National Historical Park budget.<br>• Sidewalks, walls, and the concrete amphitheater are deteriorating.<br><br>**Trends**<br>• The neighborhood around the park is changing due to new residential and mixed use development.<br>• There is increasing use of the site by dog walkers, as the surrounding neighborhood is seeing an increase in residential development.<br>• Gloria Dei Church is an active congregation, and has a day care facility on-site through a lease. The church also hosts a lot of special events.<br>• The park is investigating moving the cenotaphs to a different site on the property where they will not be threatened by encroaching tree roots.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| Threats and Opportunities | **Threats**<br>• The cemetery walls and gate are in need of stabilization and restoration. There are multiple cracks and rusting of the gate is occurring.<br>• Due to the location of Interstate 95, access to the site is challenging for visitors.<br>• With the increasing activities at the site—dog walking, day care use, church functions—there are increasing risks of potential user conflicts at the site.<br>• Due to its distance from Independence National Historical Park and challenges of accessing the site, maintaining and patrolling the site is problematic.<br>• The amphitheater and sidewalks at the site are in need of maintenance work.<br>• Climate change may increase severe storms, flooding, and invasive species, and cause a northward shift in native species ranges, all of which may alter the landscape.<br><br>**Opportunities**<br>• The active congregation and church-related activities present an opportunity to engage a diverse audience and build advocacy for the National Park Service.<br>• The site is relatively small with little infrastructure and competes well for project funding.<br>• There is the opportunity to establish a Friends of Gloria Dei Group, to support the stewardship and management of this site.<br>• There are opportunities to enhance overall interpretation related to religion in colonial America, and the cenotaphs provide additional interpretive potential.<br>• Swedish heritage groups and organizations could be another stakeholder group for the park to establish relationships with. |

Independence National Historical Park • Associated National Historic Sites and Memorials

| Fundamental Resource or Value | Dignified Landscape |
|---|---|
| **Data and/or GIS Needs** | • Complete condition assessments for site walls and gate.<br>• Complete documentation of all park assets in the FMSS database.<br>• Research potential interpretive themes and programming at the site.<br>• Rapid ethnographic assessment.<br>• Climate change vulnerability assessment. |
| **Planning Needs** | • All-season landscape maintenance plan.<br>• Public relations plan. |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Historic Sites Act of 1935<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Federal Noxious Weed Act of 1974, as amended<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Executive Order 13112, "Invasive Species"<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"<br>• Director's Order 28: *Cultural Resource Management*<br>• Director's Order 6: *Interpretation and Education*<br>• Director's Order 64: *Commemorative Works and Plaques*<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• Director's Policy Memorandum 12-02, "Applying NPS Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources"<br>• Director's Policy Memorandum 15-01, "Addressing Climate Change and Natural Hazards for Facilities" |



S.ADD86

## Thaddeus Kosciuszko National Memorial

| Fundamental Resource or Value | Kosciuszko House and its Connections to the Polish Community |
|---|---|
| Related Significance Statements | All significance statements. |
| Current Conditions and Trends | **Conditions**<br>• The house is listed in good condition per the FMSS and LCS databases. The roof and building envelope are in good condition.<br>• The Kosciuszko House is open for limited hours on Saturdays and Sundays for six months of the year.<br>• There are exhibits on the first floor, and a display on the second floor where Thaddeus Kosciuszko lived. The exhibits are relatively new and the film was created at the same time. The third floor is currently not used.<br>• The house is located in the Society Hill neighborhood of Philadelphia.<br>• The park works with the Polish American Cultural Center to connect with Polish communities around the county.<br>• The base budget for Thaddeus Kosciuszko National Memorial does not cover the total cost of operations and maintenance for the Kosciuszko House, so these additional costs are absorbed into the Independence National Historical Park budget.<br><br>**Trends**<br>• The exhibits and the film at the house were updated in 2008.<br>• The Society Hill neighborhood remains a desirable residential neighborhood to live in Philadelphia.<br>• Polish heritage groups and organizations remain active in the park and are interested in the legacy of Kosciuszko.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| Threats and Opportunities | **Threats**<br>• The house needs a new fire alarm system.<br>• Limited public access and limited hours of operation are a threat to connecting people to the memorial and its stories.<br>• Maintaining the historic structure requires ongoing cyclical maintenance.<br>• The house sits at the corner of a busy urban intersection. Vibrations from motor vehicles and exhaust fumes may be damaging the historic fabric of the building.<br>• Severe weather events and other climate change-related factors may accelerate weather threats to historic structures at the park.<br><br>**Opportunities**<br>• There are large Polish communities throughout Philadelphia that the park could reach out to in order to build both support and advocacy for the memorial. These groups could also be a source of volunteers for the site.<br>• There are opportunities to connect the Kosciuszko story to other Revolutionary War sites and memorials.<br>• There are opportunities to connect with international communities in Poland and other countries where Kosciuszko inspired the quest for freedom.<br>• The Polish National Alliance and the Polish American Cultural Center are two other organizations that the park could forge stronger relationships with. |

| Fundamental Resource or Value | Kosciuszko House and its Connections to the Polish Community |
|---|---|
| Data and/or GIS Needs | • Complete condition assessments for building and systems.<br>• Complete documentation of all park assets in the FMSS database.<br>• Functional space/use analysis.<br>• Energy audit of buildings.<br>• Historic resource study.<br>• Climate change vulnerability assessment. |
| Planning Needs | • Building management plan.<br>• Business plan.<br>• Public relations plan.<br>• Update historic structure report for the building. |
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Historic Sites Act of 1935<br>• National Historic Preservation Act of 1966 (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• Director's Order 28: *Cultural Resource Management*<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources" |




S.ADD88

# Appendix E: Past and Ongoing Park Planning and Data Collection Efforts

| Document Title | Date |
|---|---|
| **Independence National Historical Park**<br>**(The park's cultural resource bibliography contains more than 600 entries.)** | |
| Franklin's House – Historic Structure Report | 1969 |
| National Register of Historic Places Nomination – Society Hill Historic District | 1971 |
| Graff House – Historic Structure Report | 1972 |
| National Register of Historic Places Nomination – American Philosophical Society Hall | 1974 |
| National Register of Historic Places Nomination – Carpenters' Hall | 1974 |
| National Register of Historic Places Nomination – Christ Church | 1974 |
| Liberty Bell – Special History Study | 1985 |
| Domestic Servants in Philly – Special Report | 1986 |
| National Register of Historic Places Nomination – First Bank of the United States | 1986 |
| Land Protection Plan | 1987 |
| National Register of Historic Places Nomination – Second Bank of the United States | 1987 |
| Visitor Services Project | 1987 |
| Historic Furnishings Plan – Mayors Court Chamber in Old City Hall | 1988 |
| National Register of Historic Places Nomination – Independence National Historical Park | 1988 |
| Historic Furnishings Plan – 3rd floor Bishop William White House | 1989 |
| Historic Furnishings Plan – 1st Floor Congress Hall | 1992 |
| Statement of Management | 1993 |
| Rapid Ethnographic Assessment Procedures | 1994 |
| Resource Management Plan | 1994 |
| Visitor Utilization Study | 1994 |
| Cultural Landscape Inventory – Phase 1 | 1994 |
| Cultural Landscape Report – Independence Mall | 1994 |
| Historic Furnishings Plan – 1st Floor Congress Hall – Supplement | 1995 |
| Interpretive Program Review | 1995 |
| Visitor Utilization Study | 1995 |

Independence National Historical Park  •  Associated National Historic Sites and Memorials

| Document Title | Date |
|---|---|
| **Independence National Historical Park (continued)** | |
| Bringhurst House – Historic Structure Report | 1995 |
| Independence Hall Tower Spire – Chronology | 1995 |
| Woody Plant Inventory and Condition Assessment – Independence Square | 1996 |
| General Management Plan | 1997 |
| Cultural Landscape Report – Independence Square | 1998 |
| Geotechnical Investigation – Independence Mall | 1999 |
| Historic Resource Study – Independence Mall | 2000 |
| Business Plan for Independence Park Institute | 2001 |
| Phase II Archeological Investigation Liberty Bell Complex | 2001 |
| Transportation Study Report | 2001 |
| Schematic Plan – 2nd Bank of the United States | 2001 |
| Business Plan | 2003 |
| Cultural Landscape Treatment Plan – Deshler-Morris-Bringhurst Plan | 2003 |
| Cultural Landscape Report – Independence Square | 2004 |
| Historic Resource Study – Portions of Independence Mall | 2004 |
| Deshler-Morris-Bringhurst House – Utilities and Exhibit Rehabilitation / Environmental Assessment | 2005 |
| Review of Interpretive Programs | 2005 |
| Evaluation of Bus Management Options | 2005 |
| Security Fence and Facilities Environmental Assessment | 2006 |
| Cycle Three Road Inventory | 2006 |
| Long-Range Interpretive Plan | 2007 |
| Supplemental Historic Furnishings Plan – Dillorth-Todd-Moylan House | 2008 |
| Visitor Use Summery | 2008 |
| Historic Structures Report / Preservation Plan | 2009 |
| Phase 1 – Archeological Sensitivity Study | 2010 |
| Cultural Landscape Report – Washington Square | 2011 |
| Structural Analysis – 2nd Bank of the United States | 2011 |
| Cycle Five Road Inventory | 2013 |
| Superintendent's Compendium | 2015 |

**S.ADD90**

Foundation Document

| Document Title | Date |
|---|---|
| **Edgar Allan Poe National Historic Site** | |
| National Register of Historic Places Nomination | 1974 |
| Historic Resource Study | 1981 |
| Historic Structure Report | 1990 |
| Government Performance and Results Act Plan | 1997 |
| Archeological Testing and Monitoring (Sidewalk Replacement) | 2000 |
| Long-Range Interpretive Plan | 2003 |
| Imagining Poe Interpretive Report | 2005 |
| Superintendent's Compendium | 2013 |
| Park Visitation and Climate Change Resource Brief | 2015 |
| **Gloria Dei Church National Historic Site** | |
| Development Concept Plan | 1973 |
| **Thaddeus Kosciuszko National Memorial** | |
| Thaddeus Kosciuszko Study Report | 1973 |
| Historic Structure Report | 1974 |
| Historic Furnishings Plan | 1988 |
| Resource Management Plan | 1994 |
| Interpretive Prospectus | 1996 |
| Government Performance and Results Act Plan | 1997 |
| Long-Range Interpretive Plan | 2003 |
| Superintendent's Compendium | 2015 |

82

**S.ADD91**

## Northeast Region Foundation Document Recommendation
### Independence National Historical Park | Associated National Historic Sites and Memorials
**September 2017**

This Foundation Document has been prepared as a collaborative effort between park and regional staff and is recommended for approval by the Northeast Regional Director.

9/5/17

**RECOMMENDED**
**Patrick Suddath, Acting Superintendent, Independence National Historical Park,**
**Edgar Allan Poe National Historic Site, Gloria Dei Church National Historic Site,**
**Thaddeus Kosciusko National Memorial**

**Date**

9·6·2017

**APPROVED**
**Cynthia MacLeod, Acting Regional Director, Northeast Region**

**Date**




As the nation's principal conservation agency, the Department of the Interior has responsibility for most of our nationally owned public lands and natural resources. This includes fostering sound use of our land and water resources; protecting our fish, wildlife, and biological diversity; preserving the environmental and cultural values of our national parks and historic places; and providing for the enjoyment of life through outdoor recreation. The department assesses our energy and mineral resources and works to ensure that their development is in the best interests of all our people by encouraging stewardship and citizen participation in their care. The department also has a major responsibility for American Indian reservation communities and for people who live in island territories under U.S. administration.

INDE 391/135522
September 2017

**Foundation Document • Independence National Historical Park
and Associated National Historic Sites and Memorials**



NATIONAL PARK SERVICE • U.S. DEPARTMENT OF THE INTERIOR

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023



**NATIONAL UNDERGROUND RAILROAD
NETWORK TO FREEDOM APPLICATION**

| GENERAL INFORMATION | |
|---|---|
| **Date Submitted:** April 11, 2022 | **Resubmission:** ☐ Yes ☒ No  Round | **Type** (Pick One)**:** ☒ Site ☐ Facility ☐ Program |

| | |
|---|---|
| **Name** (Of What You Are Nominating)**:** Ona Judge Escape Site from the President's House Site at Independence National Historical Park | **Street Address:** 520 Chestnut Street and 6th and Market Street, Philadelphia, PA (190 High Street) |

| **City:** Philadelphia | **State:** PA | **Zip Code:** 19106 | **County:** Philadelphia | **Congressional District:** 3rd |
|---|---|---|---|---|

| **Physical Boundaries of Site/Facility** President's House, 6th & Market, in Independence National Historical Park, Philadelphia, PA | ☐ **Address Not for Publication?** |
|---|---|

| **Is there a website?** ☒ Yes ☐ No | **Web Address:** https://www.nps.gov/inde/planyourvisit/presidentshousesite.htm |
|---|---|

| **Is there a visitor phone number?** ☒ Yes ☐ No | **Phone Number:** (215) 965-2305 |
|---|---|

| **Is the site open to the public?** ☒ Yes ☐ No | **Hours of Operation:** President's House,  7AM to 10PM daily—outdoor exhibit |
|---|---|

**Summary:  Tell us in 200 words or less what is being nominated and how it is connected to the Underground Railroad.**

On May 21, 1796, Ona Judge escaped from slavery from the President's House when Philadelphia was the nation's capital (1790-1800). She was enslaved by Martha Washington and her husband George, the first President of the United States. Judge, often referred to as Oney, gave brief details of her escape to a newspaper interviewer fifty years later. "I had friends among the colored people of Philadelphia, had my things carried there beforehand, and left Washington's house while they were eating dinner." On May 23, 24, 25, 1796, Frederick Kitt, George Washington's steward, ran three escape ads in two different newspapers, offering a $10 reward for Judge, stating, in part, "Absconded from the household of the President of the United States, on Saturday afternoon, ONEY Judge . . . " Judge escaped from the President's House three years after Congress, meeting in the Pennsylvania State House (now Independence Hall),  passed, and President Washington signed, the Fugitive Slave Act of 1793 into law during the 2nd United States Congress. The Act, which was signed at the President's House, affected generations of freedom seekers like Judge. When Judge died in New Hampshire on February 25, 1848, she was still considered a fugitive from justice and subject to potential recapture although both George and Martha Washington had died years before.  The President's House Site is located in Independence National Historical Park.  The application includes additional information about the importance of Independence Hall, which was listed in the Network to Freedom in 2001.

| Contact information for ☐ Owner/Manager ☒ Application Preparer  (Share Contact Information ☐ Yes  ☒ No) |
|---|

I certify that this ☐ site ☐ facility ☐ program is included in the Network to Freedom.

_____     _____
Signature of Certifying Official/Title                                   Date

**RECORDS RETENTION:  PERMANENT.**  Transfer permanent special media, and electronic records along with any finding aids or descriptive information (including linkage to the original file) and related documentation by calendar year to the National Archives when 3 years old. (Item 7A.2.) (N1-79-08-6))

**S.ADD94**

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

| Name:<br>Cheryl Janifer LaRoche | Phone:<br>240-535-5817 | Fax: | Email:<br>cjlaroche35@gmail.com | | |
|---|---|---|---|---|---|
| Street Address:<br>5333 Strathmore Avenue | | City<br>Kensington | | State:<br>MD | Zip Code<br>20895 |
| Contact information for  ☒ Owner/Manager  ☐ Application Preparer  (Share Contact Information  ☐ Yes ☐ No) | | | | | |
| Name:<br>Cynthia MacLeod, Superintendent INDE | Phone:<br>(215) 965-7120 | Fax: | Email:<br>cynthia_macleod@nps.gov | | |
| Street Address:<br>143 S. Third Street | | City<br>Philadelphia | | State:<br>PA | Zip Code<br>19106 |
| Contact information for  ☐ Owner/Manager  ☐ Application Preparer  (Share Contact Information  ☐ Yes ☐ No) | | | | | |
| Name: | Phone: | Fax: | Email: | | |
| Street Address: | | City | | State: | Zip Code |
| Contact information for  ☐ Owner/Manager  ☐ Application Preparer  (Share Contact Information  ☐ Yes ☐ No) | | | | | |
| Name: | Phone: | Fax: | Email: | | |
| Street Address: | | City | | State: | Zip Code |
| Contact information for  ☐ Owner/Manager  ☐ Application Preparer  (Share Contact Information  ☐ Yes ☐ No) | | | | | |
| Name: | Phone: | Fax: | Email: | | |
| Street Address: | | City | | State: | Zip Code |

S.ADD95

NPS Form 10-946 (Rev. 04/2020)                                                                    OMB Control No. 1024-0232
National Park Service                                                                                Expiration Date 04/30/2023

## SITES

In addition to the responses to each question, applications must also include the following attachments:

1) Letters of consent from all property owners for inclusion in the Network to Freedom (see sample in instructions)
2) Text and photographs of all site markers
3) Original photographs illustrating the current appearance and condition of the site being nominated
4) Maps showing the location of the site

*All attachments supplement, but do not replace the text.*

S1.  Type:
☐ Building          ☐ Object              ☐ District (Neighborhood)
☒ Structure         ☐ Landscape/Natural    ☒ Archeological Site

☐ Other (Describe):

S2.  Is the site listed in the National Register of Historic Places?
☐ Yes    ☒ No      If yes, what is the listing name?

S3.  Ownership of site:
☐ Private                    ☐ Private, Non-profit (501c3)      ☐ Public - Local Government
☐ Public - State Government  ☒ Public - Federal Government

S4.  Type(s) of Underground Railroad Association (select the one(s) that fit best):

| | | | |
|---|---|---|---|
| ☐ Station | ☐ Kidnapping | ☒ Legal Challenge | Association with Prominent Person |
| ☒ Escape | ☐ Rescue | ☐ Maroon Community | ☒ Historic District/Neighborhood |
| ☐ Church | ☐ Destination | ☐ Transportation Route | ☒ Commemorative Site/Monument |
| ☐ Cemetery | ☐ Military Site | ☒ Archeological Site | ☐ Other *(Describe):* |

S4a.  Describe the site's association and significance to the Underground Railroad.  Provide citations for sources used throughout the text.  Timelines are encouraged.

### Independence Hall (Pennsylvania State House)[1]

Philadelphia functioned as a dual capital. It was the capital of the United States between 1790 and 1800 and the capital of Pennsylvania between 1790 and 1799.[2] The President's House and Independence National Historical Park, in which it is now located, are significant places where federal laws regulating freedom seekers and their escape from slavery were enacted and signed.

On **March 1, 1780,** a decade before Philadelphia became the capital of the United States, the Pennsylvania General Assembly passed The Gradual Abolition Act in the Pennsylvania State House, now known as Independence Hall. The Act made provisions of freedom from slavery after enslaved workers fulfilled a six-month residency requirement. The Act greatly influenced freedom seekers to seek freedom in Pennsylvania and Philadelphia. The law contained fourteen sections, some of which detailed the rules and procedures for the gradual abolition of slavery in Pennsylvania.[3] Although it was the "first extensive abolition legislation in the western hemisphere," the Act was intended to appease slaveholders by gradually emancipating enslaved people without immediately making slavery illegal.[4] The Act allowed Pennsylvania slaveholders to continue enslaving individuals they

---

[1] The three buildings of Independence Square, including Independence Hall, Congress Hall, and Old City Hall, were listed in the Network to Freedom in September 2001.
[2] An Act for the Gradual Abolition of Slavery-March 1, 1799, then moved to Harrisburg in 1812.
[3] An Act for the Gradual Abolition of Slavery-March 1, 1780, Pennsylvania Historical & Museum Commission, http://www.phmc.state.pa.us/portal/communities/documents/1776-1865/abolition-slavery.html accessed April 4, 2022.
[4] Gradual Abolition Act of 1780, George Washington's Mount Vernon, https://www.mountvernon.org/library/digitalhistory/digital-encyclopedia/article/gradual-abolition-act-of-1780/#:~:text=The%20Gradual%20Abolition%20Act%20of,without%20making%20slavery%20immediately%20illegal accessed April 4, 2022.

