No. 26-1348

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CITY OF PHILADELPHIA,

*Appellee,*

v.

SECRETARY U.S. DEPARTMENT OF INTERIOR; US DEPARTMENT OF INTERIOR; DIRECTOR NATIONAL PARK SERVICE; NATIONAL PARK SERVICE.,

*Appellants.*

On Appeal from an Order Granting a Preliminary Injunction in United States District Court for the Eastern District of Pennsylvania, Case No. 26-cv-434

# AMICUS BRIEF OF
# PENNSYLVANIA GOVERNOR JOSH SHAPIRO

Jennifer C. Selber (No. 80644)
Michael J. Fischer (No. 322311)
Jacob B. Boyer (No. 324396)
Office of General Counsel
30 North Third Street, Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov
(717) 460-6786

February 27, 2026

*Counsel for Amici Curiae*
*Pennsylvania Governor Josh Shapiro*

# TABLE OF CONTENTS

Table of Authorities.................................................................... iii

Interest of Amicus .....................................................................1

Argument....................................................................................2

    I.    The History of Slavery Must Not Be Forgotten.........................3

    II.   The Federal Administration is Whitewashing History. ............6

    III.  The Federal Administration is Abusing its Power. ..................9

Conclusion ...............................................................................15

# TABLE OF AUTHORITIES

**Cases**

*Bond v. United States*, 564 U.S. 211 (2011) ........................................... 10

*Buckley v. Valeo*, 424 U.S. 1 (1976) ....................................................... 12

*California v. U.S. Dep't of Agriculture*, No. 25-6310, 2025 WL 2939227 (N.D. Cal. Oct. 15, 2025) ....................................................................... 11

*California v. U.S. Dep't of Transportation*, No. 25-208, -- F. Supp. 3d. --, 2025 WL 3072541 (D.R.I. Nov. 4, 2025) ................................................ 11

*City of Philadelphia v. Burgum*, No. 26-434, -- F. Supp. 3d --, 2026 WL 431943 (E.D. Pa. Feb. 16, 2026) ........................................................... 3

*Illinois v. Noem*, No. 25-495, -- F. Supp. 3d --, 2025 WL 3707011 (D.R.I. Dec. 22, 2025) ..................................................................................... 11

*Illinois v. Trump*, No. 25-12174, 2025 WL 2886645 (N.D. Ill. Oct. 10, 2025) ..................................................................................................... 10

*Learning Resources v. Trump*, 607 U.S. --, No. 24-1287 (U.S. Feb. 20, 2026) ..................................................................................................... 13

*Mistretta v. United States*, 488 U.S. 361 (1989) .................................... 12

*New York v. U.S. Dep't of Energy*, No. 25-1458, 2025 WL 3140578 (D. Or. Nov. 10, 2025) .......................................................................... 11

*Newsom v. Trump*, 786 F. Supp. 3d 1235 (N.D. Cal. 2025) ................... 10

*Oregon v. Trump*, 802 F. Supp. 3d 1277 (D. Or. 2025) .......................... 10

*Trump v. Illinois*, 146 S. Ct. 432 (2025) ................................................. 11

*U.S. Dep't of Agriculture*, No. 25-6310, 2026 WL 534417 (N.D. Cal. Feb. 26, 2026) ..................................................................................... 11

*Washington v. Dep't of Transportation*, No. 25-848, 2026 WL 183584 (W.D. Wash. Jan. 23, 2026) ............................................................... 13

**Constitutions**

U.S. Const., amend. X...............................................................10

**Other Authorities**

Compl., *United States v. Commonwealth of Pennsylvania*, No. 25-1481
(W.D Pa. Sept. 25, 2025).......................................................12

Dep't of Interior, Order No. 3431, *Restoring Truth and Sanity to
American History* (May 20, 2025)..........................................7

Notice, *Shapiro v. Interior*, No. 25-763 (E.D. Pa. Aug. 13, 2025)............13

Pa. House Resolution 490 (2002)..............................................4

*Restoring Truth and Sanity to American History*, Exec. Order No. 14253
(Mar. 27, 2025)...............................................................2, 6

Stipulation, *California v. McMahon*, No. 25-329 (D.R.I. Aug. 25, 2025) 13

## INTEREST OF AMICUS

Pennsylvania Governor Josh Shapiro has a compelling interest in ensuring that historical monuments in the Commonwealth of Pennsylvania—including the President's House at Independence National Historical Park—present an accurate picture of the Commonwealth's history. Governor Shapiro also has a compelling interest in protecting the role of state and local governments within Pennsylvania from the abuses of federal executive power typified by the conduct at issue in this case.

No party's counsel authored this brief in any part or contributed funds for its preparation.

All parties have consented to the filing of this brief.

# ARGUMENT

This case is about an abuse of federal executive power in service of a campaign to whitewash the country's history of slavery. Through its arbitrary implementation of an executive order directing the Department of Interior to ensure public markers do not "inappropriately disparage Americans past or living," *Restoring Truth and Sanity to American History*, Exec. Order No. 14253 (Mar. 27, 2025), the Department is targeting for removal from public spaces displays and exhibits that acknowledge facts the federal government dislikes. Removing exhibits from the President House's site that taught of the nine enslaved people at the first presidential mansion is part of that process.

There is no virtue in erasing aspects of our history that are painful to acknowledge. Nor is telling the truth disparaging. And this federal administration's contrary view is both cause for deep concern and beyond the bounds of its lawful powers.

## I. The History of Slavery Must Not Be Forgotten.

The President's House, located on Independence Mall in Philadelphia, commemorates the site of the presidential mansion for the decade that Philadelphia was the nation's capital. Opened in 2010, it consists of a series of displays, panels, and videos that honor those who lived in the mansion, including nine enslaved individuals.

The President's House is the result of a concerted, community-led effort to ensure that the history displayed at Independence Mall is complete and faithfully told—the good and the bad.[1]

Philadelphia was instrumental in ensuring the exhibit was realized. The city made significant financial contributions and memorialized its cooperative responsibility for the site in a series of agreements with the federal government. *City of Philadelphia v. Burgum*, No. 26-434, -- F. Supp. 3d --, 2026 WL 431943, at *3-4 (E.D. Pa. Feb. 16, 2026).

The Pennsylvania House of Representatives was invested in seeing the President House's exhibit come to life too, passing a resolution in 2002

---

[1] *See* Fallon Roth, *Black activists helped shape the President's House Site 23 years ago. Now they're working to save it from Trump*, Philadelphia Inquirer (Aug. 9, 2025), https://www.inquirer.com/politics/philadelphia/presidents-house-site-philadelphia-avenging-ancestors-coalition-independence-park-20250809.html.

that urged the National Park Service to tell "the history of the slave quarters located on the site" and to "facilitate the placement of a permanent commemorative plaque recognizing the site of the slave quarters and to work for continuing recognition of this historic site." Pa. House Resolution 490 (2002).

The President's House is far from the only Pennsylvania marker of the history of slavery or the battle to end it. Gettysburg National Military Park honors the Civil War's most decisive battle. The history of Gettysburg cannot be told without acknowledging that the country's deadliest war was fought over slavery, which the federal government acknowledges for now.[2] Hopewell Furnace National Historic Site in Berks County is a showcase for early American industry, but its story would be incomplete if the federal government were to erase that the person who ran the business enslaved individuals or were to scrub from public accounts of the site those individuals' possible contributions to the business.[3]

---

[2] Gettysburg Overview, https://www.nps.gov/gett/learn/historyculture/gettysburg-overview.htm.

[3] African Americans at Hopewell, https://www.nps.gov/hofu/learn-historyculture/african-americans-at-hopewell.htm.

The Pennsylvania Historical and Museum Commission has more than 70 markers across the state that identify significant Pennsylvania locations in the history of slavery and educate the public about what happened at each.[4] One of those markers sits next to the President's House. It honors the escape of Ona Judge, one of the nine enslaved people at the presidential mansion. *See* Exhibit A at 16. Another marker located at the bank of the Delaware River acknowledges that William Penn, who is justifiably celebrated across Pennsylvania, purchased enslaved individuals. *See* Exhibit A at 17. Other markers commemorate significant locations in the organization of the abolition movement, such as Abolition Hall in Montgomery County, where prominent leaders in the movement spoke, and Caledonia Furnace in Franklin Township, a place destroyed by Confederate General Jubal Early because it was owned by Representative Thaddeus Stevens, a prominent abolitionist. *See* Exhibit A at 1 & 4. Other markers identify stops on the Underground Railroad used by escaped slaves seeking freedom. And there are dozens more.

---

[4] *See* PHMC Marker Search, https://share.phmc.pa.gov/server/api/reports/marker/stream/?keyword=slave&markerCategories=2 (attached as Exhibit A).

These monuments reflect Pennsylvania's commitment to presenting an accurate and complete version of the Commonwealth's and our nation's past. The removal of the slavery exhibit from the President's House undermines this commitment and denies Pennsylvanians and others the opportunity to learn more about a part of our history that cannot be ignored.

## II.    The Federal Administration is Whitewashing History.

Last March, President Trump signed an executive order that directed the Department of Interior to scrub historical monuments within its jurisdiction of "descriptions, depictions, or other content that inappropriately disparage Americans past or living (including persons living in colonial times)" so that all that remains are depictions of "the achievements and progress of the American people or, with respect to natural features, the beauty, abundance, and grandeur of the American landscape." *Restoring Truth and Sanity to American History*, EO 14253 (Mar. 27, 2025).

