**No. 26-1348**

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

City of Philadelphia,

*Appellee,*

*v.*

Secretary U.S. Department of Interior; U.S. Department of Interior; Director National Park Service; National Park Service,

*Appellants.*

On Appeal from the February 16, 2026 Memorandum Opinion & Order Granting Appellee's Motion for Preliminary Injunction in Case No. 26-cv-434-CMR in the United States District Court for the Eastern District of Pennsylvania

## APPELLANTS' MOTION FOR AN EXTENSION OF TIME TO FILE THEIR OPENING BRIEF

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHAEL VELCHIK
Senior Counsel to the Assistant
Attorney General

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

GREGORY B. IN DEN BERKEN
Assistant United States Attorney

Appellants respectfully seek a 14-day extension of time to file their opening brief, which is currently due this Friday, March 13, and state the following in support:

1.      On February 20, this Court (Hardiman, J.) issued an order that granted Appellants' emergency motion for an administrative stay in part. Doc. No. 11. The Court further ordered "that Appellants are to preserve the status quo as to the President's House as of the entry of this order," expedited this appeal, and set March 13 as the deadline for Appellants' brief. *Id.* at 2.

2.      Appellants agree that this case merits expedition and appreciate the Court prioritizing this appeal—but Appellants require a modest extension of time to complete their brief in light of competing obligations on undersigned counsel's time relating in part to the underlying district-court action, which has proceeded apace, as well as the review and approval process required for Appellants' brief.

3.      Several other inflexible obligations and case deadlines have required the brunt of undersigned counsel's time for the past two-and-a-half weeks. These have included deadlines specific to this case—like the now-extended February 27 deadline for Appellants' response to the

amended complaint in the district court and the March 6 deadline for Appellants' reply in support of their stay motion here (Doc. No. 26).

4.      Undersigned counsel has thus been unable to devote the time necessary to complete Appellants' opening brief in the short timespan since the Court set the March 13 deadline. And once drafted, Appellants' brief must be reviewed and approved internally within the Department of Justice and the Department of Interior, which will take additional time. More time is thus needed.

5.      This is Appellants' first request for an extension of time. Undersigned counsel, cognizant of this Court's order precluding extensions of time absent exigent circumstances, has strived to complete the brief in time for appropriate review and without the need to request an extension, but it did not become apparent until today that doing so will be impossible. So there is good cause under Local Rule 31.4 for this motion to be filed less than three days in advance of the due date.

6.      Appellee will not be prejudiced by an extension because this Court has ordered Appellants to preserve the status quo as of the entry of its order granting in part and denying in part Appellants' motion for an emergency administrative stay pending appeal. *See* Doc. No. 11 at 2.

7.    Counsel for Appellants has informed Appellee's counsel of their intent to seek an extension. Appellee does not consent to Appellants' request for an extension.

Appellants recognize that this case merits expeditious briefing and a swift resolution, but a rushed brief would hinder rather than facilitate the efficient and proper resolution of this case. Appellants thus respectfully request a 14-day extension to file their opening brief.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DAVID METCALF
United States Attorney

MICHAEL VELCHIK
Senior Counsel to the
Assistant Attorney General

*/s/ Gregory B. David /lyj*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8200
Email:  gregory.indenberken@usdoj.gov

March 11, 2026

3

## COMBINED CERTIFICATIONS

I certify that:

1.      This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 474 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2.      This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface in 14-point Georgia font using Microsoft Word for Microsoft 365.

3.      On March 11, 2026, I filed this motion via the Court's CM/ECF system and thus served the motion on all parties' counsel registered to receive electronic notices.

Dated:  March 11, 2026                         */s/ Gregory B. in den Berken*
                                                       Gregory B. in den Berken