**No. 26-1348**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

City of Philadelphia,

*Appellee,*

*v.*

Secretary U.S. Department of Interior; U.S. Department of
Interior; Director National Park Service; National Park Service,

*Appellants.*

Appeal from the February 16, 2026 Memorandum Opinion
& Order Granting Appellee's Motion for Preliminary Injunction
in Case No. 26-cv-434-CMR in the United States District Court
for the Eastern District of Pennsylvania (Hon. Cynthia M. Rufe)

**APPELLANTS' UNCONTESTED MOTION FOR
LEAVE TO FILE CORRECTED BRIEF**

BRETT A. SHUMATE
Assistant Attorney General

MICHAEL VELCHIK
Senior Counsel to the Assistant
Attorney General

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

GREGORY B. IN DEN BERKEN
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8200

Appellants respectfully seek leave to file a corrected version of their opening brief and state the following in support:

1. On Friday, March 27, 2026, Appellants filed their opening brief with Volume I of the parties' Joint Appendix (Doc. 33).

2. This morning—March 30—while arranging for the preparation of the paper copies of the brief and Joint Appendix, undersigned counsel learned that certain citechecking edits were inadvertently omitted from the filed version of Appellants' opening brief.

3. The omitted edits are non-substantive but render the as-filed brief inaccurate. The Court and parties would thus be well served by submission of a corrected version. *Cf.* L.A.R. 31.1(b)(4) ("if corrections are required to be made to the paper brief, a corrected copy of the electronic brief must be provided").

Appellants thus respectfully request that the Court grant them leave to file their corrected brief (which they are submitting contemporaneously with this motion). Appellee does not object to this request.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

DAVID METCALF
United States Attorney

MICHAEL VELCHIK
Senior Counsel to the
Assistant Attorney General

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

/s/ Gregory B. in den Berken
GREGORY B. IN DEN BERKEN
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8200
Email:  gregory.indenberken@usdoj.gov

March 30, 2026

## COMBINED CERTIFICATIONS

Pursuant to Federal Rule of Appellate Procedure 32(g)(1) and Local Appellate Rules 27.3 and 113.4, I certify that:

1.      This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 159 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2.      This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface in 14-point Georgia font using Microsoft Word for Microsoft 365.

3.      On March 30, 2026, I conferred with counsel for Appellee about the substance of this motion and provided Appellee's counsel with a redline copy of Appellants' proposed corrected brief. Counsel for Appellee stated that Appellee has no objection to Appellants' filing of their corrected brief.

4.      On March 30, 2026, I filed this motion via the Court's CM/ECF system and thus served the motion on all parties' counsel registered to receive electronic notices.

Dated:  March 30, 2026                    */s/ Gregory B. in den Berken*
                                          Gregory B. in den Berken