UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-034-E

No. 26-1348

City of Philadelphia

v.

Secretary U.S. Department of Interior, U.S. Department of Interior, Director National Park Service, and National Park Service, Appellants

(E.D. Pa. No. 2:26-cv-00434)

Present:    HARDIMAN, RESTREPO and PHIPPS *Circuit Judge*

1. Appellants' Emergency Motion for a Stay Pending Appeal

2. Response filed by Appellee to Motion to Stay Pending Appeal.

3. Response on behalf of Governor Josh Shapiro in support of Appellee/Respondent.

4. Response on behalf of Members of the Senate Democratic Caucus of the Senate of Pennsylvania in support of Appellee/Respondent.

Respectfully,
Clerk/amr

ORDER

The foregoing Motion for a Stay Pending Appeal having been referred to a three-judge motions panel, the Motion is GRANTED in part and DENIED in part as follows:

The District Court's preliminary injunction (ECF No. 54), including any deadline set by the District Court for the Appellants to comply, is HEREBY STAYED as to:

Paragraph 2 of the preliminary injunction, ordering

"Defendants Doug Burgum, United States Department of the Interior, Jessica Bowron, and National Park Service . . . to restore the President's House Site to its physical status as of January 21, 2026;"

Paragraph 4 of the preliminary injunction, ordering

"Defendants . . . to provide immediate, continuing, and proper maintenance to the Site, its exhibits, grounds, artifacts, video monitors, and recordings which **SHALL** remain operable;" and

Paragraph 5 of the preliminary injunction, ordering

"Defendants . . . to maintain the President's House Site in a clean and accessible manner, cleared of debris, snow, ice and/or any other impediment to public access."

The request for a stay of the District Court's preliminary injunction (ECF No. 54) is DENIED as to the following:

Paragraph 3 of the preliminary injunction, providing:

"Defendants are hereby **ENJOINED** from taking any action to damage any exhibits, panels, artwork, or other items from the President's House Site, are **ORDERED** to take all necessary steps to ensure the safety, security, and preservation of any such items that had been removed from the President's House Site on January 22, 2026, and are **ENJOINED** from making any and all further changes to the President's House Site, including the installation of replacement materials, without mutual agreement of the City of Philadelphia during the pendency of this litigation or until further Order of the Court."

Further, it is HEREBY ORDERED that Appellants are to continue to preserve the status quo as to the President's House.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: April 9, 2026
Lmr/cc: All Counsel of Record

**A True Copy:**

Patricia S. Dodszuweit, Clerk