UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 26-1348


CITY OF PHILADELPHIA

v.

SECRETARY U.S. DEPARTMENT OF INTERIOR; U.S. DEPARTMENT OF INTERIOR;
DIRECTOR NATIONAL PARK SERVICE; NATIONAL PARK SERVICE,
Appellants

(E.D. Pa. No. 2:26-cv-00434)

Present:  HARDIMAN, RESTREPO and PHIPPS, Circuit Judges

1)  Uncontested Motion filed by Appellants for Leave to File Corrected
Brief


Respectfully,
Clerk/EAF

_____ORDER_____
The foregoing Motion is GRANTED.


By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge


Dated: April 10, 2026
EAF/cc:      All Counsel of Record