**No. 26-1348**

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CITY OF PHILADELPHIA,

*Appellee,*

v.

SECRETARY U.S. DEPARTMENT OF INTERIOR; U.S. DEPARTMENT OF INTERIOR; DIRECTOR NATIONAL PARK SERVICE; NATIONAL PARK SERVICE,

*Appellants.*

On Appeal from an Order Granting a Preliminary Injunction in the United States District Court for the Eastern District of Pennsylvania
Hon. Cynthia M. Rufe, Senior District Judge
Case No. 26-cv-434

## BRIEF OF AMICI CURIAE AVENGING THE ANCESTORS COALITION AND THE BLACK JOURNEY IN SUPPORT OF PLAINTIFF-APPELLEE

Alexandra S. Thompson
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Avatara A. Smith-Carrington
Kacey Mordecai
Victor Olofin
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300

Cara McClellan (No. 331129)
Mary Catherine Roper
(No. 71107)
Penn Legal Assistance Office
3501 Sansom Street
Philadelphia, PA 19104
(215) 746-2164

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Third Circuit Local Appellate Rule 26.1.1, amici state the following:

Avenging the Ancestors Coalition ("ATAC") is a broad-based coalition headquartered in Pennsylvania. ATAC has no parent corporation, and no publicly held company has 10% or greater ownership in it.

The Black Journey is a for-profit organization incorporated in Pennsylvania. The Black Journey has no parent corporation, and no publicly held company has 10% or greater ownership in it.

*/s/ Cara McClellan*
Cara McClellan

# TABLE OF CONTENTS

**Page**

INTERESTS OF AMICI CURIAE ................................................................ 1

SUMMARY OF THE ARGUMENT ............................................................. 2

BACKGROUND ......................................................................................... 6

I.     The Trump Administration's Coordinated Effort to Erase the History of Slavery at Our Nation's Founding .................................................................6

       A.     Establishment of the PH/Slavery Memorial to Educate the Public About Slavery at the President's House ..............................................6

       B.     NPS's Removal of the PH/Slavery Memorial Pursuant to Executive Order 14253 and Secretarial Order No. 3431 ...................................10

ARGUMENT ........................................................................................... 15

I.     Appellants' Removal Action Was Arbitrary and Capricious in Violation of the APA ........................................................................................................15

       A.     Appellants Failed to Provide a Reasoned Explanation and Take Account of Reliance Interests in Light of the Foundation Document .........................................................................15

       B.     Appellants' Removal Action Was Preordained and Motivated, in Part, by a Discriminatory Purpose.......................................................20

II.    The Public Interest and Balance of Equities Support Affirming the Preliminary Injunction.................................................................................25

CONCLUSION ........................................................................................ 30

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Citizens to Pres. Overton Park, Inc. v. Volpe*,
401 U.S. 402 (1971) ................................................................................ 21

*City of Philadelphia v. Burgum*,
No. 26-cv-434, 2026 WL 431943 (E.D. Pa. Feb. 16, 2026) .......................... 27, 29

*Dep't of Com. v. New York*,
588 U.S. 752 (2019) ............................................................................ 18, 21

*Dep't of Homeland Sec. v. Regents of the Univ. of California*,
591 U.S. 1 (2020) ............................................................................... 15, 19

*Encino Motorcars, LLC v. Navarro*,
579 U.S. 211 (2016) ............................................................................ 16, 18

*F.C.C. v. Fox Tele. Stations, Inc.*,
556 U.S. 502 (2009) ....................................................................... 16, 18, 19

*Franklin v. Massachusetts*,
505 U.S. 788 (1992) ................................................................................ 15

*Horses of Cumberland Island v. Haaland*,
No 23-cv-1592, 2024 WL 5430835 (N. D. Ga. Nov. 7, 2024) ............................ 18

*Miot v. Trump*,
No. 25-CV-02471 (ACR), 2026 WL 266413 (D.D.C. Feb. 2, 2026),
*cert. granted before judgment*, No. 25-1084, 2026 WL 731087
(U.S. Mar. 16, 2026) ................................................................................ 24

*Nat'l TPS All. v. Noem*,
166 F.4th 739 (9th Cir. 2026) ............................................................... 20, 21

*Nat'l TPS All. v. Noem*,
No. 25-CV-05687-TLT, 2025 WL 4058572 (N.D. Cal. Dec. 31, 2025) .............. 24

*Wilderness Soc'y v. Norton*,
434 F. 3d 584 (D.C. Cir. 2006) .................................................................. 18

*Winter v. Nat'l Res. Def. Council, Inc.*,
555 U.S. 7 (2008) ...................................................................................... 27, 28

**Statutes**

Pub. L. 105-203, 112 Stat. 678 (1998), codified at
54 U.S.C. §§ 308301-308304 ................................................................................... 10

**Rules**

Fed. R. App. P. 29(a)(2) ....................................................................................... 1

**Other Authorities**

Archives, *Remarks by President Trump at the White House Conference on American History*, Trump White House (Sep. 17, 2020), https://trumpwhitehouse.archives.gov/briefings-statements/remarks-president-trump-white-house-conference-american-history/ ................................................... 11

*The Black Journey: African-American Walking Tour of Philadelphia*, The Black Journey, https://www.blackjourneyphiladelphia.com/ .......................................... 9

Karin Brulliard & Brady Dennis, *Confidential Database Reveals Which Items NPS Thinks May 'Disparage' America*, WASH. POST (Mar. 2, 2026), https://www.washingtonpost.com/climateenvironment/2026/03/02/national-parks-signs-censorship-slavery/ ........................................................................... 13, 23

Michael Crowley and Jennifer Schuessler, *Trump's 1776 Commission Critiques Liberalism in Report Derided by Historians*, N.Y. TIMES (Jan. 18, 2021), https://www.nytimes.com/2021/01/18/us/politics/trump-1776-commission-report.html ..................................................................................................... 11

DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, H. REP. NO. 107-564, 107th Cong. (2026), https://www.congress.gov/committee-report/107th-congress/house-report/564 ................................................................... 8

Executive Order on Establishing the President's Advisory 1776 Commission, Exec. Order No. 13958, 85 Fed. Reg. 70951 (Nov. 2, 2020) ....................................... 11

Executive Order on Restoring Truth and Sanity to American History, Exec. Order No. 14253, 90 Fed. Reg. 14563 (Apr. 3, 2025) .............................................. *passim*

Andrew Feinberg, *Trump 'OK' with DC Statue Honoring Civil War Leader who Fought for Slavery: 'Lot of People in This Room' Agree*, INDEPENDENT (Oct. 16, 2025), https://www.independent.co.uk/news/world/americas/us-politics/trump-ballroom-dinner-roberte-lee-statue-b2846627.html .................................... 22, 23

