**No. 26-1348**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

City of Philadelphia,

*Appellee,*

*v.*

Secretary U.S. Department of Interior; U.S. Department of
Interior; Director National Park Service; National Park Service,

*Appellants.*

Appeal from the February 16, 2026 Memorandum Opinion
& Order Granting Appellee's Motion for Preliminary Injunction
in Case No. 26-cv-434-CMR in the United States District Court
for the Eastern District of Pennsylvania (Hon. Cynthia M. Rufe)

**APPELLANTS' CONSENT MOTION FOR
LEAVE TO FILE CORRECTED REPLY BRIEF**

BRETT A. SHUMATE
Assistant Attorney General

MICHAEL VELCHIK
Senior Counsel to the Assistant
Attorney General

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

GREGORY B. IN DEN BERKEN
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8200

Appellants respectfully seek leave to file a corrected version of their reply brief and state the following in support:

1.     On Monday, May 11, 2026, Appellants filed their reply brief. (Doc. 93).

2.     During finalizing of the reply brief and generation of the table of authorities, a software error caused the Word document to become corrupted. This required reverting to a backup shortly before the 5 PM filing deadline. It also contributed to errors in the filed reply brief, most of which relate to page numbering and the table of contents and table of authorities.

3.     These errors are non-substantive but render the as-filed reply brief inaccurate. The Court and parties would thus be well served by submission of a corrected version. *Cf*. L.A.R. 31.1(b)(4) ("if corrections are required to be made to the paper brief, a corrected copy of the electronic brief must be provided").

Appellants thus respectfully request that the Court grant them leave to file a corrected reply brief (which they are submitting contemporaneously with this motion). Appellee consents to this request.

Respectfully submitted,

BRETT A. SHUMATE            DAVID METCALF
Assistant Attorney General  United States Attorney

MICHAEL VELCHIK
Senior Counsel to the
Assistant Attorney General

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division
*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8200
Email:  gregory.indenberken@usdoj.gov

May 12, 2026

## COMBINED CERTIFICATIONS

Pursuant to Federal Rule of Appellate Procedure 32(g)(1) and Local Appellate Rules 27.3 and 113.4, I certify that:

1.      This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 175 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

2.      This motion complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because this motion has been prepared in a proportionally spaced typeface in 14-point Georgia font using Microsoft Word for Microsoft 365.

3.      On May 12, 2026, I conferred with counsel for Appellee about the substance of this motion and provided Appellee's counsel with a redline copy of Appellants' proposed corrected reply brief. Counsel for Appellee stated that Appellee consents to Appellants' filing of their corrected reply brief.

4.      On May 12, 2026, I filed this motion via the Court's CM/ECF system and thus served the motion on all parties' counsel registered to receive electronic notices.

Dated:  May 12, 2026                    */s/ Gregory B. in den Berken*
                                         Gregory B. in den Berken