UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1348

City of Philadelphia

v.

Secretary U.S. Department of Interior, U.S. Department of Interior,
Director National Park Service, and National Park Service,

Appellants

(E.D. Pa. No. 2:26-cv-00434)

Present:   HARDIMAN, RESTREPO and PHIPPS *Circuit Judge*

1) MOTION filed by Montgomery, Bucks, Chester and Delaware Counties Pennsylvania to proceed as Amicus in support of Appellee [ECF 49];

2) Motion filed by Professor Adam Rothman to proceed as amicus on the merits in support of Appellee [ECF 59]; and

3) Motion by Appellants to File Corrected Reply Brief [ECF 94].

Respectfully,
Clerk/eaf

_____ORDER_____
The foregoing Motions are GRANTED.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: June 17, 2026
EAF/cc:       All Counsel of record