OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 18, 2026

Facundo Bouzat
Marcel S. Pratt
Jessica Rizzo
Burt M. Rublin
Travis W. Watson
Ballard Spahr
1735 Market Street
51st Floor
Philadelphia, PA 19103

Jacob B. Boyer
Office of Attorney General of Pennsylvania
Office of General Counsel
30 North Third Street
Suite 200
Harrisburg, PA 17101

Gregory B. David
Gregory B. in den Berken
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106

Kelly S. Diffily
Renee M. Garcia
Anne B. Taylor
City of Philadelphia
Law Department
1515 Arch Street
Philadelphia, PA 19102

Andrew M. Leblanc
Milbank
1101 New York Avenue NW
Washington, DC 20005

Timothy K. Lewis
Blank Rome
501 Grant Street
Suite 850
Pittsburgh, PA 15219

Cara McClellan
Mary Catherine Roper
Penn Legal Assistance Office
3501 Sansom Street
Philadelphia, PA 19104

Dariely Rodriguez
Howard University School of Law
2900 Van Ness Street NW
Washington, DC 20008

Avatara A. Smith-Carrington
NAACP Legal Defense & Educational Fund
700 14th Street NW
Suite 600
Washington, DC 20005

Shannon A. Sollenberger
Senate of Pennsylvania
Main Capitol
Harrisburg, PA 17120

John S. Stapleton
Stapleton Segal Cochran
1760 Market Street
Suite 403
Philadelphia, PA 19103

Chelsea C. Stine
All Rise Trial & Appellate
P.O. Box 15216
Philadelphia, PA 19125

Jesse Tomkiewicz
2464 Magnolia Terrace

Harrisburg, PA 17110

RE: City of Philadelphia v. DOI, et al
Case Number: 26-1348
District Court Case Number: 2:26-cv-00434

ENTRY OF JUDGMENT

Today, **June 18, 2026,** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service, unless the petition is filed and served through the Court's electronic-filing system.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. A party seeking both forms of rehearing must file the petitions as a single document. Fed. R. App. P. 40(a).

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936