UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 26-1348

_____

CITY OF PHILADELPHIA,

v.

SECRETARY U.S. DEPARTMENT OF INTERIOR; U.S. DEPARTMENT OF
INTERIOR; DIRECTOR NATIONAL PARK SERVICE; NATIONAL PARK
SERVICE,
Appellants

_____

On Appeal from the District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:26-cv-00434)
District Judge: Honorable Cynthia M. Rufe

_____

Argued June 2, 2026

Before: HARDIMAN, RESTREPO, and PHIPPS, Circuit Judges

_____

JUDGMENT

_____

This cause came to be considered on the record from the District Court for the
Eastern District of Pennsylvania and was argued on June 2, 2026. On consideration
whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the District Court's order
entered on February 16, 2026, is hereby **VACATED** and the cause **REMANDED** with
instruction to the District Court for it to dismiss Counts II through V for lack of
jurisdiction and to dispose of Count I consistent with the Opinion of the Court. All in
accordance with the Opinion of this Court.

Costs shall not be taxed.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 18, 2026