# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1348

City of Philadelphia

v.

Secretary U.S. Department of Interior, et al

Appellants

(E.D. Pa. No. 2:26-cv-00434)

Present: HARDIMAN, RESTREPO and PHIPPS, *Circuit Judges*

1. Motion filed by Appellants Director National Park Service, DOI, National Park Service and Secretary U.S. Department of Interior to Issue the Mandate.

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing Motion is GRANTED. The Clerk of Court is directed to issue the Mandate forthwith.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: July 3, 2026
kag/cc: All counsel of record