**PATRICIA S. DODSZUWEIT**

**CLERK**



# UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

July 3, 2026

Mr. George V. Wylesol
United States District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street
Philadelphia, PA 19106

RE: City of Philadelphia v. DOI, et al
Case Number: 26-1348
District Court Case Number: 2:26-cv-00434

Dear District/Bankruptcy Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

For the Court,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT,
Clerk

cc: Facundo Bouzat, Esq.
  Jacob B. Boyer, Esq.
  Gregory B. David, Esq.
  Kelly S. Diffily, Esq.
  Renee M. Garcia, Esq.
  Andrew M. Leblanc, Esq.

Timothy K. Lewis, Esq.
Cara McClellan, Esq.
Marcel S. Pratt, Esq.
Jessica Rizzo, Esq.
Dariely Rodriguez, Esq.
Mary Catherine Roper, Esq.
Burt M. Rublin, Esq.
Avatara A. Smith-Carrington, Esq.
Shannon A. Sollenberger, Esq.
John S. Stapleton, Esq.
Chelsea C. Stine, Esq.
Anne B. Taylor, Esq.
Jesse Tomkiewicz, Esq.
Travis W. Watson, Esq.
Gregory B. in den Berken, Esq.