UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 26-1348

City of Philadelphia

v.

Secretary U.S. Department of Interior, et al

Appellants

(E.D. Pa. No. 2:26-cv-00434)

Present:  HARDIMAN, RESTREPO and PHIPPS, *Circuit Judges*

1. Motion filed by Appellee City of Philadelphia for Reconsideration and to Recall the Mandate.

Respectfully,
Clerk/lmr

_____ORDER_____

The foregoing Motion is DENIED as to the request to recall the mandate and GRANTED insofar as the City seeks to file a response in opposition. The City is directed to file its response in opposition by 5:00 p.m. on Tuesday, July 7, 2026.

By the Court,

s/ *Thomas M. Hardiman*
Circuit Judge

Dated: July 3, 2026
kag/cc: All counsel of record