S.ADD96

NPS Form 10-946 (Rev. 04/2020)                                                          OMB Control No. 1024-0232
National Park Service                                                                        Expiration Date 04/30/2023

already held in slavery unless they failed to register them annually. The Act also made provisions for the eventual freedom of those individuals born into slavery. The Act mandated the freedom of any enslaved person once they reached the age 28 and automatically freed any enslaved person who moved to or had been brought into the state and lived there for longer than six months. Initially an exemption was made for visitors such as statesmen who brought their captives with them while conducting national business since Philadelphia was seat of government and then became the capital of the nation. Section 10 of the Act made an exception for "the domestic slaves attending upon delegates in congress from the other American states, foreign ministers and consuls, and persons passing through or sojourning in this state, and not becoming resident therein."[5] On **March 29, 1788**, the Act was amended because "ill disposed persons [were] availing themselves of certain defects in the act for the gradual abolition of slavery. . ."[6] The amendment made it illegal to rotate enslaved workers out-of-state to subvert Pennsylvania law. Legal historian Paul Finkleman indicates however that it was not clear whether or not slaveholding executive and judicial branch officers—such as George Washington or Thomas Jefferson—could keep the people they enslaved in Philadelphia longer than six months. Although the 1788 amendment offered no exceptions, "No one ever publicly challenged their right to do so, and thus no court was ever asked to decide the issue."[7] Challenges to the law came from the people of color being held illegally in slavery.

In 1787, delegates meeting in Independence Hall of the newly formed United States of America drafted the U. S. Constitution at the Constitutional Convention. This document included the three-fifths clause in Article 1, Section 2 that calculated state representation in the U. S. House of Representatives: three enslaved people counted as five whites. As a result, slaveholding increased the political power of the slaveholder. Under this clause, multiple losses of captives due to escapes from slavery should have negatively impacted tax assessments and population counts for congressional representation in the slaveholding states. Article 1 Section 9 allowed the international trade in slavery to continue for twenty years before prohibiting the practice in 1808, with ghastly results for the enslaved. The domestic trade in slaves flourished and escape from slavery became an ever more viable solution. To counter this ever-present quest for freedom, the legislation also included Article 4, Section 2, Clause 3 of the U. S. Constitution that contained the first Fugitive Slave clause dictating the legal mandates and repercussions associated with escape from slavery.[8]

Several members of congress were slaveholders who routinely traveled into and out of the city bringing their enslaved property with them. Many among the nation's founders such as George Washington, Thomas Jefferson and James Madison were slaveholders who had lost enslaved workers through escape and had had to contend with freedom seekers.[9] Madison called the

[5] Ibid.

[6] 1788 Amendment to the 1780 Gradual Abolition Act, (Recorded in Law Book No. III, p. 370), The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/history/amendment1788.php; The Act for the Gradual Abolition of Slavery, Revolutionary War, https://www.revolutionary-war.net/the-act-for-the-gradual-abolition-of-slavery/ accessed April 5, 2022. This Amendment and the Personal Liberty Laws of Pennsylvania were ruled unconstitutional in 1842 in *Prigg v. Pennsylvania*.

[7] Thomas Jefferson enslaved his cook James Hemings until 1793 when he signed an agreement to free James. Paul Finkleman, "Human Liberty, Property in Human Beings, and the Pennsylvania Supreme Court," Duquesne Law Review, Vol. 53, 453-482, p. 466, https://sites.law.duq.edu/lawreview/wp-content/uploads/2017/08/Finkelman-4531.pdf accessed April 7, 2022.

[8] "No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due." Article 4, Section 2, Clause 3, U. S. Constitution, National Constitution Center, https://constitutioncenter.org/interactive-constitution/full-text accessed February 24, 2022.

[9] Fairfax County (Virginia) August 11, 1761, Newspaper Advertisement for Runaway Slaves, George Washington (August 20, 1761), Encyclopedia Virginia, https://encyclopediavirginia.org/wp-content/uploads/2020/11/9382hpr_e8024769c788925.jpg; "Advertisement for a Runaway Slave, *Virginia Gazette* , 7 & 14 Sept. 1769,  https://founders.archives.gov/documents/Jefferson/01-01-02-0021; "What

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Constitution's fugitive slave clause "better security than any that now exists. . . At present, if any slave elopes to any of those states where slaves are free, he becomes emancipated by their law."[10] The clause worked against Pennsylvania's Gradual Abolition Act and destabilized the appropriated liberty of freedom seekers and helped increase the danger of kidnapping of free Blacks.

Pennsylvania court records from the late 1700s indicate that Philadelphia was already understood as a viable destination for freedom seekers. According to legal historian Paul Finkleman, the Pennsylvania Abolition Society, formed in 1787, "became the first civil rights organization in the nation to use the courts as a vehicle for implementing social change."[11] The Society used the Gradual Abolition laws passed in 1780, 1782 and 1788 to challenge and eventually end slavery in the Commonwealth of Pennsylvania.

The United States Supreme Court and the Pennsylvania state supreme court met at Old City Hall in Independence National Historical Park. In one federal case, South Carolina slaveholding Senator Pierce Butler, one of the framers of the constitutional Fugitive Slave clause, lost his bid to hold onto his enslaved property. For a two-year period when he was not in office, Pierce continued to live in Philadelphia and held Ben in slavery in his house. Ben turned to the Pennsylvania Abolition Society, which along with his lawyer, secured Ben's freedom because Pierce kept him enslaved in Philadelphia for longer than the six months stipulated in Pennsylvania's Gradual Abolition Act.[12]

Nine cases involving escapees being held and detained for reclamation by their enslavers were recorded in the courts between January 3 and September 5, 1795. In the years leading up to Ona Judge's escape, at least twenty advertisements seeking the return of freedom seekers appeared in the *Pennsylvania Gazette*, between 1795 and 1796.[13] The Abolition Act laid the foundation for Philadelphia's evolution as a premier destination for freedom seekers, particularly in the nineteenth century. This early era of abolitionist activism helped antislavery influence stretch along the eastern seaboard. Black activists would turn the Philadelphia region into a center for freedom seekers. Many of the Underground Railroad's most famous escapes would come through Philadelphia.[14]

## President's House

The President's House and Independence National Historical Park, in which it is now located, are significant places where Ona Judge succeed in one of the most important escapes from slavery in American history. Also, federal laws regulating escape from slavery were enacted and signed in the executive mansion. Both the Fugitive Slave clause in the Constitution and The Fugitive Slave Law of 1793 had lasting repercussions for freedom seekers.

---

We Know About Anthony,' The Naming Project: Anthony, Montpelier's Digital Doorway, https://digitaldoorway.montpelier.org/2021/07/06/the-naming-project-anthony-2/ accessed April 4, 2022.
[10] Debate in Virginia Ratifying Convention, 15 June 1788, Elliot, Jonathan, ed. *The Debates in the Several State Conventions on the Adoption of the Federal Constitution as Recommended by the General Convention at Philadelphia in 1787. . . .* 5 vols. 2d ed. 1888. Reprint. New York: Burt Franklin, n.d., 3:452-54, 456-59,  The Founders' Constitution
Volume 3, Article 1, Section 9, Clause 1, Document 14, http://press-pubs.uchicago.edu/founders/documents/a1_9_1s14.html
The University of Chicago Press accessed April 4, 2022.
[11] Paul Finkelman, "Human Liberty," p. 467.
[12] Ibid.
[13] G. S. Rowe and Billy G. Smith, "Prisoners for Trail Docket and the Vagrancy Docket, in Smith, *Life in Early Philadelphia*, 68-77, 80-86 as cited in William J. Switala, *Underground Railroad in Pennsylvania* (Mechanicsburg, PA: Stackpole Books, 2001), pp. 142-43.
[14] See for example, William Still, *The Underground Railroad* (Philadelphia: Porter & Coates, 1872).

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

The case of John Davis led to the enactment of the first fugitive slave law. Three kidnappers had abducted Davis from Pennsylvania and taken him to Virginia where he was enslaved. In 1791, Pennsylvania governor, Thomas Mifflin requested extradition of the three kidnappers from Virginia to Pennsylvania. Virginia's governor refused claiming that Davis was actually a freedom seeker who had escaped to Pennsylvania. Mifflin then turned to President Washington seeking help in protecting free Blacks from kidnapping. Washington then turned to congress and asked them to pass legislation on both interstate extradition and fugitive slave rendition.[15] The result was adoption of The Fugitive Slave Act of 1793, An Act respecting fugitives from justice, and persons escaping from the service of their masters. President Washington signed the Act into law on **February 12, 1793** at the President's House during the 2nd United States Congress. Unlike what Mifflin was looking for, the law was the first among several fugitive slave laws that criminalized both escape from slavery and any attempts to assist or shelter freedom seekers. It actually worsened the kidnapping of free Blacks. The Act extended the constitutional fugitive slave clause by imposing penalties and strengthening the national, state and territorial legal authority over slaveholder's claim of ownership, including in the northern states. It gave slaveholders the legal right to the forcibly recapture, if circumstances required, freedom seekers who crossed state lines. The law allowed claimants to seize freedom seekers without a warrant. Anyone assisting escapees or interfering with an arrest faced a $500 fine. The Act imposed arrest and detainment guidelines for escapees, made the state liable for the costs or expenses incurred "in apprehending, securing and transmitting" any unclaimed freedom seeker jailed for longer than 6 months.[16] The law would have direct bearing on the escape of Ona Judge from the Executive Mansion.

After the nation's capital moved to Philadelphia, President Washington, his family and those they enslaved settled into the President's House located on High Street, slightly east of the southeast corner of Sixth Street in Philadelphia. In addition to Ona Judge, a total of eight other people were enslaved at the President's House: her brother Austin, Giles, Hercules (sometimes referred to as Uncle Harkless), Mol, Paris, Joe Richardson, Richmond, and Christopher Sheels.

On March 21, 1791, Washington began his tour of the southern states.[17] Therefore, he was away on **April 5, 1791**, when Attorney General Edmund Randolph (and a former member of Washington's cabinet) visited the President's House and delivered a warning to Martha Washington. Pennsylvania's 1780 gradual abolition law provided for the freedom of enslaved people after they had lived in the state for six consecutive months. Randolph was very aware of the law because three of the people he enslaved "had given him notice that they should tomorrow take advantage" of the Pennsylvania law "and claim their freedom." The three people who sought and won their freedom from Edmund Randolph prevailed because Randolph had become a permanent resident of the state in order to practice law.

Because Randolph had an "idea" that those enslaved by the Washingtons might try to follow by example, Randolph thought it wise to warn the President that people he enslaved might try to seek their freedom under the Act, "after a residence of six months." The President's secretary, Tobias Lear, in turn informed President Washington of the law and reported, "I have therefore communicated it to you that you might, if you thought best, give directions in the matter respecting the blacks in this

---

[15] Paul Finkelman, *Slavery and the Founders: Race and Liberty in the Age of Jefferson* (Armonk, NY: M. E. Sharpe, Inc., 2001).

[16] "A Century of Lawmaking for a New Nation: U.S. Congressional Documents and Debates, 1774–1875," Annals of Congress, 2nd Congress, 2nd Session, pp. 1414 & 1415, of 1456, American Memory, Library of Congress, https://memory.loc.gov/cgi-bin/ampage?collId=llac&fileName=003/llac003.db&recNum=702 accessed February 24, 2022.

[17] VII: Itinerary for the Southern Tour, February 1791, Founders Online, National Archives, https://founders.archives.gov/documents/Washington/05-07-02-0267-0008 accessed April 6, 2022.

NPS Form 10-946 (Rev. 04/2020)                                                                      OMB Control No. 1024-0232
National Park Service                                                                                    Expiration Date 04/30/2023

family.[18]  Washington heeded Randolph's warning and answered Lear a week later. Washington cautioned Lear that "in case it shall be found that any of my Slaves may, or any of them shall attempt their freedom at the expiration of six months, it is my wish and desire that you would send the whole, or such part of them as Mrs. Washington may not chuse [sic] to keep, home," considering "the idea of freedom might be too great a temptation for them to resist."[19]

After further consultation with Randolph who had carefully studied the law and advised that those enslaved at the President's House would be entitled to their freedom, Randolph offered a solution to Washington. ". . . If, before the expiration of six months, they could, upon any pretence [sic] whatever, be carried or sent out of the State, but for a single day, a new era would commence on their return, from whence the six months must be dated for it requires an *entire* six months for them to claim that right . . ."[20] President Washington and his secretary Tobias Lear devised a plan to circumvent Pennsylvania's Gradual Abolition Act. Lear wrote to the Chief Executive, "Mrs Washington proposes in a short time to make an excursion as far as Trenton, and of course, she will take with her Oney & Christopher, which will carry them out of the State; so that in this way I think the matter may be managed very well."[21]

The loophole in Section 10 of the Act exempting visitors and those staying less than 6 months had already been amended in 1788 when the President began rotating his enslaved workers out of state just prior to reaching the 6 month residency stipulation that would ensure their freedom. In devising this scheme, Washington instructed his secretary Tobias Lear to lie about both their intent and their actions. Washington wrote to Lear, "If upon taking good advise [sic] it is found expedient to send them back to Virginia, I wish to have it accomplished under pretext that may deceive both them [the enslaved] and the Public;--and none I think would so effactually do this, as Mrs. Washington coming to Virginia next month. . . This would naturally bring her maid. . ."[22] The 1788 amendment to the Gradual Abolition Act removed exemptions and prohibited this rotation scheme and spelled out punishment for those who broke the law.[23]

On May 22, 1791, Hercules, the president's chef, grew suspicious when told that he must return to Mount Vernon well before the expected arrival of the president's return from his southern tour. Tobias Lear let Washington know that "somebody" had insinuated to Hercules "that the motive for sending him home . . . was to prevent his taking the advantage of a six month's residence" in Philadelphia. Hercules' apparent mortification at the insinuation of his lack of trustworthiness, convinced Lear and Mrs. Washington "of his sincerity." Accordingly, the First Lady, in a demonstration of her faith in the chef, "told him he should not go at that time, but might remain 'till the expiration of six months and then go home.[24] Hercules may have passed this information along to Judge as well. The President's actions had direct bearing on the continuing enslavement of Ona Judge and the denied the liberty that she and the others enslaved at the President's House could legally be entitled to claim. If any of

---

[18] Tobias Lear, Letter to George Washington, April 5, 1791 in Dorothy Twohig, Ed., *The Papers of George Washington, Presidential Series 8, March – September 1791* (Charlottesville: University Press of Virginia, 1999), p. 67.
[19]  Letter to Tobias Lear, April 12, 1791; Ibid., p. 85.
[20] Tobias Lear, Letter to George Washington, April 24, 1791; Ibid., p. 131.
[21] Ibid.
[22] Ibid.
[23] 1788 Amendment to the 1780 Gradual Abolition Act, The President's House in Philadelphia, UShistory.org,
https://www.ushistory.org/presidentshouse/history/amendment1788.php accessed April 4, 2022.
[24] The Papers of George Washington, ed. William W. Abbot et al. (Charlottesville: University Press of Virginia, 1983), Presidential Series, 8:132, pp. 202, 232.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

those enslaved by Martha Washington, therefore belonging to the Custis estate, escaped, George Washington would be held responsible for reimbursing the estate for the loss of property.[25]

## Ona Judge

Ona Judge's escape from the President's House in 1796 ties the site to the Underground Railroad. Judge's duties under enslavement at the President's House centered on the personal care of Martha Washington.[26] Like her mother before her, Judge was a skilled seamstress who George Washington called, "the perfect mistress of her needle."[27] Bathing, grooming, and dressing the first lady, organizing her personal belongings, and cleaning and mending her clothing, and whatever other duties Mrs. Washington demanded, were the responsibilities and expectations that fell to Judge in Philadelphia. According to Elizabeth Langdon, daughter of New Hampshire senator and governor, John Langdon, Ona prepared Martha Washington's famous caps — "a nice matter of home clear-starching, quilling and frilling . . ."[28] She also made garments for Mrs. Washington and was indispensable to the First Lady.

At 22 years old, Judge would have well-understood the world of slavery, particularly at Mount Vernon, and the highest forms of freedom for Blacks that she witnessed in Philadelphia and the free state of Pennsylvania. Judge accompanied Mrs. Washington on her social calls and various shopping trips. Mrs. Washington's enslaved maid would have been highly visible as she went about the bustling city in her own fine attire along with the First Lady. According to Mt. Vernon historians, "Her visible position in the household meant that she received a regular supply of high-quality clothing" such as "gowns, shoes, stockings, and bonnets."[29]

Judge did experience a level of autonomy and independence while in Philadelphia. She received some small cash from Tobias Lear, the President's personal secretary. On February 22, 1791, Lear recorded that Austin, who was Ona's brother, Hercules, Moll and Oney were "to receive a dollar each . . . to buy things to send home by Giles."[30] Evelyn Gerson, one of Judge's biographers, adds that as time went on during Washington's presidency and civic life became ever more frenetic, that "Ona's days became less supervised." Judge is recorded as having attended the circus and was able to experience other social and cultural events, amusements and attractions of city life. She was able to attend not only circuses, but also marketplaces, theaters, waxwork exhibitions and parties.[31]  In June 1792, Ona was able to go to the theater in the company of her brother and Hercules. Gerson believes

[25] Wiencek, Henry. *An Imperfect God: George Washington, His Slaves, and the Creation of America* (New York: Farrar, Straus and Giroux),  p. 315.

[26] GW to Oliver Wolcott, Sept. 1, 1796, Founders Online, National Archives, https://founders.archives.gov/?q=oney%20judge&s=1111311111&sa=&r=8&sr=  accessed March 8, 2022.

[27] Judge was considered a dower slave, meaning that she was enslaved by Martha Washington's estate as part of the dower, or widow's share of her late husband's estate.

[28] Caroline Kirkland, *Memoirs of Washington* (New York: D. Appleton & Co., 1857), p. 468. Hathi Trust, https://babel.hathitrust.org/cgi/pt?id=loc.ark:/13960/t1gh9xh4t&view=1up&format=plaintext&seq=6&skin=2021 accessed March 6, 2022.

[29] Susan P. Schoelwer, ed., *Lives Bound Together: Slavery at George Washington's Mount Vernon* (Mount Vernon: Mount Vernon Ladies Association, 2016), p. 20; Look at original sources, Reference to People from the Presidential Household Account Books, https://www.ushistory.org/presidentshouse/history/references.php

[30] Stephen Decatur Jr, *The Private Affairs of George Washington* (Boston: Houghton Mifflin Company, 1933), p. 201.

[31] Evelyn B. Gerson,  "A Thirst for Complete Freedom: Why Fugitive Slave Ona Judge Staines Never Returned to Her Master, President George Washington." Master's Thesis, Harvard University, June 2000, p. 75.
Decatur Jr, *The Private Affairs*, p. 201, 268-9; "Washington's Household Account Book, 1793-1797," *PMHB 29* (1905); "Washington's Household Account Book, 1793-1797," *PMHB 31* (1907) 56; also see https://www.ushistory.org/presidentshouse/history/references.php accessed April 8, 2022.