Two months later, Secretary Doug Burgum issued an order directing bureaus within the Department of Interior to review all public markers and memorials for "images, descriptions, depictions, messages, narratives or other information (content) that inappropriately disparages Americans

past or living (including persons living in colonial times)." Dep't of Interior, Order No. 3431, *Restoring Truth and Sanity to American History* (May 20, 2025). Any content identified under this review was to be removed and replaced with material that is focused on the greatness of the achievements and progress of the American people or, with respect to natural features, the beauty, abundance, and grandeur of the American landscape." *Id.*

Then last month, the federal appellants here dismantled the displays at the President's House exhibit that taught of the site's history of slavery. The current federal administration evidently views the truth as disparaging. In taking that position, and in tearing down an exhibit like the President's House, the current federal administration is whitewashing the painful and complex realities of the founding era. And it is doing so just ahead of the summer when Philadelphia will be the center of ushering in the country's 250th anniversary.

The federal administration's destruction of an exhibit remembering the nine enslaved individuals at the first presidential mansion stands in stark contrast to its recent re-installation in Washington, D.C., of a monument to confederate general Albert Pike. While citing the same

*Restoring Truth* executive order that animates the federal appellants' actions here, appellants said that their restoration of that monument was done to "present a full and accurate picture of the American past."[5] The favorable view of a monument for a confederate figure was not an isolated incident: during President Trump's first term, he spoke out against the removal of monuments to those who fought against the United States to defend the institution of slavery, observing, "You can't change history, but you can learn from it."[6] President Trump also spoke glowingly of General Robert E. Lee as part of his opposition to the removal of a monument in Richmond, Virginia to the confederate leader.[7]

Without judicial intervention, the Department of Interior will be permitted to bury aspects of history that address slavery while celebrating individuals who fought to preserve slavery, all under the arbitrary

---

[5] *National Park Service to restore and reinstall Albert Pike statue* (Aug. 4, 2025), https://www.nps.gov/nama/learn/news/pike.htm.

[6] Joshua Barajas, *In 3 tweets, Trump defends 'beautiful' Confederate monuments*, PBS News (Aug. 7, 2017), https://www.pbs.org/newshour/politics/in-3-tweets-trump-defends-beautiful-confederate-monuments.

[7] Myah Ward, *Trump praises Robert E. Lee while denouncing statue's removal in Virginia*, Politico (Sept. 8, 2021), available at: http://politico.com/news/2021/09/08/trump-lee-statue-removal-510732.

implementation of the same order. And that means but for judicial intervention, visitors to Independence Mall—those arriving now and the thousands more who will visit this summer for the Semiquincentennial—will be presented a version of the past that pretends important chapters of American history were not scarred by profound suffering.

### III.    The Federal Administration is Abusing its Power.

While the federal government's effort to pick and choose pieces of history that conform to a preferred narrative should frighten all, what demands judicial intervention here is that the destruction of the President's House exhibit is yet another instance of the sort of conduct that has defined the first thirteen months of the current federal administration's term: complete disregard for the limits of federal executive authority. Although the founding fathers who convened down the block from the President's House valued the principles of federalism and separation of powers among co-equal branches of government, the current federal administration has treated them as if they were merely notional. But they are not— they impose real, enforceable limits.

That the federal government wields limited powers, with the states and the people possessing all unenumerated powers, is enshrined in the

U.S. Constitution. *See* U.S. Const., amend. X. This allocation of powers "preserves the integrity, dignity, and residual sovereignty of the States." *Bond v. United States*, 564 U.S. 211, 221 (2011). With that sovereignty, states and their localities are free to make decisions that are more attuned to the needs and interests of their discrete communities. *Id.* Even beyond that, the division between the federal and state governments of "jurisdiction over all the concerns of public life … protects the liberty of the individual from arbitrary power." *Id.* at 222.

Despite the importance of federalism, the current federal administration has sought to trample over the constitutional role of states and by extension local governments. It has federalized state national guards over the objection of governors and then deployed those guardsmen into cities to perform state law enforcement duties, sometimes deploying members of one state's guard into a different state altogether without the consent of its governor. *See generally, e.g.*, *Illinois v. Trump*, No. 25-12174, 2025 WL 2886645 (N.D. Ill. Oct. 10, 2025); *Oregon v. Trump*, 802 F. Supp. 3d 1277 (D. Or. 2025); *Newsom v. Trump*, 786 F. Supp. 3d 1235 (N.D. Cal. 2025). The Supreme Court, denying a request to stay an order restraining these deployments, concluded that the federal administration likely had

no authority to use the national guard in this manner. *Trump v. Illinois*, 146 S. Ct. 432 (2025).

Further, the federal administration has weaponized federal dollars as a means of trying to coerce states into embracing or abandoning policies that conform to the federal administration's preferences. *See generally, e.g., Illinois v. Noem*, No. 25-495, -- F. Supp. 3d --, 2025 WL 3707011 (D.R.I. Dec. 22, 2025); *California v. U.S. Dep't of Transportation*, No. 25-208, -- F. Supp. 3d. --, 2025 WL 3072541 (D.R.I. Nov. 4, 2025). The federal executive branch also has tried to unilaterally change payment rates applicable to certain grant programs despite states having negotiated those same rates under authority that makes them partners in the rate setting process. *See generally New York v. U.S. Dep't of Energy*, No. 6:25-1458, 2025 WL 3140578 (D. Or. Nov. 10, 2025).

Additionally, the federal administration has demanded access to personal data that states maintain—sometimes while fulfilling their constitutional duties to conduct elections—and must protect. *See generally California v. U.S. Dep't of Agriculture*, No. 25-6310, 2026 WL 534417 (N.D. Cal. Feb. 26, 2026); *California v. U.S. Dep't of Agriculture*, No. 25-6310, 2025 WL 2939227 (N.D. Cal. Oct. 15, 2025); Compl., *United States v.*

*Commonwealth of Pennsylvania*, No. 25-1481 (W.D Pa. Sept. 25, 2025) (ECF No. 1).

Just as the federal administration has shown no concerns for principles of federalism, it has shown little regard for the powers of its co-equal federal branches. No less than the separation of power between state and federal governments, the separation of powers among federal branches of government "was not simply an abstract generalization in the minds of the Framers: it was woven into the document that they drafted in Philadelphia in the summer of 1787." *Buckley v. Valeo*, 424 U.S. 1, 124 (1976). Assigning each branch of the federal government particular powers was meant as "a self-executing safeguard against the encroachment or aggrandizement of one branch at the expense of the other." *Mistretta v. United States*, 488 U.S. 361, 381 (1989) (cleaned up).

Nevertheless, the current executive branch has repeatedly encroached upon the power of Congress by, among other things, refusing to spend congressionally appropriated and authorized funding. Lawsuits have been required for the executive branch to respect the laws Congress passed and to deliver to states (and others) the funds that Congress appropriated and authorized. *See generally e.g.*, *Washington v. Dep't of*

*Transportation*, No. 25-848, 2026 WL 183584 (W.D. Wash. Jan. 23, 2026); Stipulation, *California v. McMahon*, No. 25-329 (D.R.I. Aug. 25, 2025) (ECF No. 28) (resolving lawsuit over U.S. Department of Education's withholding of federal funding); Notice, *Shapiro v. Interior*, No. 25-763 (E.D. Pa. Aug. 13, 2025) (ECF No. 14) (resolving lawsuit over multiple federal agencies' withholding of federal funding).

Likewise, the President has claimed statutory authority to unilaterally impose sweeping tariffs under a statute that makes no mention of tariffs—despite that the Constitution gives Congress the power to levy taxes. *See generally Learning Resources v. Trump*, 607 U.S. --, No. 24-1287 (U.S. Feb. 20, 2026).

The federal administration's willingness to blithely abuse the limits of its power has been so routinized that just last month, the Department of Health and Human Services twice sent out notices nationwide cancelling billions of dollars for significant health programs only to then alert states the next day that they were reversing course as if nothing had happened.[8] The consequences of such a casual willingness to flout the law

---

[8] Brian Mann, *Trump administration rolls back $2 billion mental health, addition grant cuts*, NPR (Jan. 14, 2026), (continued…)

have been, at best, chaotic for communities and at times have even put them in harm's way.

Dismantling the President's House without any notice is yet another example of the federal administration's acting without any regard for the limits of its power and without any regard for the collaboration clearly required with another arm of government, in this case the City of Philadelphia.

It is critical that this Court not permit conduct from a federal administration that regularly wields its power arbitrarily and too often ignores the limits on its authority. That is true under any circumstances, but especially so here where the federal administration's unilateral acts were taken to selectively fashion a vision of the country that lauds confederate figures while simultaneously tucking away the pain of slavery and neglecting the complexities of important historical figures.

---

https://www.npr.org/2026/01/14/nx-s1-5677714/trump-administration-mental-health-addiction-grant-cuts-restored; *see also* Lena Sun, *Freeze of public health funds for states, then reversal, sows confusion*, Washington Post, (Jan. 24, 2026), https://www.washingtonpost.com/health/2026/01/24/public-health-trump-kennedy-cdc/.

## **CONCLUSION**

For these reasons, the motion to stay the preliminary injunction pending appeal should be denied.