Nicole Gaudiano, *Trump Creates 1776 Commission to Promote 'Patriotic Education'*, POLITICO (Nov. 2, 2020), https://www.politico.com/news/2020/11/02/trump-1776-commission-education-433885 ...........................................................................................11

Isabella Gomez Sarmiento, *Trump Wants to Restore Statues and Monuments: Will That Happen?*, NPR (Apr. 1, 2025), https://www.npr.org/2025/03/28/nx-s15343613/trump-executive-order-smithsonian-monuments ............................. 13

H. Rep. 490, 2001-2002 Gen. Assemb., Reg. Sess. (Pa. 2002) ......................... 7, 26

Nikole Hannah-Jones, et al., *The 1619 Project*, N.Y. TIMES (Aug. 18, 2019), https://www.nytimes.com/interactive/2019/08/14/magazine/1619-america-slavery.html ...........................................................................................11

Oscar Holland, *'Scourged Back' Exposed the Horror of Slavery. Now it's Embroiled in America's Censorship Debate*, CNN (Sep. 18, 2025), https://www.cnn.com/2025/09/18/style/scourged-back-peter-trump-censorship  14

Joint RFQ of NPS and City, https://www.ushistory.org/presidentshouse/plans/rfq.php .......................... 8, 9, 26

Maxine Joselow, *Park Service is Ordered to Take Down Some Materials on Slavery and Tribes*, N.Y. TIMES (Sept. 16, 2025), https://www.nytimes.com/2025/09/16/climate/trump-park-service-slavery-photo-tribes.html ....................................................................................... 14

*See* Edward Lawler, Jr., *The President's House in Philadelphia: The Rediscovery of a Lost Landmark*, THE PA. MAG. OF HIST. & BIOGRAPHY (2002), https://journals.psu.edu/pmhb/article/view/45510/45231 .................................... 6

Letters and Recollections of George Washington, https://founders.archives.gov/documents/Washington/05-08-02-0062 ................. 4

Management Policies 2006, NAT'L PARK SERV. (2006), https://www.nps.gov/subjects/policy/upload/MP_2006_amended.pdf (last updated Aug. 6, 2025) ................................................................................. 16

Ryan Mancini, *Trump Administration to Display Statue of Slave Owner Removed in Delaware*, THE HILL (Mar. 19, 2026), https://thehill.com/homenews/administration/5791797-trump-administration-caesar-rodney-statue-america-250/ ................................................................... 22

Edmund Morgan, *American Freedom, American Slavery: The Ordeal of Colonial Virginia* (1975) ........................................................................................... 3

Gary B. Nash, *For Whom Will the Liberty Bell Toll? From Controversy to Collaboration*, THE GEORGE WRIGHT FORUM (2004), https://www.jstor.org/stable/43597891?seq=1 ................................................ 7, 8

*The President's House: Freedom and Slavery in the Making of a New Nation*, NAT'L PARK SERV., https://web.archive.org/web/20260122220342/https://www.nps.gov/inde/planyourvisit/presidentshousesite.htm (last visited Jan. 26, 2026)..................................... 25

*President's House Site: Enslaved People in the Washington Household*, NAT'L PARK SERV., https://home.nps.gov/inde/learn/historyculture/enslaved-people.htm (last updated Nov. 29, 2023) .............................................................................. 7

Press Release, City of Philadelphia and Independence National Historical Park, Finalist Team For President's House Selected (Feb. 27, 2007), https://www.ushistory.org/presidentshouse/news/pr022707.php............................ 9

Heather Richards, *Burgum Asked Park Rangers to Flag Negative US History. They're Delivering*, POLITICO PRO (July 15, 2025), https://subscriber.politicopro.com/article/eenews/2025/07/15/burgum-asked-park-rangers-toflag-negative-us-history-theyre-delivering-00453403 ........................ 13

Fallon Roth, *Black Activists Helped Shape the President's House Site 23 Years Ago. Now They're Working to Save it From Trump*, PHILA. INQUIRER (Aug. 9, 2025), https://www.inquirer.com/politics/philadelphia/presidents-house-site-philadelphia-avenging-ancestors-coalition-independence-park-20250809.html  26

Secretarial Order No. 3431, Restoring Truth and Sanity to American History (May 20, 2025), https://www.doi.gov/document-library/secretary-order/so-3431-restoring-truth-and-sanity-american-history.............................................. 12, 13

Clint Smith, *Actually, Slavery Was Very Bad*, THE ATLANTIC (Aug. 22, 2025), https://www.theatlantic.com/ideas/archive/2025/08/trump-attack-smithsonian-slavery/683969/ ....................................................................................... 22

Zoe Sottile, *National Park Service Removes References to Harriet Tubman From Underground Railroad Webpage*, CNN (Apr. 7, 2025), https://www.cnn.com/2025/04/06/us/national-parks-underground-railroad-harriet-tubman ............................................................................................ 13, 14

Jake Spring & Hannah Natanson, *National Park to Remove Photos of Enslaved Man's Scars*, WASH. POST (Sept. 15, 2025), https://www.washingtonpost.com/climateenvironment/2025/09/15/national-parks-slavery-information-removal/ ................................................... 14

U.S. DEP'T OF THE INTERIOR, NAT'L PARK SERV., *Foundation Document: Independence National Historical Park Associated National Historic Sites and Memorials* (Sep. 2017), https://www.nps.gov/inde/learn/management/upload/INDE_FD_2017_508-compressed.pdf ................................................................... *passim*

U.S. DEP'T OF THE INTERIOR, NAT'L PARK SERV., *Undergrond Railroad – Explore Network to Freedom Listings*, https://www.nps.gov/subjects/undergroundrailroad/ntf-listings.htm (last updated January 22, 2026) ........................................................................ 10

Angelo Villagomez and Sam Zeno, *The Trump Administration Is Erasing American History Told by Public Lands and Waters*, CAP (Oct. 23, 2025), https://www.americanprogress.org/article/the-trump-administration-is-erasing-american-history-told-by-public-lands-and-waters/ ............................................11

## **INTERESTS OF AMICI CURIAE**[1]

**Avenging The Ancestors Coalition** ("ATAC") is a Black-led organization of historians, attorneys, concerned citizens, elected officials, religious leaders, journalists, community activists, and registered voters. ATAC was founded in 2002 by attorney and activist Michael Coard to persuade the National Park Service and Independence National Historical Park ("Independence Park") to create a prominent slavery memorial at the President's House. ATAC was directly involved in the development of the "President's House: Freedom and Slavery in the Making of a New Nation" ("PH/Slavery Memorial") at Independence Park and regularly uses the site for gatherings and events. ATAC is dedicated to preserving the truthful recounting of American history at federal sites and combating attempts to erase or minimize the role of slavery in the United States.