S.ADD101

NPS Form 10-946 (Rev. 04/2020)                                          OMB Control No. 1024-0232
National Park Service                                                          Expiration Date 04/30/2023

they saw Farquhar's comedy *The Beaux Stratagem*.[32] With such unaccompanied interactions, assuredly Judge would have heard of the law and understood Washington's covert strategies to maintain slavery in the presidential household in the free state of Pennsylvania. Judge would have seen Philadelphia's thriving free Black community all around her. By the summer of 1793, slaveholders escaping the Haitian Revolution brought their enslaved captives with them to Philadelphia further adding to the tumult.[33]

Sometime in 1796, Martha Washington had informed Judge that it was her intention to bequeath Judge as a wedding gift to her granddaughter, Elizabeth Parke Custis Law (b. 1776), who Judge despised.[34] The wedding was held March 21, 1796. At that moment, Judge would have understood that not only would she not be emancipated upon Mrs. Washington's death but that she was destined to be enslaved by a woman of roughly her own age. The division of the enslaved property of the Custis estate had already been determined. Compounding the problem, toward the end of Washington's second term as president, he planned to return to Mount Vernon with Judge and the other enslaved workers. Judge says she realized that if she did not attempt to escape before then, when her chances of success were greatest, that she would most likely remain enslaved for the remainder of her life.

## Ona Judge's Escape from Captivity

Ona Judge mentions in one of two interviews she granted, one in 1845 and the other in 1847, years after her escape, that she realized that once she was back on the southern plantation that Mount Vernon was, and away from the free state of Pennsylvania, that she might never obtain her freedom.[35] So, while Washington was fretting about the people he enslaved seeking legal protection under the Gradual Emancipation law, Judge laid a careful, well-thought out escape plan although at the time, she did not know where she would likely end up. With escape as her only viable choice, Judge packed her possessions for the trip back to Mt. Vernon as expected but prepared to escape her enslavement while the Washingtons were attending to their own packing preparing for their summer visit to Mt. Vernon.

On a rainy Saturday evening in Philadelphia,  **May 21, 1796**, Ona Judge escaped from slavery at the hands of Martha, and her husband George Washington, the first president of the United States of America. Typical of so many successful escapes, Judge slipped away while the slaveholders were distracted and sitting down to enjoy their dinner—a time that did not require her attendance to the First Lady. Washington was highly regimented and maintained strict adherence to schedule so Judge could be confident of the timing of events. If guests were present, the meal could have extended for hours. It was a bold and daring move, particularly for an enslaved woman, nine months before Washington's term in office ended. By then, both her brother, Austin, and her mother Betty back at Mt. Vernon had died.[36] As a consequence of her escape, Ona's younger sixteen-year-old sister,

---

[32] Gerson, "A Thirst," p. 70.
[33] Julie Winch, *A Gentleman of Color: The Life of James Forten* (New York: Oxford University Press, 2002).
[34] T. H. Adams, "Washington's Runaway Slave," *Granite Freeman*, Concord, New Hampshire, May 22, 1845. See Martha Washington, A Life,   https://marthawashington.us/items/show/4.html accessed April 6, 2022.
[35] Ibid; Benjamin Chase, "A Slave of George Washington," Letter to the editor, *The Liberator*, January 1, 1847, p. 3, http://fair-use.org/the-liberator/1847/01/01/the-liberator-17-01.pdf accessed April 6, 2022.
[36] Austin, Ona Judge George Washington's Mount Vernon, https://www.mountvernon.org/library/digitalhistory/digital-encyclopedia/article/austin/ accessed April 6, 2022.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Philadelphia (Delphy), would be given to Eliza Custis Law, the volatile and disagreeable woman under whose enslavement Ona had refused to live.[37]

Years later Judge granted two newspaper interviews that provide her brief first person account of her escape.[38] Most importantly, she told the reporter for *Granite Freeman* that she "had friends among the colored people and had her things sent ahead," demonstrating that Ona had been able to build a strong network of friendship and support in Philadelphia and that the escape had been planned with them in mind.[39] The escape advertisement noted that Judge had taken with her "many changes of very good clothes of all sorts."[40] Freed from having to carry or worry about her possessions, Judge could more readily slip out onto the Philadelphia streets and onto her place of refuge while she remained hidden in the city.

Judge was able to take advantage of Philadelphia's location as a premier port city and the proximity of the President's House to the wharf. Hers was a waterborne escape made possible by 31-year old sea Captain John Bowles out of Portsmouth, NH although it is unclear whether or not he knew who she was. He took Ona aboard his sloop, *Nancy*. Bowles' successful freight business had him sailing between Portsmouth and Philadelphia about once a month. Because of the frequency of his trips, it is impossible to say which of his numerous voyages carried Judge to freedom.[41] In the escape advertisements, Washington correctly anticipated that "she may attempt to escape by water" adding the ubiquitous warning to sea captains, "all masters of vessels and others are cautioned against receiving her on board, although she may, and probably will endeavor to pass as for a free woman, and it is said has, wherewithal to pay her passage."[42]

## Black Abolitionism in Philadelphia

Although we cannot know for certain who helped Judge escape, Black abolitionist and future AME Bishop, Richard Allen was at the President's House in March 1796, just two months prior to Judges escape. He maintained a chimney sweep business and receipts place him there as he came to collect

[37] Erica Armstrong Dunbar, *Never Caught: The Washingtons' Relentless Pursuit of their Runaway Slave Ona Judge* (New York: Atria, 2017), p. 188.
[38] T. H. Adams, "Washington's Runaway Slave, and How Portsmouth Freed Her," *Granite (NH) Freeman*, May 22, 1845, reprinted in Frank W. Miller, Portsmouth New Hampshire Weekly, June 2, 1877.
[39] Adams, "Washington's Runaway."
[40] "Ten Dollars Reward," *Claypoole's American Daily Advertiser,* May 25, 1796, p. 3.
[41] "For Portsmouth, N.H., *The Philadelphia Gazette & Universal Daily Advertiser*, Advertisement Philadelphia Gazette (Philadelphia, Pennsylvania), May 17, 1796, p. 2
https://infoweb-newsbank-com.proxy-um.researchport.umd.edu/apps/readex/doc?p=EANX&t=pubname%3A10CEB64FEBA73778%21Philadelphia%2BGazette/year%3A1796%211796/mody%3A0517%21May%2B17&year=1796&docref=image%2Fv2%3A10CEB64FEBA73778%40EANX-10F3129D2C27E4E0%402377173-10F3129D63B6B340%401&origin=image%2Fv2%3A10CEB64FEBA73778%40EANX-10F3129D2C27E4E0%402377173-10F3129D3A19BFB0%400; "Arrived," The Philadelphia Inquirer (Philadelphia, Pennsylvania)15 Aug 1796, Mon, p. 3, https://www.newspapers.com/image/467044376/?terms=Sloop%20Nancy%20and%20Bowles&match=1 Newspapers.com accessed April 4, 2022. *The Philadelphia Gazette & Universal Daily Advertiser* for 13 May 1796 contained a notice that the sloop *Nancy*, with "John Bowles, master," was in Philadelphia intending to sail for Portsmouth. *The New Hampshire Gazette* (Portsmouth) for 4 June reported the sloop's arrival, fn.1, Letter, To George Washington from Thomas Lee, Jr., 28 June 1796, Founders Online,
https://founders.archives.gov/?q=george%20Washington%20to%20Thomas%20Lee%201796&s=1111311111&sa=&r=96&sr=
accessed April 5, 2022.
[42] "Ten Dollars Reward," *Claypoole's American Daily Advertiser,* May 25, 1796, p. 3.

NPS Form 10-946 (Rev. 04/2020)                                                                OMB Control No. 1024-0232
National Park Service                                                                                    Expiration Date 04/30/2023

payment.[43] Judge also purchased a pair of shoes prior to her escape. Allen's biographer, Richard Newman suggests that it is possible that Judge could have purchased them from the shoe shop that Allen maintained in his nearby Spruce Street home.[44]

Philadelphia had been a destination for freedom seekers since at least the 1750s.[45] Decades before the concept of the "Underground Railroad" came into existence, Philadelphia was already the epicenter of Black freedom mindedness and abolitionism, and had a large free Black population. Philadelphia's Underground Railroad had its early roots in the city's various antislavery societies that formed about the time of Judge's escape, in the late 1700s and early 1800s. William Switala names the 1787 Independent Free African Society as one of the earliest of these societies. He calls it "the first attempt at an Underground Railroad system in Philadelphia."[46] Julie Winch points to the activism of a network of Philadelphia's autonomous Black organizations. Blacks, including sailmaker James Forten as well as Quakers had been very active in the antislavery movement that had also taken hold early in the state of Pennsylvania.[47] In an April 12, 1786 letter to Robert Morris, the owner of the President's House property at the time, George Washington complained that the assistance antislavery Quakers gave to freedom seekers rendered Philadelphia an undesirable place for Southerners to frequent if they planned to bring their enslaved property with them.[48] Months later, on November 20, Washington wrote a letter to William Drayton that an enslaved man, whom Washington was sending to Drayton in Charleston under the coercion of Washington's overseer, had escaped in Baltimore. The President supposed that Philadelphia was the freedom seeker's destination. The chief executive lamented, "there are numbers that had rather facilitate the escape of slaves, than apprehend them when runaways."[49] The Pennsylvania Abolition Society had formed by 1789. Washington did not perceive that Philadelphia's free Black community was responsible for many a successful escape such as Ona Judge's. Instead, he speculated that " it is certain the escape has been planned by some one who knew what he was about, & had the means to defray the expence of it & to entice her off; for not the least suspicion was entertained of her going, or having formed a connexion with any one who could induce her to such an Act."[50]

About the time the United States Constitution was being ratified in 1787, free African Americans in Philadelphia were establishing the Free African Society. Led by Absalom Jones and Richard Allen, the Society was formed on **April 17, 1787**. It became the first organized independent Black institution and mutual aid society in the United States, "and was a first attempt at an Underground Railroad system in Philadelphia."[51] The organization initially met in Richard Allen's Spruce Street home. The all-important meeting when the Society's decision to open the first Black church in Philadelphia took

---

[43] "Washington's Household Account Book, 1793-1797," March 14, 1796 and March 4, 1797, in *Pennsylvania Magazine of History and Biography* 31 (1907): 177, 344; Richard S. Newman, *Freedom's Prophet: Bishop Richard Allen, the AME Church, and the Black Founding Fathers* (New York, New York University Press, 2008), pp. 140, 321, fn. 40.

[44] Newman, *Freedom's Prophet*, p. 141; See "References to People from the Presidential Household Account Books," The President's House in Philadelphia, https://www.ushistory.org/presidentshouse/history/references.php accessed April 4, 2022.

[45] Switala, *Underground Railroad*, p. 142.

[46] Ibid., p. 143.

[47] Julie Winch, *Philadelphia's Black Elite* (Philadelphia: Temple University Press, 1988).

[48] George Washington, Letter to Robert Morris, April 12, 1786, vol. 28, 407-8; Switala, *Underground Railroad*, 142.

[49] George Washington, Letter to William Drayton, 20 November 1786, Founders Online, National Archives, https://founders.archives.gov/documents/Washington/04-04-02-0347 [Original source: The Papers of George Washington, Confederation Series, vol. 4, 2 April 1786–31 January 1787, ed. W. W. Abbot. Charlottesville: University Press of Virginia, 1995, pp. 389–390.

[50] George Washington, Letter to Oliver Wolcott, Jr., 1 September 1796, Founders Online, National Archives, https://founders.archives.gov/?q=oney%20judge&s=1111311111&sa=&r=8&sr= accessed March 6, 2022.

[51] Switala, *Underground Railroad*, p. 142.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

place in the home of James Dexter. He lived there with nine others on a street that had more than 60 Black residents. This society grew into St. Thomas Episcopal church and was also the foremother of the African Methodist Episcopal Church.[52]

In the last decades of the 18th century, Black families could be found in every ward of the city and in every suburb.  Underground Railroad historian Charles Blockson indicated, because much of the early work of assisting freedom seekers was unorganized, private homes served as "stations" or places of refuge where freedom seekers could be sheltered for a short time prior to moved to their next destination.[53] Absalom Jones, Richard and Sarah Allen, and James Forten were among the powerful Black abolitionists who would have been at the center of that community, but their names were not yet known across the country. They would have expected little scrutiny and less suspicion in those early years.

In 1794, Richard Allen transported a blacksmith's shop to a plot of land he and his wife, Sarah, had purchased at 6th and Lombard Streets and converted it into a church. By **July 29, 1794**, Methodist founder Frances Asbury dedicated Mother Bethel Church. Of Allen's wife Sarah, AME historiographer, Bishop Daniel Payne reports that the couple were thoroughly "anti-slavery," their "house was never shut against the friendless, homeless, penniless fugitives from the 'House of Bondage.'" Allen's close associate and advisor, Rev. Walter Proctor also reported to Payne that the "house of Bishop Allen was a refuge for the oppressed, and a house for the refugee from American oppression."[54] At the time, Allen's home was located on Spruce Street. This was the firmament of racial justice and religious freedom that was fomenting in Philadelphia two years before Judge escaped from the President's House.

By 1796, the year Judge escaped, Allen and Jones been had separated from the white Methodist Episcopal church for a decade, had established the Free African Society, and were spreading freedom mindedness and a liberatory theology among Philadelphia's free Black population. Jones went on to establish St. Thomas' African Episcopal Church. Sailmaker James Forten built on the reputation he had gained through his association with the Free African Society and became a pioneer member of St. Thomas, serving on its first vestry in 1786.[55] All of this was unfolding just blocks from 6th and High Streets (now Market). See accompanying map.[56]

As the Underground Railroad, abolitionism and the anti-slavery movement took deeper root in Philadelphia, one historian placed James Forten among the fifteen most notorious abolitionists in the country.[57] James Forten had served in the Continental navy during the American Revolution. At fifteen, he enlisted on a privateer as a powder boy. As a young sailor, Forten became a prisoner of

---

[52] Preamble of the Free African Society, Africans in America, PBS-WETA, https://www.pbs.org/wgbh/aia/part3/3h465t.html accessed April 5, 2022; James Dexter's House: James Oronoko Dexter, Historical Society of Pennsylvania, http://m.philaplace.org/story/1614/ accessed April 11, 2022.

[53] Charles L. Blockson, *African Americans in Pennsylvania: a History and Guide* (Baltimore: Black Classic Press, 1994), p. 16.

[54] Daniel Payne, *History of the African Methodist Episcopal Church* (Nashville: Publishing House of the A. M. E. Sunday School Union, 1891), p. 84, https://docsouth.unc.edu/church/payne/payne.html accessed March 1, 2022.

[55] William Douglass, Annals of the First African Church in the United States of America, now styled the African Episcopal Church of St. Thomas (Philadelphia, 1862), p. 1, https://www.familysearch.org/library/books/records/item/379864-annals-of-the-first-african-church-in-the-united-states-of-america-now-styled-the-african-episcopal-church-of-st-thomas-philadelphia-in-its-connection-with-the-early-struggles-of-the-colored-people-to-improve-their-condition-with-the-co?offset=33240 accessed March 1, 2022.

[56] Located at 419 South 6th Street. See map of the area included with this submission.

[57] Reuter, Edward Byron, "The Mulatto in the United States, including a Study of the Role of Mixed-Blood Races Throughout the World," Doctoral Dissertation, University of Chicago, p. 192, https://brittlebooks.library.illinois.edu/brittlebooks_open/Books2009-10/reuted0001muluni/reuted0001muluni.pdf accessed February 24, 2022.

NPS Form 10-946 (Rev. 04/2020)                                          OMB Control No. 1024-0232
National Park Service                                                    Expiration Date 04/30/2023

war on board the prison ship *Old Jersey* during the Revolutionary War. It was often the practice to send African American prisoners of war into slavery in the West Indies so Forten conceived of an escape plan for himself. But, instead of using the idea to facilitate his own escape, Forten instead assisted in the escape of another young Black sailor "in an old chest of clothes." Forten actually helped carry the chest off the ship. It was a well-conceived plan.[58]

One writer says that James Forten's efforts on behalf of the enslaved population "launched pre-Garrisonian abolitionism in the United States."[59] Forten was one of the powerful Black abolitionists in operation in Philadelphia at the time of Ona Judge's escape. As a sailmaker and entrepreneur, Forten knew the docks, the sea captains and the business end of the maritime trade. He was already building his well-deserved reputation as an extraordinary sailmaker and savvy businessman. He would have been well-acquainted with the Black sailors known as "Black jacks" who were a constant fixture along America's waterfronts, north and south. They were frequently implicated in maritime escapes.[60] At the very least, these Philadelphians would have known of First Lady Martha Washington's slender, handsome, "delicately made" enslaved maid. It is also conceivable that Forten could have had a hand in Judge's waterborne escape. Charles Blockson makes the statement that "Forten was active with his family in the Underground Railroad," most likely in later years, however.[61] Forten's Lombard Street home became known as an Underground Railroad Station in later years as well. His daughter Charlotte would later marry Robert Purvis, the reputed President of the Underground Railroad.

Judge's escape in the late eighteenth century may have tapped into an early example among people of color working the Underground Railroad in Philadelphia. Unfortunately, these early abolitionists and Underground Railroad activists could not have written about or confessed to any of their early work. Admitting to assisting in the escape of the enslaved property of the first president of the United States would surely have had dire consequences. Slavery remained legal and assisting with escapes was subject to punishment and fines during the span of their lifetime. Unlike later years when freedom seekers and Underground Railroad agents wrote their narratives, there would have been no safe time to reveal one's participation in Judge's escape. For those whose involvement is suggested here, any knowledge or suspicion of them helping freedom seekers would have meant professional and financial ruin and a loss of their trusted standing in the white community.

Washington acknowledged that Judge's well-executed escape had been "planned by some one who knew what he was about & had the means to defray the expence [sic] . . . " But the Chief Executive was convinced, no matter what "she may have asserted to the contrary," that there was no doubt that Ona Judge had "been seduced and enticed off by a Frenchman, who was either really, or pretendedly

[58] Robert Purvis, *Remarks on Life and Character of James Forten*, *Delivered at Bethel Church 1842* (Philadelphia: Merrihew and Thompson, Printers, 1842); Ncurrie, Rediscovering Black History, African American Seamen of the Antebellum Era: Using Seamen's Protection Certificates to Document Early Black Mariners, National Archives, https://rediscovering-black-history.blogs.archives.gov/2021/11/10/african-american-seamen-of-the-antebellum-era/ accessed March 1, 2022; African American Sailors in the U.S. Navy, A Chronology. Naval History and Heritage Command https://www.history.navy.mil/browse-by-topic/diversity/african-americans/chronology.html#1 accessed March 1, 2022; William C. Nell, *Colored Patriots of the American Revolution*, pp. 170-172
[59] Billington, Ray Allen. "James Forten: Forgotten Abolitionist." *Negro History Bulletin* 13, no. 2 (1949): 31–45. http://www.jstor.org/stable/44174890 accessed March 1, 2022.
[60] Timothy Walker, ed., *Sailing to Freedom: Maritime Dimensions of the Underground Railroad* (Amherst: University of Massachusetts Press, 2021); Jeffrey Bolster, *Black Jacks*: *African American Seamen in the Age of Sail* (Cambridge: Harvard University Press, 1998).
[61] Charles L. Blockson, *The Underground Railroad in Pennsylvania* (Jacksonville, NC: Flame International, Inc., 1981), p. 24.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

deranged" and never seen again after Judge left.[62] At the time, an effective, mobilized and resourceful African American community capable of effecting such a successful escape as Ona's was inconceivable among Judge's pursuers. As a result of such circumstances and attitudes, whoever Judge's "friends among the colored people" were can only be suggested.