February 27, 2026

Respectfully submitted,

/s/ *Jacob B. Boyer*

Jennifer C. Selber (No. 80644)
Michael J. Fischer (No. 322311)
Jacob B. Boyer (No. 324396)
Office of General Counsel
30 North Street, Suite 200
Harrisburg, PA 17101
jacobboyer@pa.gov
(717) 460-6786

*Counsel for Amicus Governor Josh Shapiro*

# CERTIFICATES

I, Jacob B. Boyer, certify that:

1.     I am a member of the bar of this Court in good standing;

2.     Malware detection was run on this file and no virus was detected;

3.     The text of this brief is identical to the text in paper copies that will be filed with the Court; and

4.     This amicus brief contains 2,532 words and therefore complies with Federal Rules of Appellate Procedure 29(a)(5) and 32(a)(7)(b)(i). In making this certificate, I have relied on the word count of the word-processing system used to prepare the brief.

February 27, 2026        /s/ *Jacob B. Boyer*
                                        Jacob B Boyer
                                        *Counsel for Amicus Governor Josh Shapiro*

## CERTIFICATE OF SERVICE

I, Jacob B. Boyer, hereby certify that a copy of this brief has been
served on all counsel of record using the Court's CM/ECF system.


February 27, 2026          /s *Jacob B. Boyer*
                           Jacob B. Boyer
                           *Counsel for Amicus Governor Josh Shapiro*

# Exhibit A

## Abolition Hall

**Marker Number:** 2000HM00023
**Date Dedicated:** 11/18/2000
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Montgomery
**Municipality:** Whitemarsh Township
**Street Address:** 4006 Butler Pike, Plymouth Meeting
**Coordinates:** 40.103130, -75.278180

**Marker Text:** The antislavery meeting hall here, opened in 1856, brought many leading abolitionist speakers as guests of George Corson and his wife, Martha Maulsby Corson. Built over a carriage shed, the hall could accommodate up to 200 visitors. The family's 1767 homestead here had already long been a station on the Underground Railroad. Later, 1881-1895, Abolition Hall was the studio of son-in-law Thomas Hovenden, who painted "Last Moments of John Brown."

**Location Description:** 4006 Butler Pike, Plymouth Meeting

**Marker Categories:**
African American
Buildings & Architecture
Underground Railroad

## Abraham L. Pennock

**Marker Number:** 1985HM00006
**Date Dedicated:** 10/24/1985
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Delaware
**Municipality:** Upper Darby Township
**Street Address:** At library, right beside bldg., on Maple Ave., between Wayne and Hazel, off S. State Rd. (SR 2026),
**Coordinates:** 39.962200, -75.273600

**Marker Text:** This prominent abolitionist and patron of the arts resided here at Hoodland until his death in 1868. The home had been built in 1823 by his father-in-law, John Sellers II. A leader in the Pennsylvania Anti-Slavery Society, Abraham Pennock also was an advocate of woman suffrage, and active in the temperance movement. Notable visitors to his home included John Greenleaf Whittier and James Russell Lowell.

**Location Description:** At library, right beside bldg., on Maple Ave., between Wayne and Hazel, off S. State Rd. (SR 2026), Upper Darby

**Marker Categories:**
African American
Government & Politics
Government & Politics 19th Century
Underground Railroad
Women

## Absalom (Albert) Hazlett (1837-1860)

**Marker Number:** 2009HM00010
**Date Dedicated:** 3/27/2009
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Indiana
**Municipality:** White Township
**Street Address:** S 6th St. extension (PA 954), .4 mile S of US 422, Indiana
**Coordinates:** 40.577810, -79.133050

**Marker Text:** A staunch abolitionist, Hazlett became a lieutenant in John Brown's provisional army and participated in the raid on Harper's Ferry Arsenal in 1859. He was captured, tried, convicted, and hanged for his involvement following the failed Harper's Ferry attack. This incident, intended to arm slaves to fight for their own freedom, was a major catalyst for the outbreak of the Civil War. Hazlett was born and raised near here.

**Location Description:** S 6th St. extension (PA 954), .4 mile S of US 422, Indiana

**Marker Categories:**
African American
Civil War
Military

## Altoona Conference

**Marker Number:** 1948HM00021

**Marker Text:** On Sept. 24-26 , 1862, the loyal war governors of the Northern states met at the call of Governor Curtin of

**Date Dedicated:** 5/28/1948
**Marker Missing:** Yes
**Marker Type:** Roadside
**County:** Blair
**Municipality:** Blair Township
**Street Address:** US 22 between Hollidaysburg and Duncansville (Missing)
**Coordinates:** 40.429240, -78.413140

Pennsylvania in Altoona. Out of the meeting at the Logan House came new unity, support for Lincoln, and emancipation of the slaves.

**Location Description:** US 22 between Hollidaysburg and Duncansville (Missing)

**Marker Categories:**
Abraham Lincoln
African American
Government & Politics
Government & Politics 19th Century

## Amanda Berry Smith

**Marker Number:** 1993HM00027
**Date Dedicated:** 10/2/1993
**Marker Missing:** No
**Marker Type:** Roadside
**County:** York
**Municipality:** Shrewsbury Borough
**Street Address:** 108 S. Main St.
**Coordinates:** 39.767040, -76.679640

**Marker Text:** A renowned evangelist and singer, born a slave in Maryland. Her father bought the family's freedom, and they moved to a farm near here. While still a child she was converted at this church. She committed her life to missionary work and traveled in the U.S. and to Britain, India, and Africa. Published a monthly paper, "The Helper." Founder and superintendent, Industrial Home for Colored Children in Illinois.

**Location Description:** 108 S. Main St., Grace U.M. Church, Shrewsbury

**Marker Categories:**
African American
Education
Music & Theater
Publishing & Journalism
Religion
Women

## Anthony Benezet (1713-1784)

**Marker Number:** 2016HM00013
**Date Dedicated:** 6/4/2016
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 325 Chestnut St., Philadelphia
**Coordinates:** 39.949040, -75.147210

**Marker Text:** Leading abolitionist in the 18th century, his writings influenced the antislavery movement worldwide and federal abolition legislation. A teacher and Quaker, he educated blacks in his home, 1750-70, and opened a secondary school for girls in 1754. He lived here.

**Location Description:** 325 Chestnut St., Philadelphia

**Marker Categories:**
African American
Education
Religion
Women
Writers

## Benjamin Lay (1682-1759)

**Marker Number:** 2018HM00011
**Date Dedicated:** 9/22/2018
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Montgomery
**Municipality:** Unknown

**Marker Text:** An early advocate for the immediate abolition of slavery, Lay, a Quaker and a dwarf, wrote a scathing attack on Quaker slaveholders, who in turn disowned him. His dramatic public protests and his boycott of all items produced by slave labor later inspired Quakers to become the first religious group to abolish slavery within their own ranks in 1776. He lived in a local cave. His grave was marked at the Quaker cemetery

**Street Address:** At Abington Friends Meeting, 520 Meetinghouse Rd., Jenkintown
**Coordinates:** 40.093590, -75.116930

nearby in 2018.

**Location Description:** At Abington Friends Meeting, 520 Meetinghouse Rd., Jenkintown

**Marker Categories:**
African American
Religion
Writers

# Benjamin Walker Homestead
**Marker Number:** 2006HM00002
**Date Dedicated:** 5/13/2006
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Bedford
**Municipality:** West St. Clair Township
**Street Address:** Rainbow Dr., at Beutman Rd., Alum Bank, 1.5 mi. NW of Pleasantville
**Coordinates:** 40.193860, -78.609980

**Marker Text:** Before and during the Civil War, Benjamin Walker, Abner Walker, Sr. and George Harbaugh worked closely with African American Underground Railroad conductors John Fiddler, Elisa Rouse and Joseph Crawley. Hundreds of fugitive slaves were led from the PA border through Bedford County via the Walker Homestead, across the mountain and north to freedom. Participation in the UGRR was dangerous, due to the proximity to the MD border.

**Location Description:** Rainbow Dr., at Beutman Rd., Alum Bank, 1.5 mi. NW of Pleasantville

**Marker Categories:**
African American
Civil War
Underground Railroad

# Bethel A.M.E. Church
**Marker Number:** 1996HM00007
**Date Dedicated:** 5/11/1996
**Marker Missing:** No
**Marker Type:** City
**County:** Berks
**Municipality:** Reading City
**Street Address:** 119 N. 10th St., Reading
**Coordinates:** 40.337380, -75.918040

**Marker Text:** Berks County's oldest Black church building. Erected 1837 by free African Americans; became an Underground Railroad station for escaped slaves seeking freedom. Rebuilt 1867; remodeled 1889. Congregation, dating from 1822, moved to Windsor Street in 1974.

**Location Description:** 119 N. 10th St., Reading

**Marker Categories:**
African American
Buildings & Architecture
Religion
Underground Railroad

# Bower Hill
**Marker Number:** 1996HM00002
**Date Dedicated:** 8/23/1996
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Allegheny
**Municipality:** Scott Township
**Street Address:** at John J. Kane Regl. Ctr., 292 Kane Blvd., Scott Twp., NE of Bridgeville (beside catholic church pr
**Coordinates:** 40.374340, -80.086140

**Marker Text:** Site of Gen. John Neville's mansion, burned to the ground by insurgents during a major escalation of violence in the Whiskey Rebellion, July 16-17, 1794. Gen. Neville was Inspector of Revenue under President Washington. In the two-day battle, Neville with his slaves and a small federal detachment met a force of over 500 rebels. Two opposition leaders, Oliver Miller and James McFarlane, were killed.