**The Black Journey: African-American Walking Tour of Philadelphia** ("The Black Journey") was founded in 2019 by Raina Yancey, a Black woman and the daughter of Dr. Victoria Ward Yancey, a former Park Ranger with the National Park Service ("NPS") who worked at Independence Park. As a young girl, Raina

---

[1] All parties have consented to the filing of this brief. *See* Fed. R. App. P. 29(a)(2). No counsel for a party authored this brief in whole or in part. No party, no counsel for a party, and no person or entity other than amici, their members, or their counsel made a monetary contribution to fund the preparation or submission of this brief. This brief was authored by listed counsel with support from Nathalie Rincon and Kate McNamara-Marsland, Certified Legal Interns in the Advocacy for Racial & Civil Justice Clinic at the University of Pennsylvania School of Law.

Yancey often visited Independence Park, long before there were any references to the history of Black people or their connection to the President's House. Ms. Yancey founded The Black Journey to highlight the frequently overlooked Black history of Philadelphia and the early United States. The Black Journey offers various tours to Philadelphians and visitors from all over the globe—tours which routinely visit the PH/Slavery Memorial.

## SUMMARY OF THE ARGUMENT

The PH/Slavery Memorial is an open-air exhibit and memorial that includes illustrated educational and interpretive panels discussing the history of slavery at the time of the United States' founding. The PH/Slavery Memorial was intentionally designed with a specific purpose: to acknowledge the paradox of freedom and slavery at the founding of our nation by highlighting the nine people—Ona, Hercules, Moll, Giles, Austin, Richmond, Paris, Joe, and Christopher—held in bondage by President George Washington at the first executive mansion.

2



Historians have long recognized a stark contradiction at the founding of the United States: leaders of the American Revolution campaigned for liberty and freedom while imposing a rapidly expanding system of chattel slavery that exploited the forced labor of enslaved Black people to build the new nation.[2] This paradox was laid bare in 2001 when research revealed that the new site of the Liberty Bell was immediately facing what was once the slave quarters that Washington added to the President's House. To evade Pennsylvania's Gradual Abolition Law, Washington deliberately rotated the nine enslaved people in his household out of Pennsylvania every six months to prevent their legal emancipation—noting in a letter to his

---

[2] *See, e.g.*, Edmund Morgan, *American Freedom, American Slavery: The Ordeal of Colonial Virginia* 6 (1975) (describing "the American paradox, the marriage of slavery and freedom").

executive secretary that "the idea of freedom might be too great a temptation for them to resist."[3]

ATAC was founded to ensure that the whole truth about the history of the President's House would not be forgotten but instead commemorated. As a result of ATAC's advocacy, the City of Philadelphia ("the City") and NPS recognized the importance of the newly uncovered information about the nine enslaved people and worked together—with significant input from the public—to accurately provide information about the role of slavery at the nation's founding. Since the opening of the PH/Slavery Memorial in 2010, the site has welcomed thousands of visitors from around the globe, including through tours offered by The Black Journey, because the memorial provides a vital perspective of this country's history that has been largely ignored or forgotten.

Despite the critical importance of the PH/Slavery Memorial, on January 22, 2026, several NPS employees dismantled and removed all educational and interpretive panels at the PH/Slavery Memorial and disabled its five motion-activated video screens ("Removal Action") pursuant to President Trump's Executive Order 14253 ("Executive Order") entitled "Restoring Truth and Sanity to American History."[4] The removed interpretive and educational panels contained

---

[3] Letters and Recollections of George Washington, 37–39, https://founders.archives.gov/documents/Washington/05-08-02-0062.

[4] Executive Order on Restoring Truth and Sanity to American History, Exec.

information about the nine enslaved people held in bondage at the President's House; the history of the trans-Atlantic slave trade and the roughly 12.5 million Africans forced into the United States' system of chattel slavery, including in Pennsylvania; the Pennsylvania Gradual Abolition law; the local abolitionist movement; and the escape of Ona Judge.



Appellants' Removal Action was arbitrary and capricious in violation of the Administrative Procedure Act ("APA") because they failed to provide a "reasoned explanation" for reversing their years-long support and preservation of the PH/Slavery Memorial and because they failed to consider the City's, as well as the public's "reliance interests" in the memorial's interpretive themes and fundamental resources and values. Amici also offer an additional basis to affirm the District Court's finding of a substantial likelihood of an APA violation: the Removal Action

Order No. 14253, 90 Fed. Reg. 14563 (Apr. 3, 2025).

was arbitrary and capricious because it was preordained and motivated, at least in part, by a discriminatory purpose. Finally, amici urge this Court to affirm the District Court's preliminary injunction because the public interest and balance of equities weigh heavily in the City's favor.

## BACKGROUND

I.  **The Trump Administration's Coordinated Effort to Erase the History of Slavery at Our Nation's Founding**

   A.  **Establishment of the PH/Slavery Memorial to Educate the Public About Slavery at the President's House**

In 2001, during plans to move the Liberty Bell to Sixth and Market Streets, research revealed that the new site immediately faced what had been the slave quarters that were added to the President's House at the request of President George Washington. Historian Edward Lawler published an article explaining the historical significance of this discovery, observing that "[t]he last thing that a visitor will walk across or pass before entering the Liberty Bell Center will be the slave quarters that George Washington added to the President's House."[5] At the time, there were no plans to acknowledge the history of slavery at the President's House or its tension with the Founders' ideals of liberty and freedom embodied just steps away through the Liberty Bell and Independence Hall.

---

[5] *See* Edward Lawler, Jr., *The President's House in Philadelphia: The Rediscovery of a Lost Landmark*, 127 THE PA. MAG. OF HIST. & BIOGRAPHY 93 (2002), https://journals.psu.edu/pmhb/article/view/45510/45231.

ATAC was founded in 2002 to campaign for the creation of a memorial and exhibit at the President's House to honor the enslaved people whom Washington held in bondage. As a result of ATAC's successful lobbying, local and federal officials eventually supported a commemorative project recognizing the nine enslaved people at the President's House and committed substantial public investment to the project.[6]

On March 26, 2002, the Pennsylvania General Assembly passed House Resolution No. 490, noting the "importance [of] maintain[ing] a permanent acknowledgement of the rich history of the affected area, especially the history associated with the slave quarters" and urging NPS to build a commemorative memorial. H.R. 490, 2001-2002 Gen. Assemb., Reg. Sess. (Pa. 2002). Shortly thereafter, NPS Chief Historian Dwight Pitcaithley wrote to Independence Park's Superintendent, urging her to consider the lives of the Black people whom Washington held in slavery to be central to the President's House:

> How better to establish the proper historical context for understanding the Liberty Bell than by talking about the institution of slavery? And not the institution as generalized phenomenon, but as lived by George Washington's own slaves. The fact that Washington's slaves Hercules and Oney Judge sought and gained freedom from this very spot gives us interpretive opportunities other historic sites can only long for. This juxtaposition is an interpretive gift that can make the Liberty Bell "experience" much more meaningful to the visiting public.[7]

---

[6] *President's House Site: Enslaved People in the Washington Household*, NAT'L PARK SERV., https://home.nps.gov/inde/learn/historyculture/enslaved-people.htm (last updated Nov. 29, 2023).