## The Aftermath of Judge's Escape

Judge was up against a powerful political and legal juggernaut in what was essentially a personal matter—the escape of Martha Washington's enslaved maid. President George Washington left an extensive paper trail of advertisements and letters written from the President's House in pursuit of Ona Judge. Two days after Judge's escape, three advertisements ran in two newspapers. The first line of the ads read, "Absconded from the household of the President of the United States." The advertisement was signed by Frederick Kitt, President Washington's Chief of Staff, rather than by the President himself.[63] Gerson observes that the president was sensitive to "his nationwide respect and adoration," which he did not want to risk. She continues, "Washington knew that he was a symbolic figure to the  populace and the sight of the President hunting down his bondswoman would contradict the philosophical principles of the nation. Entangling the Presidency in the very controversial issue of slavery might also agitate abolitionists, rally slave owners, rile lawmakers, and thus jeopardize already attenuated relations between the states." He would resort to back channels and decided as Gerson puts it, "to quietly kidnap Ona" and disregard the legal procedures he had signed into law with the Fugitive Slave Act of 1793.[64]

Washington first reached out to ask for help from his friend Thomas Lee, Jr. On **June 28, 1796**, Thomas Lee reported to Washington that a free woman of color had indicated that Judge had been in New York City and was on her way to Boston.[65] By the end of August, however, Washington knew of her whereabouts because of a chance encounter.[66] Once in New Hampshire, Judge faced perhaps her most harrowing moments. By escaping to Portsmouth, the freedom seeker had placed herself in the midst of New Hampshire's powerful, politically connected base. Several among them were friends and acquaintances of the Washingtons. Portsmouth was the home of senator John Langdon of New Hampshire, president pro-tempore of the senate during Washington's inaugural year in 1789 and he served as New Hampshire' governor at the time of Ona's escape. It was Langdon's daughter, Elizabeth, a friend to Martha Washington's granddaughter, who spotted Ona on a Portsmouth street. Langdon reported the sighting of Judge to the Washingtons in Philadelphia.  As Henry Wiencek points out, Ona "had escaped the Washingtons, but she had not escaped slavery."[67] Caroline

[62] Letter, From George Washington to Oliver Wolcott, Jr., 1 September 1796, Founders Online, https://founders.archives.gov/?q=%20Author%3A%22Washington%2C%20George%22%20oliver%20wolcott&s=1111311111&r=95 accessed March 9, 2022.

[63] "Advertisement," *The Philadelphia Gazette & Universal Daily Advertiser*, May 23, 1796; "Advertisement," *The Philadelphia Gazette & Universal Daily Advertiser*, May 24, 1796, https://en.wikipedia.org/wiki/Oney_Judge#/media/File:Oney_Judge_Runaway_Ad_(cropped).jpg; "Ten Dollars Reward," *Claypoole's American Daily Advertiser*, May 25, 1796, p. 3, Encyclopedia of Virginia, https://encyclopediavirginia.org/entries/advertisement-for-the-capture-of-oney-judge-claypooles-american-may-25-1796/ accessed March 6, 2022; George Washington's diary entries are missing for the year 1796, John C. Fitzpatrick, ed., *The Diaries of George Washington 1748-1799 Vol. V 1789-1799* (Boston: Houghton Mifflin Company, 1925), p. 243.

[64] Gerson, *A Thirst*," p. 232.

[65] Thomas Lee, Letter to George Washington, June 28, 1796, Founders Online, National Archives, https://founders.archives.gov/?q=%22Thomas%20Lee%22%20%20&s=1111311111&r=102 accessed March 6, 2022.

[66] Gerson, *A Thirst*, p. 82-3.

[67] Henry Wiencek, *An Imperfect God: George Washington, His Slaves and the Creation of America* (New York: Farrar, Straus and Giroux, 2003), p. 322.

NPS Form 10-946 (Rev. 04/2020)                                    OMB Control No. 1024-0232
National Park Service                                                   Expiration Date 04/30/2023

Kirkland, who interviewed the Senator's daughter, Elizabeth, narrates the one version of the encounter with Ona for an 1857 biography of President Washington.

> "Why, Oney !" said Miss Langdon, "where in the world have you come from?"

> "Come from New York, missis," said Oney.

> "But why did you come away — how can Mrs. Washington do without you?"

>  "Run away, missis" was Ona's reply.

Most tellingly, when asked why she had escaped, Ona reportedly told Ms. Langdon, "I wanted to be free, missis; wanted to learn to read and write—."[68] However, George Washington's **September 1** letter to cabinet member and Secretary of the Treasury, Oliver Wolcott, Jr. references this encounter quite differently. Although Washington reports that as Ms. Langdon recognized Judge and "was about to stop and speak to her," Judge "brushed quickly by, to avoid it."[69] With either version Judge came face to face with Elizabeth Langdon on a Portsmouth, New Hampshire street, three months after her escape. Through this chance encounter with Elizabeth Langdon, an intimate friend of Washington's youngest step-granddaughter Nelly Parke Custis, and daughter of John Langdon, the President learned that the freckled face woman with "very black eyes and bushy black hair" had escaped to Portsmouth, New Hampshire.[70]

As a result of that fateful encounter, Washington had discovered Judge's precise location by mid-August. By the end of that month, the President had already spoken to Wolcott about this "personal affair" during a cabinet meeting held in the President's generous sized private study on the second floor of the President's House.[71] Washington's follow up letter to Wolcott contained Ona Judge's name and a description. "I would thank you for writing to the Collector of that Port, & him for his endeavours [sic] to recover, & send her back." The President reasoned that his property in the person of Ona Judge had been illegally delivered to Portsmouth, New Hampshire. As such, Portsmouth's Collector of Customs, Joseph Whipple needed to be contacted and recruited in the Washingtons' efforts to capture her. The September 1 letter directed to Secretary of the Treasury Wolcott asked for Whipple's help in bringing Judge back to Virginia. Washington told Wolcott that this was "a trifling occasion." The President was sure, however, that "the ingratitude of the girl, who was brought up & treated more like a child than a Servant (& Mrs Washington's desire to recover her) ought not to escape with impunity if it can be avoided."[72] Wolcott in turn wrote to Whipple, his subordinate. On **September 10, 1796**, Whipple confirmed to Wolcott that Judge was, indeed, in Portsmouth: "I shall

---

[68] Caroline Kirkland, *Memoirs of Washington* (New York: D. Appleton & Co., 1857), p. 469. Hathi Trust, https://babel.hathitrust.org/cgi/pt?id=loc.ark:/13960/t1gh9xh4t&view=1up&format=plaintext&seq=6&skin=2021 accessed March 6, 2022.

[69] Letter From George Washington to Oliver Wolcott, Jr. September 1, 1796, Founders Online, https://founders.archives.gov/?q=%20Author%3A%22Washington%2C%20George%22&s=1111311111&r=29858 accessed March 8, 2022.

[70] Ibid., 87; "Advertisement," *The Philadelphia Gazette & Universal Daily Advertiser*, May 23, 1796

[71] Gerson, *A Thirst,* p. 89; Lindsay M. Chervinsky, "George Washington and the Cabinet: The Unlikely Development of an Unintended Institution." In *Washington's Government: Charting the Origins of the Federal Administration*, edited by Max M. Edling and Peter J. Kastor, 29–56, pp. 39, 43 (Charlottesville: University of Virginia Press, 2021), https://doi.org/10.2307/j.ctv1n3589s.5.

[72] Letter From George Washington to Oliver Wolcott, Jr. September 1, 1796, Founders Online, https://founders.archives.gov/?q=%20Author%3A%22Washington%2C%20George%22&s=1111311111&r=29858 accessed March 8, 2022.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

with great pleasure execute the President's wishes in the matter . . .—I have just ascertained the fact that the person mentioned is in this Town."[73]

On **September 21, 1796**, Wolcott wrote to Washington from Philadelphia.: "I have the honour to put under cover a Letter from Mr Whipple in answer to one I wrote respecting the Servant Girl." [74] The enclosure was the September 10 letter customs collector Whipple had written to Wolcott. Recapturing Judge in the free state of New Hampshire would require political discretion that should neither expose the president as a slave catcher nor embarrass the presidency. By now, Ona had already been free for more than four months.

By **October 4, 1796** Whipple let Wolcott know that he had "discovered her place of residence" and had "engaged a passage for her in a Vessel preparing to Sail for Philadelphia." In order to avoid alarming the freedom seeker, Whipple waited until the schooner *Thomas* was ready before contacting Judge under the pretense of offering her potential employment with his family. Whipple carefully questioned Judge about her escape and concluded she had not been "decoyed away" as had been previously thought. Rather, her only motive for escaping the President's family had been "a thirst for complete freedom" which she was informed would be the case upon her arrival in Portsmouth. Whipple asserted that Judge held great affection for the President and Mrs. Washington and would be willing to return without hesitation if she could be assured of her freedom upon the death of the Washingtons. Whipple continued, "she should rather suffer death than return to Slavery" and the liability of being sold, "or given to any other person." Thinking that this arrangement would very much please the First Family, Whipple prevailed on Judge to trust that he would obtain for her "the freedom she so earnestly wished for." Judge set out to make arrangements to leave but was careful not to tell the free Black family with whom she had been living in Portsmouth, fearing that they might try to dissuade her.[75]

As it turned out, weather and timing altered the plans. Whipple went on to say that he was "extremely sorry to add that the vessel was "detained by a contrary wind [and] in the course of the next day her intentions were discovered by her acquaintance who dissuaded her from returning and the Vessel sailed without her." With that, the prospects of Judge returning voluntarily vanished. Whipple reminded Judge's pursuers that "popular opinion" in New Hampshire was "in favor of universal freedom" which made it difficult to return freedom seekers to their enslavers. He suggested that in order to be successful and effective in her recapture, "a directive should come from an Officer of the Presidents Household to the Attorney of the United States in New Hampshire & that he adopt such measures for returning her to her master as are authorized by the Constitution of the United States." Whipple offered to "facilitate the business to the utmost of my power in obedience to whatever shall be the pleasure of the President and it is with great regret that I give up the prospect of executing the business in the favourable [sic] manner that I at first flattered myself it would be done."[76]

President Washington, one of the founders and the ascendant leader of the newly formed United States of America, was caught between his irate wife demanding Judge's return and negotiating with his wife's enslaved maid who he once described as "simple and inoffensive." He found himself in a

---

[73] Letter, From Joseph Whipple to Oliver Wolcott Jr., September 10, 1796, George Washington Papers, Series 4, General Correspondence, Library of Congress, https://www.loc.gov/resource/mgw4.109_1021_1022/ accessed March 9, 2022.
[74] Letter, To George Washington from Oliver Wolcott Jr., September 21, 1796, Founders Online, National Archives, https://founders.archives.gov/documents/Washington/99-01-02-00971 accessed April 6, 2022.
[75] Joseph Whipple to Oliver Wolcott, Oct. 4, 1796, quoted in Fritz Hirschfeld, George Washington and Slavery: A Documentary Portrayal (Columbia: University of Missouri Press, 1997), pp. 114–15.
[76] Ibid.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

contest of wills with a twenty-three-year-old, "ungrateful," defiant freedom seeker. Washington responded to Whipple in a signed letter dated **November 28, 1796** written from the President's House, "To enter into such a compromise, as she has suggested to you, is totally inadmissible . . . for however well disposed I might be to a gradual abolition, or even to an entire emancipation of that description of People . . . it would neither be politic or just, to reward unfaithfulness with a premature preference; and thereby discontent, beforehand, the minds of all her fellow Servants; who by their steady adherence, are far more deserving than herself, of favor." In Washington's view, Judge had "absconded without the least provocation from her mistress.'" The President of the United States stressed to Whipple, "To enter into such a compromise that <u>she</u> has suggested to <u>you</u>, is totally inadmissible." Washington was uninterested in negotiating with a freedom seeker or in rewarding Judge's "unfaithfulness" by granting her her freedom. He was unmoved by Whipple's report that Judge's decision to escape was motivated by her "thirst for compleat [sic] freedom." However, the Chief Executive and the First Lady were willing to forgive her conduct if she willingly returned to slavery without obliging him "to resort to compulsory means to effect it." Washington was ready to put her onboard "a Vessel bound either to Alexandria or the Federal City." [77] "Because of the federal Fugitive Slave Law, which Washington had signed in 1793, slave owners retained the legal right to recapture enslaved people who escaped across state lines, if necessary, with force."[78]

The last things the Washingtons wanted were notoriety and indiscretion. At this point, they was interested in shipping her back to Mt. Vernon as quickly and as stealthily as possible. Washington told Whipple, "I do not mean however, by this request, that such violent measures should be used as would excite a mob or riot," which could be possible if her supporters were aroused, or is she changed her mind. Rather than inflame negative public sentiment, Washington was willing to "forego her services altogether," although Mrs. Washington was very anxious to enslave her once again.[79]

On **December 22, 1796**, days before Christmas, Washington received an apologetic response from Joseph Whipple to his Nov. 28th letter. Wolcott forwarded Whipple's report to the president. "I sincerely Lament the ill success of my endeavours [sic] to restore to your Lady her servant on the request of Mr Wolcott—It had indeed become a subject of Anxiety to me on an Idea that her services were very valuable to her mistress and not readily to be replaced."[80] Whipple was opposed to violent measures, but he continued his pursuit of Judge and reported that he had deferred answering Washington's letter in order to discover Ona's whereabouts. He found her living in a free Black community in New Hampshire and that she was "published for marriage" through an official notice found in the New Hampshire town records. By **January 8, 1797**, Ona Judge and seaman John (Jack) Staines, were married in Greenland, New Hampshire by Rev. Samuel Haven of Portsmouth's South Church.[81]

---

[77] Olga Tsapina, "George Washington, a Letter, and a Runaway Slave," March 21, 2018; Letter to Joseph Whipple From George Washington,, November 28, 1796. The Huntington Library, https://www.huntington.org/verso/2018/08/george-washington-letter-and-runaway-slave accessed March 7, 2022; Letter to Joseph Whipple from George Washington, November 28, 1796, National Archives, Founders Online, https://founders.archives.gov/documents/Washington/99-01-02-00037 accessed March 10, 2022.

[78] "Ona Judge," George Washington's Mount Vernon, https://www.mountvernon.org/library/digitalhistory/digital-encyclopedia/article/ona-judge/

[79] Olga Tsapina, "George Washington."

[80] Letter, From Joseph Whipple to George Washington, December 22, 1796, National Archives, Founders Online, https://founders.archives.gov/documents/Washington/99-01-02-00117 accessed March 10, 2022.

[81] *New Hampshire Gazette*, January 14, 1797 as cited in Dunbar, *Never Caught*, 155; Robert B. Dishman, "Ona Marie Judge Takes French Leave of Her Mistress to Live Free in New Hampshire," *Historical New Hampshire*, Spring 2008, pages 41-65; Hirschfeld, *George Washington*, p. 116.

NPS Form 10-946 (Rev. 04/2020)                                                                      OMB Control No. 1024-0232
National Park Service                                                                                        Expiration Date 04/30/2023

**March 3, 1797** was George Washington's last day in office as President of the United States. The President and Mrs. Washington continued to occupy the President's House until **March 21, 1797** and continued to pursue Judge during those years. Once out of office, George and Martha Washington, now private citizens continued in the efforts to recapture Judge. On **August 11, 1799,** two years after Judge had escaped, George Washington wrote to his wife's nephew, Burwell Bassett, Jr. again seeking to abduct or otherwise bring Judge and any children she may have had back to Mount Vernon.[82] Bassett, while traveling to New Hampshire on business, was entertained by former Governor John Langdon (Elizabeth's father). During dinner, Bassett mentioned that one of the purposes of the trip that he hoped to accomplish was the recapture of Ona Judge as per the president's request. By this time, Judge, now Mrs. Staines was married and the mother of a child but her husband was away at sea. Ona asserts in her *Granite Freeman* interview that Bassett was sent with orders from Washington to bring back her and "*her infant child by force.*" In her interview, Ona revealed that it was Governor Langdon who broke the law by warning her of Washington's long reach and that Washington had hired a slave catcher. Langdon may have sent his free Black butler, Cyrus Bruce to warn her.[83] She quickly hired a wagon and fled to Greenland, the neighboring town and hid, along with her child, with the Jacks, a free Black family.[84] She remained until Bassett left and her husband returned from sea. As had Whipple before him, Bassett who had to return to Virginia without Ona Judge Stains, delivered the news of his unsuccessful venture to the Washington's.

On December 29, Rev. Richard Allen delivered the eulogy at Bethel Church after George Washington died on **December 14, 1799.** Allen praised the provisions the President had made in his will to emancipate those he had enslaved (upon Martha's death).[85] Martha Washington did not emancipate any of the people she held in slavery during her lifetime or upon her death. As a dower slave, Ona Maria Judge Staines would not have been among them. At Martha Washington's death on **May 22, 1802,** the "dower slaves," i.e. the people her estate held in slavery, were divided among her four grandchildren. Had Judge been recaptured, she and any subsequent children would have become the inherited property of one of these grandchildren.[86]

Ona Judge Staines eluded the Washingtons' illegal and relentless efforts to recapture her. She would live quietly in New Hampshire for another fifty two years. Fifty years after her escape, Mrs. Staines granted two interviews and offered her views on what freedom meant to her. Like so many freedom seekers, she found the denial of education, specifically literacy, particularly onerous and insidious. Indicating that "she never received the least mental or moral instruction, of any kind," Mrs. Staines learned to read after she came to Portsmouth. She also embraced Christianity.[87]

---

[82] Member of the Virginia Senate for Charles City, James City County and New Kent Counties; Letter From George Washington to Burwell Bassett, Jr. August 11, 1799, National Archives, Founders Online, https://founders.archives.gov/?q=%20oney%20judge&s=1111311111&sa=&r=10&sr= accessed March 10, 2022.

[83] Gerson, "A Thirst"

[84] Chase, Letter to the editor.

[85] Richard Allen, "Eulogy of George Washington," delivered in Bethel Church December 29, 1799, and reprinted in the *Philadelphia Gazette*, December 31, 1799, UShistory.org, https://www.ushistory.org/presidentshouse/history/alleneulogy.php; George Washington's Last Will and Testament, 9 July 1799, Founders Online, https://founders.archives.gov/documents/Washington/06-04-02-0404-0001 accessed March 9, 2022.

[86] Erica Armstrong Dunbar, "George Washington, Slave Catcher," *New York Times*, February 16, 2015, https://www.nytimes.com/2015/02/16/opinion/george-washington-slave-catcher.html ; "Martha Washington & Slavery," https://web.archive.org/web/20150905135455/http://www.mountvernon.org/george-washington/martha-washington/martha-washington-slavery/; "George Washington and Slavery," https://web.archive.org/web/20150905132035/http://www.mountvernon.org/research-collections/digital-encyclopedia/article/george-washington-and-slavery/ George Washington's Mount Vernon: Digital Encyclopedia, accessed April 9, 2022.

[87] Benjamin Chase, Letter to the editor, *The Liberator*, January 1, 1847.

S.ADD111

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Ona Maria Judge Staines, died at the age of 74, on **February 25, 1848** in Greenland, New Hampshire.[88] Although Staines told her interviewer that "they never troubled me any more" after Washington died, her status as a dower slave meant that after Martha Washington's death, Judge and any children she had became the property of the Custis estate. Because of the 1793 Fugitive Slave Act, signed into law in the President's House by George Washington, and because of her legal status as a dower slave, Ona Judge lived the last 52 years of her life as a free woman yet legally considered a fugitive from slavery.