**Location Description:** at John J. Kane Regl. Ctr., 292 Kane Blvd., Scott Twp., NE of Bridgeville (beside catholic church property)

**Marker Categories:**
African American
American Revolution
George Washington

Mansions & Manors
Military
Whiskey Rebellion

## Byberry Hall
**Marker Number:** 2014HM00017
**Date Dedicated:** 7/19/2014
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 3003 Byberry Rd., Philadelphia
**Coordinates:** 40.101730, -74.980840

**Marker Text:** Meeting place built in 1846-47 adjacent to Byberry Friends Meeting by renowned African American abolitionist Robert Purvis and others to facilitate public discussion of slavery and other social issues. Many famous abolitionists such as James and Lucretia Mott and William Lloyd Garrison spoke here. Purvis's farm estate across Byberry Road was a regular station on the Underground Railroad. Purvis estimated he helped over 9,000 to escape.

**Location Description:** 3003 Byberry Rd., Philadelphia

**Marker Categories:**
African American
Government & Politics 19th Century
Underground Railroad

## Caledonia Furnace
**Marker Number:** 1947HM00148
**Date Dedicated:** 8/25/1947
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Franklin
**Municipality:** Greene Township
**Street Address:** US 30 & PA 233, Caledonia State Park, east end of Fayetteville
**Coordinates:** 39.906469, -77.477949

**Marker Text:** Erected in 1837 by Thaddeus Stevens and James D. Paxton. Stevens' antislavery stand led to its destruction by Gen. Jubal Early, June 26, 1863, on his way to York during the early Gettysburg campaign.

**Location Description:** US 30 & PA 233, Caledonia State Park, east end of Fayetteville

**Marker Categories:**
African American
Business & Industry
Civil War
Furnaces
Military

## Citizens and Southern Bank
**Marker Number:** 1991HM00020
**Date Dedicated:** 1/1/1991
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** NE corner, S 19th & South Sts., Philadelphia
**Coordinates:** 39.944690, -75.173010

**Marker Text:** Founded in 1921 by R.R. Wright, Sr., who was born of slave parents, this bank was noted for serving the financial needs of Black customers. It survived the Great Depression and later established offices throughout the city.

**Location Description:** NE corner, S 19th & South Sts., Philadelphia

**Marker Categories:**
African American
Business & Industry

## Cynthia Catlin Miller (1791-1883)
**Marker Number:** 2019HM00020
**Date Dedicated:** 11/2/2019
**Marker Missing:** No

**Marker Text:** Prominent antislavery leader from an abolitionist family, she founded the Female Assisting Society and the Ladies' Fugitive Aid Society. Her home here, the Miller Mansion, was a refuge for freedom seekers on the Underground Railroad, and her organizations provided them with food and clothing. She and her son Franklin hosted Frederick Douglass and other

**Marker Type:** Roadside
**County:** Warren
**Municipality:** Sugar Grove Township
**Street Address:** 881 Big Tree Rd. (Rt. 69)
**Coordinates:** 41.994920, -79.343090

abolitionists when they came to speak at the Sugar Grove Convention of 1854.

**Location Description:** 881 Big Tree Rd. (Rt. 69), Sugar Grove, just S of NY border

**Marker Categories:**
African American
Mansions & Manors
Underground Railroad
Women

## Daniel Kaufman

**Marker Number:** 2002HM00005
**Date Dedicated:** 5/25/2002
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Cumberland
**Municipality:** South Middleton Township
**Street Address:** 301 Front Street, Boiling Springs
**Coordinates:** 40.148241, -77.127113

**Marker Text:** An Underground Railroad agent from 1835 to 1847, when he was sued by a Maryland slave owner. He was ultimately fined $4,000 in 1852, in a case that drew wide attention. Kaufman had provided food and transportation to fugitive slaves passing through this area; his barn and a densely wooded area nearby furnished shelter. In 1845, Kaufman laid out the village of Boiling Springs, and he built his 301 Front Street home in 1880.

**Location Description:** 301 Front Street, Boiling Springs

**Marker Categories:**
African American
Early Settlement
Underground Railroad

## David Wilmot

**Marker Number:** 1947HM00055
**Date Dedicated:** 5/12/1947
**Marker Missing:** Yes
**Marker Type:** Roadside
**County:** Bradford
**Municipality:** Towanda Borough
**Street Address:** U.S. 6 (York Ave.) above Barstow Ave., Towanda
**Coordinates:** 41.774820, -76.445280

**Marker Text:** The great Free-Soiler, who began the fight on slavery extension with the Wilmot Proviso in 1846, lived in this house. Republican Party founder; its first candidate for Governor. He died here in 1868.

**Location Description:** U.S. 6 (York Ave.) above Barstow Ave., Towanda

**Marker Categories:**
African American
Government & Politics
Government & Politics 19th Century

## David Wilmot

**Marker Number:** 1947HM00363
**Date Dedicated:** 5/29/1947
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Wayne
**Municipality:** Bethany Borough
**Street Address:** 395 Old Wayne St.
**Coordinates:** 41.612650, -75.283880

**Marker Text:** The author of the Wilmot Proviso of 1846 barring slavery from territory acquired in the Mexican War, was born in this house Jan. 20, 1814. He died at Towanda, March 16, 1868, after a notable career in the State and Nation.

**Location Description:** 395 Old Wayne St., S of Sugar St., off PA 670 at Bethany, not accessible from "new" Wayne St. (a private drive)

**Marker Categories:**
African American
Government & Politics
Government & Politics 19th Century

## Dr. Robert Mitchell (1786-1863)

**Marker Number:** 2007HM00020
**Date Dedicated:** 10/17/2007
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Indiana
**Municipality:** Clymer Borough
**Street Address:** Franklin St. (Rt. 286),
between bridge over Two Lick Creek and Rt.
403S junction, Clymer
**Coordinates:** 40.672720, -79.006510

**Marker Text:** Outspoken opponent of slavery, Mitchell was widely known as an abolitionist. In September 1845, he harbored five fugitives from slavery on his property here. Following a raid by bounty hunters, two men escaped; three were returned to slavery. Mitchell was tried and convicted for violating the Fugitive Slave Act of 1793, and suffered heavy financial losses. The incident contributed to the more restrictive Fugitive Slave Act of 1850.

**Location Description:** Franklin St. (Rt. 286), between bridge over Two Lick Creek and Rt. 403S junction, Clymer

**Marker Categories:**
African American
Underground Railroad

## Elijah Heath (1796-1875)

**Marker Number:** 2005HM00020
**Date Dedicated:** 8/31/2005
**Marker Missing:** No
**Marker Type:** City
**County:** Jefferson
**Municipality:** Brookville Borough
**Street Address:** 64 S. Pickering St., Brookville
**Coordinates:** 41.159650, -79.079800

**Marker Text:** Outspoken abolitionist and judge, in 1835 Heath & others rescued two fugitive slaves, Charles Brown & William Parker. Heath, a Brookville resident, was sued by a Virginia slaveholder and fined for his actions. Undeterred, Heath continued his Underground Railroad activities.

**Location Description:** 64 S. Pickering St., Brookville

**Marker Categories:**
African American
Underground Railroad

## Escape of Freedom Seekers Patrick and Abraham

**Marker Number:** 2014HM00003
**Date Dedicated:** 6/14/2014
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Cambria
**Municipality:** Geistown Borough
**Street Address:** 601 Lamberd Ave.,
Johnstown
**Coordinates:** 40.294690, -78.869450

**Marker Text:** In February 1837, two slaves, brothers Patrick and Abraham, escaped from a farm in Bath, Va. As they made their way to freedom, bounty hunters pursued them and they were wounded. Both black and white abolitionists assisted them on their way through Pennsylvania. They were aided here by William Slick, whose farm was a regular stop on the Underground Railroad. Although taken into custody in Johnstown, they escaped without trial or recapture.

**Location Description:** 601 Lamberd Ave., Johnstown

**Marker Categories:**
African American
Underground Railroad

## Eusebius Barnard (1802-1865)

**Marker Number:** 2011HM00003
**Date Dedicated:** 4/30/2011
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Chester
**Municipality:** Pocopson Township
**Street Address:** 715 S Wawaset Rd.,
Pocopson Twp.
**Coordinates:** 39.901850, -75.660510

**Marker Text:** Born a Quaker, Barnard became a member of the Progressive Friends movement and upheld its active affirmation of the ideals of temperance, equality of women, and abolition of slavery. His farm became a station on the Underground Railroad. He and his family, at great risk to their own lives, provided shelter to freedom seekers and then escorted them to their next safe haven. He was a founding member of the Longwood Progressive Meeting.

**Location Description:** 715 S Wawaset Rd., Pocopson Twp.

**Marker Categories:**
African American

Religion
Underground Railroad
Women

## Fanny M. Jackson Coppin

**Marker Number:** 1986HM00009
**Date Dedicated:** 2/12/1986
**Marker Missing:** No
**Marker Type:** City
**County:** Delaware
**Municipality:** Thornbury Township
**Street Address:** Cheyney University campus, off Dilworthtown & Cheyney Rds., Cheyney
**Coordinates:** 39.932500, -75.527700

**Marker Text:** Educator, writer, humanist, missionary. A former slave, she graduated from Oberlin College in 1865. Principal, Institute for Colored Youth, 1869-1902 (I.C.Y. became Cheyney University, 1983). Coppin pioneered industrial arts and teacher education.