[7] Gary B. Nash, *For Whom Will the Liberty Bell Toll? From Controversy to Collaboration*, 21 THE GEORGE WRIGHT FORUM 39, 45 (2004),

In July 2002, the Appropriations Committee of the U.S. House of Representatives submitted a report to explain the Department of the Interior's ("DOI") 2003 Appropriations Bill and urged NPS "to appropriately commemorate the concerns raised regarding the recognition of the existence of the Mansion and the slaves who worked in it during the first years of our democracy."[8]

Notably, the PH/Slavery Memorial was Independence Park's "first community-based exhibition at the President's House archeological site that interprets race and slavery in its historic context."[9] In September 2005, the City and Independence Park convened the President's House oversight committee to guide the project's development. The oversight committee agreed that the exhibit would capture six themes, including "[h]istory lost and found (how knowledge of the President's House and the presence of slavery was forgotten and recovered; why we must remember," which was added as a result of a public forum held on October 30, 2004.[10] These themes were later formalized through a 2006 cooperative agreement

https://www.jstor.org/stable/43597891?seq=1.

[8] DEPARTMENT OF THE INTERIOR AND RELATED AGENCIES APPROPRIATIONS BILL, H. REP. NO. 107-564, 107th Cong. (2026), https://www.congress.gov/committee-report/107th-congress/house-report/564.

[9] U.S. DEP'T OF THE INTERIOR, NAT'L PARK SERV., *Foundation Document: Independence National Historical Park Associated National Historic Sites and Memorials*, [hereinafter *Foundation Document*] at 11 (Sep. 2017), https://www.nps.gov/inde/learn/management/upload/INDE_FD_2017_508-compressed.pdf.

[10] JA334-335; Joint RFQ of NPS and City,

between the City and NPS, which provided that the PH/Slavery Memorial would commemorate "all those who lived in the house while it was used as the executive mansion, including the nine enslaved Africans brought by George Washington."[11]

On February 27, 2007, the City and Independence Park announced the selection of the PH/Slavery Memorial's designers. Independence Park's Superintendent stated that, with the commemoration of the nine enslaved people, Independence Park "will be at the forefront of national parks that address the issues of freedom and slavery."[12]

On December 15, 2010, the PH/Slavery Memorial's open-air installation and exhibit opened to the public. The Black Journey's tours regularly visit the memorial to "[s]ee where the Fugitive Slave Act was passed in 1793" and "[h]ear about Martha Washington's enslaved handmaiden who emancipated herself."[13]

In 2017, NPS issued the Foundation Document for Independence Park ("Foundation Document").[14] NPS's fundamental resources and values component of the Foundation Document indicate that "[a]rcheological investigations at the

---

https://www.ushistory.org/presidentshouse/plans/rfq.php.

[11] *Id.*

[12] Press Release, City of Philadelphia and Independence National Historical Park, Finalist Team For President's House Selected (Feb. 27, 2007), https://www.ushistory.org/presidentshouse/news/pr022707.php.

[13] *The Black Journey: African-American Walking Tour of Philadelphia*, The Black Journey, https://www.blackjourneyphiladelphia.com/.

[14] *Foundation Document*, *supra* note 9.

President's House Site revealed physical connections to the enslaved in President George Washington's household,"[15] and "[b]ased on these discoveries, the park designed its first community-based exhibition at the President's House archeological site that interprets race and slavery in its historic context."[16] The Foundation Document also highlights the centrality of "[t]he site of the President's House, where George Washington and John Adams" lived and worked in service of a new nation, especially "the paradox of the Washingtons bringing their enslaved people to work and live there."[17] Notably, NPS identified "the paradox of a nation conceived in liberty but once bound by legalized slavery" as a significant statement for Independence Park.[18] In 2022, the PH Slavery/Memorial was designated as a protected site under the National Underground Railroad Network to Freedom Act[19] because it contains vital history on enslavement and freedom seeking.

### B. NPS's Removal of the PH/Slavery Memorial Pursuant to Executive Order 14253 and Secretarial Order No. 3431

Since his first term, President Trump has expressed great disdain for public education materials about the role of slavery at the founding of the nation. In 2020,

---

[15] *Id.* at 11.

[16] *Id.*

[17] *Id.* at 5.

[18] *Id.* at 9.

[19] Pub. L. 105-203, 112 Stat. 678 (1998), codified at 54 U.S.C. §§ 308301-308304; *see also* https://www.nps.gov/subjects/undergroundrailroad/ntf-listings.htm (listing all Network sites, including President's House).

10

President Trump referred to the 1619 Project, a series of long-form magazine articles that discuss the nation's founding through the lens of the institution of slavery,[20] as a "crusade against American history."[21] As a counterpoint to the 1619 Project, President Trump created the 1776 Commission[22] to "counter lessons that he says divide Americans on race and slavery."[23] A report published by the 1776 Commission strongly criticized the 1619 Project for its emphasis on slavery.[24]

As a continuation of this work from his prior term in office, President Trump is spearheading a crusade to erase and exclude Black people and their history and contributions from the full narrative of American history, identity, and culture.[25] On

---

[20] Nikole Hannah-Jones, et al., *The 1619 Project*, N.Y. TIMES (Aug. 18, 2019), https://www.nytimes.com/interactive/2019/08/14/magazine/1619-america-slavery.html.

[21] Archives, *Remarks by President Trump at the White House Conference on American History*, Trump White House (Sep. 17, 2020), https://trumpwhitehouse.archives.gov/briefings-statements/remarks-president-trump-white-house-conference-american-history/.

[22] Executive Order on Establishing the President's Advisory 1776 Commission, Exec. Order No. 13958, 85 Fed. Reg. 70951 (Nov. 2, 2020).

[23] Nicole Gaudiano, *Trump Creates 1776 Commission to Promote 'Patriotic Education'*, POLITICO (Nov. 2, 2020), https://www.politico.com/news/2020/11/02/trump-1776-commission-education-433885.

[24] Michael Crowley and Jennifer Schuessler, *Trump's 1776 Commission Critiques Liberalism in Report Derided by Historians*, N.Y. TIMES (Jan. 18, 2021), https://www.nytimes.com/2021/01/18/us/politics/trump-1776-commission-report.html.