### Slavery at the President's House after Judge's Escape

After Ona Judge had escaped in 1796, the President and Mrs. Washington returned to Philadelphia with a reduction in the numbers of people they enslaved; only Moll and Joe Richardson returned to the capital in that final year. Judge's escape had set a disturbing example for the Washingtons. Of the original nine people enslaved at the president's House, Paris had been sent back to Mt. Vernon for disobedience in 1791.[89] Richmond was sent back after being caught stealing—Washington thought to fund an escape attempt for him and his father Hercules. Ona's brother Austin had died after falling from a horse in 1794. Christopher Sheels was also caught in an escape attempt at Mount Vernon in 1799. The attempt did not seem to have dire consequences.[90] Hercules, Washington's dandy chef, also was not brought back to Philadelphia. Because there had been no one to cook for at Mount Vernon while the President finished his second term, the celebrated cook had been forced to dig ditches, crush gravel, make bricks and weed the garden. Hercules escaped from Mount Vernon on **February 22, 1797**, on George Washington's sixty-fifth birthday, ten days before his term of office ended.[91]

S5.  Provide a history of the site since its time of significance to the Underground Railroad, including physical changes, changes in boundaries over time, archeological work, or changes in ownership or use.  Be sure to describe what is included in the present application and how that compares to what the site was historically.

### President's House Timeline

After 1800 House becomes the Francis's Union Hotel
1832-Original President's House gutted, leaving side walls and the foundations.
Ca. 1898, The Pennsylvania Sons of the American Revolution placed a plaque on surviving sections of the house, commemorating it as the site of the Executive Branch of government and the Executive Mansion.
1941-Western wall removed.
1951-Eastern wall demolished for the creation of Independence Mall.
1954-The President's House not included in final design of Independence National Historical Park. A women's toilet constructed on top of what was considered the footprint of the President's House.
2000-Archaeologists working within the footprint of the planned Liberty Bell Center uncover icehouse used by Presidents Washington and Adams.
2001-Liberty Bell groundbreaking postponed; WHYY radio directs first media attention to the need to commemorate the enslaved at the President's House site.

---

[88] Robert B. Dishman, Ona Marie Judge Takes French Leave of Her Mistress to Live Free in New Hampshire, p. 41.
[89] Edward Lawler, Jr. "Paris," The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/slaves/paris.php accessed March 7, 2022.
[90] Wiencek, *An Imperfect God*, p. 320.
[91] Schoelwer, ed., *Lives Bound Together*, p. 19; The Washingtons were further distracted by the wedding of their granddaughter, Eleanor Parke Custis to Lawrence Lewis on the same date.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

2002-Groundbreaking for Liberty Bell Center; requisite archaeology brought a barrage of articles, media scrutiny,  and public protest about the proximity of the Liberty Bell to the practice of slavery at the President's House. These combine to move the National Park Service to archaeological investigations and commemoration of the enslaved workers at the President's House site
2003-Toilet located at site of the President's House removed for redevelopment of Independence Mall.
March 21 to July 31, 2007-archaeological excavation of the President's House Site; More than a quarter million visitors came to the public viewing platform overlooking the site.
2004-08-Consensus building, historical study and interpretation, artistic and cultural expression, design competition all contributed to ideas about commemoration at the President's House site.
2009-Construction started on President's House site memorial.
2010: President's House dedication as an outdoor exhibit and memorial at Sixth and Market Streets as part of Independence National Historical Park.
2020-Site celebrated its 10th anniversary.
For an overview of the President's House site development, visit
http://www.ushistory.org/presidentshouse/controversy/index.php and
Case Study: The President's House, http://www.independencehall-americanmemory.com/teaching-guides/teaching-guide-public-history/presidents-house-case-study/

S6.  Include a bibliography or list of citations for sources used through the document.  Discuss the reliability of historical sources of information and briefly discuss how you used them.

For the President's House Site and the Ona Judge story, whenever possible, I relied on the two Ona Judge interviews, primary sources and compiled the chronology based on Washington's letters. Including legal wording, presidential correspondence, account entries, and historic newspapers brought clarity and understanding of historic events. Because this is such an early date for understanding the Underground Railroad in Philadelphia, there is not much primary source material. To provide a better understanding of the Black community at that time, a map is included showing the Black residents and institutions immediately surrounding the President's House. The map gives a visual Information derived from city directories, locations mentioned in primary and secondary sources and locations taken from existing maps. The map provides visual meaning and context to Judge's statement that she had "friends among the black community . . ." Using the voices of a few key early Black Abolitionists living, working and leading the Black community in Philadelphia at the time helps amplify events of the time period.

Two secondary works on Ona Judge, Evelyn Gerson's Master's Thesis, "A Thirst for Complete Freedom" and Erica Armstrong Dunbar's *Never Caught* helped fill in details about Judges life. Mount Vernon's *Lives Bound Together* and Henry Wiencek"s, *An Imperfect God* also contained descriptions of the lives of others held captive by President and Mrs. Washington. From the earliest years of the President's House project, the USHistory,org website has been an invaluable, consistently cited reference and resource. Many of the images of the site are derived from this website. The National Archives, Founders Online and the Library of Congress have been particularly useful in chronicling the President's correspondence. Wherever possible, on-line resources are provided.

**BIBLIOGRAPHY**

S.ADD113

NPS Form 10-946 (Rev. 04/2020)                                                                OMB Control No. 1024-0232
National Park Service                                                                            Expiration Date 04/30/2023

Abbot, William W., et al. ed.,  *The Papers of George Washington*. Presidential Series, 8. Charlottesville: University Press of Virginia, 1983.

Adams, T. H. "Washington's Runaway Slave," *Granite Freeman*, Concord, New Hampshire, May 22, 1845.

"Advertisement," (May 23) *Philadelphia Gazette & Universal Daily Advertiser,* Philadelphia, PA, May 24, 1796.

"Advertisement for a Runaway Slave," *Virginia Gazette*, Sept. 7 and 14, 1769, https://founders.archives.gov/documents/Jefferson/01-01-02-0021

Allen, Richard. "Eulogy of George Washington," delivered in Bethel Church December 29, 1799. Reprinted *Philadelphia Gazette*, December 31, 1799.

"Arrived," *The Philadelphia Inquirer*, Philadelphia, Pennsylvania, August 15, 1796.

Billington, Ray Allen. "James Forten: Forgotten Abolitionist." *Negro History Bulletin* 13, no. 2 (1949): 31–45.

Blockson, Charles L. *The Underground Railroad in Pennsylvania*. Jacksonville, NC: Flame International, Inc., 1981.

_____. *African Americans in Pennsylvania: a History and Guide* (Baltimore: Black Classic Press, 1994

Bolster, Jeffrey. *Black Jacks: African American Seamen in the Age of Sail*. Cambridge: Harvard University Press, 1998.

Chase, Benjamin. "A Slave of George Washington," Letter to the editor, *The Liberator*, January 1, 1847.

Chervinsky, Lindsay M. "George Washington and the Cabinet: The Unlikely Development of an Unintended Institution," 29–56.  In Max M. Edling and Peter J. Kastor, eds. *Washington's Government: Charting the Origins of the Federal Administration*. Charlottesville*:* University of Virginia Press, 2021.

Cohen, Amy. "A History of Slavery: President's House Monument Turns 10," Hidden City, https://hiddencityphila.org/2020/12/a-history-of-slavery-presidents-house-monument-turns-10/

Debate in Virginia Ratifying Convention, 15 June 1788, Elliot, Jonathan, ed. *The Debates in the Several State Conventions on the Adoption of the Federal Constitution as Recommended by the General Convention at Philadelphia in 1787*. . . . 5 vols. 2d ed. 1888. Reprint. New York: Burt Franklin, n.d., https://press-pubs.uchicago.edu/founders/documents/a1_9_1s14.html

Decatur Jr., Stephen. *The Private Affairs of George Washington*. Boston: Houghton Mifflin Company, 1933.

S.ADD114

NPS Form 10-946 (Rev. 04/2020)    OMB Control No. 1024-0232
National Park Service    Expiration Date 04/30/2023

Dishman, Robert B. "Ona Marie Judge Takes French Leave of Her Mistress to Live Free in New Hampshire," *Historical New Hampshire*, Spring 2008.

Douglass, William. *Annals of the First African Church in the United States of America, now styled the African Episcopal Church of St. Thomas*. Philadelphia, 1862.

Dunbar, Erica Armstrong. *Never Caught: The Washingtons' Relentless Pursuit of their Runaway Slave Ona Judge*. New York: Atria, 2017.

Fairfax County (Virginia) August 11, 1761, Newspaper Advertisement for Runaway Slaves, George Washington (August 20, 1761), Encyclopedia Virginia, https://encyclopediavirginia.org/wp-content/uploads/2020/11/9382hpr_e8024769c788925.jpg

Finkleman, Paul. "Human Liberty, Property in Human Beings, and the Pennsylvania Supreme Court," Duquesne Law Review, Vol. 53, 453-482, https://sites.law.duq.edu/lawreview/wp-content/uploads/2017/08/Finkelman-4531.pdf

_____. *Slavery and the Founders: Race and Liberty in the Age of Jefferson*. Armonk, NY: M. E. Sharpe, Inc., 2001.

Fitzpatrick, John C., ed., *The Diaries of George Washington 1748-1799 Vol. V 1789-1799*. Boston: Houghton Mifflin Company, 1925.

"For Portsmouth, N.H.," Advertisement, *The Philadelphia Gazette & Universal Daily Advertiser*, Philadelphia, Pennsylvania, May 17, 1796.

Forten, James. Letters from a Man of Colour, on a Late Bill before the Senate of Pennsylvania (Philadelphia [1813]), 3-4, 7. One of the letters is re- printed in Carter G. Woodson, *Negro Orators and Their Orations* (Washington, 1925), 42-51.

George Washington's Last Will and Testament, 9 July 1799, Founders Online, https://founders.archives.gov/documents/Washington/06-04-02-0404-0001

Gerson, Evelyn B. "A Thirst for Complete Freedom: Why Fugitive Slave Ona Judge Staines Never Returned to her Master, President George Washington." Master's Thesis, Harvard University, 2000.

*Granite Freeman*, Concord, New Hampshire, May 22, 1845.

Hirschfeld, Fritz. *George Washington and Slavery: A Documentary Portrayal*. Columbia: University of Missouri Press, 1997.

Kirkland, Caroline. *Memoirs of Washington*. New York: D. Appleton & Co., 1857, Hathi Trust, https://babel.hathitrust.org/cgi/pt?id=loc.ark:/13960/t1gh9xh4t&view=1up&format=plaintext&seq=6&skin=2021

*The Liberator*, April 14. 1832.

S.ADD115

NPS Form 10-946 (Rev. 04/2020)                                                    OMB Control No. 1024-0232
National Park Service                                                             Expiration Date 04/30/2023

Mires, Charlene. *Independence Hall in American Memory*. Philadelphia: University of Pennsylvania Press, 2002.

Nell, William Cooper. *Colored Patriots of the American Revolution*. Boston: Robert F. Wallcut, 1855. https://docsouth.unc.edu/neh/nell/nell.html

Newman, Richard S. *Freedom's Prophet: Bishop Richard Allen, the AME Church and the Black Founding Fathers*. New York: New York University Press, 2008.

Payne, Daniel. *History of the African Methodist Episcopal Church*. Nashville: Publishing House of the A. M. E. Sunday School Union, 1891, https://docsouth.unc.edu/church/payne/payne.html

Purvis, Robert. *Remarks on the Life and Character of James Forten, Delivered at Bethel*, March 30, 1842.

Reuter, Edward Byron. "The Mulatto in the United States, including a Study of the Role of Mixed-Blood Races Throughout the World," Doctoral Dissertation, University of Chicago.

Rowe, G. S. and Billy G. Smith. "Prisoners for Trail Docket and the Vagrancy Docket, pp. 57-86. In Billy G. Smith, ed. *Life in Early Philadelphia: Documents from the Revolutionary and Early National Periods*. University Park: The Pennsylvania State University Press, 1995.

Schoelwer, Susan P.  Ed. *Lives Bound Together: Slavery at George Washington's Mount Vernon*. Mount Vernon: Mount Vernon Ladies Association, 2016.

Still, William. *The Underground Railroad*. Philadelphia: Porter & Coates, 1872.

Sumner, Charles. *The Works of Charles Sumner, Vol. III*. Boston: Lee Shepard, 1871. https://babel.hathitrust.org/cgi/pt?id=yale.39002014066766&view=page&format=plaintext&seq=9&skin=2021

Switala, William J. *Underground Railroad in Pennsylvania*. Mechanicsburg, PA: Stackpole Books, 2001.

"Ten Dollars Reward." *Claypoole's American Daily Advertiser*, Philadelphia, PA, May 24,25, 1796.

Thompson, Mary V. "*The Only Unavoidable Subject of Regret" George Washington, Slavery, and the Enslaved Community at Mount Vernon.* Charlottesville: The University of Virginia Press, 2019.

Tsapina, Olga. "George Washington, a Letter, and a Runaway Slave." The Huntington Library, Art Museum, and Botanical Gardens," March 21, 2018. https://www.huntington.org/verso/2018/08/george-washington-letter-and-runaway-slave

Twohig, Dorothy ed. *The Papers of George Washington, Presidential Series 8*, *March – September 1791*. Charlottesville: University Press of Virginia, 1999.

VII: Itinerary for the Southern Tour, February 1791, Founders Online, National Archives, https://founders.archives.gov/documents/Washington/05-07-02-0267-0008

S.ADD116

NPS Form 10-946 (Rev. 04/2020)                                                                                    OMB Control No. 1024-0232
National Park Service                                                                                                          Expiration Date 04/30/2023

Walker, Timothy ed. *Sailing to Freedom: Maritime Dimensions of the Underground Railroad*. Amherst: University of Massachusetts Press, 2021.

"Washington's Household Account Book, 1793-1797," Pennsylvania Magazine of History and Biography, 29, 1905.

"Washington's Household Account Book, 1793-1797," Pennsylvania Magazine of History and Biography, 31, 1907.

Weincek, Henry, *An Imperfect God: George Washington, His Slaves and the Creation of America*. New York: Farrar, Straus and Giroux, 2003.

"What We Know About Anthony," The Naming Project: Anthony, Montpelier's Digital Doorway, https://digitaldoorway.montpelier.org/2021/07/06/the-naming-project-anthony-2/

Winch, Julie. *Philadelphia's Black Elite*. Philadelphia: Temple University Press, 1988.

_____. *A Gentleman of Color: The Life of James Forten*. New York: Oxford University Press, 2002.

## Websites

1788 Amendment to the 1780 Gradual Abolition Act, The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/history/amendment1788.php

An Act for the Gradual Abolition of Slavery-March 1, 1780, Pennsylvania Historical & Museum Commission, http://www.phmc.state.pa.us/portal/communities/documents/1776-1865/abolition-slavery.html

Case Study: The President's House, Independence Hall in American Memory, Companion Site, http://www.independencehall-americanmemory.com/teaching-guides/teaching-guide-public-history/presidents-house-case-study/

"A Century of Lawmaking for a New Nation: U.S. Congressional Documents and Debates, 1774–1875," Annals of Congress, 2nd Congress, 2nd Session, American Memory, Library of Congress, https://memory.loc.gov/cgi-bin/ampage?collId=llac&fileName=003/llac003.db&recNum=702

Claflen, George L., Jr. "Framing Independence Hall," scholarship.org, https://escholarship.org/content/qt3r42n16m/qt3r42n16m_noSplash_61bfb88aee1ed9f3db0665dcfb1c6d47.pdf?t=krncb1

Founders On-Line, National Archives, https://founders.archives.gov/

George Washington's Mount Vernon, https://www.mountvernon.org/library/digitalhistory/digital-encyclopedia/article/ona-judge/

Independence Hall, UNESCO, http://whc.unesco.org/en/list/78

NPS Form 10-946 (Rev. 04/2020)                                                    OMB Control No. 1024-0232
National Park Service                                                                       Expiration Date 04/30/2023

Independence Hall in American Memory, Companion Site, http://www.independencehall-americanmemory.com/timeline/

Independence National Historical Park, National Park Service, https://www.nps.gov/inde/planyourvisit/independencehall.htm and https://www.nps.gov/inde/learn/historyculture/places-independencehall.htm https://www.nps.gov/inde/planyourvisit/maps.htm

Lawler, Edward Jr., "Oney Judge," The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/slaves/oney.php

Lawler, Edward Jr. "Paris," The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/slaves/paris.php

Library of Congress, https://memory.loc.gov/cgi-bin/ampage?collId=llac&fileName=003/llac003.db&recNum=702

Preamble of the Free African Society, Africans in America, PBS-WETA, https://www.pbs.org/wgbh/aia/part3/3h465t.html

The President's House: Freedom and Slavery in the Making of a New Nation." Photographs by Edward Lawler, Jr. (12/14/2010), UShistory.org, . https://www.ushistory.org/presidentshouse/plans/exhibition.php

The President's House Site, Independence National Historical Park, National Park Service, https://www.nps.gov/inde/learn/historyculture/places-presidentshousesite.htm and https://www.nps.gov/inde/planyourvisit/presidentshousesite.htm

U. S. National Constitution Center, https://constitutioncenter.org/interactive-constitution/full-text

Visiting the President's House Site, Independence National Historical Park Pennsylvania, National Park Service, https://www.nps.gov/inde/planyourvisit/presidentshousesite.htm

S7.  Describe current educational programs, tours, markers, signs, brochures, site bulletins, or plaques at the site.  Include text and photographs of markers.

**President's House Site**
This is a self-guided outdoor exhibit that looks at slavery and freedom at the President's House. Ona Judge planned her escape and escaped from this house. President George Washington conducted much of his pursuit of the freedom seeker from this house. The text panels, artistic exhibit and signage explore multiple aspects of resistance to slavery and escape. A recreated image of The Fugitive Slave Act that Washington signed at the house is included in an art panel. The names of the people enslaved by George Washington, including Ona Judge's, are engraved on a stone marker at the site. Text panels, images and digital screens tell the story of the enslaved at the President's House site. The website explains that "The outdoor exhibits examine the paradox between slavery and freedom in the new nation." A portion of the archaeological excavation is encased within the memorial to give the visitor a visual sense of the archaeological features and components of the site. Images of the excavation are included within the display. There is also a contemplative space provided for the visitor to think about the paradox of slavery and freedom at the heart of the founding

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

of the nation. There is extensive photo-documentation of the site at
https://www.ushistory.org/presidentshouse/plans/exhibition.php

S8.  Describe any local, State, or Federal historic designation, records, signage, or plaques at the site.

The President's House site is located within Independence Hall National Historical Park as part of the
National Park Service.

S9a. If the site is open to the public, describe accessibility conditions under the Americans with Disabilities Act.

**President's House** Site is wheelchair accessible. The video displays are captioned. The National
Constitutional Center across from the site contains written materials available to the visitor.

S10.  Describe the nature and objectives of any partnerships that have contributed to the documentation, preservation,
commemoration, or interpretation of the site.

Ona Judge was one among eight others who had been enslaved at the President's House Site while
George Washington was president of the United States. This information led to a coalition of local
politicians, community activists, and scholars to help preserve and interpret the site. The partnerships
included the City of Philadelphia, state and federal congressional representatives, Avenging the
Ancestors Coalition, Generations Unlimited, the President's House Oversight Committee, the Ad Hoc
historians, local citizens, community leaders and government officials, intent on honoring the
memorializing the site.