**Location Description:** Cheyney University campus, off Dilworthtown & Cheyney Rds., Cheyney

**Marker Categories:**
African American
Education
Professions & Vocations
Religion
Women
Writers

## First African Baptist Church

**Marker Number:** 2017HM00015
**Date Dedicated:** 9/23/2017
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 6700 Lansdowne Ave., Philadelphia
**Coordinates:** 39.974430, -75.253700

**Marker Text:** Founded in 1809, it is one of the first black Baptist churches in America and the oldest in Pa. In 1832, two members, John and Samuel Bivins, sold themselves into slavery to free an enslaved man, James Burroughs, to serve as pastor. After a year, Burroughs paid the slaveowner and the Bivinses were freed. F.A.B members helped found Downingtown Industrial School and many Philadelphia-area churches. Booker T. Washington spoke at the church centennial.

**Location Description:** 6700 Lansdowne Ave., Philadelphia

**Marker Categories:**
African American
Education
Religion

## First African Baptist Church

**Marker Number:** 1992HM00028
**Date Dedicated:** 1/1/1992
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 16th & Christian Sts., Philadelphia
**Coordinates:** 39.940410, -75.169690

**Marker Text:** Founded 1809 as one of the first Black Baptist churches in America. Later two members sold themselves into slavery to free a slave to serve as pastor. Erected 1906, this building is located at a later site of the congregation.

**Location Description:** 16th & Christian Sts., Philadelphia

**Marker Categories:**
African American
Religion

## First African Presbyterian Church

**Marker Number:** 1993HM00015
**Date Dedicated:** 1/1/1993

**Marker Text:** Founded 1807 by John Cloucester, a former slave who was instrumental in establishing Presbyterianism among African-Americans. First edifice was dedicated 1811 at 7th & Bainbridge Streets. Church has been at this location since 1957.

**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** N 42nd & Girard Ave., Philadelphia
**Coordinates:** 39.973550, -75.209540

**Location Description:** N 42nd & Girard Ave., Philadelphia

**Marker Categories:**
African American
Religion

## First Protest Against Slavery

**Marker Number:** 1983HM00007
**Date Dedicated:** 10/8/1983
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 5109 Germantown Ave. at Wister St., Philadelphia
**Coordinates:** 40.030090, -75.164920

**Marker Text:** Here in 1688, at the home of Tunes Kunders, an eloquent protest was written by a group of German Quakers. Signed by Pastorius and three others, it preceded by 92 years Pennsylvania's passage of the nation's first state abolition law.

**Location Description:** 5109 Germantown Ave. at Wister St., Philadelphia

**Marker Categories:**
African American
Ethnic & Immigration
Government & Politics
Religion

## Frances E.W. Harper (1825-1911)

**Marker Number:** 1992HM00030
**Date Dedicated:** 3/25/1992
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 1006 Bainbridge St., Philadelphia
**Coordinates:** 39.941980, -75.159440

**Marker Text:** An author, lecturer, and social activist, Harper lived here and devoted her life to championing the rights of slaves and free Blacks. She advocated education as a way of advancement for Black Americans.

**Location Description:** 1006 Bainbridge St., Philadelphia

**Marker Categories:**
African American
Civil Rights
Education
Underground Railroad
Women
Writers

## Frederick Douglass and John Brown

**Marker Number:** 1994HM00023
**Date Dedicated:** 8/21/1994
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Franklin
**Municipality:** Chambersburg Borough
**Street Address:** W Washington St., just W of Southgate Mall, Chambersburg
**Coordinates:** 39.935614, -77.665811

**Marker Text:** The two abolitionists met at a stone quarry here, Aug. 19-21, 1859, and discussed Brown's plans to raid the federal arsenal at Harpers Ferry. He urged Douglass to join an armed demonstration against slavery. Douglass refused, warning the raid would fail; the Oct. 16, 1859 attack confirmed his fears. Brown was captured with his surviving followers and was executed Dec. 2, 1859.

**Location Description:** W Washington St., just W of Southgate Mall, Chambersburg

**Marker Categories:**
African American
Government & Politics 19th Century
Military

## Freedom Road Cemetery

**Marker Text:** Daniel Hughes, a lumber raftsman on the

**Marker Number:** 1993HM00009
**Date Dedicated:** 5/15/1993
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Lycoming
**Municipality:** Loyalsock Township
**Street Address:** Freedom Rd. (T-456) S of Northwood Dr., Loyalsock Twp.
**Coordinates:** 41.262200, -77.010200

Susquehanna, lived here, 1854-80. In the years ending with the Civil War, he brought fugitive slaves here from Maryland, protecting them before they continued north via the Underground Railroad. Hughes gave part of his land for a cemetery, and among those buried here are nine known African-American veterans of the Civil War. The cemetery has borne its present name since 1936.

**Location Description:** Freedom Rd. (T-456) S of Northwood Dr., Loyalsock Twp.

**Marker Categories:**
African American
Civil War
Religion
Underground Railroad

# Fugitive Slave Rescue

**Marker Number:** 2004HM00018
**Date Dedicated:** 4/17/2004
**Marker Missing:** No
**Marker Type:** City
**County:** Indiana
**Municipality:** Blairsville Borough
**Street Address:** W Market St. at Liberty St., near community park and gazebo, Blairsville
**Coordinates:** 40.430490, -79.267430

**Marker Text:** In April, 1858, citizens of Blairsville rescued a fugitive slave, Newman, from arrest by a U.S. Marshall and Virginia slave hunters. Lewis Johnson, a local black abolitionist and conductor on the Underground Railroad, housed Newman. Indiana County was an important UGRR stop.

**Location Description:** W Market St. at Liberty St., near community park and gazebo, Blairsville

**Marker Categories:**
African American
Government & Politics 19th Century
Underground Railroad

# Hickory Grove Cemetery

**Marker Number:** 2003HM00023
**Date Dedicated:** 5/3/2003
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Lackawanna
**Municipality:** Waverly Township (Abington)
**Street Address:** 273 Miller Rd., just south of Carbondale Road (Rt. 632), Waverly
**Coordinates:** 41.525372, -75.692620

**Marker Text:** One of the oldest known cemeteries associated with African Americans in Northeastern PA. Established in 1807 in Waverly, then known as Abington Center, the cemetery is the burial ground for many fugitives from slavery who came to the area via the Underground Railroad in the mid-19th century. By the end of the 19th century there were 75 former slaves in Waverly. This cemetery is evidence of the former African American community here.

**Location Description:** 273 Miller Rd., just south of Carbondale Road (Rt. 632), Waverly

**Marker Categories:**
African American
Underground Railroad

# Ida Ella Ruth Jones (1874-1959)

**Marker Number:** 2004HM00012
**Date Dedicated:** 10/23/2004
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Chester
**Municipality:** East Fallowfield Township

**Marker Text:** African American self-taught artist who depicted life in rural Chester County in the first half of the 20th century. The daughter of a former slave, Jones completed more than 300 works in her 70s and 80s. She worked in watercolor, oil, and pencil in a style typical of folk art. Her works illustrated personal observations of family and farm life, nature, landscapes, early technologies, human interaction, and slavery. Jones resided on a

**Street Address:** PA 82 (Doe Run Rd.) at Rokeby Rd., East Fallowfield Twp.
**Coordinates:** 39.939780, -75.832780

nearby farm.

**Location Description:** PA 82 (Doe Run Rd.) at Rokeby Rd., East Fallowfield Twp.

**Marker Categories:**
African American
Artists
Women

## Isaac & Dinah Mendenhall (1806-82 / 1807-89)

**Marker Number:** 2018HM00003
**Date Dedicated:** 11/10/2018
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Chester
**Municipality:** Kennett Township
**Street Address:** 301 Kennett Pike (PA 52), at Hillendale Rd., Kennett Twp.
**Coordinates:** 39.859340, -75.645430

**Marker Text:** Quaker abolitionists, the Mendenhalls harbored freedom seekers on the Underground Railroad in their nearby home, Oakdale. Originally members of Old Kennett Meeting, which became divided on the issue of slavery, they helped found Longwood Progressive Meeting in 1853. Dinah was a member of a committee that met with Pres. Lincoln in 1862 to urge him to enact the Emancipation Proclamation. Both were firm supporters of women's voting rights.

**Location Description:** 301 Kennett Pike (PA 52), at Hillendale Rd., Kennett Twp.

**Marker Categories:**
Abraham Lincoln
African American
Religion
Underground Railroad
Women

## James Forten (1766-1842)

**Marker Number:** 1990HM00015
**Date Dedicated:** 4/24/1990
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 336 Lombard St., Philadelphia
**Coordinates:** 39.942540, -75.148580

**Marker Text:** A wealthy sailmaker who employed multi-racial craftsmen, Forten was a leader of the African-American community in Philadelphia and a champion of reform causes. The American Antislavery Society was organized in his house here in 1833.

**Location Description:** 336 Lombard St., Philadelphia

**Marker Categories:**
African American
Professions & Vocations
Underground Railroad

## Jonathan Jasper Wright (1840-1885)

**Marker Number:** 2001HM00037
**Date Dedicated:** 9/13/2001
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Susquehanna
**Municipality:** Springville Township
**Street Address:** PA 29 & Cemetery St. (T361)
**Coordinates:** 41.695230, -75.918720

**Marker Text:** Jurist, educator, politician. The son of runaway slaves, Wright became the first black lawyer in Pennsylvania. He supported Frederick Douglass in advocating suffrage and legal equality for blacks. During Reconstruction in 1870, he was appointed South Carolina State Supreme Court justice, the first African American United States Appellate Judge. Wright's boyhood home was here in Springville.