[25] Angelo Villagomez and Sam Zeno, *The Trump Administration Is Erasing American History Told by Public Lands and Waters*, CAP (Oct. 23, 2025), https://www.americanprogress.org/article/the-trump-administration-is-erasing-american-history-told-by-public-lands-and-waters/ ("Through a multipronged

March 27, 2025, President Trump issued Executive Order 14253 ("Executive Order") entitled "Restoring Truth and Sanity to American History."[26] The Executive Order aimed to remedy what it characterized as a "widespread effort to rewrite [America's] history."[27] Section Three of the Executive Order specifically addresses Independence Park;[28] and Section Four directs the Secretary of the Interior to "ensure that all public monuments, memorials, statues, markers, or similar properties . . . do not contain descriptions, depictions, or other content that inappropriately disparage Americans past or living (including persons living in colonial times), and instead focus on the greatness of the achievements and progress of the American people. . . ."[29]  Three months later, the Secretary of the Interior issued Secretarial Order No. 3431 ("Secretarial Order"),[30] which parrots the language and implements relevant provisions of the Executive Order. The Secretarial Order directs the Director of NPS to not only review but also remove and replace any content deemed inappropriate under the terms of Executive Order.[31]

---

strategy that includes pushing for changes in school curricula and censoring museum exhibits, the Trump administration is attempting to erase nonwhite history.").

[26] Executive Order, *supra* note 4.

[27] *Id.*

[28] *Id.*

[29] *Id.*

[30] Secretarial Order No. 3431, Restoring Truth and Sanity to American History 1 (May 20, 2025) ("Secretarial Order"), https://www.doi.gov/document-library/secretary-order/so-3431-restoring-truth-and-sanity-american-history.

[31] *Id.* ("[R]emove any content [containing images, descriptions, depictions, messages, narratives or other information (content) that inappropriately disparages

Pursuant to both orders, NPS embarked on a nationwide review of sites within the National Park System, including various national museums, parks, and exhibits.[32] Over 400 parks and sites were flagged for review.[33] An NPS employee indicated, and later reporting confirmed, that identified sites were "mostly on slavery."[34] For example, NPS flagged for removal materials in bookstores and giftshops that address slavery, civil rights icons, "and descriptions of methods used to control enslaved people."[35]

In April 2025, NPS removed from its webpage about the Underground Railroad a large image of Harriet Tubman, along with a quote in which she recounted her experience operating and facilitating the Underground Railroad for enslaved people seeking freedom.[36] Several months later, federal officials at Fort Pulaski

---

Americans past or living (including persons living in colonial times),] or otherwise found to be inconsistent with the purposes of EO 14253.")

[32] Karin Brulliard & Brady Dennis, *Confidential Database Reveals Which Items NPS Thinks May 'Disparage' America*, WASH. POST (Mar. 2, 2026), https://www.washingtonpost.com/climateenvironment/2026/03/02/national-parks-signs-censorship-slavery/.

[33] Isabella Gomez Sarmiento, *Trump Wants to Restore Statues and Monuments: Will That Happen?*, NPR (Apr. 1, 2025), https://www.npr.org/2025/03/28/nx-s15343613/trump-executive-order-smithsonian-monuments.

[34] Brulliard & Dennis, *supra* note 32.

[35] Heather Richards, *Burgum Asked Park Rangers to Flag Negative US History. They're Delivering*, POLITICO PRO (July 15, 2025), https://subscriber.politicopro.com/article/eenews/2025/07/15/burgum-asked-park-rangers-toflag-negative-us-history-theyre-delivering-00453403.

[36] Zoe Sottile, *National Park Service Removes References to Harriet Tubman From Underground Railroad Webpage*, CNN (Apr. 7, 2025),

National Monument in Georgia ordered the removal of the "Scourged Back" image at national museums and historical sites.[37] At Manassas National Battlefield Park in Virginia, NPS ordered the removal of a sign criticizing the post-Civil War "Lost Cause" ideology, which "romanticized the Confederacy and denied slavery's central role in the conflict."[38] NPS also instructed its staff at the former home of Confederate General Robert E. Lee to "stop using a booklet that was designed to teach children about slavery."[39]

On January 22, 2026, NPS dismantled the PH/Slavery Memorial by removing interpretive panels with crowbars and shutting off five motion-activated displays. In stark contrast, countless public monuments, memorials, statues, and markers within the National Park System that discuss the contributions of white people in the United States stand uncontested.

---

https://www.cnn.com/2025/04/06/us/national-parks-underground-railroad-harriet-tubman.

[37] Jake Spring & Hannah Natanson, *National Park to Remove Photos of Enslaved Man's Scars*, WASH. POST (Sept. 15, 2025), https://www.washingtonpost.com/climateenvironment/2025/09/15/national-parks-slavery-information-removal/; Oscar Holland, *'Scourged Back' Exposed the Horror of Slavery. Now it's Embroiled in America's Censorship Debate*, CNN (Sep. 18, 2025), https://www.cnn.com/2025/09/18/style/scourged-back-peter-trump-censorship; Maxine Joselow, *Park Service is Ordered to Take Down Some Materials on Slavery and Tribes*, N.Y. TIMES (Sept. 16, 2025), https://www.nytimes.com/2025/09/16/climate/trump-park-service-slavery-photo-tribes.html.

[38] Joselow, *supra* note 37.
[39] *Id.*

## ARGUMENT

### I. Appellants' Removal Action Was Arbitrary and Capricious in Violation of the APA.

The Court should affirm the District Court's finding that the City is likely to succeed on the merits of its claim under the APA, which "sets forth the procedures by which federal agencies are accountable to the public and their actions subject to review by the courts." *Franklin v. Massachusetts*, 505 U.S. 788, 796 (1992). "[The APA] requires agencies to engage in 'reasoned decisionmaking,' and directs that agency actions be 'set aside' if they are 'arbitrary' or 'capricious.'" *Dep't of Homeland Sec. v. Regents of the Univ. of California*, 591 U.S. 1, 16 (2020) (internal citations omitted). Appellants' Removal Action was arbitrary and capricious in violation of the APA for several reasons discussed below.

### A. Appellants Failed to Provide a Reasoned Explanation and Take Account of Reliance Interests in Light of the Foundation Document.

The District Court correctly held that the City was likely to prevail on its claim that NPS's Removal Action was arbitrary and capricious because it represented an unreasoned departure from the agency's Foundation Document. *See* JA31-38. Appellants' argument that the Foundation Document is not legally enforceable and thus cannot serve as evidence of Appellants' arbitrariness and capriciousness fails for at least two reasons. *See* Appellants' Br. 49.

15

*First*, Appellants have failed to provide a reasoned explanation for the Removal Action. When an agency changes course, "a reasoned explanation is needed for disregarding facts and circumstances that underlay or were engendered by the prior policy." *F.C.C. v. Fox Tele. Stations, Inc.*, 556 U.S. 502, 516 (2009); *see also Encino Motorcars, LLC v. Navarro*, 579 U.S. 211, 221 (2016) ("[A]n '[u]nexplained inconsistency' in agency policy is 'a reason for holding an interpretation to be an arbitrary and capricious change from agency practice.'" (citation omitted)). That is because an agency must at least "display awareness that it is changing position." *Fox Tele. Stations, Inc.*, 556 U.S. at 515 (noting that an agency cannot depart from a prior policy "*sub silentio*").