S11.  Additional data or comments.  (Optional) These brochures and excerpts from sources do not replace the required narrative.

S.ADD119

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

## NOTICES

### Privacy Act Statement

**General:**  This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 21, 1984, for individuals completing this form.

**Authority:**   National Underground Railroad Network to Freedom Act (P.L. 105-203).

**Purpose and Uses:**  The Network to Freedom was established, in part, to facilitate sharing of information among those interested in the Underground Railroad.  Putting people in contact with others who are researching related topics, historic events, or individuals or who may have technical expertise or resources to assist with projects is one of the most effective means of advancing Underground Railroad commemoration and preservation.  Privacy laws designed to protect individual contact information (i.e., home or personal addresses, telephone numbers, fax numbers, or e-mail addresses), may prevent NPS from making these connections.  If you are willing to be contacted by others working on Underground Railroad activities and to receive mailings about Underground Railroad-related events, please add a statement to your letter of consent indicating what information you are willing to share.  The DOI and NPS may use the information to meet reporting requirements, to generate budget estimates and track performance, and to assist park staff  with visitors' education, fee collection, resource management and protection, recreational use planning, law enforcement and public safety personnel for such purposes as emergency contact and search and rescue efforts; to provide permit holders and participants with information about parks and their partners; and to provide reports of activities conducted under an issued permit.

**Disclosure:**  Voluntary. However, failure to provide the requested information may impede our ability to process your application. It is in your best interest to answer all of the questions.  The U.S. Criminal Code, Title 18 U.S.C. 1001, provides that knowingly falsifying or concealing a material fact is a felony that may result in fines of up to $10,000 or 5 years in prison, or both.  Deliberately and materially making false or fraudulent statements on this form will be grounds for not approving your application.

### Paperwork Reduction Act Statement

The authority to collect this information is the National Underground Railroad Network to Freedom Act (P.L. 105-203).  We will use this information to evaluate properties, facilities, and programs nominated for inclusion in the Network to Freedom.  We may not conduct or sponsor and you are not required to respond to a collection of information unless it displays a currently valid OMB control number.  Your response is required to obtain or retain a benefit.  OMB has approved this collection of information and assigned control number 1024-0232.

### Estimated Burden Statement

Public reporting for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Information Collection Officer, National Park Service, 1201 Oakridge Drive, Fort Collins, CO 80525.  Please do not send your completed application to this address.

**S.ADD120**



# United States Department of the Interior

**NATIONAL PARK SERVICE**
INDEPENDENCE NATIONAL HISTORICAL PARK
143 S. 3rd Street
Philadelphia, PA 19106



IN REPLY REFER TO:

1.A.2 (INDE)

12 September 2022

Dr. Diane Miller
National Program Manager
National Underground Railroad Network to Freedom
Harriet Tubman Underground Railroad Visitor Center
4068 Golden Hill Road
Church Creek, MD   21622

Dear Dr. Miller:

As the Superintendent of Independence National Historical Park, I consent to the inclusion of the President's House Site in the National Park Service National Underground Railroad Network to Freedom.

I also consent to share my mailing address, phone number, and e-mail address with others engaged in Underground Railroad commemoration and request that you also share contact information for Marilou Ehrler, Chief of Cultural Resources for purposes such as receiving newsletters or informational mailings, announcements of events, or research queries.  If you or your staff have any questions, please contact Marilou Ehrler, Chief of Cultural Resource Management by telephone at (215) 597-7087 or via email at marilou_ehrler@nps.gov.

Thank you,

Cynthia MacLeod
Superintendent



President's House Site

Philadelphia, PA

Map data ©2022 Google       200 ft

LaRoche map
3rd proof
Bill Nelson 6/7/22



African American Life Near the President's House ca 1797





v-00434-CMR    Document 36-10    Filed 01/30/26    Page

CHRISTOPHER SHEELS
HERCULES
PARIS
AUSTIN
RICHMOND
GILES
ONEY JUDGE
MOLL
JOE

S.ADD125



Case 1:26-cv-10344-LTS   Document 36-10   Filed 01/31/20   Page 33 of 37

**S.ADD126**



# ONEY ESCAPES!

Still a fugitive in her seventies, Ona Judge Staines (earlier called Oney Judge) tells the story of her enslavement in the President's House and her escape to freedom, in 1796, to New Hampshire, where she married John Staines and had three children.

## CHARACTERS

**Oney Judge,** *enslaved maid and seamstress to Martha*

**Ona Judge Staines,** *at age 75*

**Austin,** *Ona's enslaved half brother*

THE FAMILY DINING ROOM

S.ADD127



# CONTAGION AND LIBERTY:
The Yellow Fever Epidemic and the Revolution in Saint Domingue

In the 1790s, slave owners escaping the slave rebellion in Saint Domingue (now Haiti) came to Philadelphia, bringing enslaved Africans, yellow fever, and the suspicion that slavery might yield "dreadful insurrections."

## CHARACTERS

**President George Washington**

**Tobias Lear,** *Washington's secretary*

**Saint Dominguan woman,** *20s*

**Saint Dominguan child**

**Ona (or Oney) Judge,** *enslaved maid and seamstress to Martha*

**Austin,** *Ona's enslaved half brother*

**Moll,** *enslaved maid to Martha*

THE STATE DINING ROOM

S.ADD128



# Strengthening Ties with the United States

In December of 1798, Toussaint L'Ouverture, leader of the revolutionary government in the French colony of San Domingue, sent Joseph Bunel to Philadelphia to negotiate a trade agreement. Two months later, the Adams administration formally opened trade with a government led by African descendants. This marked the first and only time until after the Civil War that the United States traded with a government led by men of African descent.

S.ADD129



Awarding a Peace Medal

In 1792, Otetiani, a Seneca orator and political leader, led a large delegation of Native American leaders to Philadelphia to negotiate a peace treaty between Native American nations in the Northwest Territory and the United States. In honor of his actions, President Washington gave Otetiani, also known as Red Jacket, a uniquely engraved silver peace medal.

S.ADD130



## Promoting the Abolition of Slavery

On April 23, 1790, in its struggle against the institution of slavery, the newly formed Pennsylvania Abolition Society honored president of the society Benjamin Franklin. Once a slave owner, Franklin was president of the Pennsylvania Abolition Society at the end of his life and took a leading role in the fight against slavery by using his last literary pieces as political satire on the subject.



S.ADD132

Case 2:25-cv-00456-CMH   Document 20-11   Filed 01/26/26   Page 7 of 30



*"We shall come to a civil war"*

Abigail wrote to her sister in May of 1798 expressing her fears at the political debate heating up over President Adams' policies towards France. Over ten thousand men marched in support of Adams on the street outside her window, while rumors spread that men opposed to President Adams and perhaps foreign agents meant to cause public havoc. The mayor placed a guard in front of the President's House and "light horse" troops patrolled to keep order.

S.ADD133



Over 200 publications cited    Downloads 50,221    PDF/531536    Page 9 of 10



S.ADD135



The Keeper of the House

"You have invariably through the most trying times maintained
a constant friendship and attention to the cause of our country
and its independence and freedom."
—George Washington to Samuel Fraunces

Jamaican-born Samuel "Black Sam" Fraunces, owner of the Fraunces
Tavern in New York City, was so highly regarded for his hospitality
and patriotism that President Washington hired him as his steward
in Philadelphia. The relationship went back to the Revolution when
Fraunces often hosted Washington and his officers at the tavern.
Despite his nickname, some believe him to have been white.

S.ADD136



S.ADD137



S.ADD138



"I will fear no Evil."

Many evenings, Oney Judge would sit on her pallet where she slept at the foot of Martha Washington's bed, sewing and listening to the First Lady read the Bible, sing hymns, and pray with her two granddaughters in the next room.

In the 1840s, after nearly fifty years of freedom in New Hampshire, Oney (then Ona) Judge told her story to the press. Oney fled the President's House because she overheard Martha Washington state her intention of giving the young woman to her granddaughter. Oney wanted to learn to read and know about religion. Oney recalled that she had "never received the least mental or moral instruction of any sort."

Case 8:20-cv-xxxxx-GJH   Document 30-11   Filed xx/xx/20xx   Page 14 of 30



"I am free now"

S.ADD140



### The opener of the Way

In 1793, Cap Français, the capital of St. Domingue (Haiti), nearly burned to the ground during a massive uprising of the enslaved. White and Creole plantation owners, with enslaved people in tow, fled to Philadelphia and other American port cities. As a result, the population of Philadelphians of African descent increased by about one-third.

S.ADD141





Refuge in the country

In November of 1793, Washington, his staff and cabinet, along with many other Philadelphia upper and middle class residents, found temporary housing in Germantown nine miles away until the deadly yellow fever epidemic ended. In town, Philadelphians of African descent organized to nurse the sick and bury the mounting number of dead.

S.ADD143



**Death Carts**

Clergymen Richard Allen and Absalom Jones organized their congregations and other free Africans who attended the sick and buried the dead during the raging yellow fever epidemic of 1793. Although misguided, the respected Dr. Benjamin Rush had encouraged their service under the belief that persons of African descent were immune to the deadly disease.

*...the difficulty of getting a corpse taken away was such that few were willing to do it... We then offered our services in the public papers, by advertising that we would remove the dead and procure nurses.* —[Richard Allen and Absalom Jones]

**S.ADD144**

# WASHINGTON'S DEATH AND A RENEWED HOPE FOR FREEDOM

When President John Adams ordered a day of mourning throughout the nation to mark George Washington's death in 1799, Reverend Richard Allen saw an opportunity for the Free African Community of Philadelphia to expand the meanings of liberty he called on Americans to honor the first president by imitating his will in which he freed his slaves, and by heeding the Free Africans' increasingly bold petitions to Congress.



**CHARACTERS**

**Rev. Richard Allen,** *free black Philadelphian and later founder of the African Methodist Episcopal (AME) Church*

**Sara Allen,** *Rev. Allen's second wife, abolitionist*

**Rev. Absalom Jones,** *free black Philadelphian, founder of the African Episcopal Church of St. Thomas, and co-founder of the Free African Society with Rev. Allen*

S.ADD145



"I and my household"

On November 29, 1786, President Washington arrived at the President's House to establish his household and office. With his were eight enslaved Africans. As servitude, under the Pennsylvania Abolition law, Washington returned to Mount Vernon to enable Pennsylvania's gradual abolition law that would have allowed them to petition for their freedom after six months residency.

The enslaved were Hercules, his son Richmond, Oney Judge, Oney's brother Austin, Moll, Christopher, Giles, Paris, and later Joe.



"...is hereby empowered to fieze such Fugitives"

Nobody with dark skin could live without fear of the kidnappers who operated under a virtual man-hunter's license provided by the Fugitive Slave Act of 1793. For free Philadelphians of African descent, fear always stalked the streets as man-stealers seized possible fugitives as well as free people of color, hustling them southward to enslavement.

S.ADD147



S.ADD148



**"Freedom might be too great a temptation"**

Hercules, Washington's enslaved chef, asked that his son Richmond be brought to Philadelphia. If Hercules wanted Richmond to witness free people of African descent in Philadelphia, his wish ended after a short period of time. Washington sent Richmond home after writing of his fear, quoted in the letter below, that his enslaved people here would seek freedom. Despite his precautions, Washington's concerns later became reality when Hercules successfully escaped.

*"The idea of freedom might be too great a temptation for them to resist. At any rate, it might, if they conceived they had a right to it, make them insolent in a State of Slavery."*

S.ADD149



## CHEF HERCULES

Skilled, strong, and determined, Washington's cook, Hercules, prepared exceptional meals for the President's House, while also preparing for his eventual escape to freedom.

CHARACTERS

**Hercules,** *enslaved cook*

**Samuel ("Black Sam") Fraunces,** *chief steward and chef, an employee of Washington, believed to be from the West Indies*

**Richmond,** *enslaved man, Hercules' son*

**Christopher Sheels,** *enslaved attendant to Washington*

**Paris,** *enslaved stable hand*

**Rev. Richard Allen,** *free black Philadelphian and later founder of the African Methodist Episcopal (AME) Church*

**Two young chimney sweeps**

THE KITCHEN

S.ADD150





S.ADD152





# Memorial

*"It was whispered by slaves and abolitionists as they blazed a trail toward freedom…yes we can, yes we can."*

Barack Obama

This enclosed space is dedicated to millions of men, women, and children of African descent who lived, worked, and died as enslaved people in the United States of America. They should never again be forgotten. One of two smokehouse rooms in which three enslaved men slept—Giles, Paris, and Austin—once stood in this area. The close proximity to the Liberty Bell Center reminds us that liberty was not originally intended for all.

It is difficult to understand how men who spoke so passionately of liberty and freedom were unable to see the contradiction, the injustice, and the immorality of their actions. Enslaved Africans and their descendants endured brutality and mistreatment for over 200 years even as their labor built and enriched the nation. The struggle for freedom and political, social, and economic equality continued even after the legal ending of slavery. The devastating effects of slavery continue to affect race relations to this day. Yet, we must continue to strive for the ideals embodied in the Declaration of Independence and the Constitution of the United States of America.

The African symbols, words, and quotations on the exterior and interior walls speak to the spirit of hope, the resilience of the human spirit, and the determination of a people to arise out of bondage to freedom.

City of Philadelphia   |   National Park Service

S.ADD154



# History Lost & Found

## EXPOSED

## CONTRADICTIONS

## DISCOVERIES

**S.ADD155**



S.ADD156



S.ADD157



**REQUEST FOR QUALIFICATIONS (RFQ)**
**PROFESSIONAL SERVICES CONTRACT**
**FOR THE CITY OF PHILADELPHIA**

# THE PRESIDENT'S HOUSE:
## FREEDOM AND SLAVERY IN MAKING A NEW NATION

**A PROJECT**
**TO BE LOCATED ADJACENT TO**
**THE CURRENT ENTRANCE OF**
**THE LIBERTY BELL CENTER IN**
**INDEPENDENCE NATIONAL HISTORICAL**
**PARK**
**PHILADELPHIA, PENNSYLVANIA**

**RFQ Responses Due Thursday, October 27, 2005 at 5:00 PM**

**Proposed Dedication Date:  July 4, 2007**

## I.    INTRODUCTION

The City of Philadelphia (the "City"), in partnership with the National Park Service ("NPS") and Independence National Historical Park ("INHP"), invites teams interested in providing design, exhibit and installation services in a design-build format, to submit a letter of interest and statement of qualification for consideration regarding:

**The President's House:**
**Freedom and Slavery in Making a New Nation**

**A Project in**
**Independence National Historical Park**

This RFQ offers an opportunity to tell a story of national importance in an honest, inspiring, and informative way – through architecture, landscaping, imagery, and interpretive text placed on the threshold of the Liberty Bell Center, home to the symbol of freedom in this country.  INHP considers this project to be one of the top interpretive opportunities that the National Park Service has to offer.

From 1790 to 1800, when Philadelphia was our new nation's capital city, Presidents George Washington and John Adams lived and worked in a mansion – *the President's House* – that stood a block north of Independence Hall.  In that house, our first two presidents literally invented what it meant to be the Chief Executive of the United States.

The profoundly disturbing documented truth is that in this house, there also lived and worked at least nine enslaved Africans – kept by George Washington (not Adams) – in the same era when the founders of our country were declaring that "all men are created equal."  In this house, George Washington signed the notorious Fugitive Slave Act of 1793.

The story of the President's House is thus one of achievement and infamy -- of the birth of a free nation and indefensible slavery existing side-by-side.  It is a story of remarkable bravery, highlighted by the escape to freedom by Washington's chef, Hercules, and his wife's personal servant, Oney Judge.  As a nation, we have a compelling obligation to illuminate the history of this house and its inhabitants in all its fullness.  What better place to do this than on the threshold of the Liberty Bell?

Today, there is no President's House, its last remnants having been demolished in 1951.  There is no plan to recreate it through this RFQ.  Rather, this RFQ is for the design of a permanent, outdoor commemorative installation to be placed on the footprint of the President's House (immediately adjacent to the Liberty Bell Center), covering approximately 12,000 square feet.  The intent is to offer a

**S.ADD159**

stirring experience to visitors that complements and deepens the experience of the Liberty Bell itself.

The proposed installation will become the newest addition to a revitalized Independence National Historical Park, known as our nation's most historic square mile and an international destination that attracts visitors to Philadelphia from all over the world. More than two million visitors seek out the Liberty Bell each year in its new Liberty Bell Center, which opened October 9, 2003. This landmark project will reach and teach tens of millions of people for generations to come.

## II.    BACKGROUND

In 1997, the National Park Service and Philadelphia community developed a Master Plan for the redesign of the three blocks of Independence National Historical Park incorporating several new buildings: the Liberty Bell Center, the Independence Visitor Center, the Independence Park Institute, and the National Constitution Center.

The Master Plan did not call for any acknowledgement of the President's House. As noted, nothing remained of the house and in recent years, far less historical value had been placed on it than was deserved. In fact, from 1954 through 2003, a public toilet stood atop the footprint of the main part of the house, with only a bronze commemorative plaque affixed to a wall outside the bathroom and an interpretive wayside nearby. Over the decades, substantial confusion and disagreement arose over the mansion's location, and it became a neglected part of our history.

As the new buildings and landscape were being designed and constructed, however, new and important information came to light regarding the location of the President's House: In January, 2002, Ed Lawler, an independent scholar, published a 95-page article in the Pennsylvania Magazine of History and Biography entitled "The President's House in Philadelphia: The Rediscovery of a Lost Landmark." Resolving longstanding misperceptions concerning the house, Lawler painstakingly reconstructed the history, precise location, layout, and features of the residence, as well as the uses to which individual rooms were put.

At the article's conclusion, Lawler also conveyed why it has become so important on an emotional level that the full story of the President's House be told:

> "An extraordinary juxtaposition will be in place when the LBC [Liberty Bell Center] is completed, one which seems to have occurred by accident…. The last thing that a visitor will walk across or pass before entering the Liberty Bell Center will be the slave quarters that George Washington added to the President's House."

3

**S.ADD160**

As word spread of Lawler's work, controversy erupted and advocacy groups began to press the National Park Service to commemorate the President's House and the long-obscured story of slavery within it, even as construction of the Liberty Bell Center went forward. The key advocates were the Ad Hoc Historians (a coalition of area historians), ATAC (Avenging the Ancestors Coalition), Generations Unlimited, the Independence Hall Association, and the Multicultural Affairs Congress. Their principal unifying theme: the experience of the Liberty Bell could not be complete without a full portrayal of the economic role enslaved and free Africans played in this country's formation, which has so often been reinforced by project advocate, author, and Curator Charles Blockson of the famed Blockson Collection at Temple University. On the day of the opening of the new Liberty Bell Center, Philadelphia Mayor John F. Street pledged $1.5 million of City funds in support of the commemorative project.

Although the advocates encountered resistance from the National Park Service, they ultimately prevailed and INHP is now a full and enthusiastic partner with the City. Exhibits within the Liberty Bell Center have been redesigned to reflect more fully the paradox of liberty and slavery. Further, both Mary Bomar (immediate past Superintendent of INHP) and current Acting-Superintendent Dennis Reidenbach have committed to commemorate the President's House and the lives of its enslaved residents. Of particular importance to advocates, that commitment includes marking the footprints of both the President's House *and* the Slave Quarters within the President's House site, so that there will be clearly defined physical places where people can stand and connect viscerally to the past.