**Location Description:** PA 29 & Cemetery St. (T361), Springville

**Marker Categories:**
African American
Government & Politics 19th Century
Professions & Vocations

Underground Railroad

## Joseph and Amy Cassey (1789-1848)/(1809-56)
**Marker Number:** 2009HM00017
**Date Dedicated:** 3/13/2009
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** S 4th St. between Chestnut and Market, Philadelphia.
**Coordinates:** 39.949240, -75.147850

**Marker Text:** This prominent, wealthy African American abolitionist couple founded intellectual and benevolent societies for blacks. Dealing in real estate, Joseph provided rentals and loans to both blacks and whites at his barbershop here. Amy was active in the Female Anti-Slavery Soc.

**Location Description:** S 4th St. between Chestnut and Market, Philadelphia.

**Marker Categories:**
African American
Professions & Vocations

## Locust Grove Cemetery
**Marker Number:** 2007HM00015
**Date Dedicated:** 5/28/2007
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Cumberland
**Municipality:** Shippensburg Borough
**Street Address:** 100 block of N Queen St., Shippensburg
**Coordinates:** 40.056409, -77.514928

**Marker Text:** Burial ground for slaves and free blacks since the early 19th century and site of Shippensburg's first African American church, established 1830s. Edward Shippen Burd granted the land to Shippensburg's African American community in 1842. It was the only public cemetery open to African Americans in the area until the late 20th century. Graves of veterans from the Civil War to the Vietnam conflict include those of twenty-six Civil War soldiers.

**Location Description:** 100 block of N Queen St., Shippensburg

**Marker Categories:**
African American
Civil War
Military

## London Coffee House
**Marker Number:** 1991HM00030
**Date Dedicated:** 1/1/1991
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** SW corner, Front & Market Sts., Philadelphia
**Coordinates:** 39.949460, -75.142220

**Marker Text:** Scene of political and commercial activity in the colonial period, the London Coffee House opened here in 1754. It served as a place to inspect Black slaves recently arrived from Africa and to bid for their purchase at public auction.

**Location Description:** SW corner, Front & Market Sts., Philadelphia

**Marker Categories:**
African American
Business & Industry

## Martin Delany (1812-1885)
**Marker Number:** 2003HM00019
**Date Dedicated:** 10/25/2003
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Franklin
**Municipality:** Chambersburg Borough
**Street Address:** 566 S. Main St., Chambersburg
**Coordinates:** 39.928830, -77.663020

**Marker Text:** Delany was an influential abolitionist, civil rights activist, Army officer, and prominent physician. The son of an enslaved father and free mother received his education in Chambersburg. He went on to publish an anti-slavery newspaper, "The Mystery." He worked along with Frederick Douglass to champion freedom and later became the first commissioned African American officer in the United States Army.

**Location Description:** 566 S. Main St., Chambersburg

Marker Categories:
African American
Civil Rights
Military
Professions & Vocations
Publishing & Journalism
Underground Railroad

## McAllister's Mill Underground Railroad Station

**Marker Number:** 2012HM00001
**Date Dedicated:** 8/11/2012
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Adams
**Municipality:** Cumberland Township
**Street Address:** 1360 Baltimore Pike, Gettysburg
**Coordinates:** 39.807283, -77.216765

**Marker Text:** At their grist mill on nearby Rock Creek, James McAllister and his family provided temporary shelter to hundreds of fugitive slaves. Now in ruin, it was part of one of the earliest UGRR networks through which freedom seekers passed on their way north. It was the site of a significant gathering of abolitionists on July 4, 1836, that led to the formation of the Adams County Anti-Slavery Society, an early and influential abolitionist organization.

**Location Description:** 1360 Baltimore Pike, Gettysburg

Marker Categories:
African American
Underground Railroad
Mills

## Mount Pleasant

**Marker Number:** 2023HM00003
**Date Dedicated:** 6/19/2023
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 3800 Mount Pleasant Drive Philadelphia, PA 19121
**Coordinates:** 39.983618, -75.199435

**Marker Text:** Called "the most elegant Seat in Pennsylvania" by John Adams, the mansion represents high-style Georgian architecture. It was built in 1762-1765 for John Macpherson, who amassed a fortune privateering in the Caribbean. Records show he also participated in the sale and purchase of enslaved people of African descent from the Caribbean to the northern colonies. Nell, Bernard, Castillis and Cato were known to be enslaved here.

**Location Description:** 3800 Mount Pleasant Drive Philadelphia, PA 19121
South West side of the circle in front of the mansion.

Marker Categories:
African American
Buildings & Architecture
American Revolution
Mansions & Manors

## Newport Fugitive Slave Rescue

**Marker Number:** 2015HM00016
**Date Dedicated:** 7/19/2015
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Perry
**Municipality:** Newport Borough
**Street Address:** Market St. (Rt. 34) & 4th St.
**Coordinates:** 40.476690, -77.132710

**Marker Text:** In July 1841, three Md. slaves, Alick, Tom, and Ben, were pursued to Newport by bounty hunters. While Ben drowned as he attempted to cross the Juniata River, the other two were captured. Several Newport citizens aided the fugitives' escape, and in 1842 six of them were fined in a federal court for their actions. The event is an example of growing tensions between the North and the South prior to the Civil War that led to the 1850 Fugitive Slave Act.

**Location Description:** at Lutheran church, Market St. (Rt. 34) at 4th St., Newport

Marker Categories:
African American
Government & Politics 19th Century
Underground Railroad

## Pandenarium

**Marker Number:** 2019HM00013
**Date Dedicated:** 11/16/2019
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Mercer
**Municipality:** East Lackawannock Township
**Street Address:** Perry Hwy. (US 19) at point at New Castle-Mercer Rd., Wilmington Twp., ~2 miles S of Mercer and ~.1
**Coordinates:** 41.188400, -80.241300

**Marker Text:** Arriving in November 1854, 63 African Americans settled an agricultural community north of Indian Run. Freed through manumission by Va. plantation owner Dr. Charles Everett, many of these formerly enslaved men and women worked to purchase the freedom of others. Abolitionist-built houses on land provided by Everett awaited them. Archaeological investigations have uncovered their stories of hard-fought freedom, collaboration, and perseverance.

**Location Description:** Perry Hwy. (US 19) at point at New Castle-Mercer Rd., Wilmington Twp., ~2 miles S of Mercer and ~.1 S of I-80

**Marker Categories:**
African American
Cities & Towns
Early Settlement

## Parker Kidnapping & Rescue

**Marker Number:** 2011HM00004
**Date Dedicated:** 9/17/2011
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Chester
**Municipality:** West Nottingham Township
**Street Address:** At Fremont Cemetery & Union Methodist Church, 321 Fremont Rd., Nottingham, PA
**Coordinates:** 39.741270, -76.065480

**Marker Text:** Emboldened by the 1850 Fugitive Slave Law, Maryland slave catchers kidnapped Rachel and Elizabeth Parker from the Nottingham area in 1851. Rachel's employer Joseph Miller was murdered in a failed attempt to rescue her from Baltimore. Public outrage led Pa. officials to seek the sisters' release in a Md. civil court case that secured their freedom in 1853. The forcible enslavement of two young free black women galvanized antislavery sentiment.

**Location Description:** At Fremont Cemetery & Union Methodist Church, 321 Fremont Rd., Nottingham, PA

**Marker Categories:**
African American
Government & Politics 19th Century
Women

## Pennsylvania Hall

**Marker Number:** 1992HM00043
**Date Dedicated:** 1/1/1992
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** N 6th St. south of Race St., Philadelphia
**Coordinates:** 39.954100, -75.149730

**Marker Text:** Built on this site in 1838 by the Pennsylvania Anti-Slavery Society as a meeting place for abolitionists, this hall was burned to the ground by anti-Black rioters three days after it was first opened.

**Location Description:** N 6th St. south of Race St., Philadelphia

**Marker Categories:**
African American
Government & Politics
Government & Politics 19th Century
Underground Railroad

## Philadelphia Female Anti-Slavery Society

**Marker Number:** 1992HM00044
**Date Dedicated:** 1/1/1992
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** N 5th & Arch Sts. (at US Mint), Philadelphia
**Coordinates:** 39.952980, -75.148220

**Marker Text:** Organized in 1833 by Quaker abolitionist Lucretia Mott, this society, headquartered here, originally consisted of sixty women who sought to end slavery. After the Civil War, the society supported the cause of the freed slaves.

**Location Description:** N 5th & Arch Sts. (at US Mint), Philadelphia

**Marker Categories:**
African American
Government & Politics
Underground Railroad
Women

## Richard Henderson

**Marker Number:** 1980HM00001
**Date Dedicated:** 6/1/1980
**Marker Missing:** No
**Marker Type:** City
**County:** Crawford
**Municipality:** Meadville City
**Street Address:** Liberty & Arch Sts., next to Bethel AME Church, Meadville
**Coordinates:** 41.635940, -80.148390

**Marker Text:** Born a slave in Maryland in 1801, he escaped as a boy and about 1824 came to Meadville. A barber, he was long active in the Underground Railroad. His Arch Street house, since torn down, is estimated to have harbored some 500 runaway slaves prior to the Civil War.

**Location Description:** Liberty & Arch Sts., next to Bethel AME Church, Meadville

**Marker Categories:**
African American
Professions & Vocations
Underground Railroad

## Robert Mara Adger (1837-1910)

**Marker Number:** 1993HM00022
**Date Dedicated:** 1/1/1993
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 823 South St. (at S Darien St.), Philadelphia
**Coordinates:** 39.942570, -75.156210

**Marker Text:** Businessman, activist, bibliophile lived here. Director, Philadelphia Building & Loan Assn., pioneering Black firm. Amassed and donated a major collection of rare books, pamphlets on Blacks, antislavery. Founded Afro-American Historical Society.