The Foundation Document is relevant here as evidence of NPS's prior position regarding the PH/Slavery Memorial. Pursuant to NPS's Management Policies,[40] every unit within the National Park System—including Independence Park—has a foundational document that includes several standard elements: park purpose, significance statements, interpretive themes, and fundamental resources and values.[41] Foundational documents serve as vital guidance for management and

---

[40] The Management Policies are the highest level of guidance in the NPS Directives System and set the mandatory framework for National Park Service management decisions. Management Policies 2006 3-4, NAT'L PARK SERV. (2006), https://www.nps.gov/subjects/policy/upload/MP_2006_amended.pdf (last updated Aug. 6, 2025). Management Policies are designed to ensure NPS compliance with governing law, including the 1916 Organic Act. *Id.* at 20.

[41] *Id.* at 36.

planning decisions.[42] The Foundation Document for Independence Park sets forth "essential information that is necessary for park management to consider when determining future planning efforts, outlining key planning issues, and protecting resources and values that are integral to park purpose and identity."[43] Accordingly, the Foundation Document provides a baseline against which Appellants' action must be evaluated. Appellants may dismiss the significance of the Foundation Document, *see* Appellants' Br. 52, but the document itself characterizes its own content as an "essential" planning document "necessary for park management" and "protecting resources and values that are integral to park purpose and identity.[44]

Appellants failed to provide a reasoned explanation for their Removal Action and abrupt departure from the Foundation Document and NPS's Management Policies. Instead, Appellants pried off all the educational and interpretive panels discussing slavery and the nine enslaved African descendants from the PH/Slavery Memorial. The Removal Action occurred despite NPS's own statement in the Foundation Document that "[a]rcheological investigations at the President's House Site revealed physical connections to the enslaved in President George Washington's

---

[42] *See* Foundation Document, *supra* note 9 at 2 ("Every unit of the national park system will have a foundational document to provide basic guidance for planning and management decisions—a foundation for planning and management.").

[43] *Id.*

[44] *Id.* at 2.

household," that "[t]his information was used to guide future development at the site," and that "[b]ased on these discoveries, the park designed its first community-based exhibition at the President's House archeological site that interprets race and slavery in its historic context."[45] Appellants failed to acknowledge that it was changing this position prior to removing the PH/Slavery Memorial, let alone "show that there are good reasons for the new" position. *Encino Motorcars, LLC*, 579 U.S. at 221.[46]

Appellants' citation of cases involving an agency's *failure to act*—as opposed to whether an agency's action was *arbitrary and capricious,* as demonstrated by the City here—is sorely misplaced. *See, e.g.*, *Wilderness Soc'y v. Norton*, 434 F. 3d 584, 596 (D.C. Cir. 2006) (reviewing NPS failure to develop wilderness management plans); *Horses of Cumberland Island v. Haaland*, No 23-cv-1592, 2024 WL 5430835 (N.D. Ga. Nov. 7, 2024) (reviewing NPS failure to take *any action* to manage and protect feral horses). They are treated differently for purposes of the standard of review. *See generally Fox Tele. Stations, Inc.*, 556 U.S. at 502 ("Treating failures to

---

[45] *Id.* at 11.

[46] Tellingly, Appellants explicitly stated that there is no administrative record concerning NPS's actions at the President's House site during the current administration, including the Removal Action. Hearing Tr., JA190 ("[T]here is no administrative record."); *see generally Dep't of Com. v. New York*, 588 U.S. 752, 785 (2019) ("The reasoned explanation requirement of administrative law . . . is meant to ensure that agencies offer genuine justifications for important decisions, reasons that can be scrutinized by courts and the interested public.").

act and rescissions of prior action differently for purposes of the standard of review makes good sense, and has basis in the text of the statute, which likewise treats the two separately.").

*Second*, Appellants failed to consider the reliance interests of the City—and the public, including amici—in the interpretive themes, fundamental resources, and values that are foundational to the PH/Slavery Memorial. Where an agency changes course, it must be cognizant as to whether a "prior policy has engendered serious reliance interests that must be taken into account"—as it would be arbitrary and capricious to ignore such matters. *Fox Tele. Stations, Inc.*, 556 U.S. at 515; *see also Regents of the Univ. of California*, 591 U.S. at 30-31.

The PH/Slavery Memorial is integral to amici's ongoing, mission-driven programs and activities. Between ATAC's founding in 2002 and the site's opening in 2010, ATAC was embedded in the memorial's development, contributing expertise and oversight and organizing public engagement throughout its design and implementation process. Moreover, ATAC helped shape the memorial's core themes and design principles that were ultimately codified in agreements between NPS and the City. *See* JA106 (testifying that the public was "integrally involved" throughout the oversight process); JA327 (memorializing ATAC's involvement in the exhibit's selection process).

19

Additionally, the PH/Slavery Memorial is a core component of ATAC's educational and commemorative programming. Since 2002, ATAC has gathered annually at the site on dates significant to the history of slavery and freedom associated with the President's House and, since December 2010, to commemorate the PH/Slavery Memorial's establishment. Beyond annual commemorations, ATAC uses the site for public education, community organizing, and historical interpretation. ECF 81-3 at 9-10, 14 (Coard Decl. ¶¶ 42–44, 57–58). Likewise, the PH/Slavery Memorial is essential to The Black Journey's business and its mission to preserve, interpret, and publicly disseminate Black history. For The Black Journey, it is nearly impossible to present Black history at our nation's founding to tourists without the memorial's interpretive resources and information. ECF 81-4 at 2-3, 9 (Yancey Decl. ¶¶ 6–8, 12, 37–38). The Black Journey visits the PH/Slavery Memorial on three of its five live, guided tours and in its audio tours. Simply put, ATAC and The Black Journey exemplify the concrete reliance interests that Appellants' Removal Action disregarded.

**B.    Appellants' Removal Action Was Preordained and Motivated, in Part, by a Discriminatory Purpose.**

An additional basis exists for this Court to affirm the District Court's holding that the City is likely to succeed on the merits of its APA claim: Appellants' Removal Action is arbitrary and capricious because it was a preordained action that was motivated, at least in part, by a discriminatory purpose. *See generally Nat'l TPS All.*

*v. Noem*, 166 F.4th 739, 774 (9th Cir. 2026) (Mendoza, J., concurring) (holding that agency's actions were arbitrary and capricious and that "the district court rightly identified a litany of APA defects" that, "[t]aken together, . . . paint a picture of agency action that was not the product of reasoned decision-making, but of a rushed and pre-determined agenda masked by pretext").