In addition, to help guide the project's development and ensure its ultimate success, the City and INHP have convened a formal Oversight Committee that includes representatives from all of the original advocacy groups mentioned above. The members of the Oversight Committee are as follows:

> Romona Riscoe Benson, Interim President & CEO, African American Museum in Philadelphia
> Charles L. Blockson, Curator, The Charles L. Blockson Afro-American Collection; Founding Member, Generations Unlimited
> Michael Coard, Esq., Founding Member, Avenging the Ancestors Coalition
> Tanya Hall, Executive Director, Philadelphia Multicultural Affairs Congress, a division of the Philadelphia Convention & Visitors Bureau
> Edward Lawler, Jr., Scholar, Representing the Independence Hall Association

**S.ADD161**

Charlene Mires, Associate Prof. of History, Villanova University;
Editor, Pennsylvania History Studies Series, Pennsylvania
Historical Association; Representing the Ad Hoc Historians

Dennis Reidenbach, Acting Superintendent, Independence National
Historical Park

John Skief, Chief Administrative Officer of the Harambee Institute of
Science & Technology Charter School; Representing the
Honorable Chaka Fattah, U.S. House of Representatives

Karen Warrington, Director of Communications, Office of the Honorable
Robert A. Brady, U.S. House of Representatives

Joyce Wilkerson, Chief of Staff, City of Philadelphia

On September 6, 2005, the final hurdle impeding this project was removed, when U.S. Congressman Chaka Fattah, joined by U.S. Congressman Robert Brady, announced a federal grant of $3.6 million to fund the project. Combined with the City funds pledged by Mayor Street, there are sufficient funds to complete the project. In short, a remarkable consensus has emerged and the stars are in alignment for this vitally important initiative.

Illustrations showing the site appear on the following two pages.

**S.ADD162**

The following groundplan shows the location of most of the President's House as demonstrated by Lawler. The illustration does not show some of the House's backbuildings, parts of which are now covered by the front door of the new Liberty Bell Center. Further drawings will be made available as this process moves forward.



**S.ADD163**

The following site context view clarifies the placement of the President's House within Independence Historical National Park:



**S.ADD164**

### III.  SCOPE OF PROJECT

The scope of services to be contracted for is the complete design and installation of the project.  It is expected that the design team will include a contractor as well as additional consultants as needed.  The team will ultimately be responsible for every aspect of the design, documentation, and installation of the project, as well as management of schedule and budget.  In anticipation of review and comment by both the Oversight Committee and the public, design services are expected to include the following distinct phases:  schematic, design development, and final design.  All site preparation, construction and construction administration will be part of the required services from the proposed team.  (A fee proposal is not required at this RFQ stage.)

The specific services required would likely include, but will not be limited to:

- Interpretive site and exhibit design;
- Interpretive and historical expertise and implementation;
- Site planning, site survey, landscaping, environmental reviews;
- Building and site materials and systems selection as required;
- Electronic security and communications systems;
- ADA requirements;
- Value engineering and cost estimation;
- Construction;
- Construction administration, including management of schedule and budget.

The maximum available contract budget is $4.5 million.  This amount must be inclusive of any and all costs relating to the design and installation of a complete project.

### IV.  PRE-EXISTING PRELIMINARY DESIGN WORK

Note:  The information provided in this section and in Section V is not necessary to respond to this RFQ, but it may be useful in understanding the project's background and intent.

This RFQ exists because the City and INHP have concluded that, given the overarching importance of this project, this extraordinary design opportunity should be made widely available.  Respondents are encouraged, however, to review the original Conceptual Design for the project that was commissioned by the National Park Service in 2002 and, as required, submitted to Congress in March 2003.  Prepared by the Olin Partnership of Philadelphia and Ciulla Design Associates of New York, the Conceptual Design document is available at http://www.nps.gov/inde/NPS/presidentshousedesign.pdf.

**S.ADD165**

Further development of the Conceptual Design did not occur, in part because of funding concerns (since resolved) and in part because of publicly voiced objections made to the process preceding the document's release. Respondents to this RFQ who are selected for the next phase of this process are encouraged to offer new concepts for the project or may embrace elements of the preliminary design. As indicated, below, however, the final design will have to include certain core elements (only some of which are reflected in the preliminary Conceptual Design) because they reflect a hard-won consensus achieved among the parties involved in this project to date.

It bears emphasis that that the original Conceptual Design, while extraordinary in many respects, was truly <u>preliminary</u> – it contains no final artwork, no specified design materials, and little or no interpretive text. It did not include a demarcated Slave Quarters, which is a requirement going forward. Further, it was influenced by post 9/11 security concerns at INHP that are being handled differently going forward, so some of the design features may no longer be appropriate. These issues will be clarified at the next phase of this process.

## V.  CORE DESIGN REQUIREMENTS

To be successful, the final design will have to contain the following elements:

A.    The outer boundaries or footprint of the President's House must be clearly demarcated.

B.    The footprint of the Slave Quarters must be conspicuously highlighted and a solemn "sense of place" clearly established.

C.    Documented interior rooms or spaces may be included in the design's groundplan to a level of detail that the designer determines will be understood by the public. Additional interpretive elements may provide expanded explanation of historical use of the property.

D.    Six substantive themes must be reflected in the final design. The first five listed below emerged from the preliminary Conceptual Design, and the sixth became clear in a Public Forum held October 30, 2004:

1.    The house and the people who lived and worked there
2.    The Executive Branch of the U.S. Government
3.    The system and methods of slavery
4.    African-American Philadelphia (including an emphasis on free African-Americans)
5.    The move to freedom

9

**S.ADD166**

6. History lost and found (how knowledge of the President's House and the presence of slavery was forgotten and recovered; why we must remember)

E. Five cultural values also emerged from the October 30, 2004 Public Forum:

1. Identity – Interpretation at this site offers an opportunity to put names and faces on a small fraction of the enslaved and free people of African descent who were part of the fabric of the life in the President's House. These enslaved individuals thus are symbols of the millions of people who were held in bondage during the 16th, 17th, 18th and 19th centuries. What is known of the lives of those who were enslaved and worked in the President's House will be a backdrop of the story.

2. Memory (a sense of influence of the past on the present) – The nation's first Executive Branch conducts the affairs of the government in the rooms of the house. At the same moment in the 18th century, the economic labor system that made it legal to enslave human beings was actively practiced in the house. By describing and honoring the enslaved who lived at the site, we are commemorating and honoring the many enslaved whose stories will never be known and told.

3. Agency – The 18th century system of slavery was a complete economic, cultural and social world with people of African American descent as full participants in the affairs of the time.

4. Dignity – The enslaved population retained their dignity. George Washington's slaves adhered to an unwritten code of conduct that was as nuanced and demanding as the first president's well-known code of civility.

5. Truth – A factual account of how Washington's household used nuances of the Pennsylvania Gradual Abolition Act of 1780 to keep individuals in slavery while they were in Philadelphia rather than at the estate in Mt. Vernon, Virginia. The condition of those in bondage was maintained in order to sustain the political and social strata of society during the post-revolutionary era.

**S.ADD167**

## VI.    ADDITIONAL RESOURCES

The following resources, listed in chronological order, are available to respondents, although they will require further explanation at the RFP phase of this process.

"Independence Mall Design Guidelines," Final Draft (July, 1998).  Available at http://www.nps.gov/inde/NPS/INDE-Mall-Design-Guidelines.PDF.

"Management Policies, 2001" et seq. United States Department of the Interior, National Park Service.  NPS Management Policies are available at http://www.nps.gov/policy/mp/policies.pdf.

Edward Lawler, Jr., "The President's House in Philadelphia:  The Rediscovery of a Lost Landmark,"  *The Pennsylvania Magazine of History and Biography*, CXXVI (January, 2002):  5-95., available at http://www.ushistory.org/presidentshouse/plans/pmhb/index.htm or from the Historical Society of Pennsylvania, 1300 Locust St., Phila., PA 19107 (215-732-6200).

Olin Partnership and Vincent Ciulla Design, "Presidents' House, Independence National Historical Park, Final Concept Design," March 2003.  This is the preliminary design document.  Available at http://www.nps.gov/inde/NPS/presidentshousedesign.pdf.

Doris Devine Fanelli,  "Consensus Document from the President's House Roundtable,"  Independence National Historical Park, Philadelphia, Pennsylvania (February, 2004).  Documents a meeting held on November 18, 2003 at INHP. An interdisciplinary group of scholars examined the relative primary evidence about the site and attempted to resolve questions regarding the Washington occupation of the property.  The group reached consensus on what we can and cannot know from the evidence as well as recommended topics for further research.  Available at http://www.nps.gov/inde/NPS/docs/consensus1103.doc or http://www.ushistory.org/presidentshouse/controversy/consensus.htm.

Edward Lawler, Jr., "Minority Report from the Roundtable" (February 27, 2004) Author's revision of the consensus document.   Available at http://www.ushistory.org/presidentshouse/controversy/minority.htm.

Doris Devine Fanelli, "President's House Civic Engagement Forum, October 30, 2004, Report," Independence National Historical Park, Philadelphia, Pennsylvania.  Report of a grant-sponsored civic forum planned in partnership by the Ad Hoc Historians, The Historical Society of Pennsylvania and the National Park Service.  This event's purpose was to continue discussion of plans for the President's House site through the examination of the interpretive themes presented in the Olin/Ciulla final concept design.  Public response and subsequent

**S.ADD168**

comments verified the relevancy of the five themes. During the wrap-up meeting for the event, the planning group identified a sixth theme. The report also identifies cultural values that should be considered in the design process. Available at http://www.nps.gov/inde/NPS/103004.htm (click on Forum Report).

"President's House Site Meeting, September 6, 2005, Report." Document clarifying and updating the February, 2004 Consensus Document by setting forth areas of agreement and disagreement among the National Park Service and Ad Hoc Historians regarding the physical space and the labeling of that space at the President's House. Available at http://www.nps.gov/inde/NPS/PH-Site-Meeting.PDF.

Websites

> http://www.ushistory.org/presidentshouse, the website of the Independence Hall Association
>
> http://www.nps.gov/inde/   INHP's website. Links to documents relating to the President's House are at http://www.nps.gov/inde/NPS/docs.htm.
>
> http://www.library.temple.edu/collections/blockson/index.htm, for the holdings of the Charles L. Blockson Afro-American Collection. For archival material on African Americans in Philadelphia's history, researchers could use this collection, which is housed at Temple University, Sullivan Hall, First Floor, Philadelphia, PA 19122 (215-204-6632).

Interim Interpretive Wayside: Pending completion of this project, the National Park Service will place an interpretive wayside at the site of the President's House containing a floor plan of the President's House, illustrations, and text. The text follows:

### The President's House Site 1790-1800

> President George Washington called the elegant three story brick mansion that once stood on this spot "*the best single house in the city.*" Both Presidents Washington (1790-1797) and John Adams (1797-1800) lived and worked in this house, which was rented from financier Robert Morris. Washington's large household, including enslaved African descendents, contrasted with Adams' small household. Adams never owned slaves.
>
> The President's house in the 1790s was a mirror of the young republic, reflecting both the ideals and contradictions of the new nation. The house stood in the shadow of Independence Hall, where the words "*All men are created equal*" and "*We the People*" were adopted, but did not apply to all who lived in the new United States of America.

Independence National Historical Park is working with the community to interpret the President's House Site and to commemorate the enslaved African descendents who lived and toiled there.  A permanent exhibit will be created on this open site near the entrance to the Liberty Bell Center.

---

Records show that Washington and his family slept over the kitchen.  His servants, including the enslaved Africans descendents, slept in the former smoke house and throughout the property.  Adams left no record of how he used the house.  Hercules, Washington's enslaved cook, presided in the kitchen and was considered one of the best chefs in America.  In 1797, Hercules successfully seized his freedom.  With the help of Philadelphia's large free African community, Oney Judge, Martha Washington's enslaved servant, escaped to freedom from here.

## VII.    QUALIFICATIONS CONTENTS

The City of Philadelphia (the "City"), acting through its Capital Program Office ("CPO") and Owner's Representative (see Section IX.g), invites teams interested in providing design, exhibit and installation services to submit a letter of interest and statement of qualification referencing all team members. The qualifications response must clarify the entire project team that will be proposed for the project. This team would likely include participants with the architectural/engineering design, landscape design, exhibit design, historical, and interpretive skills as well as construction and construction management experience that are anticipated to be required to accomplish the complete project as described in Section III. There will be a later opportunity to allow substitution or additional team components; the purpose of this RFQ, however, is to establish a representative core team (led by a prime consultant) whose submission will be evaluated in regards to the next phase of this process, which is likely to be a Request for Proposal (RFP) process.

The submittals shall include a letter of interest and include at least three similar recent projects with pertinent project data (including references) but no more than ten colored graphics in total.  Submittals should also include (but are not limited to) a concise statement of the design team's vision for the project, and a description of how the team will include the City, INHP, and the public in the design and review process.  If available, as an Appendix, Standard 330 forms shall be submitted (for any and/or all of the team members) outlining experience directly related to involvement in projects of this type. You are required to limit your total response to no more than twenty (20) single-sided pages (not including the 330 Forms).  Please do not submit any audio-visual or electronic materials, or 3-dimensional presentations as they will not be considered.

**S.ADD170**

Please note that the prime consultant will need to address the standard contractual requirements of the City of Philadelphia.  Further information will be available at the next phase of the process.

## VIII.   SELECTION CRITERIA and SCHEDULE

Submittals will be evaluated principally based on demonstrated previous experience with similar projects and on the design team's ability to lead the project to a successful conclusion.  The Oversight Committee will review the submittals and establish appropriate guidelines for the selection process.  On behalf of the City and INHP, the CPO will compile the recommendations of the Oversight Committee and prepare a short-list of teams to whom a request for proposal (RFP) will be issued.

At the current time, the schedule is as follows:

**Deadline to submit questions concerning this RFQ:  October 12, 2005**

> See below for instructions on how to submit questions.  Questions and answers will be posted at http://www.phila.gov/presidentshouse.  All answers will be available no later than October 19.

**Deadline for receipt of RFQ responses: Thursday, October 27, 2005 at 5:00 p.m.**

**Announcement of short-list of finalists to receive RFP and design stipend:  November, 2005**

**Announcement of final selection:  February, 2006**

**Completion of Project:  July 2, 2007**

The original and twenty (20) copies of all responses to this RFQ must be received by the City of Philadelphia's Capital Program Office at its office located at 1515 Arch Street, 11th Floor, Philadelphia, PA 19102-1677 by 5:00 p.m on Thursday, October 27, 2005.  It is the respondent's responsibility to ensure timely delivery and receipt of its response to this RFQ.

Firms may respond to the RFQ individually or as part of a joint venture with other team members, so long as the individual firm or team responding has the capacity to handle all of the elements of this project.

All questions concerning this RFQ must be directed in writing (hard copy, fax, or e-mail) to:

> Jim Lowe, Design and Construction Project Manager
> Capital Program Office
> City of Philadelphia
> 1515 Arch Street
> 11th Floor
> Philadelphia, PA  19102-1677
> Fax:   215-683-4498
> E-mail: james.lowe@phila.gov
> (Voice: 215-683-4422)

## IX.  GENERAL CRITERIA/PROVISIONS

**(a)      Anti-Discrimination**

The City is committed to a policy of diversity in its contracting activities.  With that commitment in mind, any contract issued pursuant to the RFP will be issued under the anti-discrimination policy described in the Mayor's Executive Order No. 02-05, which is available at http://www.phila.gov/mbec/forms/MBEC%20E.O.02-05.pdf.  The City's Minority Business Enterprise Council (MBEC) website address is http://www.phila.gov/MBEC/home.asp.

**(b)      Insurance Requirements**

The contract resulting from the RFP will provide that the team shall be required to hold the City harmless from loss or liability arising from the acts or omissions of the firm, its consultants if any, and its contractors or subcontractors, if any.  Any contract resulting from the RFP will, except as otherwise decided in the sole discretion of the City, require the selected firm or team to provide certificates of insurance covering the work as required by the City professional services agreement.

**(c)      Disclosure of Data**

Submittals in response to this RFQ may contain data that a firm or team does not want disclosed for any purpose other than evaluation of the firm or team.  If so, the team shall clearly identify, in the cover letter and on the relevant pages, those pages of the submittal that are to be restricted as confidential.  The City will make good faith efforts not to disclose such confidential material to the extent permitted by law.  However, the City assumes no liability for disclosure or use of such confidential material.

**(d)      Submission Costs and Ownership**

S.ADD172

The City will not be liable for any costs associated with the development, preparation, transmittal or presentation of any proposal or material submitted in response to this RFQ. All materials submitted by the team in connection with this RFQ shall become the property of the City when received. Each team responding to this RFQ agrees that it will have no claim of any nature whatsoever against the City for any costs or liabilities incurred.

As noted in Section X, however, it is anticipated that shortlisted teams selected through the RFQ process for the next phase of this process will be provided a stipend to underwrite the preparation of preliminary design materials.

**(e)    Reservation of Rights**

The City reserves the right to supplement, amend or otherwise modify this RFQ at any time prior to the prequalification of any firm or team. In addition, the City reserves the right to accept or reject, at any time prior to the execution of a contract in connection with the RFQ, any or all proposals or any part of any proposal submitted in response to this RFQ or any subsequently issued RFP and to waive any defect or technicality and to solicit new qualifications and/or proposals where the acceptance, rejection, waiver or solicitation would be in the best interests of the City. The City also reserves the right to request additional information at any time, including, but not limited to, information that appears to have been inadvertently omitted by a team in responding to this RFQ.

**(f)    News Releases**

News releases pertaining to this RFQ may not be made without the prior written consent of the City.

**(g)    Owner's Representative.**

The City intends to seek the assistance of specialty consultants to act as the City's "Owner's Representative." Terrie S. Rouse has served as President/CEO of the African American Museum in Philadelphia, Executive Director of the Children's Museum of Maine in Portland, Executive Director of the California Afro-American Museum in Los Angeles; Senior Curator of the Studio Museum in Harlem; and as a consultant to the Boys Choir of Harlem. Recently, she became Executive Vice President/Director of Museums for Union Station Kansas City, Inc. Rosalyn J. McPherson is President of The RJM Consulting Group, Inc., a firm specializing in strategic marketing and product development support. Ms. McPherson has an extensive background in the development of culturally sensitive multi-media materials and exhibits for the education market. Her content specialties are history and science. Most recently she was Senior Vice President for The Franklin Institute where she was responsible for exhibit development, marketing, and the day-to-day visitor experience. Prior to that, Ms.

**S.ADD173**

McPherson was Senior Vice President and Publisher at Time Life in Alexandria, VA with specific oversight for the education division.  While at Time Life, she oversaw the development of the highly acclaimed 3-volume book set, "African Americans:  Voices of Triumph."   She also chaired Time Warner's Educational Task Force in New York.  Earlier in her career she was an editor and a teacher of junior high history and mathematics.

### X.  SELECTION PROCESS

An initial short-list of teams will be selected by the City, with the approval of INHP and advice of the Oversight Committee, using the criteria set forth in this RFQ, with particular emphasis on a thorough assessment of the success of past projects.  All submissions will be acknowledged and the shortlisted teams will then be invited to submit proposals in response to an RFP they will receive from the City.  Shortlisted teams will be provided a monetary stipend (amount to be determined) to underwrite the preparation of preliminary design materials.

All respondents should understand that, at various stages of the next phases of the process (culminating in a final design product), significant opportunities for public input and comment will be provided, and the Oversight Committee may want to meet one-on-one with applicants.  Respondents will be expected to participate fully in such opportunities.

The City reserves the right to enter into discussions with any and all teams. The City also reserves the right to reject any or all responses, and withhold the issuance of the RFP for any reason.