**Location Description:** 823 South St. (at S Darien St.), Philadelphia

**Marker Categories:**
African American
Professions & Vocations
Underground Railroad

## Robert Purvis (1810-1898)

**Marker Number:** 1992HM00048
**Date Dedicated:** 2/21/1992
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 1601 Mt. Vernon St., Philadelphia
**Coordinates:** 39.964940, -75.164320

**Marker Text:** An abolitionist, Purvis fought for the rights of Blacks through his lecturing, writing, and activity in antislavery societies. As an agent for the Underground Railroad, he built a secret area here at his house to hide slaves.

**Location Description:** 1601 Mt. Vernon St., Philadelphia

**Marker Categories:**
African American
Civil Rights
Professions & Vocations
Underground Railroad
Writers

## St. Peter Claver Catholic Church
**Marker Number:** 1991HM00035
**Date Dedicated:** 1/1/1991
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** SW corner, S 12th & Lombard Sts., Philadelphia
**Coordinates:** 39.944200, -75.161770

**Marker Text:** Dedicated in 1892 and named for a 16th century saint who fought the slave trade, this was the first Roman Catholic church for Blacks in the city. It has served as a Black community cultural center since the 1920s.

**Location Description:** SW corner, S 12th & Lombard Sts., Philadelphia

**Marker Categories:**
African American
Buildings & Architecture
Religion

## St. Thomas' African Episcopal Church
**Marker Number:** 1984HM00009
**Date Dedicated:** 9/30/1984
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** SW corner, S 5th St. & St. James Ct., Philadelphia
**Coordinates:** 39.946540, -75.149830

**Marker Text:** Organized in 1792 as an outgrowth of the Free African Society, formed 1787. The original church edifice stood here. Under the ministry of the Rev. Absalom Jones (1746-1818), a former slave, this became the nation's first Black Episcopal church.

**Location Description:** SW corner, S 5th St. & St. James Ct., Philadelphia

**Marker Categories:**
African American
Buildings & Architecture
Religion

## The Atkinson Family
**Marker Number:** 2014HM00014
**Date Dedicated:** 9/28/2014
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Montgomery
**Municipality:** Unknown
**Street Address:** at Upper Dublin Friends Meeting, 1506 Ft. Washington Ave. near Meetinghouse Rd., Maple Glen
**Coordinates:** 40.161790, -75.187450

**Marker Text:** Abolitionists Thomas and Hannah Atkinson and other members of Upper Dublin Friends Meeting conducted an Underground Railroad station at the farm next door. Individuals who escaped slavery are buried in the meetinghouse cemetery. Son Wilmer created the award-winning Farm Journal magazine in 1877. Circulated nationally, it has been a primary source of practical information for farm families and has promoted agricultural innovation and advocacy for farmers.

**Location Description:** at Upper Dublin Friends Meeting, 1506 Ft. Washington Ave. near Meetinghouse Rd., Maple Glen

**Marker Categories:**
African American
Agriculture
Publishing & Journalism
Religion
Underground Railroad

## The Christiana Riot
**Marker Number:** 1998HM00009
**Date Dedicated:** 4/25/1998
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Lancaster
**Municipality:** Sadsbury Township
**Street Address:** south side of Lower Valley

**Marker Text:** The 1850 federal Fugitive Slave Act strengthened the position of slaveowners seeking to capture runaways. Pursuing four escaped slaves, Maryland farmer Edward Gorsuch arrived Sept. 11, 1851, at the Christiana home of William Parker, an African American who was giving them refuge. Neighbors gathered, fighting ensued, and Gorsuch was killed. This incident did much to polarize the national debate over the slavery issue.

Rd., ~.75 mile east of Brick Mill Rd., Sadsbury Twp., SW of Christiana
**Coordinates:** 39.936190, -76.012490

**Location Description:** south side of Lower Valley Rd., ~.75 mile east of Brick Mill Rd., Sadsbury Twp., SW of Christiana

**Marker Categories:**
African American
Government & Politics
Government & Politics 19th Century
Underground Railroad

## The Dennis Farm
**Marker Number:** 2015HM00026
**Date Dedicated:** 10/7/2015
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Susquehanna
**Municipality:** Brooklyn Township
**Street Address:** Creek Rd.
**Coordinates:** 41.730730, -75.757330

**Marker Text:** Settled by Prince Perkins, a free African American Revolutionary War veteran who came from Conn. in 1793, the property has remained in his descendants' ownership for over 200 years. Granddaughter Angeline Perkins Dennis and husband Henry W. Dennis expanded the farm. It provides an understanding about free African American settlement and life in an integrated rural Pa. community and attests to the prevalent antislavery activity in northeastern Pa.

**Location Description:** at site entrance on Creek Rd. ~.4 miles S of Zicks Hill Rd./Oakley Crossing, Brooklyn Twp.

**Marker Categories:**
African American
Agriculture
American Revolution
Early Settlement

## The Escape of Ona Judge
**Marker Number:** 2024HM00012
**Date Dedicated:** 10/3/2024
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 6th & Market Sts., Philadelphia
**Coordinates:** 39.950000, -75.150000

**Marker Text:** Judge (c.1773-1848) was brought to Phila. in 1790 as the enslaved house servant of First Lady Martha Washington. She escaped from the President's House on May 21, 1796, to New Hampshire with the assistance of the city's African American community. Pres-ident Washington's attempts to recapture her were unsuccessful, as he met resistance from federal officials who would not comply with the Fugitive Slave Act. Judge lived as a free woman for the rest of her life.

**Location Description:** SW Corner of 6th and Market Street

**Marker Categories:**
African American
Women

## The Johnson House
**Marker Number:** 1995HM00023
**Date Dedicated:** 6/1/1995
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 6306 Germantown Ave., Philadelphia
**Coordinates:** 40.043280, -75.180900

**Marker Text:** Built in 1768 for John Johnson. This was home to three generations of a Quaker family who worked to abolish slavery and improve living conditions for freed African Americans. In the 1850s this house was a station on the Underground Railroad. Here and in smaller buildings on the property, men and women escaping slavery found shelter on their way to freedom.

**Location Description:** 6306 Germantown Ave., Philadelphia

**Marker Categories:**
African American
Religion

Underground Railroad
Houses & Homesteads

## The Liberation of Jane Johnson

**Marker Number:** 2009HM00018
**Date Dedicated:** 7/18/2009
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 211 S Columbus Blvd., Penn's Landing near Walnut St. pedestrian walkway and entrance to Independence
**Coordinates:** 39.946370, -75.140650

**Marker Text:** In 1855, an enslaved woman and her two sons found freedom, aided by abolitionists William Still, Passmore Williamson, and other Underground Railroad activists. They escaped from their Southern owner while being transported through Philadelphia and settled later in Boston. The incident, which occurred nearby, and Williamson's subsequent imprisonment and famous trial attracted national attention, further intensifying the North-South conflict.

**Location Description:** ***temporarily removed for construction*** 211 S Columbus Blvd., Penn's Landing near Walnut St. pedestrian walkway and entrance to Independence Seaport Museum, Philadelphia

**Marker Categories:**
African American
Government & Politics 19th Century
Women

## The Pennsylvania Slave Trade

**Marker Number:** 2016HM00021
**Date Dedicated:** 8/5/2016
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** at Independence Seaport Museum near waterfront, 211 S Columbus Blvd., Philadelphia
**Coordinates:** 39.946180, -75.139910

**Marker Text:** African people, first enslaved by the Dutch and Swedes, survived the brutal voyage from Africa to the Caribbean islands and the Americas, debarking on the Delaware River waterfront as early as 1639. William Penn, other Quakers, and Philadelphia merchants purchased and enslaved Africans. As the institution of slavery increased, these courageous people persevered and performed integral roles in building Pennsylvania and the nation.

**Location Description:** at Independence Seaport Museum near waterfront, 211 S Columbus Blvd., Philadelphia

**Marker Categories:**
African American
Government & Politics 17th Century
William Penn

## The Rescue of Anthony Hollingsworth

**Marker Number:** 2002HM00011
**Date Dedicated:** 9/27/2002
**Marker Missing:** No
**Marker Type:** City
**County:** Indiana
**Municipality:** Indiana Borough
**Street Address:** 6th & Philadelphia Sts, Indiana (at 1st Commonwealth Central Offices Bldg.)
**Coordinates:** 40.622950, -79.151280

**Marker Text:** On June 26, 1845, this 12 year-old fugitive slave was captured by slave hunters. Armed residents surrounded the hotel where he was held & demanded his release, defying federal law. Judge Thomas White freed him in the old courthouse on this site.

**Location Description:** 6th & Philadelphia Sts, Indiana (at 1st Commonwealth Central Offices Bldg.)

**Marker Categories:**
African American
Underground Railroad

## Thomas Garrett (1789-1871)

**Marker Number:** 2007HM00017
**Date Dedicated:** 11/16/2007
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Delaware
**Municipality:** Upper Darby Township
**Street Address:** Garrett Rd. & Maple Ave., Drexel Hill
**Coordinates:** 39.946100, -75.293500

**Marker Text:** Born at Riverview, near here, Garrett was a prominent abolitionist and Underground Railroad activist. He moved to Wilmington, DE in 1822, and sent many fugitive slaves to his brothers at Riverview, Fernland Farms, and here at Thornfield. He was a devout Quaker and associate of Harriet Tubman and William Still. Although convicted and fined, he aided 2,700 freedom seekers; his commitment to their emancipation was unwavering.