A court is "ordinarily limited to evaluating the agency's contemporaneous explanation in light of the existing administrative record." *Dep't of Com.*, 588 U.S. at 780. However, a narrow exception exists to the general rule that courts refrain from inquiring "into the mental processes of administrative decisionmakers," where there is a "a strong showing of bad faith or improper behavior." *Citizens to Pres. Overton Park, Inc. v. Volpe*, 401 U.S. 402, 420 (1971), *abrogated by Califano v. Sanders*, 430 U.S. 99 (1977). Here, there is ample evidence to demonstrate Appellants' Removal Action was preordained, along with "a strong showing of bad faith" and "improper behavior" on the part of the administration. *Id*.

President Trump invoked Independence Park in his Executive Order, which purports to "restor[e] truth and sanity to American history" by calling for the removal of content that "inappropriately disparage[s] Americans."[47] Several months after issuing the Executive Order, President Trump accused the Smithsonian Institution of only discussing "how horrible our Country is, how bad Slavery was, and how

---

[47] Executive Order, *supra* note 4.

unaccomplished the downtrodden have been."[48] On the eve of the United States' semi-quincentennial celebration of American independence, the Trump administration continues to advance a contrived and distorted narrative of American history that inaccurately dismisses the role of slavery at our nation's founding. Appellants' Removal Action, therefore, suggests a preordained agency action fueled by a singular effort to diminish—and even erase—the history, experiences, and contributions of Black people in the United States.

In contrast to the systematic removal of information about people who were enslaved, the Trump administration has celebrated figures who were enslavers. For example, the administration announced plans to "temporarily display a statue taken down in Delaware years ago of a slave owner who signed the Declaration of Independence as part of the celebrations commemorating the U.S.'s 250th birthday."[49] And recently, Trump stated that he would be amenable to erecting a statue honoring Robert E. Lee, who was a secessionist, commander of the Confederate Army, and a proponent of slavery.[50]

---

[48] Clint Smith, *Actually, Slavery Was Very Bad*, THE ATLANTIC (Aug. 22, 2025), https://www.theatlantic.com/ideas/archive/2025/08/trump-attack-smithsonian-slavery/683969/.

[49] Ryan Mancini, *Trump Administration to Display Statue of Slave Owner Removed in Delaware*, THE HILL (Mar. 19, 2026), https://thehill.com/homenews/administration/5791797-trump-administration-caesar-rodney-statue-america-250/.

[50] Andrew Feinberg, *Trump 'OK' with DC Statue Honoring Civil War Leader who Fought for Slavery: 'Lot of People in This Room' Agree*, INDEPENDENT (Oct.

22

Since President Trump issued the Executive Order, public monuments, memorials, statues, and markers throughout the National Park System that discuss the contributions of white people in the United States remain open and accessible to the public. None of them have been flagged by Appellants for "inappropriately disparage[ing] Americans past or living"[51] or for not "focus[ing] on the greatness of the achievements and progress of the American people."[52] At the same time, NPS has targeted cultural resources and interpretive materials that illuminate the hardships, achievements, contributions, and progress of Black people in the United States—specifically, enslaved Black people—as "corrosive" to American identity. On March 2, 2026, The Washington Post published an article discussing an internal government database maintained by NPS that contains submissions from park managers across the National Park System flagging displays and materials with "partisan ideology," descriptions that "disparage" Americans, or materials that stray from a focus on the nation's "beauty, abundance, or grandeur."[53] The vast majority of information and material flagged for revision or removal in compliance with the Executive Order discuss slavery and Black people in the United States.[54]

---

16, 2025), https://www.independent.co.uk/news/world/americas/us-politics/trump-ballroom-dinner-roberte-lee-statue-b2846627.html.

[51] Executive Order, *supra* note 4.

[52] *Id.*

[53] Brulliard & Dennis, *supra* note 32.

[54] *Id.*

An agency must exercise its decision-making process in a reasoned manner—and not for preordained reasons rooted in prejudice and pretext—yet Appellants did the exact opposite. NPS's pattern and practice of targeting for removal information regarding slavery at sites within the National Park System plainly supports an inference of preordained actions taken in response to the administration's clear directives rooted at least in part in discriminatory motives, thus rendering the Removal Action arbitrary and capricious. *See generally Miot v. Trump*, No. 25-CV-02471 (ACR), 2026 WL 266413, at *29 (D.D.C. Feb. 2, 2026), *cert. granted before judgment*, No. 25-1084, 2026 WL 731087 (U.S. Mar. 16, 2026) (finding that "the Secretary preordained the result" by, *inter alia*, "following the President's direction to terminate before conducting any analysis"); *Nat'l TPS All. v. Noem*, No. 25-CV-05687-TLT, 2025 WL 4058572, at *14 (N.D. Cal. Dec. 31, 2025) (denying defendants' motion to dismiss plaintiffs' claim that the Secretary's decision was arbitrary and capricious because her decision was preordained and plaintiffs plausibly alleged that officials were intent on effectuating the goal of President Trump).

Appellants' Removal Action is part of an orchestrated effort by the Trump administration to erase information about slavery and other forms of racial oppression for purportedly being "disparaging" or "corrosive"—while preserving contemporaneous displays about white people, including enslavers. These actions

24

not only exclude Black people and the history of Black people in this country from our collective understanding of American history, identity, and culture but also have the desired effect of erasing Black people, their history, and their experiences from public narratives of American history to advance the administration's goal not to "disparage" white people.

## II.   The Public Interest and Balance of Equities Support Affirming the Preliminary Injunction.

Prior to January 22, 2026, the PH/Slavery Memorial embodied a fulsome, collaborative exploration of the "paradox between slavery and freedom in the new nation."[55] The exhibit used artwork, interpretive panels, and video portrayals to recount the site's history and describe the lives of the people who lived and worked in that executive mansion while enslaved by Washington. For the City, the exhibit "fulfill[ed] an obligation to tell the truth—the whole, complicated truth." (S.ADD176; 2/7/2007 Press Release at 2) (remarks of Mayor John Street).

The City was not the only creator of the PH/Slavery Memorial. It "represent[ed] years of scholarship, civic engagement, and advocacy, which sought to correct the considerable injustice of a trampled history of slavery, buried and forgotten beneath the entrance to the nation's most recognized icon of liberty." ECF

---

[55] *The President's House: Freedom and Slavery in the Making of a New Nation*, NAT'L PARK SERV., https://web.archive.org/web/20260122220342/https://www.nps.gov/inde/planyourvisit/presidentshousesite.htm (last visited Jan. 26, 2026).

45 at 39. All of the co-creators of the PH/Slavery Memorial, including NPS,[56] Congress,[57] the Pennsylvania Legislature,[58] and the public (largely through the advocacy and participation of ATAC),[59] were united in their common goal, as expressed by Mayor Street, to tell "the whole, complicated truth."