**S.ADD174**



# Press Release



## City of Philadelphia and Independence National Historical Park

John F. Street, Mayor, City of Philadelphia
Dennis Reidenbach, Superintendent, Independence National Historical Park

Contact:     Ted Qualli, 215-686-6210
Roz McPherson, 856-261-4023
Jane Cowley, 215-597-0060 (INHP)

For immediate release: Tuesday, February 27, 2007

## FINALIST TEAM FOR PRESIDENT'S HOUSE SELECTED

**Philadelphia, PA –** Mayor John F. Street and Independence National Historical Park Superintendent Dennis Reidenbach announced today that the team headed by Kelly/Maiello Architects and Planners has been selected to design and build the President's House project at Independence National Historical Park.

Kelly/Maiello is an award-winning minority-owned business that has provided architecture and planning services in Philadelphia and the region for more than 30 years. Principal and co-founder Emanuel Kelly will serve as Project Director.

Upon its completion, this project will result in a new permanent outdoor installation on the doorstep of the Liberty Bell Center. The installation will commemorate the house where Presidents George Washington and John Adams lived from 1790 to 1800, and the long-obscured story of at least nine enslaved Africans who lived and worked there during Washington's presidency.

Today's announcement caps a rigorous and highly competitive process that began in October 2005 with the issuance of a nationally distributed Request for Qualifications. Responses were received from 21 teams representing more than 100 firms. The process has included significant public input, and technical review from an Oversight Committee made up of representatives of the advocacy groups who fought hardest for this commemoration – historians, community activists, and others who understand the national significance of this undertaking.

Mayor Street and Superintendent Reidenbach also presented the Archeological Team that will conduct the "dig" at the President's House site to determine whether any artifacts or information relating to the President's House era may still be in the ground. The world-class team headed by the URS Group includes Dr. Warren Perry, Director for Archeology

for the African Burial Ground in New York. The dig is expected to begin within 1-2 weeks; a separate announcement will be issued shortly.

"This is a great day for Philadelphia and our nation," Mayor Street said. "We are one huge step closer to fulfilling an obligation to tell the truth – the whole, complicated truth – about this small parcel of land on the doorstep of the Liberty Bell Center. I am proud that -- at the end of a tough national competition -- the consensus winner is headed by a local, African American-owned firm – Kelly/Maiello! I am sure there will be meaningful and substantial minority participation throughout this project – both when the words are written and the bricks are laid. This is the right team to tell a piece of history that should have been told a long time ago, in a way that millions of visitors will never forget."

Superintendent Reidenbach noted that "This project is a collaboration among the City of Philadelphia, the National Park Service, and so many others. With this commemoration, Independence National Historical Park will be at the forefront of national parks that address the issues of freedom and slavery. I could not be more pleased with the opportunity this project offers to teach and remember."

The Kelly/Maiello Team will execute all phases of the project, including architectural design, content development, fabrication, and installation. The lead interpretive planner and historian is Richard Rabinowitz, curator for the highly acclaimed exhibit "Slavery in New York." Dr. Rabinowitz founded the American History Workshop, a consortium of historians, writers, designers and filmmakers specializing in public exhibits. He has led the creative work of teams resulting in more than 400 history programs, including the Birmingham Civil Rights Institute and the National Underground Railroad Freedom Center in Cincinnati.

Also on the team: Professor and renowned author James Oliver Horton, Director of the African-American Communities Project at the Smithsonian's National Museum of American History; historical advisor to the National Underground Railroad Freedom Center in Cincinnati, and, most recently, co-editor of <u>Slavery and Public History – The Tough Stuff of American Memory</u>. Joining him will be Gary Nash, Professor Emeritus of History at UCLA and author of 11 books, including <u>Forging Freedom: the Formation of Philadelphia's Black Community, 1720-1840</u>; and <u>African American Lives: The Struggle for Freedom</u>.

The President's House was torn down long ago. During the construction of the Liberty Bell Center in 2002, however, it became clear that enslaved Africans in Washington's household had slept on what was to become the threshold of the new Liberty Bell Center. A public outcry ensued, with a demand that the President's House be marked and the stories of the enslaved be told.

The project was jumpstarted in 2003 at the opening of the new Liberty Bell Center, when Mayor Street pledged $1.5 million in its support. Thereafter, Congressmen Chaka Fattah and Robert A. Brady secured a $3.6 million federal grant to complete the funding for the project. "That support will enable us to illuminate the full history of this house – and no

better place to do so than on the doorstep of the Liberty Bell, the symbol of freedom in this country," said Mayor Street.

"Let me be clear," the Mayor continued. "I got personally involved in this project because enslaved Africans lived in our first President's household right here in Philadelphia – and most visitors to these symbols of liberty and justice, even now, are completely unaware of this terrible truth.  That is about to change."

The City and INHP adhered to an unusually complex public process in selecting the finalist.  "The process was serious, thorough, and fair," said Mayor Street.  "We knew we had a responsibility to tell this story in a way that does justice to the people who occupied that house."

Five semi-finalists submitted preliminary conceptual designs for the President's House site.  They also submitted three-dimensional models that were placed on public display at the National Constitution Center and African American Museum in Philadelphia.  Nearly 1,000 visitors completed evaluation cards. These evaluations were reviewed by the Oversight Committee and posted on the City's website (www.phila.gov/presidentshouse).

The public, Oversight Committee, and semi-finalist teams were present at a well-attended event on June 5, 2006 that featured Howard Dodson, Chief of the Schomburg Center for Research in Black Culture, and past chair of the Federal Steering Committee for the African Burial Ground in Manhattan; and Fath Davis Ruffins, Curator of African American History and Culture at the Smithsonian's National Museum of American History.

The Oversight Committee – charged with representing the public interest in the selection process – met with the semi-finalist teams, and then reviewed and evaluated all team submissions in great detail.  Their recommendations were then submitted to the Selection Committee, headed by Mayor Street and Superintendent Reidenbach.

The members of the Oversight Committee are:

- **Romona Riscoe Benson**, President & CEO, African American Museum in Philadelphia;
- **Michael Coard, Esq**., Founding Member, Avenging the Ancestors Coalition;
- **Tanya Hal**l, Executive Director, Philadelphia Multicultural Affairs Congress, a division of the Philadelphia Convention & Visitors Bureau;
- **Edward Lawler, Jr**., Scholar, Representing the Independence Hall Association;
- **Charlene Mires**, Associate Prof. of History, Villanova University; Editor, Pennsylvania History Studies Series, Pennsylvania Historical Association; Representing the Ad Hoc Historians;
- **Dennis Reidenbach**, Superintendent, Independence National Historical Park;
- **John Skief**, Chief Administrative Officer of the Harambee Institute of Science & Technology Charter School; Representing the Honorable Chaka Fattah, U.S. House of Representatives;

- **Karen Warrington**, Director of Communications, Office of the Honorable Robert A. Brady, U.S. House of Representatives; and
- **Joyce Wilkerson**, Chief of Staff, City of Philadelphia.

Students from the School District of Philadelphia were present at today's announcement. Their participation was the beginning of an extensive program of involvement to occur throughout the archeological dig and the design and installation of the President's House commemoration.

"The dig and the fabrication of the commemorative site present students with a rare and exciting opportunity to learn about the process, the importance of public voice, and the range of careers associated with historic projects," stated Dr. Greg Thornton, Chief Academic Officer for the School District of Philadelphia. "We are meeting with the National Park Service and the City to develop meaningful activities and materials."

"In the end," Mayor Street said, "we develop projects like this for our children and for our children's children. We want them to learn and pass on this stunning story of achievement and infamy, of the birth of a free nation and indefensible slavery existing side-by-side."

The Kelly/Maiello Team's proposal places incomplete walls -- architectural fragments – around the original President's House footprint, in order to establish a powerful, historically accurate sense of place. Also, the area of the President's House now known as the Slave Quarters will be especially defined in a solemn manner – a main goal of advocates who sought this commemoration. State-of-the-art audio and interactive visual technology will tell a series of compelling stories of life in the President's House.

The dedication for the site is expected to occur early in 2008.




# Press Release

## City of Philadelphia and Independence National Historical Park

Michael A. Nutter, Mayor, City of Philadelphia
Cynthia MacLeod, Superintendent, Independence National Historical Park

**FOR IMMEDIATE RELEASE**

**CONTACTS:** Mark McDonald, City of Philadelphia: (215) 686-6210
LiRon Anderson-Bell, The ROZ Group: (215) 284-2964
Jane Cowley, INHP: (215) 597-0060
Cara Schneider, GPTMC:  (215) 206-2034

### PRESIDENT'S HOUSE OPENS ON INDEPENDENCE MALL IN PHILADELPHIA
*Much-Anticipated Site Honors Lives of Enslaved Africans in Presidential Household*

(*Philadelphia – December 15, 2010*) – *President's House: Freedom and Slavery in the Making of a New Nation*) opens today in Philadelphia after more than five years of development.  The commemorative, open-air installation marks the site where the nation's first two presidents, George Washington and John Adams, served their terms of office and began to shape the executive branch of government.  However, the most compelling and controversial aspect of the site is that it pays tribute to nine documented enslaved persons of African descent who were part of the Washington household.  The inclusion of the topic of enslavement is an addition to the historic district of Philadelphia that has to date been absent or minimized.  "The President's House is a project of major international importance because it recognizes the broader picture of the people who participated in this nation's early history, including enslaved and free people of African descent," said Mayor Michael A. Nutter.  "I stand on the shoulders of the voiceless people who this site commemorates.  They will now be known to the rest of the world."

Situated in Independence Mall and adjacent to the Liberty Bell Center, the President's House calls attention to the complex juxtaposition of slavery and freedom.  "Originally slated for completion in 2008, the project experienced several challenges in its design, including findings from an archeological dig and a change in strategy for the interpretive elements, all of which have resulted in a stronger visitor experience," said Clarence Armbrister, Chief of Staff for Mayor Michael A. Nutter and Chair of the Oversight Committee.

- more -

**S.ADD179**

Key to the site design is the basic footprint of the house that allows visitors to walk through the first floor as it was laid out in the late 18th century. The bowed window, state dining room, and kitchen complete with hearth are among the elements in the recreated layout. Narrative Porcelite exhibit panels and glass illustrations using an "if these walls could talk approach" provide visitors with a sense of events that occurred during Philadelphia's early history. Five video re-enactments depict what life was like for the enslaved persons living in the Washington household. "Many members of the Oversight Committee felt that the site had to tell the stories that are not often told and share the perspectives of the people who up to now have been nameless and voiceless," stated the project's director, Rosalyn McPherson.

A glass vitrine structure is the centerpiece of the interpretive design and houses elements of the 18th century structure that were unexpectedly uncovered during a 2007 archeological dig. The dig attracted more than 300,000 visitors and resulted in a major redesign to include some of the structural fragments. Jed Levin, Chief Archeologist for Independence National Historical Park, along with Dr. Cheryl LaRoche, archeologist with URS Corporation, provided visitors with live interpretation during the dig. "We were immersed in urban archeology, a rare occurrence in a major U. S. city like Philadelphia," said Levin.

A few feet from the entrance to the Liberty Bell Center sits a small glass structure that serves as a memorial to the enslaved Africans. Listing the names of the African tribes of origin for many enslaved, the space is intended as a place of solemn reflection. The space had been erroneously referred to as slave quarters but is actually believed to have been the sleeping quarters for stable hands. Enslaved persons are known to have slept throughout the house, not just in one space behind the house.

The President's House project has been a source of fascinating revelations as researchers and historians perused diaries, records and other centuries-old documents. Much of the history of enslaved persons from their own perspectives remains undocumented. This is characteristic for a people who were considered to be property and who as a matter of survival were not in the habit of revealing their true feelings. Noted author of *Price of a Child*, Lorene Cary used the research from historians to create the scripts for the video re-enactments that have been directed by Louis Massiah of Scribe Video.

The design-build team was led by Kelly/Maiello Architects and Planners, a minority-owned firm. "It has been a distinct privilege for our office to have been awarded this project that focuses on issues of freedom and slavery here in Philadelphia," said Emanuel Kelly, FAIA, principal of Kelly/Maiello and the project's leader. "Minority participation in construction and interpretation was 67%, truly an important accomplishment in a project whose focus is the African American experience," Kelly added. Initial core historic research and exhibit framework were developed by American History Workshop. The exhibit interpretation team was expanded and guided to completion by Eisterhold Associates with Dr. Gary Nash (UCLA) and Dr. Spencer Crew (George Mason University) as lead historians. The city's Department of Public Property managed the day-to-day technical and fiscal aspects of the project.

A joint initiative of the City of Philadelphia and Independence National Historical Park, the project's origins are complex and often polarizing. A number of organizations including the Ad Hoc Historians and the Independence Hall Association had long advocated for an acknowledgment of the location where the new nation shaped the executive branch of the United States government. Yet the compelling and unknown story of the presence of enslaved Africans as revealed in Ed Lawler's 2002 article in the *Pennsylvania Magazine of History and Biography* became the catalyst of emotional protests from the African American community led by Michael Coard of the Avenging the Ancestors Coalition and Charles L. Blockson of Generations Unlimited. The outcry resulted in the City's decision to move forward.

"From its inception, this project has generated conversation and discovery, and we hope it will continue to do so. Benefitting from the voices of citizens and guiding legislation from the U.S. Congress and the collaboration between the City of Philadelphia and the National Park Service, the project is a welcome addition to Independence National Historical Park," said Cynthia MacLeod, Superintendent of Independence National Historical Park. Over the course of the next year, Park officials will conduct visitor studies and develop programming to support the important responsibility that comes with interpreting an emotionally charged site.

"There are some who will say that we provided too much information about slavery and others who will say that we did not tell enough about the brutality of slavery," said Armbrister. "Our charge to the public is to continue the quest for a deeper understanding of what it truly meant to be in a new democracy. This site is a catalyst for more programming, institutional partnerships and a deeper pursuit of the discussion of race in America."

Costing approximately $11.9 million, the President's House was funded through a variety of sources. The City of Philadelphia under the administration of Mayor John F. Street and the Federal government through Congressmen Robert Brady and Chaka Fattah provided initial funding. Mayor Michael A. Nutter raised the additional funds needed to incorporate structural fragments into the site's design plan that were uncovered during a 2007 archeological dig. His efforts were supported by Governor Edward G. Rendell who was instrumental in securing $3.5 million from the Delaware River Port Authority. Incremental funding needed for the site's redesign came from public, corporate, and private sources including the Bank of America, PNC Bank, The Tides Foundation, Independence Blue Cross, the Connelly Foundation, Stradley Ronon Stevens & Young, LLP, Wendy Rosen, and Manuel Stamatakis.

http://www.visitphilly.com/presidentshouse
http://www.phila.gov/presidentshouse/
http://home.nps.gov/inde/historyculture/the-presidents-house.htm

###



"A PEOPLE MUST HAVE HOPE"

NSORO
(N-SOAR ROW

SANKOFA (SANG-KO-FAH)

"GO BACK TO THE PAST, TO BUILD THE FU

NKYINKYIN (N

ONE MUST CHANG



"WE HAVE SOUGHT TO BIND THE CHAIN
SLAVERY ON THE LIMBS OF THE BLACK MAN, WITH
THINKING THAT AT LAST WE SHOULD FIND THE OTHER EN
THAT HATEFUL CHAIN ABOUT OUR OWN NEC

– Frederick Douglass, The Reasons for Our Troubles, National Hall, Philadelphia, January 1

"YOU THE ASHANTI, THE YORUBA, THE KRU, BOUGHT S
ARRIVING ON A NIGHTMARE PRAYING FOR
– Maya Angelou, On the Pulse of Morning, written /delivered for President Clinton's Inaugurat



"EITHER AMERICA WILL DESTROY IGNORANCE OR IGNORANCE, WILL DESTROY THE UNITED STATES"

-W. E. B. Du Bois

"I ASK NO MONUMENT, PROUD AND HIGH TO ARREST THE GAZE OF THE PASSERS-BY, ALL THAT MY YEARNING SPIRIT CRAVES, IS BURY ME NOT IN A LAND OF SLAVES

-Frances Ellen Watkin Harper, Bury Me in a Free Land

S.ADD184



Go back
to the past
to build
the future

**S.ADD185**



**S.ADD186**



**S.ADD187**



**S.ADD188**



S.ADD189



S.ADD190



**S.ADD191**



**S.ADD192**



**S.ADD193**



**S.ADD194**



S.ADD195



**S.ADD196**



AUSTIN
PARIS
HERCULES

CHRISTOPHER SHEELS
RICHMOND
GILES

ONEY JUDGE
MOLL
JOE

S.ADD197



S.ADD198



**S.ADD199**

# Memorial

*"It was whispered by slaves and abolitionists as they blazed a trail toward freedom…yes we can, yes we can."*

Barack Obama

This enclosed space is dedicated to millions of men, women, and children of African descent who lived, worked, and died as enslaved people in the United States of America. They should never again be forgotten. One of two smokehouse rooms in which three enslaved men slept—Giles, Paris, and Austin—once stood in this area. The close proximity to the Liberty Bell Center reminds us that liberty was not originally intended for all.

It is difficult to understand how men who spoke so passionately of liberty and freedom were unable to see the contradiction, the injustice, and the immorality of their actions. Enslaved Africans and their descendants endured brutality and mistreatment for over 200 years even as their labor built and enriched the nation. The struggle for freedom and political, social, and economic equality continued even after the legal ending of slavery. The devastating effects of slavery continue to affect race relations to this day. Yet, we must continue to strive for the ideals embodied in the Declaration of Independence and the Constitution of the United States of America.

The African symbols, words, and quotations on the exterior and interior walls speak to the spirit of hope, the resilience of the human spirit, and the determination of a people to arise out of bondage to freedom.

City of Philadelphia | National Park Service

S.ADD200



S.ADD201



"HAVE HOPE"

**NSOROMA**
(N-SOAR-ROW-MAH)

**NKOFA** (SANG-KO-FAH)

"TO THE PAST, TO BUILD THE FUTURE"

**NKYINKYIN** (N-CHIN-CHIN)

ONE MUST CHANGE TO SURVIVE

## CERTIFICATION OF BAR MEMBERSHIP AND OF COMPLIANCE WITH RULES AND REQUIREMENTS FOR ELECTRONIC FILING

Pursuant to the Third Circuit Local Appellate Rule 46.1(e), I hereby certify that I am a member of the bar of this Court.

This filing complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because this brief contains **5192 words**.

This brief complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 27(d) and 32(a)(5)-(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Pursuant to the Third Circuit Local Appellate Rule 31.1(c), I hereby certify that the text of the electronic filing is identical to the text in the hard, paper copies of the brief.

Pursuant to Third Circuit Local Appellate Rule 31.1(c), I hereby certify that a virus detection program was performed on this electronic filing using CrowdStrike Falcon Sensor, and that no virus was detected.

*/s/ Kelly Diffily*
Kelly Diffily
City of Philadelphia Law Department

Date: February 27, 2026

# CERTIFICATE OF SERVICE

I, Kelly Diffily, hereby certify that I caused to be served today the foregoing **Opposition to Appellants' Emergency Motion for an Injunction Pending Appeal** upon the persons and in the manner indicated below:

Electronically, via CM/ECF:

Gregory B. David, Esq.
Mark J. Sherer, Esq.
Gregory B. in den Berken, Esq.
Office of United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
*Attorneys for Appellants U.S. Department of Interior, Secretary U.S. Department of Interior, Director National Park Service, National Park Service*

**/s/ Kelly Diffily**
Kelly Diffily
City of Philadelphia Law Department

Date: February 27, 2026