**Location Description:** Garrett Rd. & Maple Ave., Drexel Hill

**Marker Categories:**
African American
Religion
Underground Railroad

## Thomas Rutter

**Marker Number:** 1982HM00007
**Date Dedicated:** 10/4/1982
**Marker Missing:** No
**Marker Type:** City
**County:** Berks
**Municipality:** Douglass Township
**Street Address:** Pine Forge Rd. (SR 2063) at Pine Forge Academy, Pine Forge
**Coordinates:** 40.281010, -75.703750

**Marker Text:** Pioneer ironmaster and opponent of slavery who died 1730. Built Pennsylvania's first ironworks nearby, 1716. In ensuing decade he erected Pine Forge and built this mansion; in 19th century it was an Underground Railroad stop. Academy was founded here, 1945.

**Location Description:** Pine Forge Rd. (SR 2063) at Pine Forge Academy, Pine Forge

**Marker Categories:**
African American
Business & Industry
Education
Iron & Steel
Mansions & Manors
Professions & Vocations
Underground Railroad

## Tindley Temple

**Marker Number:** 1992HM00050
**Date Dedicated:** 1/1/1992
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 750-762 S Broad St. (PA 611), Philadelphia
**Coordinates:** 39.941550, -75.166210

**Marker Text:** Founded 1902 as East Calvary Methodist Church. Renamed for its founder, Rev. Charles A. Tindley. Born a slave in Maryland, he did much to assist later migrants from the South. After his death, Tindley Temple continued to sponsor needed community programs.

**Location Description:** 750-762 S Broad St. (PA 611), Philadelphia

**Marker Categories:**
African American
Buildings & Architecture
Religion

## Underground Railroad

**Marker Number:** 2000HM00015
**Date Dedicated:** 4/29/2000
**Marker Missing:** No
**Marker Type:** City
**County:** Dauphin

**Marker Text:** In the 1850s this area, known as Tanner's Alley, was important on the Underground Railroad. Fugitive slaves hid at Joseph Bustill's & William Jones's houses, a block apart. Frederick Douglass & William Lloyd Garrison spoke at Wesley Union AME Zion Church nearby.

**Location Description:** In Capitol Park, Walnut St. near

**Municipality:** Harrisburg City
**Street Address:** In Capitol Park, Walnut St. near Commonwealth Ave., Harrisburg
**Coordinates:** 40.262800, -76.881500

Commonwealth Ave., Harrisburg

**Marker Categories:**
African American
Religion
Underground Railroad

## Underground Railroad

**Marker Number:** 1954HM00038
**Date Dedicated:** 11/22/1954
**Marker Missing:** No
**Marker Type:** City
**County:** Union
**Municipality:** Lewisburg Borough
**Street Address:** 63 University Ave.
**Coordinates:** 40.960170, -76.881740

**Marker Text:** This old stable was a station on the Underground Railroad. Here fugitive slaves were hidden, fed, and aided in reaching the next station on their journey.

**Location Description:** 63 University Ave., in front of stables, Lewisburg

**Marker Categories:**
African American
Underground Railroad

## Underground Railroad Activity in Chambersburg

**Marker Number:** 2003HM00022
**Date Dedicated:** 1/15/2003
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Franklin
**Municipality:** Chambersburg Borough
**Street Address:** Main St. & Lincoln Hwy. (Rt. 30), on SW quadrant of the "diamond," Chambersburg
**Coordinates:** 39.937252, -77.661485

**Marker Text:** Throughout the pre-Civil War period, there were a number of Underground Railroad "stations" in this area, temporary places of refuge for former slaves escaping through the mountainous terrain to freedom in the North. One local Underground Railroad agent was a free black barber, Henry Watson, who assisted fugitive slaves as they passed through Chambersburg, helping to keep them safe and undetected by the slave-catchers and bounty hunters searching for them.

**Location Description:** Main St. & Lincoln Hwy. (Rt. 30), on SW quadrant of the "diamond," Chambersburg

**Marker Categories:**
African American
Underground Railroad

## Wesley A.M.E. Zion Church

**Marker Number:** 2020HM00003
**Date Dedicated:** 10/24/2020
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 1500 Lombard St., Philadelphia
**Coordinates:** 39.944880, -75.166980

**Marker Text:** Founded in 1820 and vital in the formation of the A.M.E. Zion denomination, "Big Wesley"⬚ hosted anti-slavery meetings at its first location. At this site since 1885, the church has been a leader in civil rights, equal employment, and social justice causes.

**Location Description:** 1500 Lombard St., Philadelphia

**Marker Categories:**
African American
Civil Rights
Religion

## William C. Goodridge

**Marker Number:** 1987HM00012
**Date Dedicated:** 12/17/1987
**Marker Missing:** No
**Marker Type:** City
**County:** York

**Marker Text:** Here lived an ex-slave, born 1805, who became a prominent York businessman, 1824-1863. Tanner, newspaper distributor, barber. Erected York's first five-story building. His 13 rail cars operated commercially and were used in his work for the Underground Railroad.

**Location Description:** 123 E. Philadelphia St. (PA 74/462), York

**Municipality:** York City
**Street Address:** 123 E. Philadelphia St. (PA 74/462)
**Coordinates:** 39.964580, -76.725830

**Marker Categories:**
African American
Business & Industry
Professions & Vocations
Underground Railroad

## William Camp Gildersleeve (1795-1871)

**Marker Number:** 2004HM00024
**Date Dedicated:** 10/16/2004
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Luzerne
**Municipality:** Wilkes-Barre City
**Street Address:** 20 E Ross St., Wilkes-Barre
**Coordinates:** 41.240650, -75.890070

**Marker Text:** Prominent merchant and ardent abolitionist significant to the Underground Railroad in Wilkes-Barre. He provided refuge to fugitive slaves at his home and business near here. In 1853, Gildersleeve testified in a U.S. Supreme Court case, Maxwell vs. Righter, in which a fugitive, William Thomas, was shot and wounded by deputy U.S. marshals. The case and his testimony received national attention, especially in African American newspapers.

**Location Description:** 20 E Ross St., Wilkes-Barre

**Marker Categories:**
African American
Government & Politics 19th Century
Professions & Vocations
Underground Railroad

## William Howard Day

**Marker Number:** 1997HM00016
**Date Dedicated:** 5/26/1997
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Dauphin
**Municipality:** Swatara Township
**Street Address:** Lincoln & Carlisle Sts., Steelton
**Coordinates:** 40.243200, -76.838300

**Marker Text:** Abolitionist, minister, orator, editor, educator. Born in New York City; traveled in the U.S., Canada, and Britain on behalf of antislavery and free Blacks. General Secretary, A.M.E. Zion Church. Lived after 1870 in Harrisburg, where he edited the newspaper Our National Progress. The first African American elected to the Harrisburg School Board, in 1878; its president, 1891-93. Burial in Lincoln Cemetery.

**Location Description:** Lincoln & Carlisle Sts., Steelton

**Marker Categories:**
African American
Education
Professions & Vocations
Religion
Underground Railroad
Writers

## William Lewis (1751-1819)

**Marker Number:** 2013HM00012
**Date Dedicated:** 10/19/2013
**Marker Missing:** No
**Marker Type:** Roadside
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** Historic Strawberry Mansion, 2450 Strawberry Mansion Dr., Philadelphia
**Coordinates:** 39.994080, -75.189320

**Marker Text:** Philadelphia judge, lawyer, and abolitionist, Lewis played an important role in the drafting and passage of the 1780 "Act for the Gradual Abolition of Slavery." It was the first abolition legislation in America. Lewis maintained an anti-slavery stance throughout his life as a counselor for the Pa. Abolition Society, defending the rights of slaves freed under this Act. Historic Strawberry Mansion, built in 1789, was Lewis's summer home.

**Location Description:** Historic Strawberry Mansion, 2450 Strawberry Mansion Dr., Philadelphia

**Marker Categories:**
African American

Government & Politics 18th Century
Professions & Vocations

## William Still (1821-1902)

**Marker Number:** 1991HM00037
**Date Dedicated:** 7/3/1991
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 244 S 12th St., Philadelphia
**Coordinates:** 39.946990, -75.161010

**Marker Text:** While living here, he was an Underground Railroad agent who helped slaves escape and kept records so relatives could find them later. A wealthy coal merchant, Still also helped found the first Black YMCA.

**Location Description:** 244 S 12th St., Philadelphia

**Marker Categories:**
African American
Coal
Underground Railroad

## William Whipper (1804?-1876)

**Marker Number:** 1992HM00052
**Date Dedicated:** 6/28/1992
**Marker Missing:** No
**Marker Type:** City
**County:** Philadelphia
**Municipality:** Philadelphia City
**Street Address:** 919 Lombard St., Philadelphia
**Coordinates:** 39.943660, -75.157360

**Marker Text:** A founder, American Moral Reform Society, he edited its journal, 1838-39. Active in the Underground Railroad, he aided hundreds of slaves passing through Columbia, Pa., 1847-60. Conducted lumber business in Columbia and this city. Later lived here.

**Location Description:** 919 Lombard St., Philadelphia

**Marker Categories:**
African American
Business & Industry
Underground Railroad
Writers