Today, the names of the nine enslaved Africans remain etched into a granite wall but exist without context, as the interpretive panels telling their stories have been sequestered by NPS.[60] There is simply no substitute for the full exhibit: each day it remains incomplete, the City and the public are deprived of the benefits that the exhibit was intended to provide, thus undermining the very purpose of the

---

[56] Joint RFQ, *supra* note 10 (describing the President's House project as an "opportunity to tell a story of national importance in an honest, inspiring, and informative way").

[57] *See* 2003 H. Rep. 107-564, Prelim. Inj. Hr'g Ex. 2 (Doc. No. 36-2) at 47 (expressing the demand of Congress "to appropriately commemorate the concerns raised regarding the recognition of the existence of the Mansion and the slaves who worked in it during the first years of our democracy").

[58] H. Rep. 490, 2001-2002 Gen. Assemb., Reg. Sess. (Pa. 2002) (urging NPS "to facilitate the placement of a permanent commemorative plaque recognizing the site of the slave quarters and to work for continuing recognition of this historic site").

[59] *See* Fallon Roth, *Black Activists HelpedSshape the President's House Site 23 Years Ago. Now They're Working to Save it From Trump*, PHILA. INQUIRER (Aug. 9, 2025), https://www.inquirer.com/politics/philadelphia/presidents-house-site-philadelphia-avenging-ancestors-coalition-independence-park-20250809.html.

[60] As a result of this Court's administrative stay of the District Court's preliminary injunction, Emergency Stay Order, *City of Philadelphia v. Sec'y U.S. Dep't of Interior*, No. 26-1348 (3d Cir. Feb. 20, 2026), Appellants paused reinstallation of the educational and interpretive panels. *See* Status Report, ECF 73 at 1, 3.

PH/Slavery Memorial. As we approach the nation's semi-quincentennial, that loss takes on even greater significance, with the public's growing interest in and attention to Philadelphia as the epicenter of our nation's founding.

No final order restoring the site will compensate for the months when the PH/Slavery Memorial has been stripped of meaning and its visitors deprived of invaluable information—especially during these select months when we are commemorating the semi-quincentennial of America's founding, let alone the several months ahead while the case proceeds through the District Court. As the District Court accurately summarized, the Removal Action represents "a loss of access to historical truth, an undermining of the public trust, and an inability to recount [the City's] own story in preparation for the semiquincentennial." *City of Philadelphia v. Burgum*, No. 26-434, 2026 WL 431943, at *17 (E.D. Pa. Feb. 16, 2026).

Importantly, that loss is not borne by the City alone. The third and fourth preliminary injunction factors—the public interest and balance of the hardships—weigh entirely to one side in this case. Both support affirming the District Court's preliminary injunction to restore the site to its original condition, prior to the Removal Action that occurred on January 22, 2026. "In exercising their sound discretion, courts of equity should pay particular regard for the public consequences in employing the extraordinary remedy of injunction." *Winter v. Nat'l Res. Def.*

*Council, Inc.*, 555 U.S. 7, 24 (2008). The public consequences of the preliminary injunction here are quite evident: the provision of vital information about the complex relationship between our nation's founding and its system of chattel slavery at a moment when there is national attention due to the quincentennial of American independence.

By contrast, NPS fails to articulate any benefit to the federal government from the Removal Action, apart from exercising the prerogative that it claims but does not explain.[61] NPS claims a right not to be "compelled" to present the exhibit that it helped to create and maintained for over fifteen years, but does not identify any credible reason why it should not continue to present the exhibit, especially during this quincentennial year. *See* Appellants' Br. 60-63.

On the other side of the scale, the harm to the public from the loss of the exhibit's interpretive content is acute and apparent. The PH/Slavery Memorial was designed and implemented as a single, integrated project: at once a building, a memorial, an archeological site, and an exhibit. Without the interpretive panels, the public will lose the opportunity, which had been available for over a decade, to learn

---

[61] In the District Court, Appellants opted to rely solely on two short declarations of the Superintendent of Independence Park. JA57-60; JA811-813. Those declarations state only that the Superintendent was directed by his superiors to remove the exhibits and video from the President's House site. Neither declaration provided an explanation for the decision to remove the exhibits and video nor indicated the Defendants' disagreement with the message of the displays or their intent to present another, different message. *Id.*

about "the whole, complicated truth" about our nation's founding. As a consequence, millions of visitors to Independence Park will be denied the opportunity to learn and engage with that truth. Moreover, amici, as organizations that are involved in the creation and ongoing use of the PH/Slavery Memorial, have deep interests in preserving the truthful recounting of Black history and slavery at the President's House. Appellants' Removal Action deprives members of ATAC who were involved in the creation of the site, and regularly gather there, of the ability to experience the memorial within the full historical context. Likewise, Appellants' Removal Action materially undermines The Black Journey's ability to carry out its business and educational mission through place-based educational tours. Amici experience severe dignitary harm, informational and cultural injury, and associational harm because of Appellants' Removal Action.

The District Court correctly held that "[e]ach person who visits the President's House and does not learn of the realities of founding-era slavery receives a false account of this country's history." *City of Philadelphia*, 2026 WL 431943, at *18. The government offers no counter to that profound public loss but its own assertion of an unexplained and unjustified prerogative. Accordingly, the public interest and the balance of the equities favor affirmance of the injunction.

## CONCLUSION

For the foregoing reasons, in addition to the reasons set forth by the City, amici respectfully request that this Court affirm the District Court's preliminary injunction so that the PH/Slavery Memorial can be immediately restored to its original condition.

Dated: April 27, 2026

Respectfully submitted,

*/s/ Cara McClellan*

Avatara A. Smith-Carrington
Kacey Mordecai
Victor Olofin
NAACP Legal Defense &
Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
(202) 682-1300
acarrington@naacpldf.org
kmordecai@naacpldf.org
volofin@naacpldf.org

Alexandra S. Thompson
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
athompson@naacpldf.org

Cara McClellan (No. 331129)
Mary Catherine Roper (No. 71107)
Penn Legal Assistance Office
3501 Sansom Street
Philadelphia, PA 19104
(215) 746-2164
caralm@law.upenn.edu
mroper@law.upenn.edu

*Counsel for Amici Curiae Avenging the Ancestors Coalition and The Black Journey*

## **COMBINED CERTIFICATIONS OF COUNSEL**

1.  Bar Membership: I am a member of the bar of this Court in good standing.

2.  Word Count: This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 29(a)(5) because it contains 6,462 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f). This brief complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it has been prepared in a proportionally spaced Times New Roman typeface using Microsoft Word, in 14-point size.

3. Service: The undersigned certifies that on April 27, 2026, the foregoing brief was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the system.

4. Identical Text: The text of this electronically-filed brief is identical to the text in any paper copies.

5. Virus Check: An electronic version of this brief has been scanned for viruses, and no virus was detected.

*/s/ Cara McClellan*
Cara McClellan